John McCarthy                                          Old Granite Development vs. The City of Toledo, et al

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION


OLD GRANITE DEVELOPMENT    :
LTD,
                           :

    Plaintiff,             :

vs.                        :Case No. 3:06CV2950
                            Judge Zouhary
THE CITY OF TOLEDO, et al,:

    Defendants.            :

                - - -

    Deposition of JOHN McCARTHY, a Witness herein, called by the Defendants as upon Cross Examination under the Ohio Rules of Civil Procedure taken before Maureen St. John, Registered Professional Reporter and Notary Public in and for the State of Ohio, pursuant to stipulations of counsel, at the office of Bahret & Associates, 7050 Spring Meadows West Dr., Holland, Ohio, on Wednesday, January 23, 2008, at 11:10 a.m.

---

ST. JOHN REPORTING
251 BLUE HARBOR CT.
PERRYSBURG, OHIO 43551
(419) 872-1935

John McCarthy                                Old Granite Development vs. The City of Toledo, et al

Page 55

1    with in Point Place. He claims that that's, the
2    railroad property itself, not the farm that Jack
3    bought because that was farm. You can develop
4    that, but that the railroad letting those trees
5    grow up, that that is truly a wetland, that whole
6    embankment. Once they let those trees grow up
7    the years that they did, that his opinion was
8    that that would be clearly a valuable wetland.
9    Q. Did he see it before the trees were cut
10   down?
11   A. No, he didn't.
12   Q. Did he see it at all?
13   A. He was out there and he saw aerial photos.
14   Q. Did you have an opinion one way or another,
15   or are you just telling us what this other guy's
16   opinion is?
17   A. I'm really relying on him. My work in the
18   Corps was not a wetlands guy.
19           MR. BAHRET: There goes your request
20   for fees, Marv. He doesn't have an opinion.
21   Q. Did you pull any kind of permit to --
22           MR. ROBON: He does have an
23   opinion, but it's based upon somebody else's
24   consultation.
25           MR. BAHRET: He just told me he

John McCarthy                                    Old Granite Development vs. The City of Toledo, et al

Page 56

1   doesn't have an opinion, Marv.
2   Q.  Did you pull any kind of permits to do any
3   work behind Old Granite after the trees were cut
4   down?
5   A.  You mean like wetland permits?
6   Q.  Yeah.  Did you -- somebody was putting dirt
7   in there; is that correct?
8   A.  In the wetlands area or on the embankment or
9   what are you talking about?
10  Q.  Did anybody move any dirt after the City had
11  the trees and vegetation cut down on the
12  railroad?
13  A.  Yeah, the City did or their contractors did.
14  Q.  They moved dirt?
15  A.  Yeah.
16  Q.  My understanding is that Old Granite moved
17  dirt.  Do you have any understanding on that
18  issue?
19  A.  No, not on the railroad property.  We moved
20  it on the Cambridge property.  We started a
21  mound.
22  Q.  Did anybody pull a permit to build the
23  mound?
24  A.  It wouldn't be necessary.
25  Q.  Why would it not be necessary?

John McCarthy  Old Granite Development vs. The City of Toledo, et al

Page 57

1     A. It's farmland. It's been farmland forever,
2     and you don't need a permit for that. The trees
3     weren't growing up on it. It's only if the trees
4     have grown up that these things return back to
5     wetlands is the real issue.
6     Q. Your understanding is the wetlands then were
7     not on old Cambridge property?
8     A. Right.
9     Q. So if whatever your friend claims was a
10     wetland, if trees were removed, that wasn't done
11     on Old Granite property?
12     A. Right.
13     Q. I'm assuming you don't have an understanding
14     as to the definition of a wetland, the legal
15     definition?
16     A. No, I'd leave that to --
17     Q. You'd leave that to --
18     A. Gary.
19     Q. Gary?
20     A. That's his bag.
21     Q. Did you ever walk on that railroad
22     right-of-way before it was cleared?
23     A. Probably not.
24     Q. Do you have any knowledge of any trees back
25     there, weeping willow trees or anything of that

Case: 3:06-cv-02950-JZ Doc #: 141-3 Filed: 04/02/08 5 of 15. PageID #: 2074

John McCarthy                                        Old Granite Development vs. The City of Toledo, et al

Page 122

```
 1    A.   Came down from Bates Road.  Came up and back
 2    onto Cambridge property that way.
 3    Q.   Where did they dump the dirt, all on 15 or
 4    16?
 5    A.   15 and 16 is where we started.
 6    Q.   What did you do with the dirt after it was
 7    dumped?
 8    A.   We started, as the trucks dumped, he would
 9    be pushing it out and grading it up and starting
10    a mound.
11    Q.   He being Gradel Company?
12    A.   Yeah, I had a separate guy bring the dirt
13    in.  George Gradel Company, they went and they
14    provided the equipment.
15    Q.   Who was your man from Gradel Company?
16    A.   The superintendent?
17    Q.   Yes.
18    A.   His name was Tom Briggs.
19    Q.   Was he the guy doing the grading on the
20    Cambridge property?
21    A.   He was the superintendent.  The guys worked
22    for him, the equipment operators.
23    Q.   So he had operators that were there doing
24    the grading?
25    A.   Right.
```

John McCarthy                                    Old Granite Development vs. The City of Toledo, et al

Page 123

1   Q.  What kind of vehicle or what kind of truck
2   did they use to do the grading?
3   A.  They had a bulldozer and they had a backhoe.
4   Q.  In addition to what we see in Exhibit F?
5   A.  Yes, this was just to uncover the trees
6   here.
7   Q.  So they brought how many trucks, a dozen
8   dump trucks full of dirt and put it down, and
9   then it was graded on to your property; is that
10  right?
11  A.  They used a dozen different trucks, but they
12  ran it for a day.  They probably had ten loads
13  apiece, probably a hundred, maybe a hundred loads
14  of dirt we brought in.
15  Q.  Did you start to make your mound?
16  A.  Yeah, yeah.  They went and started shaping
17  it up.  They had the dozer there.
18  Q.  First of all, they probably had to do some
19  filling of low levels on your property, didn't
20  they, with the first loads of dirt?
21  A.  Well, it was already -- you know, this was
22  already graded.  It was already a finished
23  development.  We were raising up the grade of the
24  backyard.
25  Q.  Am I correct in understanding where they

John McCarthy                                        Old Granite Development vs. The City of Toledo, et al

Page 124

1   dumped the dirt would have been the property edge
2   of Old Granite right next to where the railroad
3   property was? They started there and then worked
4   toward the home?
5   A. Yes.
6   Q. How far did they grade from that point
7   toward the home? What distance was that?
8   A. Oh, it was probably about 20 feet, 25 feet.
9   Q. How deep, how high did this mound get at any
10  particular time?
11  A. You can see here; this is all we got. We
12  got up to about this grade, which is only about
13  six feet high or five feet you can see here.
14  Q. Is the dirt that we see on the left-hand
15  portion of this picture, is that part of the
16  mound?
17  A. This is our dirt over here.
18  Q. So what, if that's your dirt and that's the
19  mound partially shown in Exhibit F, what is the
20  hole for that's dug by this backhoe in picture
21  Exhibit F?
22  A. This hole here?
23  Q. Yes.
24  A. That's where we were verifying where the
25  trees were so that we could go and survey them

John McCarthy                                    Old Granite Development vs. The City of Toledo, et al

Page 125

1   and put a line on these and show which trees were
2   actually, the base of them were on Cambridge
3   property. We were uncovering the top.
4   Q.  Did you have a record of the date when you
5   brought in the hundred loads of dirt?
6   A.  Yes, we do. I've got records of that.
7   Q.  What are those records called, I mean?
8   A.  They billed us and everything, so that's the
9   foreman's report or the daily -- some kind of a
10  daily report.
11  Q.  Do you have records from Gradel Company?
12  A.  Same thing.
13  Q.  Obviously, that work was done prior to any
14  of the piping laid for the water main project,
15  wasn't it?
16  A.  Yes.
17  Q.  Let me show you a few more pictures.
18              (Defendant's Exhibit G marked
19              for identification.)
20  Q.  Do you have Exhibit G in front of you?
21  A.  Yes.
22  Q.  I take it that's you in the picture shown
23  next to the pipe?
24  A.  It looks like me.
25  Q.  And do you know who that other gentleman is

Case: 3:06-cv-02950-JZ  Doc #: 141-3  Filed: 04/02/08  9 of 15.  PageID #: 2078

John McCarthy                                        Old Granite Development vs. The City of Toledo, et al

Page 128

1    is that right?
2    A.  Well, you're getting real close to the, you
3    know, that's right on the line.  Whether Ric-Man
4    did it or we did it, I couldn't tell you because
5    it's really close.  That's, right where that
6    little fence is and that the property line was.
7    Q.  What I'm getting at is the dirt that you dug
8    up, for example, in Exhibit F to look for what
9    was under it, that was dirt that you had trucked
10   in; isn't that right?
11   A.  Most of it.
12              MR. ROBON:  You're now 30 minutes
13   past your 20 minutes.
14              (Defendant's Exhibit H marked
15              for identification.)
16   Q.  Let me show you Exhibit H.  Can you identify
17   what that is?
18   A.  Well, this is the construction fence.
19   Q.  Right.
20   A.  I don't see anything.
21   Q.  The construction fence and then to the left
22   of what we are looking at in this picture is the
23   water pipe, correct?  That's on the railroad
24   property, isn't it?
25   A.  No, this has got to be on our property.  I

John McCarthy                    Old Granite Development vs. The City of Toledo, et al

Page 154

1            And the Gillette man next to Cambridge
2    also confirmed to me that, you know, this was all
3    farm land long before you guys got here with this
4    Cambridge project.
5            So I believe that -- I think all the
6    clearing or essentially all the clearing was done
7    before Cambridge got there because it was farm
8    field from way back.
9    Q.   So is it your testimony that before the
10   mound was built, there was some survey done by
11   Peterman & Associates, a legal surveyor, or are
12   you not sure about that?
13   A.   I'm sure of that.
14   Q.   Before the mound was built, did you or
15   anyone acting on behalf of Old Granite contact
16   Vermillion to tell them that the mound was going
17   to be built?
18   A.   Vermillion?
19   Q.   Yes.
20   A.   No.
21   Q.   Did you or anyone acting on behalf of Old
22   Granite ever contact anyone at Vermillion to
23   complain about the clearing and claim there was a
24   trespass by the clearing at any time before the
25   mound was built?

John McCarthy                           Old Granite Development vs. The City of Toledo, et al

Page 155

1   A.  No, we didn't even know Vermillion existed.
2   Q.  Did you contact anyone from Edwards Tree
3   Clearing Service?
4   A.  No.
5   Q.  Well, you saw the trucks, right, from the
6   land-clearing company?
7   A.  That was afterwards, afterwards.
8   Q.  It was before the mound was built?
9   A.  Yes.
10  Q.  I'm asking you before the mound was built
11  and after the clearing was done, did anyone
12  contact anyone from Vermillion or Edwards Tree
13  Clearing Service to let them know that there was
14  a complaint about alleged trespassing here?
15  A.  We dealt with the City.
16  Q.  That's not my question.
17  A.  No, we did not go in -- we did not -- I did
18  not call or contact Edwards or Vermillion.
19  Q.  And that's true for both the claim that
20  there was a trespass and the notice that there
21  was going to be this filling or this mounding
22  done on the property line?
23  A.  That's right, I did not contact them.
24  Q.  Did you take any photographs of any stumps
25  or roots that you claim were cleared on the

John McCarthy                    Old Granite Development vs. The City of Toledo, et al

Page 178

1  so forth?
2  A. Well, in our line of work, we didn't use a
3  Hydro-Axe in residential areas. We didn't allow
4  that.
5  Q. Was there some Corps requirement that said
6  it wasn't permitted?
7  A. I don't know if there was any specific
8  mention of that. There is all kinds of different
9  equipment, but, generally speaking, forestry type
10 equipment is not allowed to be used around
11 residential areas.
12 Q. Do you know of any regulation or requirement
13 on that?
14 A. The closest thing would be in our specs we
15 used to call it suitable equipment, and that was
16 it.
17 Q. Did your Army Corps of Engineers
18 specifications identify what suitable equipment
19 was?
20 A. We didn't have a list of it, no.
21 Q. Do you recall any occasion where someone
22 wanted to use a Hydro-Axe and you told them no?
23 A. No.
24 Q. And is a Hydro-Axe specifically excluded in
25 any regulation that you're aware of?

John McCarthy                              Old Granite Development vs. The City of Toledo, et al

Page 179

1    A. No.
2    Q. You don't consider yourself an expert in
3    land clearing methods, do you?
4    A. I don't know what an expert would be on land
5    clearing, but I'm not a clearing expert, no, I
6    guess.
7    Q. Who's the trucking company that trucked the
8    dirt from Five Points to this project?
9    A. I promise I'll get his name.
10   Q. You don't know?
11   A. I can't remember.
12   Q. Did you pay for that dirt, or was that dirt
13   given to you just to get rid of it?
14   A. Paid for it.
15   Q. Do you know what you paid for it?
16   A. I can't exactly remember.
17   Q. Do you know what type of soil it was? Was
18   it evaluated in any way?
19   A. No, it was from Perrysburg.
20   Q. Did you have any test done on it to
21   determine what it was, whether it was clay or
22   something else?
23   A. No, just went and looked at it and had it
24   shipped.
25   Q. Have you prepared any written report of your

John McCarthy                                   Old Granite Development vs. The City of Toledo, et al

Page 185

1   see -- I don't recall seeing lath. I mean, it
2   was all pulled out; it was cleared. So I don't
3   believe I saw any City lath, anything that was on
4   the ground at that time.
5   Q. Did you take photos the first day that you
6   saw this?
7   A. I don't know.
8   Q. Again, I asked you these questions. Marv
9   interrupted before we got through with this. I
10  would like to get through with this. I want to
11  know what you've done to preserve those
12  photographs so that we can be sure of the
13  integrity of the photographs that were taken, the
14  date they were taken, who took them and that they
15  haven't been altered.
16          MR. ROBON: Don't answer it.
17  They've asked you three times. I'm tired of it.
18          MR. FAGNILLI: You've never let him
19  answer the question.
20          MR. ROBON: He left them in his
21  computer is what he said and he gave some to the
22  City.
23  Q. But you never let him answer the question as
24  to what he did to preserve the integrity of those
25  photographs.

John McCarthy                         Old Granite Development vs. The City of Toledo, et al

Page 186

1          MR. ROBON: If he did anything. Go
2  ahead and answer. Let's get out of here.
3  A. I did my best. I filed them. I got some
4  copies in the file. I have them on my computer.
5  I said earlier people screw around with your
6  computer. I don't know how much I got there. I
7  have to have my son -- my son kind of helps me
8  with my computer to see just what I got in there,
9  what I don't.
10 Q. Do you have a different computer now than
11 you had back in spring of 2006?
12 A. Yes, I got a whole new set-up, whole new
13 program and that kind of thing.
14 Q. Did you throw the old box away?
15 A. No, we just put new programs in it.
16 Q. You didn't get a new computer box?
17 A. No.
18 Q. Did you switch from like Windows XP to
19 Windows Vista or something like that?
20 A. I went to XP and some other things.
21 Q. What kind of camera did you have, digital
22 camera?
23 A. I have a -- I got a cheap one. We had three
24 cameras.
25         MR. ROBON: Do you know what kind

ST. JOHN REPORTING    251 BLUE HARBOR CT., PERRYSBURG, OH 43551    419-872-1935