```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
 2                       WESTERN DIVISION

 3    OLD GRANITE DEVELOPMENT,    )  Docket No. 3:06CV2950

 4    LTD.,                                              )

 5            Plaintiff,          )  Toledo, Ohio

 6            v.                  )  May 20, 2008

 7    CITY OF TOLEDO,             )  Jury Trial

 8            Defendant.          )

 9    -----------------------------

10             TRANSCRIPT OF JURY TRIAL, VOLUME 1
                BEFORE THE HONORABLE JACK ZOUHARY
11                 UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    For the Plaintiffs:   Marvin A. Robon
                            Barkan & Robon
15                          1701 Woodlands Drive, Suite 100
                            Maumee, Ohio 43537
16                          (419) 897-6500

17    For the Defendant:    Robert J. Bahret
                            Bahret & Associates
18                          7050 Spring Meadows, W
                            Holland, Ohio 43528
19                          (419) 861-7800

20    Court Reporter:       Angela D. Nixon, RPR, CRR
                            1716 Spielbusch Avenue
21                          Toledo, Ohio 43624
                            (419) 260-5259

22

23    Proceedings recorded by mechanical stenography, transcript

24    produced by notereading.

25
```

1          THE COURT:  The record should reflect that we are

2     back in court, counsel present, jury not yet brought into

3     the courtroom.

4          Yesterday afternoon we completed a jury view.  I

5     will file, this morning, a brief outline of highlights from

6     that jury view.

7          I also want to confirm on the record this

8     morning, my ruling last Friday on wetlands and granting the

9     defendant's motion in limine with respect to the wetlands.

10    I reviewed the deposition testimony, and it does comport

11    with representations by defense counsel.  There will be an

12    order that will be filed this morning on that issue as

13    well.

14          I'm also confirming my ruling of last week with

15    respect to testimony from other property owners, and there

16    will be an order on file supplementing my ruling last

17    Friday on that as well.  There was an oral motion raised by

18    defense counsel with respect to the taking claim.  Counsel

19    provided The Court with two cases.  I did not receive

20    anything from plaintiff's counsel in opposition or response

21    to those cases.  Nonetheless, I will file an order this

22    morning that will delay that motion in limine for the

23    reasons set forth in the order.  Succinctly stated, I do

24    not believe that the arguments raised by defense counsel

25    are germane to the taking claim in this case and that the

1    case citations are not applicable to the taking claim in

2    this case.  I believe that summarizes and completes ruling

3    on all pending motions.

4           I also want to indicate that I discussed with

5    counsel yesterday afternoon time limits for opening, and

6    I'm granting them each up to 25 minutes, and that I will

7    indicate to counsel a two-minute warning if they approach

8    that time limit so that you know your time is soon to be

9    expiring.  I know that there has been a history in this

10   case of vigorous and appropriate representation of your

11   respective clients.  That's fine.  I caution counsel during

12   the course of this trial to avoid any digs against opposing

13   counsel, to keep your discourse civil, and to keep your

14   comments and questions directed toward me and not each

15   other.

16          Anything further from counsel for either side?

17          MR. ROBON:  Your Honor, I indicated off the

18   record I intended to call Judy Seibenick from Hospice, and

19   Your Honor's ruling about other flooding prohibits that,

20   but I would proffer that her testimony would be that as

21   follows:  Number one, that Hospice of Northwest Ohio, Inc.,

22   which is one of the adjacent property owners, did not

23   receive any notice, either written or verbal, about the

24   installation of the public facility of the city water main.

25   They had no advanced notice before the trees were cut that

1    anything was going to happen to the rear of their property,

2    that subsequent to the installation of the city water main

3    Hospice experienced substantial flooding, also the W. W.

4    Knight Preserve, which is next door, experienced

5    substantial flooding, and the city did come out and put a

6    swail in to divert the water down towards Bates Road.

7            The evidence eventually is going to be that the

8    topography of the area is that the Hospice land and the

9    W.W. Knight Preserve are higher than the Cambridge

10   subdivision, and a portion of that water is now on the back

11   of the Cambridge subdivision.

12           THE COURT:  I'm not sure how she can tell or

13   testify as a layperson where the water is coming and going.

14   With respect to the issue of notice, there's been no

15   document filed to date with The Court that would indicate

16   that notice was required or that notice was or was not

17   given.  As I indicated off the record, it seems to me that

18   those issues with respect to notice are easily

19   ascertainable outside the testimony of someone like this

20   who is not directly involved with the property or this

21   lawsuit and can easily be shown through either records or

22   official documents or testimony from some official.

23           And with respect to flooding on someone else's

24   property, as I indicated last week, without connecting the

25   flooding there with the flooding on this property, that

1    would be pure speculation for the jury, and there needs to

2    be a connector, either expert or otherwise, that can do

3    that, and that has not been shown to The Court.

4            Anything further from defense counsel or

5    plaintiff's counsel?

6            MR. ROBON:  Are you going to have a separation of

7    witnesses, because one of my witnesses is here?

8            THE COURT:  Yes, The Court will order a

9    separation of witnesses.  What that means is, anyone who's

10   expected to testify in this case must remain outside the

11   courtroom until it is his or her time to testify.  Party

12   representatives are excused from that order, and I also ask

13   counsel, since you know who your witnesses are and I don't,

14   to monitor that order and make sure that your witnesses do

15   remain close at hand.

16           MR. BAHRET:  Your Honor, when you say "party

17   representatives," I'm assuming each side has one

18   representative?

19           THE COURT:  That's correct.

20           MR. BAHRET:  They have two sitting there.

21           MR. ROBON:  They are both owners, Your Honor,

22   50/50.  And I think it would be highly prejudicial if the

23   two owners of the limited liability company could not sit

24   in because they perform different functions.  Mr --

25           THE COURT:  It's like a corporation.  It seems to

1    me you have a corporation with a multitude of owners and

2    officers, and there's only one designated representative.

3              MR. ROBON:  I've never had that happen in --

4              THE COURT:  In a corporation, a corporation.

5              MR. ROBON:  A limited liability company, Your

6    Honor, so partnership.  And partners have always been

7    allowed to sit in trial.  And particularly this case,

8    because Mr. Laskey was the money person and was the

9    marketing person, and Mr. Taylor was the contractor who did

10   all the installation and things of that nature.

11             THE COURT:  Well, aside from their differing

12   roles, the issue is, are they entitled to more than one

13   representative?

14             MR. BAHRET:  Your Honor, with all due respect to

15   Mr. Robon, but I've never seen it not done where they're

16   separated.  It's a corporation.  It's an LLC, it's a form

17   of a legal entity.

18             THE COURT:  It would be like a law firm LLC.  And

19   if there was a law firm who was a party, would you have

20   more than one, quote, unquote, partner at the table?

21             MR. ROBON:  Well, I can tell you we were sued for

22   malpractice and there were three partners sitting at the

23   table for -- across the street with Judge Skow several

24   years ago, never was an issue.

25             And I think in this case where both of them have

1    signed a $2 million loan, to exclude one of them from the

2    proceedings would be highly prejudicial.

3              MR. BAHRET:  Your Honor, the signing of the loan

4    is irrelevant.  It's a legal entity.  They're entitled to

5    have one representative and only one.  I can't bring in

6    multiple tax payers to sit here with me.

7              THE COURT:  Well --

8              MR. ROBON:  Well, you have representatives from

9    the law department here.

10             MR. BAHRET:  They're not witnesses, though,

11   Marve.  You can bring all the people that love Old Granite

12   in here that you want as long as they're not witnesses.

13             THE COURT:  It was my understanding that --

14             MR. ROBON:  Mr. Taylor --

15             THE COURT:  Thank you.  Mr. Taylor was not going

16   to be here during the entire trial, in any event?

17             MR. ROBON:  That's correct.

18             THE COURT:  He's only going to be here for

19   portions of the trial.

20             MR. ROBON:  He wasn't here yesterday, for the

21   record.

22             THE COURT:  It seems to me that Mr. Laskey has

23   led the bulk of the efforts on behalf of the plaintiff in

24   this case, and Mr. Laskey was here yesterday.  He's been at

25   the pretrial hearing.  Seems to me that Mr. Laskey can

1   continue to be the representative for the plaintiff, and

2   Mr. Taylor, since he will be in and out, I will ask that he

3   remain out when he is not testifying.

4           MR. ROBON:  My only other concern for The

5   Court -- and this is kind of an embarrassing matter for

6   Mr. Laskey.  He is very, very hard of hearing, and I found

7   that out during depositions when he was questioned.

8           THE COURT:  We have headphones.  He can use them.

9   As long as people are using the mics, he'll be able to pick

10  it up.  We have those for jurors as well.  If there's any

11  other party representative that would like one, you're

12  welcome to it.

13          MR. BAHRET:  Further on the point of the

14  corporate representative, I know you've already ruled, but

15  just for purposes of the record, Mr. Laskey was at almost

16  all of the discovery depositions.  Mr. Taylor was at zero.

17          MR. WATKINS:  On another subject, I don't know if

18  The Court wants this addressed right now, but I have a

19  brief statement about the jury instructions that was given.

20          THE COURT:  About the instructions that were

21  given yesterday?

22          MR. WATKINS:  Well, what wound up, yes, what

23  wound up happening is plaintiff's counsel did submit

24  proposed instructions, and to the extent that they had

25  asked for instructions, and on the instructions they had

1    asked for that we objected to, counsel was kind enough to

2    put under those instructions "defendant objects to this

3    request."  What didn't happen, though, was any listening by

4    plaintiff's counsel in that filing of the requests that

5    defendant has made, so we separately filed them yesterday

6    --

7              THE COURT:  Well --

8              MR. WATKINS:  -- is long with -- I mean, we had

9    previously filed some, but we withdrew some after we spoke

10   with counsel, but they're both a matter of record.

11             THE COURT:  Well, the record can reflect that the

12   trial order in this case required a joint-proposed jury

13   instruction.  The Court did not receive that.  And in

14   discussions with counsel last week, asked that they put

15   their heads together.  The Court was on the understanding

16   it would receive those Sunday.  They were not received

17   Sunday, and they were not received Monday.  And today is

18   Tuesday.  I'm going ahead today, and I'm preparing a draft

19   of proposed jury instructions along with proposed jury

20   interrogatories, which I will share with counsel, and I've

21   already said enough about The Court's disappointment in

22   having what it felt would be an appropriate launching pad

23   for The Court to work with with respect to those

24   interrogatories and instructions.  Nonetheless, we're

25   plowing ahead, and I hope to have something for you if not

1    at the end of the day today, certainly first thing tomorrow

2    morning for you to review.

3            The Court should also indicate -- and I believe

4    we confirmed this last week -- that there was a witness

5    that the plaintiff intended to call, and it was a

6    late-in-the-game disclosure with no opportunity for the

7    defendant to learn about that witness' testimony, and

8    therefore, again, pursuant to the long-standing trial order

9    of this case, The Court granted the defendant's request to

10   exclude that witness.

11           I'm done.  Anything further from either side?  If

12   not, are we ready for the jury.

13           Carol?

14           Good morning.  You may be seated.

15              (Jury brought in at 8:30 a.m.)

16           THE COURT:  We had some more logistical

17   intellectual interviews which we're still working on, but

18   hopefully we're up and running.  You'll find on your chairs

19   some preliminary jury instructions which I'll ask you to

20   turn over.  I'm going to read and ask you to follow along

21   with me.

22           Those who participate in a trial must do so in

23   accordance with established rules.  This is true of the

24   witnesses, the lawyers and The Judge.  It is equally true

25   of you as jurors.  The lawyers present the evidence

according to the rules; The Judge enforces the rules and determines what evidence may be admitted.  It is the duty of the Judge to instruct you on the law, and it is your duty to follow the law as I will state it to you, both now and at the conclusion of all the evidence.

The trial procedure is as follows:  First, the lawyers offer in their own opening statements what the evidence will be.  Then plaintiffs offer its evidence. Next the defendant may offer evidence.  Then the plaintiff may present a rebuttal.  The trial concludes with closing arguments by the lawyers and the final instructions of law from me, after which you will retire to deliberate on a verdict.

It is your exclusive duty to decide all questions of fact submitted to you.  In connection with this duty, you must determine the effect and value of evidence.  You must not be influenced in your decision by sympathy, prejudice, or passion toward any party, witness, or lawyer in the case.

If in these instructions or in the instructions that I will give you at the conclusion of the evidence, any principal or idea is repeated or stated in varying ways, no emphasis is intended, and none must be inferred by you. Therefore, you must not single out any particular sentence or individual point or instruction and ignore the others,

1   but rather, you are to consider all of the evidence

2   instructions as a whole and are to consider each

3   instruction in relation to all of the other instructions.

4           The fact that I give you some of the instructions

5   now and some at the conclusion of the evidence has no

6   significance as to their relative importance, nor does the

7   order in which I give you the instructions.

8           Lawyers for the party will of course have active

9   roles in and make objections.  Remember that lawyers are

10  not witnesses, and since it is your duty to decide the case

11  solely on the evidence that you see or hear in the case,

12  you must not consider as evidence statements of the

13  lawyers.  There is an exception, and that is if the lawyers

14  agree to any fact.  Such agreement, we call it a

15  "stipulation" or "admission," will be brought to your

16  attention, and it will then be your duty to regard such

17  fact as being conclusively proved without the necessity of

18  further evidence.

19          If a question is asked and an objection to the

20  question is sustained, you will then not hear the answer,

21  and you must not speculate as to what the answer might have

22  been or the reason for the objection.  If an answer is

23  given to a question and The Court then grants a motion to

24  strike out the answer, you are to completely disregard such

25  question and answer and not consider them for any purpose.

1   A question, in and of itself, is not evidence, and may be

2   considered by you only as it supplies meaning to the

3   answer.

4           During the course of the trial certain testimony

5   may be read into evidence from a written transcript or

6   shown to you by a video.  This testimony has been taken

7   under oath before trial and typed up into a booklet for use

8   by the lawyers.  This testimony, known as a deposition, is

9   to be considered by you the same as if all such questions

10  and answers were given here in The Court from the witness

11  stand.

12          As jurors, you have the sole and exclusive duty

13  to decide the credibility of the witnesses who will testify

14  in this case, which simply means that it is you who must

15  decide whether to believe or disbelieve a particular

16  witness.  In determining these questions, you will apply

17  the tests of truthfulness that you apply in your daily

18  lives.  These tests include the appearance of each witness

19  on the stand; his or her manner of testifying; the

20  reasonableness of the testimony; the opportunity he or she

21  had to see, hear, and know the things concerning which he

22  or she testified; his or her accuracy of memory; frankness

23  or lack of it; intelligence; interest and bias, if any;

24  together with all the facts and circumstances surrounding

25  the testimony.

1          Applying these tests, you will assign to the

2     testimony of each witness such weight as you deem proper.

3     You are not required to believe the testimony of any

4     witness simply because it was given under oath.  You may

5     believe or disbelieve all or any part of the testimony of

6     any witness.

7          You should not decide any issue of fact merely on

8     the basis of the number of witnesses who testify on each

9     side of an issue.  Rather, the final test in judging

10    evidence should be the force and weight of the evidence

11    regardless of the number of witnesses on each side of an

12    issue.  The testimony of one witness believed by you is

13    sufficient to prove any fact.

14         Also, any discrepancies in a witness' testimony

15    or between his or her testimony and that of others does not

16    necessarily mean that you should disbelieve the witness, as

17    people commonly forget facts or recollect them erroneously

18    after the passage of time.  You are certainly aware that

19    two persons who witness the same incident may often see or

20    hear it differently.  In considering a discrepancy in

21    testimony, you should consider whether such discrepancy

22    concerns an important fact or a trivial one.

23         An expert witness is one who, through study or

24    experience or both, has acquired skill that makes him or

25    her better qualified than the average person to form an

1    opinion.  For example, parties may choose to have an

2    engineer testify as to the drain pipe and what role, if

3    any, it may have played in any flooding or to testify as to

4    the boundary lines between the trees and vegetation were

5    removed, or how plaintiff's property may have been damaged,

6    if you find defendant at fault.

7         This does not mean, however, that you are to

8    consider yourselves bound by the opinion of any expert.

9    Where expert opinions are in conflict, it is for you, as

10   tryers of fact, to determine which is the more worthy of

11   belief.  In such event, as with all witnesses, in

12   determining what is the greater weight of the evidence, you

13   should not content yourselves with a mere counting of the

14   number of witnesses, but should consider relative

15   qualifications, credibility, and believability.

16        This concludes my preliminary instructions.

17   We're now ready for the opening statements of counsel.  I

18   remind you these statements are not evidence but rather an

19   opportunity for the lawyers to tell you what they believe

20   the evidence will be in support of their respective

21   positions.

22        Yesterday Mr. Robon indicated that Mr. Taylor,

23   one of the partners with Mr. Laskey in Old Granite, would

24   be here during the trial, and he will be here during the

25   trial during his testimony, however, he will not be present

1    during the entire trial, so I bring that to your attention

2    based on a ruling that The Court made.  And with that, we

3    are ready for plaintiff's opening.

4              MR. ROBON:  Thank you, Your Honor.

5              Good morning, ladies and gentlemen.

6              A trial in a civil case is a search for the truth

7    and a reconstruction of what's happened, whether it's an

8    accident case --

9              THE COURT:  Excuse me, Marve, I'm sorry.  You can

10   see what happens when the mic's not working, and for our

11   court reporter as well as me and the jury to hear you --

12             MR. ROBON:  Speak up.

13             THE COURT:  Either speak up or be close to a mic.

14   We have a portable mic, okay, if you want, but I'll leave

15   those options up to you.

16             MR. ROBON:  If I can use the portable mic.

17             The opening statement gives us an opportunity as

18   attorneys to give you what we call a snapshot or a preview

19   of the evidence.  Now, yesterday you saw the subdivision.

20   That's not evidence.  That's just what's there, what we

21   have and what we're going to introduce into evidence today

22   or tomorrow or the next day.

23             This is an overhead aerial taken by the county of

24   the river, River Road, which is a very exclusive -- very

25   wealthy people live there in mansions, I guess, is a good

1    way to put it.  This here is the Cambridge subdivision, and

2    this here was the greenery that was along the railroad

3    tracks.  This was taken in 2006 prior to the excavation and

4    the clearing of the trees.  And this shows, from Bates

5    Road, which is where the bus took you up here and down

6    River Road, and here all the way over to White Road and to

7    Ford Road and the turnpike.

8            We have another one that's a little bit closer.

9    And this one -- this one here shows the Cambridge

10   subdivision right here, and it shows Hospice is down here,

11   the W.W. Knight Preserve here, and you will see there are

12   two rows, one row here of trees, and then another row on

13   the opposite side.  And in between was the old Toledo

14   terminal railroad track back in the early 1900s when they

15   had an inter-urban track, and it's been abandoned for many,

16   many years.

17           The evidence is going to show that the CSX

18   railroad that owned and still owns that right of way -- and

19   that's an active track behind it -- but we own both the

20   unactive track and the active track, sold an easement to

21   the City of Toledo for $2.1 million so the city could

22   install a 66-inch water main to service northern Wood

23   County.

24           And one of the interesting things about this

25   case, and one of the reasons we're in federal court, is the

1     city did this outside of its jurisdictional limits.  This

2     property is in Wood County.  The City of Toledo doesn't

3     extend into Wood County.  It's just in Lucas County.  The

4     city makes a profit, the evidence is going to show, by

5     selling water to Perrysburg, Rossford, Perrysburg Township,

6     and all the municipalities in northern Wood County.  They

7     sell it at a higher rate than they charge the Toledo

8     residents.  So it was a profit making venture for the City

9     of Toledo.  In fact, the total project, we understand, is

10    about $50 million, not just for this 1 mile, but for the

11    entire project, to bring the water out to northern Wood

12    County.

13          Well, our evidence is going to show that there's

14    a video taken by Ric Man Construction, which was a general

15    contractor for the City of Toledo.  And the video that

16    you're going to see is going to show an individual in April

17    of 2006 walking down this path right here, and he talks

18    about I'm at station 175.  I'm at station 180.  Those are

19    survey points.  And you will, if you listen clearly, hear

20    him say, My goodness, there is a subdivision back here that

21    we didn't know anything about.  And the evidence is going

22    to show that the City of Toledo did not show that

23    subdivision on its plans.  Which, you know, they could have

24    stayed 10 feet away from the property line, and we wouldn't

25    be here in court rather than for the flooding, but they

1   didn't do that.

2            The evidence is further going to show that

3   Ms. Soncrant drove her Jeep or some other type of

4   four-by-four vehicle down this road where the old track

5   was, saw the subdivision, but did not make any special

6   plans or concerns about the value of the property or what

7   was going to be done to it.  There was no notice to any of

8   the property owners here that the City of Toledo was going

9   to come in and cut trees down that were 70, 80 feet tall

10  that had been growing for dozens and dozens of years, let

11  alone cut trees and brush and brambles on the property of

12  the Cambridge subdivision.

13           Brambles are a term that you're going to learn

14  about.  I belong to Belmont Country Club which is across

15  right in here.  And Belmont Country Club was owned by

16  W.W. Knight, who started First National Bank here in

17  Toledo; it's now Fifth Third Bank.  And he had a hunting

18  preserve on the Belmont Country Club up until 1964.  And

19  they planted these brambles, which were intertwined so

20  thickly that game --

21           MR. BAHRET:  Your Honor, Your Honor, he's

22  testifying.  There's going to be no witness coming forward

23  to talk about that.

24           THE COURT:  There is -- as I indicated to the

25  jury, this is an opportunity for counsel to indicate what

1    the evidence will be, and it's not evidence.  Whether there

2    will be testimony about this or not, I don't know yet.  I

3    just repeat my earlier instruction that counsel's -- where

4    this is a road map, and we'll have to wait and see what the

5    evidence is in trial.

6              MR. ROBON:  Thank you, Your Honor.

7              But the brambles are so intertwined -- and you'll

8    see pictures of them -- that even when the leaves are off,

9    a strip of brambles that's 4- or 5-feet wide at the base,

10   can hang over several feet on either side and act as a

11   total screen buffer.  You'll -- you've seen it in many

12   places when you go down the road, and you'll see condos or

13   something and you'll see greenery that's maybe 2- or 3-feet

14   wide.  It blocks off the view of what's behind it.

15             In any event, the evidence is going to show that

16   a contractor named Vermillion, which was a subcontractor of

17   Ric Man, the city's general contractor, came in with very,

18   very large clearing machines.  Machines that had saws three

19   or 4 feet in diameter spinning like this, and they cut

20   every single tree and brush in front of the Cambridge

21   subdivision.

22             Interestingly, when you were there yesterday, I

23   don't know if you noticed, but down here further, they

24   didn't cut clear up to the property line.  And I think the

25   reason was there was a chain link fence over here, so they

```
 1    stayed a few feet away from it on the adjoining property
 2    owners.  But the evidence is going to show that they cut
 3    everything.  In addition to cutting everything, their
 4    contract required them to get rid of the stumps and the
 5    brush, they had to haul it all away, chop it up.  Well,
 6    when they pulled out the brambles -- if this was a line of
 7    brambles right here between the -- you'll see the
 8    railroad's here and Cambridge is here, the roots are
 9    interconnected, and they just ripped them out.  There will
10    be pictures that you will see of the brambles that were
11    cut.  Most of it's covered up now with mud.  But that's the
12    first part of our case.  And there's going to be evidence
13    that the cutting of those trees substantially diminished
14    the value of the lots.
15            And this is an overlay, bigger what is called a
16    plat map.  What did I do with my little -- the evidence is
17    going to show that this is the CSX right of way along here.
18    Yesterday you were on lot 15.  That's where the spec house
19    is.  We went and we looked at a corner monument that was
20    right here, if you'll recall, and then behind the corner
21    monument was the railroad fence.  The evidence is going to
22    show by a professional surveyor that the railroad fence was
23    off the line.  It was over on our property line.
24            Secondly, it's going to show that the cutting
25    took place on Cambridge property.  It's going to be, I
```

1   think, undisputed, a question of how many feet they went

2   into the Cambridge property.  But there was trees, brush,

3   and brambles on 16, 15, 14, 13 and 12 down here, there

4   wasn't much on the last three lots.

5            To compound matters, after -- and by the way,

6   this was done like in a day's time when they came through

7   here with this big machine, cut everything down, and left

8   everybody agasp.  There was no notice, no notices to the

9   owners of any type that any kind of thing was going to be

10  taking place on this railroad property.  So the next thing

11  that happened after they cut the brambles is, there's a

12  manhole that we didn't see yesterday that is located --

13  this is a drawing that was done by a graphic artist, done

14  to scale, shows the subdivision.  It shows the small ditch

15  that was there, the blue is where the city water line is

16  and then the railroad tracks.  So the evidence is going to

17  show that there was a manhole right here, just off of lot

18  16 on the railroad property.  That manhole is a container

19  where water runs in and then it has to run someplace.  And

20  the evidence is going to show that when they were

21  installing that water main, the cutting took place in April

22  of 2006.  The water main actually is being installed in the

23  summer of 2006.  They ran across a 24-inch drain tile right

24  in the path of the water main.

25            So the engineers, the city got together and

1   there's going to be some dispute between what the Wood

2   County engineer is going to say and the city is going to

3   say as to where the water's supposed to go.  But in

4   actuality, what's happened is when they cut it, there was

5   no water on it because it was summer time.  So they put a

6   bulkhead on either side of it.  So right now that drain

7   goes no place, and it's got a 66-inch water main right in

8   the middle of it.  So what's happening is that this

9   manhole, which took the water from the railroad down here

10  all down here behind the Cambridge subdivision -- and

11  actually there will be testimony from a gentleman

12  shortly -- over here on Bates Road, their water drained

13  into this manhole, and then it drained across into this

14  railroad ditch, and then eventually out to the Maumee

15  River.

16          The flooding compounds the devaluation or

17  diminishment of value of the property.  What the owners

18  attempted to do initially is during construction, they

19  said, my goodness, look at the railroad, what can we do?

20  They brought in, I think, 100 or 140 loads of fill dirt to

21  build up across the back, and they started on lot 16 where

22  the tile was pointed out yesterday to some of you.  You saw

23  the tile underneath the water.  Well, what they did is,

24  they took this drain tile and tied it into this railroad

25  drain.  The problem is, the railroad drain doesn't go any

1    place any more because it was severed, so water just sits.

2    And when it gets heavy rain, the water backs up in this

3    whole area here, all the way down here.  And evidence is

4    going to show that it gets up within a few feet of the

5    house -- and we have photographs of that that were taken in

6    December of 2006, including the ducks.

7           Rather than finishing and putting more fill dirt

8    in to try and block the view of the railroad, all of a

9    sudden --

10          Wait a minute, you're covering up the evidence of

11   what was cut and the property line.

12          So Mr. McCarthy, who is an engineer, went back.

13   And if you noticed yesterday, there was an excavation right

14   behind -- there was a mound of earth and then like a dip.

15   That is where all the brambles were cut and exposed so that

16   the surveyors could see the actual lines where the property

17   was truly, and that's what Mr. Nye is going to testify

18   about today, where the property land really was.

19          The evidence is also going to show that to cure

20   this situation -- these lots right now are not saleable.

21   Nobody's going to buy a lot that looks at a railroad with

22   water flooding in the back of it.

23          To cure the water problem, the evidence is going

24   to show that what they will have to do is put a deep trench

25   in here.  And bare in mind, this is about six or 7 feet

1   lower than it is out at the street.  So the trench here is

2   going to have to start about 12-feet deep.  They'll have to

3   run a trench by their own between lots 15 and 16, bore

4   under the road, and go up here.  This is a green space that

5   the county required as part of the subdivision plan.

6   They'll probably have to build a retention pond, and then

7   have it tie into the storm drain on River Road.  Cost

8   estimates are close to $200,000 to solve that drainage

9   problem.

10          The evidence is also going to show -- and by the

11  way, we have four experts.  We have an engineering expert,

12  a surveying expert from Peterman and Associates in Findlay

13  that's going to talk about the property line.  We have an

14  MAI appraiser.  MAI appraiser is the highest appraisal

15  status that you can have.  And we also have an arborist who

16  is going to talk about, you know, the cost of restoring

17  some type of barrier along the back of that property so

18  that the railroad is less visible, less noisy, less

19  intrusive.

20          In this particular case, the actions by the City

21  of Toledo constituted a trespass.  They were negligent.

22  They -- it violated the United States laws by taking the

23  property that they didn't own and using it.  And the

24  purpose of a trial is for us to present to you the facts

25  and the evidence and for you to make a decision.

1          If you don't believe us, you come back with $0.

2     If you believe us, you come back with an award that would

3     be fair to compensate the property owners.

4          There's going to be a lot of testimony in this

5     case about marketing, why the lots didn't sell right away.

6     The subdivision was completed in late 2001, early 2002.

7     They sold off eight lots.  There are six homes here

8     constructed, and outside of our property that the property

9     owners own, and two other lots were sold, so eight lots

10    total out of 22.  So there's 14 lots left, including the

11    house that is on lot 115, which is a spec house.

12          The evidence is going to show that since there's

13    no money, there's no payment.  The house on lot 15 is under

14    foreclosure by First Place Bank.  The developers are in

15    default with First Federal Bank of Defiance on their

16    $2 million development loan.  They're delinquent on the

17    real estate taxes on all of the lots because there's no

18    money being generated by any sales of the lots.  The MAI

19    appraiser that is going to come in is going to testify that

20    these lots, when the trees and the barrier were cut down,

21    were diminished in value by at least 50 percent.  These

22    lots were selling for between a hundred and a 125,000.

23    He's come up with the price that maybe they're worth 50 or

24    60, maybe 70, a couple of them, still today -- which in my

25    mind is questionable after I was out there yesterday with

1   the train in the back.

2            Interestingly, the city's appraiser has come up

3   with a very similar value.  The city's appraiser is going

4   to testify that these lots are now worth about $60,000.

5   The difference is the city appraiser says they -- all the

6   lots, with all that cutting and everything else that

7   happened, only diminished by a total of $20,000.  Our

8   appraiser says it's $355,000 diminishment in value of the

9   lots.  So there's a lot of factual disputes.

10           I don't think the city's going to own up and tell

11  you that they trespassed and they're sorry for it.  I think

12  they're going to dig their feet in and bite like heck and

13  that's why we're here today.  And I hope that after you

14  hear all the evidence, use your reasoning, you'll come to

15  the conclusion that Mr. Laskey and Mr. Taylor were harmed.

16           I thought Mr. Taylor was going to sit in.  We're

17  only allowed one representative from the company, so the

18  only time he can be here is when he testifies.  Mr. Laskey

19  will be the company representative.  Mr. Laskey's hard of

20  hearing.  He's got --

21           Do you have your head phones on?

22           But we hope that you will be fair, impartial,

23  just listen to the facts, and I think that you will

24  understand why we're in court here today.  Thank you.

25           THE COURT:  Thank you.

1          Bob?

2          MR. BAHRET:  Thank you, Your Honor.

3          Good morning.  It's my privilege to represent the

4    City of Toledo in this case, and I intend to do it fairly

5    and honestly.

6          You have already been given misinformation.  You

7    heard him say that nobody got any notice.  Well, first of

8    all, I don't believe notice is required, but notice was

9    published in the newspaper long before the project.  There

10   was a public meeting held in a meeting hall for anybody

11   that was interested, not required, but it was done.

12         The water main both begins and ends in the City

13   of Toledo.  It goes down the railroad right of way, and

14   then goes under the river ending back in Toledo near the

15   Anthony Wayne trail.  So I don't know what the business

16   about selling water to Wood County is all about.  It's true

17   the city does it, but I don't believe with that particular

18   line.  It's irrelevant in any event.

19         The issue here is, was Cambridge harmed by

20   activity of the City of Toledo that took place on Cambridge

21   property?  That's key.  There's no question -- I'll try to

22   keep my voice up because I move around a little bit.

23         There's no question that there were trees between

24   the abandoned railway line and the existing railway line

25   where you saw a train yesterday.  There were trees there.

1   There's no question there were trees, some trees behind

2   Cambridge.  You'll see aerial views.  There's no question

3   that there were weeds and junk growing on that railway, the

4   abandoned railway right of way where the pipe sits now.

5   There's also no question that they needed to be removed to

6   fit this large pipe in there, and there's no question under

7   the law that Cambridge has no right to complain about it

8   even if they now see the rail -- the railroad cars better

9   than they saw them before.  They don't have the right to

10  cry foul, but they do.  They don't even contend that

11  anything was removed from Cambridge property on this half

12  of the development.  They don't even claim they trespassed

13  down there.  So obviously, they're not going to claim you

14  can't see the train even if everything went just swimmingly

15  great.  You can see the train on this half of the

16  development perfectly with no obstructions at all, even

17  without a trespass.  They'll have to admit that.

18          They're down on this end, there might have still

19  been a 3-foot or 2-foot barrier, as they call it.  You will

20  see in the preconstruction video that this development is

21  easily seen from the abandoned right of way.  You'll see it

22  on videotape before anything was cut.  There was a tree

23  here or a tree there, but it wasn't like it's just a wall.

24  You could see the train.  You could hear the train.

25          You'll hear from the guy that lives in that spec

1    house -- free of charge by the way -- you will hear him

2    when asked -- and when I talk to you about what you'll hear

3    from a witness, I operate with the assumption that they'll

4    tell you the same thing that they said at deposition.  So

5    assuming he says the same thing that he said at

6    deposition -- and I'm sure he will -- when asked, could he

7    hear the train before the trees were cut, he says, oh,

8    yeah, oh, yeah.  Wake them up at night repeatedly.

9         You'll see how close Bates Road was to that

10   development.  The trains blow their whistle as they

11   approach Bates Road.  And you can easily hear that whistle.

12   And by the way, the train that you saw yesterday, I'm sure

13   you noticed it was a work train.  It wasn't the regular

14   coal trains and stuff, which is why it was going that slow.

15   Train yesterday was going about walking speed, which is not

16   the speed the normal trains go.

17        What you will hear is that there was a railroad

18   fence.  In fact, during the walk through yesterday, The

19   Judge told you there was a fence there because nobody

20   disputes that there was a railroad fence that went all the

21   way down, not just behind Cambridge, but goes for miles and

22   miles.

23        You will hear the plaintiff's expert tell you,

24   first of all, surveying is not an exact science.  If you

25   get three surveyors in the room, you're going to get three

```
 1    different landmarks; that's just a fact of life.  They'll
 2    disagree by inches, maybe sometimes feet.  It's rare when
 3    they put the marks in the same exact spot.  But their
 4    expert is going to say that on a job like this, it is
 5    reasonable to give credibility to the railroad fence and
 6    just stay inside the fence.  That's what the city's
 7    contractor did.  Their expert will agree with ours that
 8    nobody went on the wrong side of the railroad fence.  All
 9    the clearing was on the railroad side.  Our experts will
10    tell you and the contractor will tell you -- which by the
11    way the contractor and Vermillion are no longer parts of
12    this lawsuit.  They had been, they settled.  They will tell
13    you that they need --
14              MR. ROBON:  Can we approach the bench?
15              THE COURT:  Yes, you may.
16                  (A side-bar conference was had off the
17                  record.)
18              THE COURT:  Ladies and gentlemen, there was a
19    comment by defense counsel with respect to Vermillion
20    having been a party to this lawsuit.  I'm going to instruct
21    you to disregard that comment as best you can.  Strike it
22    from your memory bank.  That's not an issue before you, and
23    it's not something that need concern you.
24              You may continue.
25              MR. BAHRET:  Thank you, Your Honor.
```

1           You will hear the representative from Ric Man --

2     which is the name of the general contractor that installs

3     the pipeline -- you'll hear them say that this was a tight

4     space.

5           Now, you saw the abandoned right of way.  That

6     may seem like some good space, but consider you're bringing

7     in a lot of pipe.  You've got to stack the pipe, you've got

8     to dig a big trench, you've got heavy equipment you've got

9     to move around.  This was a tight space.  They needed all

10    of it cleared to operate.  And you'll hear them say that.

11          Again -- and I emphasize it's not actionable,

12    even if they didn't need all the space because it's not on

13    the Cambridge property -- but what actually -- what they

14    did, because it was so tight in that ditch that's between

15    the active railway and the abandoned railway -- I think

16    some of you saw that ditch yesterday -- they were filling

17    that as they went so they could back their equipment on it,

18    and then as they'd move out, they'd just dig it back behind

19    them.  So it was like a moving line, that gave them an

20    extra 10 feet or more to use.  Just evidence of how tight

21    the job was.

22          But on the issue of this "crossover pipe," is the

23    terminology you'll hear, "crossover culvert," the so-called

24    drain that went under the abandoned right of way.  I didn't

25    hear counsel tell you that they already had a problem with

1    ponding water before this project ever started, but the
2    evidence will be that they did.  That was a problem child
3    for 100 years.  In fact, you'll hear Mr. Laskey tell you
4    that he consulted their engineer, this McCarthy guy, about
5    their water problem before that drainage culvert was ever
6    cut.  That's what he said at deposition.  That's what I
7    expect he'll say again here today or whenever he testifies.
8            What they're claiming is that the water problem
9    supposedly got worse, nobody can quantify it.  What you'll
10   hear their engineer that designed their own drainage system
11   say is that in 2006 and 2007 we had some rather unusual
12   events, floods, Findlay went under water.  The rain in the
13   summer of 2007 was a 500-year flood.  The rain during 2006,
14   I believe, was a 100-year flood.  The drainage system in
15   Cambridge was designed for a five-year flood.  So they were
16   going to have ponding, significant ponding, no matter what
17   happened to that crossover tile.
18           You'll hear evidence when we talk about, oh, I
19   can't sell a lot, this is key, they didn't sell a lot for
20   three years before this project.  Why?  They couldn't get
21   rid of the lots.  Absolutely nobody bought any of these
22   lots with their backyard touching the railroad tracks,
23   nobody.  The lots that were sold are either on the other
24   side of the tracks -- I mean, on the other side of
25   Jacqueline Drive or down here away from the tracks.  You'll

1    hear the housing market absolutely went into the toilet

2    right about the same time this project was completed.

3    You'll hear that Old Granite owns two other developments,

4    and they can't sell a lot in those either.  And they don't

5    have a problem with a railroad in either of those

6    developments.  The housing market is dead.  And Old Granite

7    and Cambridge were dead before the water main was put in.

8           The water that you may have seen yesterday, and

9    you saw a little pipe in there that The Judge pointed out

10   to you, the -- most of that water, by the way, is not on

11   Old Granite -- or Cambridge property.  In fact, here where

12   my finger is, but that pipe -- and that's an interesting

13   story too.  Well, I didn't even know that thing was there.

14   I found out recently.  But it's intriguing because the

15   people that are crying foul for trespass, trespassed to put

16   that pipe in.  Their expert, McCarthy, got on railroad

17   property, knocked a hole in the side of the underground

18   drainage culvert and put that pipe in without the

19   railroad's permission, without the City of Toledo's

20   permission, with no notice of anybody.  And a pipe that

21   apparently would have water in it, he puts a drain in it so

22   the water can come out in that pond you saw.  And I don't

23   know what the engineering science behind that maneuver was,

24   but that's what he did.

25           And speaking of trespass, without permission, a

```
 1   couple of days after the right of way was cleared, McCarthy
 2   engineers the truck lift.  120 or more huge tandem truck
 3   trucks of dirt are brought in on the railroad property
 4   without permission, dumped on the railroad property, and
 5   then you get a bulldozer and push it towards Cambridge.
 6          You saw -- remember that some of you that saw the
 7   area where the fence was leaning over and there was the
 8   pin?  Why do you think the fence was leaning over?  They
 9   pushed it with the dirt, with tons and tons of dirt.  The
10   markings were all covered.  The evidence was gone.
11          The survey stakes -- some of you saw a couple of
12   survey stakes out there yesterday.  Those are not the ones
13   that were there when this job was done.  That's from the
14   resurvey that they did and the city did after this.
15          MR. ROBON:  Your Honor, I'm going to object.
16   There's absolutely no evidence of that whatsoever.  Those
17   are the original pins that were put in in 2001.
18          THE COURT:  Okay, gentlemen.
19          This, again, is counsel's opportunity to tell you
20   what they believe the evidence will be.  We have not heard
21   the evidence yet.  We will allow counsel to continue his
22   representation.
23          MR. BAHRET:  I think he misheard me.  I didn't
24   say anything about the pins.  I was talking about the
25   stakes, the wood survey -- I think they're called "lats"
```

1    technically.  Those lats are not the ones that were there

2    back at the time this job was done.  They were there after

3    the border dispute, if you want to call that.  That's when

4    it happened.

5         And interestingly, several of those lats are

6    literally touching the Peterman survey and the city survey.

7    They're touching, they're in the same spot, so they weren't

8    really disagreeing on where the property line is.  You will

9    hear from various people about was there any encroachment

10   here or not.  In our view, the worse case scenario only

11   applies up here and might be three or 4 inches.

12        And nobody claims there's anything down here

13   removed from their property that they have the right to

14   complain about.  You'll hear from the people that are

15   appraising these lots, and they don't take a position on

16   encroachment.  They just say because those trees were

17   removed, the lots might be worth less now than they were

18   then.  Keep in mind, it's not actionable.  It may be worth

19   less, I don't know.  But they don't have the right to cry

20   foul because it's not on their property.

21        You'll remember I asked you during the jury

22   selection process if any of you believed you have the right

23   to complain if your neighbor cuts down his walnut tree.

24   You may have loved the walnut tree, you can't cry foul.

25   That's what this case is about.  And when we're all said

1    and done, we believe you will be satisfied that there's no

2    evidence, certainly not sufficient evidence to prove that

3    anything happened to that development because of actionable

4    misconduct by the City of Toledo or any of its contractors

5    or subcontractors.

6            Thank you.

7            THE COURT:  Thank you.

8            Plaintiff may call first witness.

9            MR. ROBON:  Thank you, Your Honor.

10           Was herein, called as if upon examination, was by

11   me first duly sworn, as hereinafter certified, and said as

12   follows.

13                    DIRECT EXAMINATION

14   BY MR. ROBON:

15   Q.      Would you introduce yourself to the jury, tell

16   the jury your name and where you live.

17   A.      My name's John Sumner.  I live at 30351 Bates

18   Road.  I live on Bates and where the new water line they

19   put in near the railroad tracks.  There's some railroad

20   tracks also.

21   Q.      So you're three or 400 feet from the Cambridge

22   subdivision?

23   A.      That's correct.

24   Q.      Okay.  And how long have you lived in that area

25   on Bates Road?

```
 1   A.        All my life.

 2   Q.        And how old are you?

 3   A.        Fifty-two.

 4   Q.        And you brought us some pictures at your

 5   deposition.  Do you remember that?

 6   A.        Yes.

 7   Q.        I'm going to hand you what we've marked as

 8   Exhibit Number 13.  It says May of 1967.  Did you take that

 9   picture?

10   A.        My father did probably.

11   Q.        You were there?

12   A.        No, no --

13   Q.        Do you recognize the picture?

14   A.        Yes, yes.

15   Q.        Would you tell the jury what that picture

16   represents?

17   A.        You're looking up the driveway.  That's -- the

18   main house is to the right, the garage is to the left, and

19   you're looking back towards Cambridge.  Our property line

20   right now runs at the elm tree, the large tree up front.

21   Q.        So it abutted the Cambridge subdivision?

22   A.        Yes.

23   Q.        I'm going to hand you what's been marked as

24   Exhibit Number 14.  It's a series of three photographs.

25   Let's look at the top one first.  And what does that
```

1    represent?

2    A.        Looking out from my kitchen window out towards

3    the railroad tracks and Bates Road.

4    Q.        So am I looking at the railroad track way in the

5    back here?

6    A.        Yes.

7    Q.        Okay.  And can you tell the jury how long ago

8    this photograph was taken?

9    A.        Last winter.

10   Q.        Okay.  And the one in the middle represents,

11   what, the photograph?

12   A.        That's -- we're looking from Bates Road down

13   towards Cambridge.  This is the back of my property.  The

14   water line will be to the left.

15   Q.        So you have the woods behind your entire

16   property?

17   A.        There's a row of -- there's a row of trees and

18   brush that runs the property line that separates the

19   railroad and my property.

20   Q.        Okay.  And then the third photograph on Exhibit

21   14 was taken when?

22   A.        Last winter.

23   Q.        And what does that photograph represent?

24   A.        You're looking at the back view of our

25   property -- more of a right towards Cambridge.  It's --

```
 1   yeah, railroad tracks to your left -- the back corner, the

 2   rear corner.

 3   Q.        So you're looking at an angle towards the

 4   railroad?

 5   A.        That's correct.

 6   Q.        Which is very hard to see, correct?

 7   A.        Yes.

 8             MR. BAHRET:  Objection.

 9   A.        There's a pond now right behind the fence.

10   Q.        And I'm going to --

11             THE COURT:  If there was an objection, which was

12   faint, it's overruled.

13   BY MR. ROBON:

14   Q.        I'm going to hand you what we've marked as

15   Exhibit 15 and ask you to tell the jury who is in that

16   picture?

17   A.        It's me.

18   Q.        That's you when you were a young child?

19   A.        Yes.

20   Q.        Do you remember how old you would have been?

21   A.        Probably eight years old, maybe.

22   Q.        Okay.  And that's in your backyard?

23   A.        Yes, that's --

24   Q.        With the train in the background?

25   A.        Yes, the corner of the back property.  That's --
```

```
 1   that's before the pond was put in.
 2   Q.        Okay.  And has that area, if we went and looked
 3   at that same area today, is it grown up?
 4   A.        Vegetation wise, yes, yes, very much so.
 5   Q.        You indicated during your deposition that the
 6   railroad manhole that existed a couple hundred, maybe
 7   300 feet south of Bates Road, you were familiar with it?
 8   A.        Yes.
 9   Q.        And can you come over here, we'll give you a
10   microphone, and show the jury -- we've drawn a map here,
11   Bates Road is -- let's see you've got to have a seat over
12   here.  Bates Road is over this way, correct, kind of off
13   the map a little bit?
14   A.        Yes, that's correct.
15   Q.        And this is the manhole that you're familiar
16   with?
17   A.        Yes.
18   Q.        And would you tell the jury the significance of
19   that manhole for the property owners that are on Bates
20   Road?
21   A.        Our septic tank lines.
22             THE COURT:  I'm sorry I can't hear.
23   A.        Our septic tank lines from three houses ran to
24   that point, ran down to that point.
25   BY MR. ROBON:
```

```
 1   Q.        So the septic tanks ran down to that manhole and

 2   then that -- were you aware that that manhole then crossed

 3   over under the old terminal tracks into this ditch?

 4              MR. BAHRET:  Your Honor, I object to the leading.

 5              MR. ROBON:  I'll rephrase the question.

 6              THE COURT:  Thank you.

 7   BY MR. ROBON:

 8   Q.        Do you know where the water went after it went

 9   into the manhole that is shown here on Exhibit Number 6?

10   A.        It went into the railroad ditch.

11   Q.        Okay.  Along here?

12   A.        Yes.

13   Q.        And how do you know that?

14   A.        I was told that.

15   Q.        Okay.  And when you were a child did you play on

16   that railroad property?

17   A.        We used to hike down there.

18   Q.        Okay.  Did you actually see the manhole and the

19   water outlet?

20   A.        Yes.  Yes.

21   Q.        Okay.

22   A.        Well, I never actually saw the pipe that ran into

23   the ditch.

24   Q.        Right.  But you knew it was there?

25   A.        Yes.
```

```
 1              MR. BAHRET:  Objection.

 2              MR. ROBON:  You can take your seat back, please.

 3              THE COURT:  Well, unless there's a foundation for

 4   him expressing the view that he knew it was there since he

 5   didn't see it, I'll sustain the objection and the jury will

 6   be asked to disregard the answer to that question and the

 7   question as well.

 8   BY MR. ROBON:

 9   Q.       Is it a fact that in addition to the septic

10   system's draining into that manhole, the surface water --

11              MR. BAHRET:  Objection.

12              MR. ROBON:  I'll rephrase the question.

13   BY MR. ROBON:

14   Q.       What other water drained into the manhole on the

15   railroad property, to your knowledge?

16              MR. BAHRET:  Your Honor, I object.  There's no

17   foundation that he knows.

18              THE COURT:  Well, let's hear what his answer is,

19   and then we'll decide, maybe he'll say he doesn't know.

20   A.       Well, the whole train rolls down to that point.

21   It's almost like a natural drainage.  And that is what my

22   great aunt told me who owned that section of the property.

23              MR. BAHRET:  Objection.

24              THE COURT:  I'm going to sustain that objection.

25   We can't have you testifying about what somebody told you.
```

```
1    That's hearsay.  So just a moment.
2    BY MR. ROBON:
3    Q.        You have to tell us what you know.  Do you know
4    that the train drains towards the manhole?
5    A.        Yes.
6    Q.        And eventually there was sanitary sewers put in
7    on Bates Road?
8    A.        Yes.
9    Q.        Were there any other areas behind Bates Road and
10   your property and your neighbor's property for your service
11   water to drain, other than into that manhole on the
12   railroad property, to your knowledge?
13   A.        Not to my knowledge.
14   Q.        I have nothing further.
15             THE COURT:  Thank you.
16             Do you want to cross examine?
17             MR. BAHRET:  Thank you, Your Honor.
18                         CROSS EXAMINATION
19   BY MR. BAHRET:
20   Q.        Good morning, Mr. Sumner.
21   A.        Good morning.
22   Q.        My name's Bob Bahret.  I represent the City of
23   Toledo.
24             Why did you put the pond in?
25   A.        That was my neighbor, Triskel put the pond in.
```

1    It was after the sale of the property, after my aunt's

2    death, great aunt's death.

3    Q.        Do you know why she put a retention pond in?

4    A.        That's more of a recreational -- just a swimming

5    pond.

6    Q.        Okay.  Would you agree, sir, that your property

7    was not affected by the water main project?

8    A.        That's correct.

9    Q.        Would you agree they didn't cut down -- whoever

10   the contractor was, nobody cut down anything on your

11   property?

12   A.        No.

13   Q.        Would you agree -- you don't have any evidence or

14   any information that anything was cut down on Cambridge?

15   A.        I don't know anything about that.

16   Q.        Okay.  In fact, you went out on the railroad

17   right of way and you -- after the project was started and

18   you looked down the fence line, correct?

19   A.        Yes.

20   Q.        And there used to be a railroad fence that whole

21   length down there, correct?

22   A.        It still is.

23   Q.        And would -- what it looked like to you is that

24   everything on the railroad side of the fence was cleared

25   and nothing on the other side of that fence was cleared?

```
1    A.        Would you repeat that, please?

2    Q.        What it looked like to you, when you looked down

3    the fence, like was that the stuff -- if you're at your

4    property looking towards Cambridge, everything left of the

5    fence is cleared, nothing to the right of the fence was

6    cleared?

7    A.        Oh, okay, yes, that's correct.

8    Q.        All right.  And the last time you ever paid any

9    attention to that manhole was back after you got hooked up

10   when your septic -- when your sewage didn't go in there

11   anymore?

12   A.        That's right, after we cut the lines off.

13   Q.        And that was some --

14   A.        Back in the early 90s.

15   Q.        So at least 15 years before this project,

16   correct?

17   A.        Correct.

18   Q.        Now, you don't have any idea how water would get

19   into that manhole, do you?

20   A.        Well, it had to go through the save -- where our

21   pipes connected, our septic tank lines connected to it.

22   There was one pipe that ran into that manhole cover,

23   whatever.  It would have had to have gotten through there.

24   Q.        What I'm getting at -- maybe I asked a poor

25   question.  There's no drain near the manhole, correct?
```

```
1    A.        Correct.

2    Q.        So if the water is going into that manhole, the

3    water's coming from somewhere far away, correct?

4    A.        Well, that's correct.

5    Q.        And where it's coming from, you don't know?

6    A.        I have no idea, really.

7    Q.        You haven't noticed any additional water or

8    anything behind any of these properties, have you, since

9    the water main project was done?

10   A.        I never noticed anything.

11   Q.        I mean, there was water that would typically pond

12   back near that manhole and over towards Cambridge for as

13   long as you've been alive?

14   A.        That's true, after the -- after snow melts and so

15   forth.

16   Q.        And after a rain?

17   A.        Yeah, that's correct.

18   Q.        Thank you, sir.

19             THE COURT:  Any redirect?

20             MR. ROBON:  Nothing further.

21             THE COURT:  Thank you.  You may step down,

22   Mr. Sumner.

23             Next witness.

24             MR. BAHRET:  Your Honor, I feel awkward with my

25   back to the jury.  Where do most people stand.
```

```
1              THE COURT:  At the end of the jury box.

2                   (A brief discussion was had off the record.)

3              THE COURT:  Or you stand in the middle of the

4    courtroom which is a bit cluttered right now.

5              MR. BAHRET:  Thank you.

6              Was herein, called as if upon examination, was by

7    me first duly sworn, as hereinafter certified, and said as

8    follows.

9                        DIRECT EXAMINATION

10   BY MR. ROBON:

11   Q.        Would you introduce yourself to the jury and tell

12   the jury where you live?

13   A.        My name is Kevin Stawinski.  I live in Cambridge

14   subdivision, 30295 Jacqueline Place.

15   Q.        And is that known as lot number 7?

16   A.        No.

17   Q.        Is it the second lot in from the cul-de-sac?

18   A.        It is, yes.

19   Q.        And you -- your driveway faces across the street

20   and the railroad's behind it?

21   A.        That's correct.

22   Q.        Okay.  And how long have you lived there, Kevin?

23   A.        A little over four years now.

24   Q.        And did you build a home there?

25   A.        Yes.
```

```
1    Q.        And what do you do for a living?

2    A.        I am in medical sales.

3    Q.        And do you have a family?

4    A.        Yes, I do, a wife and a son.

5    Q.        And how old?

6    A.        He's six years old.

7    Q.        And would you describe for the jury how it was to

8    live in the Cambridge subdivision before the city started

9    the improvement on the railroad property?

10   A.        You know, living in Cambridge was beautiful.  I

11   mean, it was pristine.  It was serene, just a very

12   beautiful place to live.  There were large plush trees, you

13   know, that had very, you know, a lot of value to them, you

14   know, not only to the subdivision itself, but, you know, to

15   me personally, it did, as well.

16   Q.        When you looked out of your driveway, what did

17   you see?

18   A.        You're talking before the damage had been done?

19   Q.        Yes, before -- before April of 2006?

20   A.        I saw a bunch of large plush, plush trees that

21   when in full foliage, were very beautiful trees, very old

22   mature, tall trees.

23   Q.        And what do you see today?

24   A.        Graffiti-laden trains from time to time.  You

25   know, there's one or two trees, but certainly the trees --
```

1    the trees are all gone now.

2    Q.        When the machines were cutting out the trees, did

3    you see the machines?

4    A.        Yes.

5    Q.        I'm going to put up on the board here Exhibit

6    Number 16 and ask if you can tell the jury what that

7    instrument is or what that machine is?

8    A.        It looks like a feller buncher.

9    Q.        And how do you know what a feller buncher is?

10   A.        Well, my six-year-old son actually has a keen

11   interest in heavy equipment and stuff, and we watch a lot

12   of the PBS shows, John-Deere-type stuff, and I actually

13   learned a little something myself by watching it.

14   Q.        Is that the machine or type of machine that you

15   saw cutting the trees on the railroad right of way and also

16   on the Cambridge subdivision?

17            MR. BAHRET:  Objection, Your Honor.

18   A.        Very sim --

19            THE COURT:  Woah, woah.  Time out, everybody take

20   a breath.

21            The basis for your objection?

22            MR. BAHRET:  He just asked this witness if he saw

23   trees cut on the Cambridge property.  This witness has no

24   foundation to be able to say that.

25            THE COURT:  I think you can rephrase the

```
 1    question.  I'll sustain the objection.

 2              MR. ROBON:  I'll rephrase it.

 3    BY MR. ROBON:

 4    Q.        With regard to the cutting of trees behind the

 5    Cambridge subdivision, is this one of the machines that you

 6    saw doing it?

 7    A.        Yes.

 8    Q.        Okay.  And do you see the sign, it says stay back

 9    300 feet?

10    A.        Yes.

11    Q.        Would you come over here and look at the map

12    here, which is Exhibit Number 8?

13              MR. BAHRET:  Your Honor, could we approach?

14              THE COURT:  If you must.

15              MR. BAHRET:  I must.

16                   (A side-bar conference was had off the

17                   record.)

18    BY MR. ROBON:

19    Q.        Would you indicate to the jury how far it is from

20    your lot here to where the clearing was?  And you'll see

21    the depth of the lots.

22    A.        220 feet.

23    Q.        And the right of way is probably, what, 60 feet?

24              MR. BAHRET:  Objection.

25    A.        That's a good estimate.
```

```
 1              THE COURT:  Sustained.  Jury will disregard the
 2    answer.
 3    BY MR. ROBON:
 4    Q.        You can take your seat.
 5              I want you to take a look at Exhibit 17.  Let's
 6    put it up this way.  Is this a picture of the giant -- I
 7    think they call it a "hydro axe," on the front here,
 8    that -- with the big blades?
 9    A.        Yes.
10    Q.        Okay.  And is that what you saw there cutting
11    these trees down?
12    A.        It looks very much like it, yeah.
13    Q.        Okay.  I'm going have you take a look at Exhibit
14    20.  This is a photograph taken by Ric Man Construction on
15    April 5 of 2006 before the cutting.  And the railroad is on
16    the left up here, and this is the -- where the old tracks
17    used to be.  Do you remember what -- what was this area
18    used for, what did you see people doing here?
19              MR. BAHRET:  Your Honor, just so the jury knows
20    this is not behind Cambridge.
21              THE WITNESS:  Marve, can you repeat the question?
22    BY MR. ROBON:
23    Q.        Yeah.  This path that existed here where the old
24    track was removed?
25    A.        Yeah.
```

1    Q.       Did you -- was that used, did you see people on

2    that path?

3    A.       Yes.

4    Q.       You mentioned to me they were walking their dogs

5    and things like that?

6    A.       Absolutely.

7    Q.       Okay.  My question is, you see the heavy brush

8    here on the right side -- if you have to you can come over

9    here and take a better look?

10            THE COURT:  It should be on your screen.

11            THE WITNESS:  I can't see the laser pointed.

12            MR. ROBON:  On it doesn't show up.

13   BY MR. ROBON:

14   Q.       You see this brush area here?

15   A.       Yes.

16   Q.       Is that what you looked at when you lived over

17   here?

18   A.       All the heavy brush?

19   Q.       Yeah.

20   A.       Yes.

21            MR. ROBON:  Now, I'm putting on Exhibit Number

22   30, Your Honor.  I don't know why there's a glare on it

23   over here on the side.

24   BY MR. ROBON:

25   Q.       Can you identify that photograph?

```
 1   A.        Yeah, that -- that's looking at the railroad

 2   probably from standing on my porch or in my driveway

 3   somewhere.

 4   Q.        Okay.  And that photograph adequately depicts

 5   what is there today?

 6   A.        Yes.

 7             THE COURT:  That photo was taken when, please?

 8             MR. ROBON:  I think this was taken in summer of

 9   2007, Your Honor.

10             THE COURT:  Thank you.

11   BY MR. ROBON:

12   Q.        I'm going to hand you what we've marked as

13   Exhibit 43.

14             MR. BAHRET:  Marve, could you try to adjust the

15   lens so it's going straight down?

16             MR. ROBON:  Maybe that's what it's doing.

17             MR. BAHRET:  I'm not sure, but I'm just wondering

18   if it's catching the light.

19             MR. ROBON:  Yours truly is not too mechanically

20   inclined.

21   BY MR. ROBON:

22   Q.        I pulled up Exhibit 43.  Is this a depiction of

23   what the back of the subdivision looked like before any

24   cutting took place?

25             MR. BAHRET:  Your Honor, I object that is not --
```

```
 1  A.        Yes.

 2            MR. BAHRET:  -- the back of the subdivision.

 3            THE COURT:  Let's have an identification or

 4  authentication of the photograph, please, time, place.

 5  BY MR. ROBON:

 6  Q.        Before the cutting of the trees when you stood on

 7  the cul-de-sac in your subdivision, is this what you looked

 8  at?

 9  A.        Yes.

10  Q.        And is this what you still look at today at the

11  back of the cul-de-sac, still there?

12  A.        Yes.

13  Q.        And does that adequately depict the foliage that

14  you have which would be at the end of the cul-de-sac over

15  here?  That would be at the end of the cul-de-sac over

16  here?

17  A.        Yes, that's correct.

18            THE COURT:  And this photo was taken about when?

19            MR. ROBON:  This was taken also in 2007.

20            THE COURT:  Thank you.

21  BY MR. ROBON:

22  Q.        I put up on the screen Exhibit 91.  Is this what

23  was up against the railroad property in 2006 prior to the

24  cutting?

25            MR. BAHRET:  Objection.  Not only is he leading,
```

```
 1   but, again, that's not a picture from the -- between

 2   Cambridge and the railroad.

 3             THE COURT:  Who took these photographs?

 4             MR. ROBON:  These were taken by me and

 5   Mr. McCarthy, Your Honor.

 6             MR. BAHRET:  And he wasn't retained until after

 7   the trees are gone, so obviously, that's not representative

 8   of what's behind Cambridge.

 9             MR. ROBON:  And I think -- Mr. Laskey, did you

10   take this one?

11             THE PLAINTIFF:  Yes.

12             MR. ROBON:  I think Mr. Laskey took this one

13   beforehand.

14             MR. BAHRET:  Wait a minute.

15             THE COURT:  Gentleman, your comments are toward

16   me, please.  Thank you.

17             MR. BAHRET:  I apologize.

18             THE COURT:  As I indicated at the beginning of

19   the trial and I'll repeat it now, ladies and gentlemen,

20   comments of counsel are not evidence in the case.

21             Would it be more efficient to have the person who

22   took these photographs testify about them if that person's

23   going to testify such as Mr. Laskey.

24             MR. ROBON:  Well Mr. Stawinski lives there, Your

25   Honor.
```

```
 1            THE COURT:  I understand he was, but if he wasn't
 2   there when they were taken, he can't testify that this
 3   photograph when it was taken or what it was taken of.
 4            MR. ROBON:  Well, ask -- I ask him do you
 5   recognize this photograph.
 6            THE COURT:  Go for it.
 7   A.       No, I don't.
 8            MR. ROBON:  Okay.
 9   BY MR. ROBON:
10   Q.       But is it a similar depiction of what you looked
11   at --
12            MR. BAHRET:  Objection.
13            MR. ROBON:  -- across the way?
14            THE COURT:  I'll sustain the objection.  Ask the
15   jury to disregard the answer since he could not identify
16   the photograph.
17   BY MR. ROBON:
18   Q.       Would you tell the jury what is it like to live
19   today in the Cambridge subdivision?
20   A.       Living there today is extremely frustrating.
21   Q.       Can you explain how?
22   A.       Yes.  Well, first of all, the damage that's been
23   done has severely affected the value of my home.
24   Q.       And how is that?
25   A.       Well, after we built the house, we were going to
```

```
1   go ahead and put a pool, in finish the basement, so we had

2   an appraisal done on the house by Fifth Third.  I forget

3   the exact value, but it was around 630,000 because they

4   loaned me off the value of the home what it is based on.

5   And that number came back at 630.  And we have subsequently

6   had the house on the market over the last three years, and

7   I believe we've had one offer in the neighborhood of about

8   $400,000.  So in that aspect, you know, I woke up one day

9   with a house worth $630,000, now it's worth $400,000

10  because of the damage that's been done.

11          It's also frustrating in that, you know, the

12  trains are much more audible than they were.  The trees

13  used to absorb a lot of the noise.  You can clearly hear

14  the trains a lot more.

15          And without question, they're much more visible.

16  Before you wouldn't even have noticed the trains.  Now

17  they're very visible, so.

18  Q.       Did you receive, as a property owner in the

19  Cambridge subdivision, any notice of a public improvement

20  in the railroad right of way?

21          MR. BAHRET:  Objection, Your Honor.

22  A.       If I would --

23          THE COURT:  I'll overrule.  He may testify if he

24  received anything.

25  A.       Had I received anything at all in regards to that
```

```
 1    project being done, I will not have chosen to build there.

 2    BY MR. ROBON:

 3    Q.        Okay.

 4    A.        So the answer is, no, I did not.

 5    Q.        And just one day the trees are gone?

 6    A.        Literally within one day.

 7    Q.        What would you like to see done at the Cambridge

 8    subdivision?

 9              MR. BAHRET:  Objection.

10              THE COURT:  I'm not sure where this is going.  It

11    seems a bit --

12              MR. ROBON:  I'll rephrase it.

13              THE COURT:  Thank you.

14    BY MR. ROBON:

15    Q.        To -- to cure the problems for you and other

16    property owners in the Cambridge subdivision, what would

17    you recommend or like to see be done along the railroad

18    tracks?

19              MR. BAHRET:  Your Honor, I object.  He is not a

20    party to this case.

21              MR. ROBON:  He's an affected property owner, Your

22    Honor.

23              MR. BAHRET:  It doesn't make him a party to the

24    case.

25              THE COURT:  I understand.  Take a breath
```

```
1    gentleman.

2            I'll overrule the objection.   He may answer.

3    A.        Well, short of going back in time and -- and

4    standing those trees back up right, which is impossible, I

5    would like to see restitution made with the trees, with a

6    barrier, I don't know if you can do it with trees to that

7    magnitude and that beauty that have been destroyed, to that

8    height with that amount of value, but clearly there needs

9    to be something done in terms of some sort of barrier to

10   make it the trains less visible.   I'm not asking for any

11   more than what was there, but to have something of equal

12   value there to create the value that I once had in my

13   house, personally, let alone Cambridge subdivision.   I

14   think that would be a fair, you know, fair to ask for that.

15   Q.        Okay.   Nothing further.   Thank you.

16            THE COURT:   Thank you.

17            You may cross-examine.

18            MR. BAHRET:   Thank you.

19                         CROSS EXAMINATION

20   BY MR. BAHRET:

21   Q.        Good morning, Mr. Stawinski.

22   A.        Good morning.

23   Q.        My name's Bob Bahret.   I represent the City of

24   Toledo.

25            Sir, when did you build the house?
```

```
 1   A.        About four, four and a half years ago.

 2   Q.        So in the year 2003 or four?

 3   A.        I'm not good with numbers, but that's pretty

 4   accurate.

 5   Q.        Okay.  And back then it appraised at 630?

 6   A.        According to Fifth Third Bank, yes.

 7   Q.        Okay.  Are you aware of the fact that anybody

 8   that appraises their house now will get a lower appraisal

 9   than what they got in 2004?

10   A.        Well, at the time I had the appraisal done, we

11   were probably within the greatest housing boom ever.

12   Q.        That's my point.  Are you aware that we're not in

13   the greatest housing boom ever now?

14   A.        I'm very well aware of that.

15   Q.        And are you aware of the fact that because of

16   that appraisals are, not only are sales down, but the value

17   of a house is down?

18   A.        I am aware of that, yeah.

19   Q.        Okay.  Now, your house is lot 7; is that right?

20   A.        Yes.

21   Q.        And so across from you is 12 and to your right

22   nine, ten, and 11?

23   A.        I can't see the picture, but I'm going to have to

24   assume you're correct in saying that.

25   Q.        All right.  You're not saying that all these
```

```
1    trees that you described as suddenly being gone are on

2    Cambridge property, you're not a surveyor, correct?

3    A.        No, that's correct.

4    Q.        And in fact, are you aware of the fact that even

5    the Old Granite owners acknowledge that every single tree

6    removed from -- in this half of the development behind it,

7    you can't see where I'm pointing, can you?

8    A.        No, I can't.

9    Q.        Sorry.  I either block you or block the jury.  In

10   this half of the development, the trees that were removed,

11   nobody contends were on Old Granite property or Cambridge

12   property, did you know that?

13   A.        I don't, no.

14   Q.        Okay.  And you'd agree that if that's true, you'd

15   still see the train, correct?

16   A.        What do you mean?

17   Q.        The barrier, as you called it, would be gone.  In

18   fact, it is gone even though trees weren't removed from

19   Cambridge, at least on that half, correct?

20   A.        That's correct.

21   Q.        Okay.  You don't own any of the trees that were

22   removed, do you?

23   A.        No.

24   Q.        And so far as you know, Cambridge doesn't own any

25   of those trees and never did?
```

```
 1   A.        When I built, I didn't know where those trees

 2   lied.

 3   Q.        Okay.  You don't have anybody that lives

 4   immediately next door to you, do you?

 5   A.        No.

 6   Q.        In fact, how many people have moved into that

 7   neighborhood since you did?

 8   A.        I think two, two families.

 9   Q.        Two.  And when was the last one?

10   A.        Probably a couple years ago.

11   Q.        How many lots, if you know, how many lots sold in

12   that subdivision in the two years before -- before?

13   A.        I don't know.

14   Q.        Trees -- would it surprise you if the answer was

15   zero?

16   A.        No.

17   Q.        Okay.  And how many people built houses with

18   their backyard up to those tracks?

19   A.        One.

20   Q.        And that's the spec house owned by Old Granite,

21   correct?

22   A.        Yes.

23   Q.        How many outside customers built the house with

24   their backyard touching the railroad right of way?

25   A.        Other than spec house, none.  None.
```

```
 1   Q.        Zero.  And in fact, you selected a lot on -- not

 2   abutting the railroad tracks?

 3   A.        Yes.

 4   Q.        Why?

 5   A.        My wife picked it out.

 6   Q.        Did you ever ask her why she didn't pick one out

 7   that abuts the railroad tracks?

 8   A.        No.  But at that time had she done that, I would

 9   have been willing to appease her.

10   Q.        Okay.  You're not claiming you couldn't see the

11   train before the trains gone back there?

12   A.        Very minimally.

13   Q.        You could see them, though, correct?

14   A.        Yes.

15   Q.        And obviously you could hear them, correct?

16   A.        Not to the magnitude you can now.

17   Q.        Did you hear my question?  Could you hear them?

18   A.        Yes.

19   Q.        In fact, they blow a whistle when they approach

20   Bates Road from either direction, correct?

21   A.        I don't know where they blow their whistle, but I

22   can hear it.

23   Q.        I mean, anybody with reasonable hearing is going

24   to hear the whistleblowing, correct?

25   A.        I just said yes, I hear their whistle.
```

1  Q.         Okay.   Thanks.

2             THE COURT:  Any redirect?

3             MR. ROBON:  Yes.

4                         REDIRECT EXAMINATION

5  BY MR. ROBON:

6  Q.         Kevin, in a market that's as bad as depicted by

7  Mr. Bahret, did removal of the trees further exasperate the

8  value of your house in a lower manner?

9  A.         Well, the only way to judge that is to, you know,

10 listen to the comments of the realtors as the people who

11 have come through my house have commented on the house.

12 Q.         What are those comments?

13 A.         The only thing --

14            MR. BAHRET:  Objection.   Objection.

15            THE COURT:  Excuse me.   There's an objection.

16            That will be sustained.   That's hearsay.   He

17 cannot comment on what others have told him.

18 BY MR. ROBON:

19 Q.         What do you believe in your own mind is the

20 reason that your home hasn't sold?

21 A.         Well, what I know to be true is that it's all

22 based on the damage that's been done by the construction.

23 Q.         The removal of the trees?

24 A.         The removal of the trees, yes.

25            MR. ROBON:  Nothing further.   Thank you very

1    much.

2              THE WITNESS:  Sure.

3                    RECROSS EXAMINATION

4    BY MR. BAHRET:

5    Q.        I thought I heard you say the house has been on

6    the market three years?

7    A.        Yes, on and off, not consistently.

8    Q.        And that includes time before the trees were

9    removed, correct?

10   A.        Yes.

11   Q.        Why didn't it sell then, sir?

12   A.        I don't know.

13   Q.        Thank you.

14             THE COURT:  You may step down.  Thank you.

15             Plaintiff may call next witness.

16             Was herein, called as if upon examination, was by

17   me first duly sworn, as hereinafter certified, and said as

18   follows.

19                    DIRECT EXAMINATION

20   BY MR. ROBON:

21   Q.        Tom, would you introduce yourself to the jury,

22   tell them where you live, about your family.

23   A.        Thomas Taylor.  I live in Monclova, Ohio.  It

24   would be -- I don't know if you're familiar with Monclova.

25   Q.        You've got to speak up.

```
1    A.          Monclova, Ohio.  That's about Waterville.  I've
2    lived out there for 25 years, and I have five kids, and
3    they all went to Anthony Wayne High School.  And I'm a
4    general contractor.  My wife and my son and I have a
5    general contracting company.  Now we are in Columbus
6    building tenant build out, lease spaces in strip centers.
7    Q.          And this is your first time ever testifying in a
8    lawsuit like this?
9    A.          Yes, it is.
10   Q.          I know you're nervous.  We're used to it.  Jury
11   he -- so if you need a glass of water or anything, just
12   speak up.
13              Would you tell the jury how old you are?
14   A.          Fifty-eight.
15   Q.          Can you tell the jury when you first met Jack
16   Laskey?
17   A.          I think it was in 1999.
18   Q.          And can you tell the jury how you met him and how
19   you went into business with him?
20   A.          I found a piece of property in Perrysburg on the
21   river, and I sold that piece of property, and Jack's wife
22   Greta ran Port Lawrence Title, and they did the title work.
23   And at that time I was looking at this other piece of
24   property on the river, Cambridge, this subdivision, and I
25   was talking to Greta, Jack's wife about this property, and
```

1    she introduced me to Jack.

2    Q.        So you saw this vacant piece of land that you

3    thought was, what?

4    A.        It would be a good development.

5    Q.        Upscale development?

6    A.        Yeah.

7    Q.        Your background, you went to high school?

8    A.        Yes.

9    Q.        And what did you do after that, as far as

10   education?

11   A.        Well, I went to -- I got into plumbing for a few

12   years.  And I became a plumbing contractor up until, I

13   can't remember.

14   Q.        A few years ago?

15   A.        Yeah.  And then general contracting after that.

16   Q.        And when you met Mr. Laskey, there was a decision

17   to form a limited liability company called Old Granite

18   Development LTD?

19   A.        Yes.  I think it was --

20   Q.        Was it called something before that?

21   A.        Yes, it was.

22   Q.        Country?

23   A.        Country French Developers and then they changed

24   the name to Old Granite.

25   Q.        And what percentage of ownership do you have in

1  Old Granite?

2  A.       50 percent.

3  Q.       Is this the first subdivision that you developed

4  or have you had experience in other subdivisions?

5  A.       No.  I had two other ones that I was involved in.

6  One was up in Sylvania with Mark Lavoy, and the Stanley's

7  were involved in that one.

8  Q.       Were they successful?

9  A.       Yes, they sold out.  They were villas.

10  Q.       Tell the jury what you liked about the Cambridge

11  vacant land when you saw it.

12  A.       Well, the location, it was in a real good

13  location, and the ground was -- it was a good piece of

14  ground.  It wasn't -- it was an easier development.  The

15  utilities were right there.  And the -- well, it had -- it

16  was the storm -- a lot of time, utilities are hard to get

17  sometimes.

18  Q.       You mean like sanitary sewers?

19  A.       Sanitary water and storm drains, sometimes

20  they're a problem.  In Sylvania we had a problem getting

21  the storm water off-site.  In Cambridge everything was

22  on-site.

23  Q.       Did you hire an engineering firm to layout the

24  construction plans?

25  A.       Yes, Peterman and Associates out of Findlay.

```
1    Q.        And they're where?

2    A.        Findlay.

3    Q.        Did you kind of oversee the installation of the

4    utilities and the road and the drainage and things like

5    that?

6    A.        Yes, I -- I contacted the engineering firm,

7    Peterman and went through the zoning change and the layout.

8    There was quite a few different layouts that were by the

9    time we got it final, final approval.  And then I got the

10   final plans, and then I put that out to bid to different

11   contractors, and it was awarded to TNS.  And then we

12   started the development, and I was on a daily basis on site

13   with them.  And went over all his invoices and made sure

14   they got paid.

15   Q.        Could you come over here for a moment.  I can

16   show you some documents.  This is Exhibit Number 1.  This

17   is an aerial that depicts the Cambridge subdivision taken

18   in 2006 before the tree cutting?

19   A.        Uh-huh.

20   Q.        You have to speak up?

21   A.        Yes.

22   Q.        Okay.  Do you see the line of trees here, two

23   lines of trees?

24   A.        Yes.

25   Q.        Can you explain to the jury those two lines of
```

```
 1   trees, what -- what is there?
 2   A.        Well, it was -- it's --
 3             THE COURT:  Let's give Mr. Taylor a microphone,
 4   please.
 5             Thank you.
 6   BY MR. ROBON:
 7   Q.        I know you're nervous.  Just take your time.
 8   You've got to hold it up close.
 9   A.        It was about 20-foot of -- I don't know how to
10   explain it -- trees and briars and brush.  It would -- I
11   would say 20 or 25-foot high from one end of the property
12   to the other, and it was on the property line, the back
13   part of our property and also on the railroad property.  I
14   think there was another -- there was an active train and
15   still is.  And there was an abandoned tracks.  And between
16   the two tracks was another row of brush and trees.  It was
17   kind of like a buffer between our property and the trains.
18   Q.        And did that buffer convince you that you should
19   purchase this property?
20             MR. BAHRET:  Objection.
21             MR. ROBON:  I'll rephrase the question.
22             THE COURT:  Thank you.
23   BY MR. ROBON:
24   Q.        Did that buffer have an impact in your decision?
25   A.        Yes, it did.
```

```
1   Q.        And can you tell the jury what you are trying to

2   accomplish with this particular subdivision, what kind of

3   market, who were you marketing to?

4   A.        They were higher-end houses that just like the

5   neighbors on both -- down in the Perrysburg -- and I don't

6   know, it was a single-family housing, but it was an

7   association that --

8   Q.        Homeowners association?

9   A.        Homeowners association.  It was a private gated

10  community, upscale.

11  Q.        And would you tell the jury what's across the

12  street from the entryway here.  What is over here on the

13  other side of River Road?

14  A.        Well, it's like maybe, I'm guessing, 15-acre lots

15  in a single-family house.

16  Q.        Mansions?

17  A.        Mansions, big stone old mansions.

18  Q.        We have a graphic of the Cambridge subdivision,

19  and it shows --

20            THE COURT:  Is that Number 8?  I'm sorry.

21            MR. ROBON:  I'm sorry, this is Number 6, Your

22  Honor.  Thank you.

23  BY MR. ROBON:  You were -- you were involved in the

24  drainage plans for the subdivision, correct?

25  A.        Yes, I was.
```

```
 1   Q.          And would you tell the jury what the drainage
 2   purpose or plan was?
 3   A.          The engineer drawings Peterman drew were
 4   specifically to drain this piece of property only.
 5   Q.          Cambridge subdivision?
 6   A.          Cambridge subdivision.
 7   Q.          And did you install catch basins at the back near
 8   the railroad?
 9   A.          Yes, we did.
10   Q.          And what was the purpose of that?
11   A.          To drain the back piece of that -- our ground.
12   Q.          So it would be dry?
13   A.          Yes.
14   Q.          Okay.  Now, what has happened on that site
15   that -- you were out there several different times since
16   the city installed the water main, what -- what's occurred
17   on your Cambridge subdivision lots?
18   A.          Ponding by the railroad tracks behind lot 16, 15,
19   13 like that, the water's still there.  Our drains don't
20   take that away.
21   Q.          And why don't they take it away?
22   A.          They're not designed to.
23   Q.          They're designed only to handle the water from
24   your own subdivision?
25   A.          Correct.
```

```
 1   Q.        You believe the water is coming from someplace
 2   else?
 3   A.        Yes.
 4             MR. BAHRET:  Objection.
 5             MR. ROBON:  I'll rephrase the question.
 6   BY MR. ROBON:
 7   Q.        Where is the water coming from?
 8             MR. BAHRET:  Objection.
 9   A.        Outside.
10             THE COURT:  Let's see if we can establish a
11   foundation for him to give that opinion.
12   BY MR. ROBON:
13   Q.        Have you been out there when there's been
14   ponding?
15   A.        Yes.
16   Q.        And where did you see the water coming from?
17             MR. BAHRET:  Objection.
18             THE COURT:  Overruled.
19   BY MR. ROBON:
20   Q.        You can answer.
21   A.        Off site.
22   Q.        Would you show the jury with the little push
23   button where you saw the water coming from?
24   A.        It comes from this piece of property down the
25   tracks and from this piece of property here, and it's
```

1   ponding up in this area.

2   Q.       And does this Exhibit Number 6 fairly depict the

3   subdivision, the drain tile that is in the railroad right

4   of way where the manhole was, the two ditches, and the

5   railroad tracks?

6   A.       Yes, it does.

7   Q.       As it exists today?

8   A.       Yes.

9   Q.       I'm going to put up Exhibit Number 4.  This is a

10  graphic of the Cambridge subdivision standing on Ford Road

11  looking towards Bates Road, with the house here being on

12  lot 15.  Can you tell us, you built this spec home or

13  supervised the building of it?

14  A.       Yes, I did.

15  Q.       And what is this here?

16  A.       Walk-out basement.

17  Q.       And can you tell the jury why you designed a

18  walk-out basement?

19  A.       They're more desirable to have a walk-out

20  basement.

21  Q.       Okay.  And what did you see when you walked out

22  of this basement, is this what you saw?

23          MR. BAHRET:  Objection.

24          THE COURT:  Overruled.  He may answer.

25  BY MR. ROBON:

```
 1    Q.        After the house was completed in late '05 or
 2    early 2006?
 3    A.        Trees and brush and it was covered up.  I
 4    couldn't see much of the tracks or the railroad ballast.
 5    Q.        Could you see just the top of the trains?
 6    A.        Yes.
 7    Q.        And Exhibit Number 5 is a graphic using the same
 8    view, but today it depicts flooding in the rear of the yard
 9    in lot 15 and others, and that's accurate?
10              MR. BAHRET:  Objection.
11              THE COURT:  Basis is leading?
12              MR. BAHRET:  It's clearly leading.
13              THE COURT:  Sustained.
14              MR. ROBON:  I'll rephrase it.
15    BY MR. ROBON:
16    Q.        Tell the jury what's on the back of lot 15, 14,
17    13, and 12 today.
18    A.        Standing water.
19    Q.        Is it worse at some times than others?
20    A.        Yes, heavy rain, it's --
21    Q.        And what happened to the trees that were in the
22    back of the property?
23    A.        They were all cut down when the city put the
24    water main down the tracks.
25    Q.        Now, you and I were out there Saturday, correct?
```

```
1    A.       Yes.

2    Q.       And we saw a corner monument, concrete set in the

3    ground?

4    A.       Yes.

5    Q.       Okay.  I want to take a look at Exhibit 6.  Was

6    that corner monument right here on the corner of lot 16?

7    A.       Yes.

8    Q.       And then we also found one down here on the

9    corner of lot 9?

10   A.       Yeah.

11   Q.       And the railroad fence was inside those

12   monuments, was it not?

13   A.       Yes.

14            MR. BAHRET:  Objection.

15            MR. ROBON:  I'll rephrase the question, Your

16   Honor.

17            THE COURT:  Thank you.

18   BY MR. ROBON:

19   Q.       Tell us the location of the railroad fence in

20   comparison to the surveyor's monument.

21   A.       The fence was on our property.

22   Q.       And by how much?

23   A.       By maybe 5 foot.

24   Q.       And is it -- tell us what your belief is with

25   regard to the trees that were on the back of these lots,
```

1  the trees, brush, and brambles, who owned them?

2  A.       I would say half of that was on -- most of that

3  was on the property line, right on the line.  Half of it --

4  I'm saying half of it was on Cambridge and half of it was

5  on the railroad.

6  Q.       Okay.  And can you describe for the jury, was it

7  narrower at the bottom and higher at the top, how much did

8  it branch out?

9  A.       It was narrower at the bottom, and there were

10  trees across the back of that property.  And then it -- it

11  got thicker at the top, maybe 15 or 20 feet, pretty much

12  what's existing down the tracks right now.

13  Q.       And when you and I were out there, we found a

14  chain-link fence along this side, didn't we, the

15  neighboring property?

16  A.       Yes.

17  Q.       And would you tell the jury how close the

18  railroad -- not the railroad, the city and its contractors

19  cut to that fence?

20  A.       They cut right --

21          MR. BAHRET:  I object.

22          THE COURT:  Well, if you establish a foundation

23  he may answer.

24  BY MR. ROBON:

25  Q.       We were there, correct?

```
 1    A.         Correct.

 2    Q.         Did they stay back eight or 10 feet?

 3               MR. BAHRET:  Objection.

 4    BY MR. ROBON:

 5    Q.         Can you tell us how far they stayed from the

 6    fence of the neighboring property?

 7    A.         Well, they -- it looks like today that -- that

 8    brush was cut towards the tracks from that fence, and I

 9    think that is the property line.

10    Q.         Over here?

11    A.         Yes.

12    Q.         Okay.  But the fence was barely visible?

13               MR. BAHRET:  Your Honor, I mean, this is -- I

14    object.

15               MR. ROBON:  I'll rephrase the question.

16    BY MR. ROBON:

17    Q.         How difficult was it to see the chain-link fence

18    on this adjacent property when we were there a few feet

19    away from it?

20    A.         Pretty -- you couldn't see the chain-link fence.

21    Q.         And with -- why couldn't --

22    A.         It was covered up with brush --

23    Q.         -- you see it?

24               Okay.

25    A.         -- about 20-foot high with trees.
```

1   Q.        Now, this home that was constructed on lot 15, do

2   you remember what the cost of that home was?

3   A.        No, I don't.

4   Q.        Okay.  To solve the water problem of the ponding

5   that's in the back of these lots, can you explain, as a

6   contractor, to the jury what most likely would have to be

7   done to drain this area in the back of lots 11, 12, 13, 14,

8   15, and 16?

9              MR. BAHRET:  No foundation it's within his area

10  of expertise, Your Honor.

11             MR. ROBON:  I'll rephrase it.  I'll get the

12  background.

13             THE COURT:  Thank you.

14  BY MR. ROBON:

15  Q.        You have completed development working in the

16  past?  And you have been concerned with drainage in the

17  past?

18  A.        Yes.

19  Q.        And you get estimates, correct?

20  A.        Yes.

21  Q.        And you've done excavating, I mean, had it done

22  for you?

23  A.        Yes.

24  Q.        And TNS did the whole project here?

25  A.        Yes.

```
 1   Q.        Did you talk to TNS about solving this problem or
 2   did Mr. Laskey?
 3   A.        I -- I have talked to him, Tad.
 4   Q.        And what have they indicated to you would need to
 5   be done to alleviate the flooding problem?
 6             MR. BAHRET:  Objection.
 7             THE COURT:  It's hearsay.  That's sustained.
 8   BY MR. ROBON:
 9   Q.        What have you determined that needs to be done to
10   solve the flooding problem?
11             MR. BAHRET:  Your Honor, there's still no
12   foundation he knows.  That's why he hires the other people.
13             THE COURT:  Take a breath.  I'll sustain the
14   objection.
15   BY MR. ROBON:
16   Q.        In your opinion as a contractor, property owner,
17   what will need to be done to alleviate the flooding
18   problem?
19             MR. BAHRET:  Objection, same basis.  There's no
20   foundation.
21             THE COURT:  I agree.
22             MR. ROBON:  I think as a property owner, Your
23   Honor, he's got a right to testify as to the value and how
24   he thinks his problem can be improved.
25             THE COURT:  Certainly as a property owner he has
```

```
 1    a right to testify as to value, but you're asking him for

 2    an opinion with respect to the correction of a flooding

 3    problem, and I believe unless there's some expertise he has

 4    himself in that area, that's not an appropriate opinion

 5    given the foundation testimony I've heard so far.

 6              MR. ROBON:  Your Honor, wouldn't this be an

 7    exception to the hearsay exception under the business

 8    identification rule of things that he's learned in the

 9    course of his business talking with getting estimates as

10    part of a business process?

11              THE COURT:  Boy, that's a new one on me.  If that

12    were the case, you would have excluded a whole number of

13    people from your witness list.  I don't believe that is an

14    appropriate exception.  I'm happy to have any authority

15    that proves me wrong.  I'm not aware of that.

16              MR. ROBON:  Let me think of a proper question,

17    Your Honor.

18              THE COURT:  Why don't we use this to take our

19    morning break?

20              It's 10:20.  Ladies and gentlemen, we'll take --

21    how long would you like?  Ten minutes, 15 minutes.  Ten

22    minutes, 10 minutes which puts us at 10:35.

23              Please remember the rules and leave your notes on

24    your chair.  Thank you.

25                   (A brief recess was taken.)
```

```
 1              MR. ROBON:  Thank you, Your Honor.
 2   BY MR. ROBON:
 3   Q.         I'm asking you to take a look at Exhibit Number
 4   8.  Can you tell the jury what this document is?
 5   A.         It's a layout of Cambridge subdivision.  This is
 6   a layout of Cambridge subdivision.  It shows 22 lots, of a
 7   private, gated community.
 8   Q.         And this is what you're half owner of?
 9   A.         Correct.
10   Q.         You can take a seat now.
11              Before we took a morning break, I was attempting
12   to get an answer of what you thought needed to be done with
13   regard to the flooding problem.  Did you indicate to The
14   Court when you were a tradesman what degree of level of
15   accomplishment that you received?
16   A.         I was a master plumber.  I held a master plumbers
17   license and sewer layers license in the city of Youngstown
18   and the city of Parma, Ohio and the surrounding counties.
19   Q.         And would you indicate what a master plumber
20   does?
21   A.         Installs -- installs pipes and has knowledge of
22   pipe sizing.
23   Q.         Drainage?
24   A.         And drainage.
25   Q.         Have you ever been responsible for retention
```

1    pond?

2    A.        Yes, I have.  In Whitehouse, Ohio I built a

3    retainage pond and a metering system to meter the flood --

4    Q.        What is a meter system so the jury understands on

5    the flow of water?

6    A.        Retention ponds are to retain site water from

7    discharging into the creeks and rivers at a huge rate all

8    at once.  They size the pipes to meter the flow of water so

9    it doesn't flood the creeks and rivers.

10   Q.        So it stores it in the retention pond?

11   A.        Correct.

12   Q.        And then let's it out slowly?

13   A.        Correct.

14   Q.        I'm going to go back to my question.  With regard

15   to clearing up the drainage problem or the water problem on

16   the Cambridge subdivision, could you tell the jury what you

17   believe needs to be done to cure that problem?

18        MR. BAHRET:  Your Honor, there's still no

19   foundation.  The fact that is he -- can follow plans and

20   install things doesn't make him qualified to design them.

21        THE COURT:  Let me see counsel up here, please.

22             (A side-bar conference was had off the

23              record.)

24        MR. ROBON:  You can answer the question.  Do you

25   remember what it was?

```
 1   A.        Give me --

 2                  (Question was read back.)

 3   A.        The water needs to be -- there needs to be a

 4   storm drainage system installed.

 5   BY MR. ROBON:

 6   Q.        And how did you suggest going about doing that?

 7   A.        This would have to be engineered and -- and

 8   it's -- and installed, but --

 9             MR. BAHRET:  I think he just proved my objection

10   and I'll renew it.

11             THE COURT:  Well, this is a new question, and I

12   don't know, do you have experience with storm drainage

13   systems in and the engineering of them and the planning of

14   them and the installing of them?

15   A.        No.  But I -- all I know is what needs to be

16   done.

17             THE COURT:  And you've indicated --

18   A.        I know that.

19             THE COURT:  -- in your prior answer what that is.

20   So we'll let the prior answer stand, and I'll sustain the

21   objection to this question.

22   BY MR. ROBON:

23   Q.        When you say engineering needs to be done, an

24   engineer needs to come out and draw plans, correct?

25   A.        Correct.
```

```
 1    Q.        Okay.  How would they get under the road?

 2    A.        Jacqueline Place, which is the road that's in the

 3    middle of the subdivision, if they have to get out to River

 4    Road for the drain tank, they would have to bore under the

 5    road because of the utilities that are already in place.

 6    Q.        Okay.  And do you have an idea of what the cost

 7    of a boring would be?

 8    A.        Yes.

 9    Q.        Can you tell the jury what that is?

10    A.        Between 15,000 and 20,000.

11    Q.        And you mentioned a retention pond and on the

12    subdivision, you have only one spot that is shown as open

13    space or green space.  Is that where you would put the

14    retention pond?

15    A.        I would assume that's where they would put it.

16    Q.        And do you have experience in digging retention

17    ponds?

18    A.        I have experience in having them installed for

19    me, yes.

20    Q.        You did one in Whitehouse?

21    A.        Yes, I did.

22    Q.        What do you estimate the cost of a retention pond

23    in the Cambridge subdivision would be?

24              MR. BAHRET:  Objection, Your Honor.  He's not an

25    expert in that.
```

```
 1   A.         Ask me the question again.

 2             THE COURT:  The question is, do you have an

 3   estimate of the cost of a retention pond in the Cambridge

 4   subdivision, and the objection was raised to that.  And do

 5   you have experience in the cost?  I'm asking the question

 6   now, do you have experience in the cost or the building or

 7   the planning of retention ponds?

 8   A.         Yes, I do.  I installed one in Whitehouse on a

 9   commercial piece of property.

10             THE COURT:  The question then is, what do you

11   estimate the cost of a retention pond in the Cambridge

12   subdivision to be?

13             You may answer.

14   A.         Thirty to $40,000.

15   BY MR. ROBON:

16   Q.         And --

17   A.         Because of the situation on that site on and off

18   spoiled dirt hauling off.

19   Q.         Could you give the jury an estimate of what the

20   engineering cost would be to design a system to drain the

21   water under the road into a retention pond eventually into

22   a storm drain out on River Road?

23   A.         15,000 -- 12 to 15,000.

24   Q.         And then can you give the jury an idea of the

25   cost on a running foot basis of trenching and putting a
```

```
1    pipe in for drainage?

2    A.        On that site, I couldn't honestly say --

3    Q.        What?

4    A.        -- because --

5    Q.        What is the normal range?

6    A.        It could run -- it could run a hundred dollars a

7    foot.

8    Q.        A -- per linear foot?

9    A.        Yes, sir, per linear foot.  There's a lot of

10   factors, depth, premium fill.

11   Q.        What do you expect the depth would have to be on

12   this property, since you're going from --

13            Let me ask the question this way:  Would you come

14   over here again, Tom.  Show the jury where the lowest part

15   of the subdivision is so they can see over here.

16   A.        Lowest part -- the lowest part of the

17   subdivision?

18   Q.        Yeah, topographical?

19   A.        I would say is right in here.  There's a ravine

20   right in here.  And our storm drain right now crosses River

21   Road right here and drains into the river.  Now, this was

22   going to be the retention pond, and that's the only

23   reasonable spot to put one, and we want to drain this area

24   here -- I'm sorry, here.  It may have to be that the drain

25   would -- we might not be able to get across right here to
```

1  this area, so it may have to go this -- this route.

2  Q.        Along the perimeter of the property?

3  A.        Then you're going to get deeper.  The deeper you

4  go, the more money it costs.  If you went through this area

5  here, it's between lots and easements, and again, you would

6  be boring under the road and there's all the utilities,

7  sewer, water, gas, storm sewer, existing storm sewer.

8  Q.        In the right of way?

9  A.        In the right of way, that would have to be dealt

10  with.

11  Q.        And is it fair to say that the rear of the lots

12  between nine and 16 are lower than the road?

13  A.        Yes.

14  Q.        Okay.  Thanks.  I want you to take a look at

15  Exhibit 19.  You mentioned brambles and trees that were on

16  the back of the lots prior to the clearing of the lots by

17  the city.  Is this the type of brambles and brush that was

18  there that a photograph was taken from the adjacent

19  property?

20  A.        Yes, that's what was on our property.

21  Q.        And that accurately depicts --

22  A.        Yes, it does.

23  Q.        -- what was there prior to the city installation?

24  A.        Yes, it does.

25  Q.        I'm going to hand you what we've marked as

```
 1   Exhibit 41, this here.  Did you indicate -- do you see
 2   that?
 3   A.        Yeah.
 4   Q.        What is -- what is this base right here?
 5   A.        That's a concrete monument, property corner.
 6   Q.        And who installs those?
 7   A.        The engineer.
 8   Q.        And it would be Peterman and Associates?
 9   A.        Yeah.
10   Q.        And which -- what is -- what is this in
11   relationship to your property?
12   A.        Back corner of lot 9.
13   Q.        And was that there when the city surveyed the
14   property to put the drain in or the storm water in?
15   A.        Yes, it was.
16   Q.        Was it visible?
17   A.        Yes, it was.
18   Q.        Did they clear -- did the city clear into your
19   property based upon where that monument is located?
20   A.        Yes, they did, from one end of that property pin
21   to the other property pin, from one end of that subdivision
22   to the other, along the tracks.
23   Q.        I'm going to hand you what's been marked as
24   Exhibit 83.  Did you compile a cost of the subdivision when
25   it was built back in 2001, you and Mr. Laskey?
```

1    A.        Yes, we did.

2    Q.        And is Exhibit Number 83 -- it shows a total of

3    $1,930,085?

4    A.        Yes.

5    Q.        And there's a breakdown for the land and the

6    engineering.  Are those the numbers that were actually

7    incurred?

8    A.        Yes, they were.

9    Q.        Okay.  And then I want you to take a look at page

10   2 of Exhibit Number 83.  This was a projection of what your

11   price would be on a per-lot basis if you sold 22 lots?

12   A.        Correct.

13   Q.        And that would be how much?

14   A.        Profit?

15   Q.        Yes -- no, how much total price sales?

16   A.        2,895,000.

17   Q.        And the construction cost?

18   A.        1,930,000.

19   Q.        And gross profit?

20   A.        820,000.

21   Q.        Okay.  That hasn't been accomplished, correct?

22   A.        Correct.

23   Q.        In fact, tell the jury what the situation is

24   today?

25   A.        There are no sales.  I don't know when the last

```
 1   sale was, but there hasn't been any sales for a while.
 2   Q.        And do you attribute the loss of the sales to the
 3   cutting of the trees and the flooding of your property?
 4             MR. BAHRET:  Objection.
 5             MR. ROBON:  I'll rephrase the question.
 6   BY MR. ROBON:
 7   Q.        Tell us what you think has caused an absence of
 8   sales.
 9             MR. BAHRET:  That's objectionable also.
10             THE COURT:  As the property owner and developer,
11   he can offer his view on why he thinks the property hasn't
12   sold.  I'll overrule the objection.
13   A.        Well, there's a number of reasons.  I don't know
14   all the reasons, the answers to why --
15   BY MR. ROBON:
16   Q.        What's the principal reasons?
17   A.        But I think that we were hurt, sales were hurt by
18   scalping the back of that property line from one end to the
19   other along the railroad tracks and exposing the tracks to
20   the trains.
21   Q.        I'm handing you what we've marked as Exhibit 84.
22   This is a statement from First Federal Bank.  Is this where
23   the company has its loan?
24   A.        Yes, it is.
25   Q.        And let's see, this is dated April 15th of '08.
```

```
 1   Can you indicate to the jury the amount due at the bottom?

 2   A.        1,324,000.

 3   Q.        Are you current on your payments?

 4   A.        No.

 5   Q.        And can you tell the jury why you're not current

 6   on your payments?

 7   A.        No sales to generate capital.

 8   Q.        Was there any advanced notice, to your knowledge,

 9   prior to the city coming and cutting the trees that that

10   was going to occur?

11   A.        No, there wasn't, not to my knowledge.

12   Q.        How did you find out about it?

13   A.        Just by driving by the property and crossing

14   Bates Road, the tracks at Bates Road, I noticed that there

15   was work being done.  And then I just looked into it, drove

16   back around Cambridge and saw that it had already been cut

17   at that point.  They were already past our subdivision and

18   towards Toledo.

19   Q.        Nothing you could do about it?

20   A.        No.

21   Q.        Can you tell the jury -- explain to the jury how

22   the cutting and the scalping of the property has impacted

23   not only the subdivision, but you personally?

24            MR. BAHRET:  Your Honor, I object to him saying

25   it's scalping and the leading nature.
```

```
 1              THE COURT:  Well, and I'm not sure the impact
 2   personally is appropriate.  So for a couple reasons, I'll
 3   sustain the objection.
 4   BY MR. ROBON:
 5   Q.         Would you tell us -- can you explain to the jury
 6   what you believe the impact was in the scalping of the
 7   property by the City of Toledo?
 8              MR. BAHRET:  Objection, Your Honor, to property
 9   was scalped.
10              MR. ROBON:  I'll rephrase it, Your Honor.
11              THE COURT:  Thank you very much.
12   BY MR. ROBON:
13   Q.         When you use the word "scalping" --
14              MR. BAHRET:  He didn't, you did.  I object.
15   Q.         -- what did you mean?
16              THE COURT:  The witness did use the word.
17              MR. BAHRET:  I apologize.
18              THE COURT:  Let's not.  Let's just try another
19   question and use another verb, please.
20   BY MR. ROBON:
21   Q.         Can you think of another word that you would
22   describe what happened to the rear of the subdivision other
23   than scalping?
24   A.         Clear-cut.
25   Q.         Clear-cut.  Okay.  And would you explain to the
```

```
 1   jury what you mean by it was clear-cut?
 2   A.         Not select cut.  Everything cut.
 3   Q.         Nothing left?
 4   A.         Nothing left.
 5   Q.         And how has that impacted the sales of lots or
 6   the subdivision itself?
 7   A.         Well, I believe that -- as I said before, I
 8   believe that that had -- has a lot to do with that
 9   subdivision, that subdivision, everyone in Perrysburg knows
10   that the tracks was behind there.  Everyone from Perrysburg
11   all the way to Rossford, both sides of the tracks, have a
12   buffer by bramble trees and brush.  You go from Perrysburg
13   to Rossford, this piece of property is the only one that is
14   clear-cut.  Nowhere else did I see anything like this was
15   done.  And I believe that it had a lot to do with the
16   sales.
17   Q.         I don't know if it was you or Mr. McCarthy that
18   took this photograph of the tree stumps that were left.  Do
19   you recall?
20              THE COURT:  What exhibit number?
21              MR. ROBON:  This is Exhibit Number 92.
22              THE COURT:  Thank you.
23   A.         I did not take that.  I don't know who took that.
24   BY MR. ROBON:
25   Q.         Did you see the tree stumps cut like that?
```

```
 1   A.        Yes, I have seen those.

 2   Q.        And they were on this Cambridge subdivision

 3   property?

 4   A.        Correct.  Yes.

 5             MR. ROBON:  I have nothing further, Your Honor,

 6   at this point.

 7             THE COURT:  Thank you.

 8             You may cross-examine.

 9             MR. BAHRET:  Thank you, Your Honor.

10                      CROSS EXAMINATION

11   BY MR. BAHRET:

12   Q.        Mr. Taylor, you and I met before, did we not?

13   A.        Yes.

14   Q.        And in fact, you gave testimony and I was asking

15   questions, correct?

16   A.        Correct.

17   Q.        Did you review that transcript before testifying

18   here today?

19   A.        No, I haven't.

20   Q.        Do you recall that the deposition was done in

21   Mr. Robon's office?

22   A.        Yes, I do.

23   Q.        Do you recall that it was done August 6th, 2007?

24   A.        That sounds right.  I don't know the date.

25   Q.        And you were under oath?
```

```
 1  A.        Yes, I was.

 2  Q.        And of course telling the truth?

 3  A.        Yes, I was.

 4  Q.        Have you done any research since that deposition

 5  was done that would allow you to express this expertise as

 6  far as why lots aren't selling?

 7  A.        No, I haven't.

 8  Q.        And the reason I ask, sir, is I asked you that

 9  question back in August of 2007.  Do you recall what you

10  told me?

11  A.        No, I don't.

12  Q.        Well, the answer is that you had absolutely no

13  idea whatsoever.

14          THE COURT:  I -- counsel, it's standard procedure

15  in my courtroom --

16          MR. BAHRET:  All right.

17          THE COURT:  -- that when you're going to use a

18  deposition you provide the witness with a copy of the

19  deposition transcript, the page and the line numbers so

20  that we're all literally on the same page.

21          MR. BAHRET:  Okay.

22          THE COURT:  Thank you.

23  BY MR. BAHRET:

24  Q.        Do you see the page there, sir?

25  A.        Yes.
```

```
 1   Q.       And the question that's highlighted, are you the

 2   person to ask why these lots are not selling, do you see

 3   it?

 4   A.       Yes.

 5   Q.       And you told me no?

 6   A.       Correct.

 7   Q.       And then I said, you don't have a clue why

 8   they're not selling, and you say, no, except for -- I don't

 9   know the answer to that?

10   A.       Yes.

11   Q.       Have you gained knowledge since then?

12   A.       Well, when was that, a year ago, almost a year

13   ago?

14   Q.       Yeah, not quite.

15   A.       I've thought about it since a year.  Yeah,

16   knowledge, you gain knowledge every day, I learn something

17   new every day.  Yes, I did gain knowledge from a year ago,

18   and I have seen things, I have been out there to Cambridge

19   since then.

20   Q.       And you've gained knowledge as to why lots aren't

21   selling?

22   A.       You asked me my opinion, they asked me my

23   opinion; yes, that was my opinion.

24   Q.       Why didn't lots sell in the three years before

25   the city project was put in?
```

```
 1  A.        I don't know.

 2  Q.        No idea at all?

 3  A.        I don't know.

 4  Q.        I mean, that's the truth, though, right?

 5  A.        I don't know.

 6  Q.        You don't know?

 7  A.        I mean --

 8  Q.        You don't know that you didn't sell a lot?

 9  A.        Is that the question?

10  Q.        Yeah, do you know that there were no lots sold in

11  Cambridge since January of 2004 when somebody that already

12  lived there bought the empty lot next to it?

13  A.        I know that.

14  Q.        You do know that?

15  A.        Yes.

16  Q.        Do you know why?

17  A.        Do I know why --

18  Q.        Why did nobody express interest in?

19  A.        No, I don't, I don't know why.

20  Q.        -- in buying the lot?

21  A.        No, I don't know why.

22  Q.        Okay.  Now, you mentioned something about

23  Cambridge was the only area that was clear-cut for this

24  project, do you remember saying that?

25  A.        Just now?
```

```
 1   Q.        Yeah.

 2   A.        Yes.

 3   Q.        The fact of the matter is that, first of all, the

 4   picture that you showed of representative brambles or weeds

 5   and so forth, do you remember Mr. Robon showing you that

 6   picture?

 7   A.        Yes.

 8   Q.        That's not on Cambridge property, correct?

 9   A.        I think it is.  I think it's at the corner of lot

10   9.  That's what I saw at the corner of lot 9, that

11   monument.

12   Q.        The bramble picture?

13   A.        I understand what you're saying, but the corner,

14   the lot --

15             THE COURT:  The corner of lot 9 was Exhibit

16   Number 41.

17             THE WITNESS:  And that is --

18             THE COURT:  Just a moment, please.  I think

19   counsel's referring to Exhibit Number 19.

20             MR. BAHRET:  That's correct.  Is that up here

21   somewhere?

22             MR. ROBON:  Yes.

23   BY MR. BAHRET:

24   Q.        This picture, do you remember talking about that?

25   A.        Yes, I do.
```

```
1   Q.        That's not on Cambridge, is it?

2   A.        I don't know the -- I don't know.

3   Q.        Okay.  You don't know if Cambridge still has

4   brambles like Exhibit Number 19 on it now?

5   A.        It does not.

6   Q.        So do you know this is not Cambridge then?

7   A.        It's not Cambridge.

8   Q.        Okay.

9   A.        Well, I'm sorry.  On the corner of lot 9, there

10  are still some brambles.

11  Q.        Well, when you say --

12  A.        And you can see the corner monument in the

13  picture that you showed earlier of the monument in the

14  corner of lot 9, probably 20-foot on our property, there's

15  still brambles.

16  Q.        And there's --

17  A.        And that picture there could very well be that

18  picture on the corner of lot 9.

19  Q.        Do you know where that picture was?

20  A.        No, I don't.

21  Q.        The fact of the matter is that next to Cambridge

22  is the W.W. Knight Preserve?

23  A.        No.

24  Q.        What's next to Cambridge?

25  A.        Private residence, I think it's 6-acre piece.
```

```
1    Q.        Okay.  And then down the -- keep down going?

2    A.        Another residence.  I think -- I think there's

3    three or four residences down towards Perrysburg.

4    Q.        And they all have thick vegetation on their land

5    still there now?

6    A.        Yes, they do.

7    Q.        Okay.  And when we talk about or when you talk

8    about clear-cut, the fact of the matter is that Cambridge

9    used to be a farm, correct?

10   A.        Not to my knowledge.  Oh, when -- years ago,

11   maybe 50 years ago something.  What are you saying?

12   Q.        Are you aware of the fact that your engineer

13   that's going to testify in this case says that Cambridge

14   was a farm?  If you're not aware of it just say you're not

15   aware of it?

16   A.        I'm not aware of that.

17   Q.        And typically, farms get rid of the trees?

18   A.        Yeah.  Yes.

19   Q.        A tree makes it very difficult to farm?

20   A.        Right.

21   Q.        And so virtually all of the trees were off the

22   property of Cambridge, correct?

23   A.        No.

24   Q.        With the exception of what you say are trees at

25   the very back yards along those lots, the trees are gone?
```

```
 1   A.        Well, no.  They're still there on all those lots.

 2   The trees that are there, the only trees that were cut were

 3   the ones for the road to put the street in and the storm

 4   sewers and sanitary sewers.  There's -- that site still has

 5   trees on it.  It's not a farm.  It never was -- to my

 6   knowledge, it wasn't a farm.

 7   Q.        You're saying all those lots, even down where the

 8   cul-de-sac is, those are still heavily wooded lots?

 9   A.        No.  They're not now.  They were cut to put the

10   street in.

11   Q.        All right.

12   A.        What I'm saying is, you asked me if that was a

13   farm, and it wasn't a farm, not for a long time ago.

14   Q.        All right.  Sir, are you -- you're saying that

15   there was a encroachment, even on lots 9, 10, and 11?

16   A.        I would say yes.

17   Q.        Well, why is your attorney telling the jury that

18   there wasn't?

19   A.        I don't know the answer to that.

20   Q.        Why is your expert saying that there wasn't an

21   encroachment on that end?

22   A.        I don't know.

23   Q.        You're not an expert in surveying, though, are

24   you?

25   A.        No, I'm not.
```

1  Q.       Would you agree with me that if -- if a property

2  were already cut to the very back, if somebody then removes

3  the adjoining property trees, now it's -- there's no

4  barrier; are you with me on that?

5  A.       Yes.

6  Q.       The barrier between Cambridge and the active

7  trains, the active train line -- do you know what I mean --

8  in large part, that barrier was -- was trees and vegetation

9  on railroad property; would you agree with that?

10  A.       No, I wouldn't, I wouldn't.

11  Q.       There's a picture of it that shows existing how

12  it was.  We looked at that.  Yeah, did you hear my

13  question?

14  A.       Yeah, you're saying -- you asked me if the

15  majority of the vegetation was on -- between the active

16  railroad and the inactive railroad; is that correct?

17  Q.       No.  That's not what I asked.  Would you agree

18  that the -- sorry, let me start over.

19          Would you agree that the vegetation, including

20  trees and all that, was on the majority of it was on the

21  railroad property?

22  A.       No.

23  Q.       Are you operating with the assumption that

24  everything between the inactive railroad and -- and

25  Cambridge was Cambridge property?

```
 1    A.          No, I'm not, because -- the reason I say that is

 2    because I was there when they staked that piece of ground

 3    or the surveyors, Peterman and Associates and put the

 4    monuments in prior to any cutting --

 5    Q.          All right.  We'll get back to that in a minute.

 6    A.          -- or any excavation on our part also.

 7    Q.          What?

 8    A.          And prior to any excavation on our part.

 9    Q.          Are you aware that Cambridge filed a drainage

10    plan with Wood County?

11    A.          Yes.

12    Q.          Are you aware that in the drainage plan,

13    Cambridge was required to clear the last 30 feet of the

14    land on Cambridge abutting the railroad?

15    A.          No, I wasn't aware of that.

16    Q.          Are you aware it says right on the drainage plan

17    clear the last 30 feet?

18    A.          No, I wasn't.

19    Q.          Okay.  If Cambridge complied with the drainage

20    plan filed with Wood County, there would be nothing on

21    Cambridge in the last 30 feet, correct?

22    A.          You said from property line in 30 feet?

23    Q.          Sure is.

24    A.          I'm not aware of that.

25    Q.          Did you hear the question, though?  If Cambridge
```

```
 1   complied with that provision to clear the last 30 feet,

 2   then if whatever is removed from the railroad, there's no

 3   barrier left?

 4   A.        That's correct.

 5   Q.        Do you know if Cambridge complied with the

 6   drainage plan that it filed with Wood County?

 7   A.        I don't know.

 8   Q.        You'd agree that the reason plans are filed is to

 9   get them approved and then act upon them, do what I said

10   I'm going to do, correct?

11   A.        The question was that's why we file plans?

12   Q.        You file plans and you're expected to do what you

13   said you were going to do?

14   A.        That's why plans are filed.

15   Q.        All right.  And so if you did what you said you

16   were going to do once the railroad trees are gone, there is

17   no barrier left, correct?

18   A.        If we did what we?  What the plans said to do.

19   Q.        Right.  Right?

20   A.        That's correct.

21   Q.        Okay.  Let's talk about the rest of Old Granite.

22   Old Granite has more properties than Cambridge, correct?

23   A.        Yes, it does.

24   Q.        It's got a development called Rocky Ridge?

25   A.        Yes, it does.
```

```
 1   Q.        And Rocky Ridge is an albatross, correct?

 2   A.        I don't know the answer to that.

 3             MR. ROBON:  Objection.

 4   BY MR. BAHRET:

 5   Q.        Rocky Ridge --

 6             THE COURT:  Well, since he already answered and

 7   said he didn't know, I'll overrule the objection.

 8   BY MR. BAHRET:

 9   Q.        Rocky Ridge is in the Waterville area, correct?

10   A.        It's in Waterville Township.

11   Q.        All right.  And how are lot sales going there?

12   A.        They aren't selling.

13   Q.        They aren't selling.  That's what I thought.  In

14   fact, not a single lot sold except the house that was

15   already on that acreage?

16   A.        That's correct.

17   Q.        You sold that house back to its owner?

18   A.        That's correct.

19   Q.        But you haven't -- in that development, it is

20   absolutely and without any equivocation, it is dead,

21   correct?

22   A.        There's no lots sold.

23   Q.        And you've been trying to sell lots there for at

24   least four or five years?

25   A.        I don't know if it's been that long.
```

```
1    Q.       Well --
2    A.       I don't know, because I don't know the date on
3    that project.
4    Q.       I thought you indicated 2003?
5    A.       It may have been.
6             THE COURT:  Okay.  Gentleman, I have to give you
7    both a cautionary.  You're tripping over each other.  It's
8    going to make it very difficult for the jury to understand
9    and for the court reporter to accurately get down the
10   question and answer.
11            I'm going to ask the lawyer to please allow the
12   witness to finish the answer.  I'm going to ask the witness
13   to allow the lawyer to complete his question before you
14   begin your answer.
15            Thank you very much.
16            MR. BAHRET:  I'm sorry.  He's right.  If I
17   interrupt you, let me know, all right.  I have a tendency
18   to get kind of excited about it.
19   BY MR. BAHRET:
20   Q.       Getting back to Rocky Ridge, that was roughly a
21   2003 originating project?
22   A.       Yeah.  Yes.
23   Q.       And with the exception of the former owner
24   staying in the house -- basically, you bought his acreage?
25   A.       Correct.  I'm sorry, no, we didn't.  No, we
```

```
1   didn't.  That is incorrect.  We bought that property from

2   someone else.  The owner of that.

3   Q.        Go ahead?

4   A.        And we bought the owner of the house, the house

5   that's there, from him, his piece of property, like

6   6 acres.  We bought the majority of the property from

7   someone else.

8   Q.        Okay.

9   A.        Does that make sense?  It was a 90-acre piece.

10  We bought -- I'm just going to say 80 acres from another

11  person, and this person that's in that house now, we bought

12  his piece of property was 15 acres.  We then sold him back

13  6 acres.

14  Q.        All right.  So you combined two parcels?

15  A.        That's correct.

16  Q.        And then carved out his house for him to keep?

17  A.        That's correct.

18  Q.        And whether you -- okay.  So I now understand

19  it's two parcels, but putting that fact aside, you haven't

20  been able to peddle even a single lot, not one?

21  A.        Not one lot has sold, correct.

22  Q.        Okay.  Do you have a problem with a railroad

23  there?

24  A.        No, we don't.

25  Q.        And you have another development called -- was it
```

```
 1   Birchwood Hollow?

 2   A.         Yes.

 3   Q.         And where is that?

 4   A.         In Rossford.

 5   Q.         And how's that development doing?

 6   A.         We sold -- we had commitments on all of those

 7   lots, and we sold a third of them.

 8   Q.         You sold ten out of 34?

 9   A.         Yes, sir.

10   Q.         And you had commitments, 24 of the lots fell back

11   on the table because the builder went under, correct?

12   A.         I don't know the -- I don't know if that builder

13   went under.

14   Q.         Well, he stopped building, correct?

15   A.         Yeah.  Yes.

16   Q.         So 24 lots over in Birchhollow are up for grabs

17   still as we stand here today?

18   A.         Yes.

19   Q.         And you haven't been able to sell any of those in

20   a few years either?

21   A.         Yes.

22   Q.         Why is that?

23   A.         I don't know the answer to that.

24   Q.         Why are three --

25   A.         I don't know.  In the world we live in maybe
```

```
 1   today.

 2   Q.        Say what?

 3   A.        Maybe it's the world we live in today.

 4   Q.        Okay.  That's kind of what I was thinking.  The

 5   reason then, sir, that you have three developments, all of

 6   which have dead in their tracks, is the environment?

 7   A.        No, I wouldn't say that.  I think two of them

 8   are -- one of them is a water issue.  I think Birch --

 9   Rocky Ridge is a water issue.

10   Q.        And what --

11   A.        We have sewer there.  It took us a while to get

12   the approval on sewer.  Timing means a lot when you're

13   selling lots.  So --

14   Q.        And --

15   A.        The bank -- the banker was -- had committed us to

16   water -- money to put in water and sewer if we got it from

17   the village.  And the village approved our sewer, and we

18   had to get an easement.  It was a long-term thing.  And --

19   and then we had only wells.  The only way we didn't have

20   city water.  Finally, we got approval and got city water,

21   and the bank -- we had a problem with the bank with their

22   commitment.  They didn't uphold their commitment.

23   Q.        And just so the jury --

24   A.        So it isn't what you just said.

25   Q.        Let me know when you're done.
```

```
1    A.         Okay.   I'm done.

2    Q.         So the jury doesn't get confused, what you're

3    talking about, a water problem at Rocky Ridge is not a

4    flooding-type water?

5    A.         City.

6    Q.         You don't have any -- you want to get water line

7    there?

8    A.         Correct.

9    Q.         And you don't have it?

10   A.         Now we have the availability, we did not, though.

11   Q.         Has been installed?

12   A.         It has not been installed yet, part of it has.

13   Q.         Is Cambridge still being marketed?

14   A.         I don't know the answer to that.

15   Q.         Well, I noticed there weren't any for sale signs

16   on any of the empty lots?

17   A.         I don't know.

18   Q.         And who would know if Cambridge was still?

19   A.         Jack Laskey handles all of that.

20   Q.         Is there a reason why you wouldn't be trying to

21   sell the lots in Cambridge?

22   A.         There is no reason that -- to my knowledge.

23   Q.         Does Cambridge -- are they listed with any

24   broker?

25   A.         I don't know the answer to that.  Jack Laskey
```

```
 1   does that.

 2   Q.        You know that there were three builders that were

 3   signed on to be the exclusive builders in Cambridge?

 4   A.        Yes.

 5   Q.        And that was Betterman, Huffman, and who was the

 6   third?

 7   A.        Schoen.

 8   Q.        Schoen.  Ridgewater Construction?

 9   A.        Bridgewater.

10   Q.        And do you know that all three of them pulled out

11   at the end of 2003?

12   A.        They didn't pull out, to my knowledge --

13   Q.        Well --

14   A.        -- they bought lots.

15   Q.        They bought -- they each bought a lot and were

16   supposed to buy another, correct?

17   A.        Correct.

18   Q.        And they didn't, correct?

19   A.        Correct.

20   Q.        And do you know why they didn't fulfill what you

21   thought was a commitment?

22   A.        I think they had a problem with the world we live

23   in.  I think 9-11.

24   Q.        Right.

25   A.        We sold three lots prior to 9-11.  And after 9-11
```

```
 1    there was a stock market problem, and they had some -- I

 2    think they had some financial problems.

 3    Q.        Are you aware that the lots that they bought were

 4    actual -- well, I'm asking you this because you just said

 5    9-11 was a show-stopper.  Are you aware that they actually

 6    bought their lots in October of 2001?

 7    A.        Yes.

 8    Q.        The month after 9-11 they bought lots?

 9    A.        Prior to.

10    Q.        No.  October of 2001 is what the document says.

11    Are you aware of that?

12    A.        No.  That might have been closing, yeah, but they

13    bought them -- they had a purchase agreement with us prior

14    to that, and they up held their agreement.

15    Q.        Okay.  Are you aware, sir, that --

16    A.        I'm not aware of the closing date, no, I'm not.

17    Q.        Are you aware that on December 29, 2003 all three

18    of those builders canceled their contracts for the second

19    lots and their deposit money was refunded?

20    A.        No, I wasn't aware.

21    Q.        You'd agree that not one of them has done

22    anything there since December of 2003, correct?

23    A.        No, I wouldn't agree to that.

24    Q.        You don't?

25    A.        No.
```

```
1    Q.        What?

2    A.        I think Bill Schoen built something in there.

3    Q.        When did Bill Schoen --

4    A.        I don't know the date, but I know Bill Schoen

5    built one of those houses.

6    Q.        But you don't know when it was?

7    A.        No, I don't.

8    Q.        All right.  Would you agree, sir -- and we'll get

9    those documents through Mr. Laskey, I guess.  He'd be the

10   one to ask about sales histories?

11   A.        Yes, sir.

12   Q.        Would you agree that you can hear the train

13   whistle if you're outside standing in the development even

14   before the city work was done?

15   A.        Yes.

16   Q.        And would you agree that you could see the train

17   at least part of the train, before the city work was done?

18   A.        Yes.

19   Q.        And obviously, anybody would know there's trains

20   going by behind that development even before the city work

21   was done?

22   A.        Yes.

23   Q.        In fact, you had an occasion to see the train

24   from one of the houses there, did you not?

25   A.        I don't understand the question.
```

```
 1   Q.        Were you in one of the houses before the city

 2   work was done?

 3   A.        Yes.

 4   Q.        And saw the train?

 5   A.        Yes.

 6   Q.        From the house?

 7   A.        Yes, from the first floor, yes.

 8   Q.        Okay?

 9   A.        Street level.

10   Q.        And you'd also agree that if you were standing in

11   what would be the yards -- I know there's not yards there

12   as such -- but if you were standing in the yards, lots 9

13   through 16, you could see the train?

14   A.        Today?  Yes.

15   Q.        Before the city work was done?

16   A.        Before the city work was done?  Well, it was

17   covered up and when you're in the backyards of nine and 16,

18   it was covered up by brush.

19   Q.        But you could still see part of the train?

20   A.        Yes, you could -- yes, you could.

21   Q.        All right.  What I'm getting at, sir, I know

22   you're saying at least there's a partial film there, but

23   it's not like just a concrete wall?

24   A.        Correct.

25   Q.        You could see and know there's a train going
```

```
 1    there?

 2    A.        That's correct.

 3    Q.        Sir, you said you're a 50/50 partner with

 4    Mr. Laskey?

 5    A.        Yes.

 6    Q.        When did you come to that knowledge?

 7    A.        I don't know.  I don't know the date.  Is that

 8    what you want, a date?

 9    Q.        Yeah, when did you figure out that you were a

10    50/50 partner?

11    A.        I don't know the -- I don't know the date.  I

12    don't know the answer to that.

13    Q.        Okay.  That same deposition this is page 52, can

14    you see it?

15    A.        Yeah.

16    Q.        Do you see the down towards line 25 I asked, are

17    you a 50/50 -- are you 50/50 percent?  And you see the

18    prior question, to put it in context, we're talking about

19    Jack Laskey?

20    A.        Yes.

21    Q.        How did you answer that question, do you

22    remember, are you 50/50 partners?

23    A.        I don't know how I answered that.

24    Q.        Do you know now?

25    A.        I know -- I think I'm 50/50 partner.  I might
```

```
 1   have an some documents of a corporate agreement or

 2   something.  Maybe he has 1 percent more than I do.  I don't

 3   know the answer to that.

 4   Q.       Okay.  And so even --

 5   A.       I could have been wrong.  I mean, I didn't know

 6   then because I did not have our corporate papers to -- I

 7   don't have them today either, so I really don't know.  I

 8   might be wrong.  He might have 1 percent more than I do.  I

 9   don't know.

10   Q.       Do you remember talking about your bank statement

11   and the loan to the bank?  It was Exhibits 83 and 84?

12   A.       No, I don't.

13   Q.       You don't remember Mr. Robon talking about that

14   with you here today?

15   A.       Okay, yes, I do.

16   Q.       Okay.  The fact of the matter is, since you

17   didn't sell any lots in Birch Hollow between '04 and '06,

18   we know you didn't sell any lots in Rocky Ridge, correct?

19   A.       Correct.

20   Q.       And you also didn't sell any lots in Cambridge

21   between 2000 -- January 2004 and the spring of '06 when the

22   clearing was done?

23   A.       Yes.

24   Q.       So we got at least two-and-a-half years of no

25   sales anywhere for Old Granite, correct?
```

```
 1   A.         I'm assuming that's correct.

 2   Q.         Okay.  And so how were you servicing that debt at

 3   that time?

 4   A.         I don't know.  I wasn't -- Jack took care of

 5   that.

 6   Q.         Sir, was there any kind of a water ponding issue

 7   on the back of lot 16 or 15 before the city work was done?

 8   A.         No.  I don't think there was.

 9   Q.         Okay.  Why did a guy testify here this morning

10   that for as long as he's been alive, and he's over 50 years

11   old, there had been water back there?

12   A.         You're asking me why he said that?  I don't know.

13   Q.         Why I can't -- why would the guy that lives

14   there, that has lived there his entire life, tell us

15   there's always been standing water back there?

16   A.         I don't have a clue why he would say that.

17   Q.         Why would Old Granite's expert witness, McCarthy,

18   say that there's always been standing water back there, he

19   just claims it's worse now?

20   A.         I don't know why he would say that.

21   Q.         Okay.  Well, the fact of the matter is, you just

22   don't know if there's water back there or ponding issue

23   back there or not prior to spring of 2006?

24   A.         There wasn't when we bought the property,

25   standing water on those lots.
```

1    Q.       Okay.

2    A.       Those lots were -- that -- that area back there

3    was draining.

4    Q.       Are you aware of the fact that Mr. Laskey

5    testified in discovery in this case that he consulted

6    McCarthy about a water problem in those lots before the

7    city cut the drainage culvert?

8    A.       No, I was not aware of that.

9    Q.       Okay.  Are you aware of the fact that McCarthy,

10   both of them, the guy that lives there in that lot 15

11   house, that's Mike McCarthy -- let me take them one at a

12   time.  Are you aware of the fact that Mike McCarthy says

13   that there was standing water in his backyard in lot 16

14   before the city put their work in?

15   A.       No, I wasn't aware of that.

16   Q.       And engineers -- I already asked you, you were

17   unaware that his father, the engineer, acknowledges there

18   was a ponding problem as well?

19   A.       I did not -- I did not know anything about that.

20   Q.       Are you aware that you are the only person on the

21   spinning globe that says there wasn't a ponding problem

22   before the city work was done?

23           MR. ROBON:  Objection.

24           THE COURT:  I'll sustain.  You can rephrase the

25   question, please.

```
 1   BY MR. BAHRET:

 2   Q.        Are you aware of anybody other than you that says

 3   there was not a water ponding problem on those lots before

 4   the city work was done?

 5   A.        I'm not aware of that.

 6             MR. BAHRET:  Thank you.

 7             THE COURT:  Any redirect?

 8             MR. ROBON:  Sure.

 9                        REDIRECT EXAMINATION

10   BY MR. ROBON:

11   Q.        Tom, when he talks about Rocky Ridge, which is a

12   subdivision out in Waterville Township, no homes could be

13   built on those lots, could they?

14   A.        No, they couldn't.

15   Q.        And could you tell the jury why you could not

16   build on those lots?

17   A.        Because of the soil conditions wouldn't -- the

18   county wouldn't give us septic tanks, the ground would not

19   perk.

20   Q.        "Perk" means?

21   A.        Percolate for a septic system.

22   Q.        Mean it was too much clay?

23   A.        Rock.

24   Q.        Okay.  And what was --

25   A.        And water, no -- no --
```

```
1   Q.        And water, what do you mean?

2   A.        City water.

3   Q.        Is it fair to say that you could not get city

4   water for several years?

5   A.        That's correct.

6   Q.        And then when you finally got approval, you were

7   in default of a bank loan and the bank?

8             MR. BAHRET:  Objection.

9             MR. ROBON:  He raised the issue.

10            THE COURT:  I know.  I think the objection's

11  based on leading.

12            MR. BAHRET:  Correct.

13            MR. ROBON:  I'll rephrase the question.

14  BY MR. ROBON:

15  Q.        What did the bank tell you after you finally got

16  approval to have the water line installed in Rocky Ridge?

17            MR. BAHRET:  Objection, hearsay.

18            THE COURT:  Try it one more time.

19  BY MR. ROBON:

20  Q.        Okay.  Why couldn't you install the water line in

21  the Rocky Ridge subdivision?

22  A.        The bank wouldn't fund it.  They said originally

23  --

24            MR. BAHRET:  Objection.

25            THE COURT:  I'm sorry.  You can't say what
```

1    somebody told you.  That's hearsay.  But your answer stands

2    as is.

3    BY MR. ROBON:

4    Q.        And when Mr. Bahret asked you all these questions

5    about marketing and selling lots, you don't really know

6    when the last lot sold in Birch Hollow, do you?

7    A.        No, I don't.

8    Q.        And would you tell the jury why you don't know?

9    A.        I don't handle anything with sales or marketing.

10   I'm not around.  I'm in Columbus, Ohio.  There's no work

11   for me in this town.  So in the last -- it's been a year

12   now, I've been in Columbus, Ohio working.

13   Q.        Is it fair to say that divvying up work, as

14   Laskey does the business work and the sales and you do the

15   construction?

16   A.        That's correct.

17   Q.        Now, he brought up this drainage that he says

18   you -- you filed in Wood County.  He didn't produce this

19   map that says you've got to clear the last 30 feet?

20   A.        No.

21   Q.        Did you clear 30 feet of the rear of all those

22   lots?

23   A.        No, we did not.

24   Q.        You did not.  Was there any intention to clear

25   those?

```
1   A.        Not to my knowledge.

2   Q.        And today when we go out to lot 15 which has got

3   the spec house on it, there were all kinds of trees on lot

4   16, weren't there?

5   A.        Yes, there was.

6   Q.        And there was some trees spaced throughout the

7   subdivision?

8   A.        And there still are, yes.  I think what the

9   county requires or asked on the plan was where we ran a

10  storm sewer back to the -- those four catch basins that you

11  show on the map.

12  Q.        Would you show us over here?

13  A.        I think that that's what the county -- not the

14  whole -- not the whole length of the property.  I don't

15  know.

16            MR. BAHRET:  I figured you didn't know based on

17  your answer.

18  BY MR. ROBON:

19  Q.        You're talking about these four catch basins?

20  A.        Correct.

21  Q.        That they wanted to -- trees cleared from the

22  street there?

23  A.        Yes.

24  Q.        You had to do that anyway to put the drain in,

25  didn't you?
```

```
 1   A.        Correct.

 2   Q.        Okay.

 3             MR. ROBON:  I have no further questions, Your

 4   Honor.

 5             THE COURT:  Anything further?

 6                    RECROSS EXAMINATION

 7   BY MR. BAHRET:

 8   Q.        Mr. Taylor, I think you already said, the fact of

 9   the matter is, you don't know what the drainage plan filed

10   with the county required?

11   A.        I beg your pardon?  I don't understand the

12   question.

13   Q.        You don't know what the drainage plan that was

14   filed with Wood County required?

15   A.        Today, right now?

16   Q.        Yes.

17   A.        No, I don't.

18   Q.        And you don't know what was represented to be

19   cleared on the back of the lots, if anything, you just

20   don't know?

21   A.        I don't know.  No, I don't.  I don't have the

22   plan in front of me.  I can't answer that correctly.

23   Q.        All right.  And would you agree that Peterman

24   prepared the drainage plan?

25   A.        Yes, they did.
```

1    Q.        And the guy, Todd Jenkins, that prepared it, he's

2    the guy that can speak to what is required?

3    A.        I would think so.

4    Q.        Okay.  And you know he is the guy that prepared

5    it, right?

6    A.        Yes.

7    Q.        Because you retained them, correct?

8    A.        That's correct.

9    Q.        And that was part of your task in this

10   partnership?

11   A.        That's correct.

12   Q.        And you relied upon Jenkins, who will testify

13   here and will have that plan, you relied on him, correct?

14   A.        Yes.

15   Q.        He's the man to speak to that, right?

16   A.        Him or the county -- the county engineer --

17   Q.        Thank --

18   A.        -- inspector has to say.

19             THE COURT:  Thank you.  You may step down.

20             Plaintiff may call its next witness.

21             MR. ROBON:  Can we approach for a second, Your

22   Honor?

23             THE COURT:  Sure.

24                  (A side bar conference was had off the

25                   record.)

```
1           MR. ROBON:  We would like to call Christy

2    Soncrant upon cross-examination.

3           THE COURT:  Ladies and gentlemen, the plaintiff

4    is entitled to take a representative of the defendant and

5    to examine that representative, that employee.

6           I indicated to counsel that I expected to take

7    our lunch break in about a half an hour, which is when your

8    lunch is expected to arrive.  And so we'll take a break in

9    the testimony at that point.  The plaintiff has other

10   witnesses coming this afternoon.  And it may be that we

11   will have this witness stand down, literally, and take your

12   seat, the other people when they arrive here, so that we

13   can keep things moving, just wanted to give you a heads up

14   on that.

15                     CROSS EXAMINATION

16   BY MR. ROBON:

17   Q.        It's Mrs. Soncrant now, I understand.

18   A.        Yes, it is.

19   Q.        And in 2006 would you tell the jury how old you

20   were?

21   A.        I was 33.

22   Q.        And your only job since getting out of school is

23   with the City of Toledo?

24   A.        Yes, it is.

25   Q.        In the engineering department?
```

```
 1    A.         Technically, I was at water distribution and then

 2    the mayor combined all of the engineers and made

 3    engineering services, so.

 4    Q.         And today who do you report to?

 5    A.         I have a commissioner of engineering services.

 6    Q.         And is that Mr. Moleen?

 7    A.         Yes, it is.

 8    Q.         And who did you report to in 2006?

 9    A.         2006, the commissioner was Warren Henry.

10    Q.         Were either of those gentleman ever out to the

11    Cambridge subdivision site?

12    A.         Warren Henry may have been.  I don't believe that

13    Moleen has.

14    Q.         So the commissioners of engineering of the city,

15    even with this lawsuit pending, you can't testify have ever

16    come out to this site?

17    A.         I am not sure.

18    Q.         When -- can you tell the jury when you first

19    became aware of a problem with the owners of the Cambridge

20    subdivision?

21    A.         What kind of a problem are you --

22    Q.         Any kind of problem, when did you first become

23    aware?

24    A.         John McCarthy, who is the engineer for the

25    subdivision, had -- I don't remember if he called me or
```

```
 1   what it was, and had said that he had an issue with the

 2   clearing and with a possible pipe.

 3   Q.        Okay.  And is it true that he e-mailed you at

 4   least eight to ten times during the spring and summer of

 5   2006 about those problems?

 6   A.        We did have e-mails back and forth.

 7   Q.        And isn't it true that the city did absolutely

 8   nothing about those problems that were brought to your

 9   attention?

10   A.        No, I don't believe that to be true.

11   Q.        Well, then, why don't you tell this jury what the

12   city, in fact, did?

13   A.        The city met with Mr. McCarthy and listened to

14   his thoughts, and --

15   Q.        Physically, I want to know what you did on the

16   site?

17            MR. BAHRET:  Your Honor, I'd like her to be able

18   to answer the question.

19            THE COURT:  Well, let's -- well, let's let the

20   two of you stop interrupting her and allow her the chance

21   to answer the question.

22   A.        I met with Mr. McCarthy on site a few times,

23   spoke with him on the phone.

24   Q.        Did you -- were you trying to pacify him?

25            MR. BAHRET:  Your Honor, could we let her finish?
```

```
1          MR. ROBON:  It's cross-examination, Your Honor.

2          THE COURT:  I understand, but we're going to

3   allow, as we do all witnesses, the opportunity to finish

4   their answer as long as they're being responsive, and she's

5   being responsive.

6          You may continue.

7   A.        I'm sorry, what was the --

8   BY MR. ROBON:

9   Q.        I'll rephrase the question.  Did the city do any

10  type of physical work -- have any of its contractors do

11  anything to alleviate the problems that were brought to the

12  city's attention in the spring and summer of 2006?  You can

13  answer it yes or no.  If the answer is yes, tell the jury

14  what they did.

15  A.        Okay.  I feel that we tried --

16  Q.        No.  Yes or no.  Did you do any physical things

17  near or about the Cambridge subdivision to cure any of the

18  problems that were brought to the city's attention, yes or

19  no?

20          MR. BAHRET:  Your Honor --

21          THE COURT:  I'm -- I'll allow her to answer yes

22  or no and explain her answer.

23  A.        Physically, no.

24  Q.        Thank you.  Is the answer because you didn't

25  believe what was being said about the clearing and about
```

1   the flooding problem?

2   A.        We did not agree.

3   Q.        Did you believe it, yes or no?

4   A.        We did not believe that we cut down trees on

5   their property, and we did not believe that we caused

6   flooding on their property.

7   Q.        So you did nothing?

8   A.        So we did nothing.

9   Q.        Now, have you read Nick Nye's deposition from

10  Peterman and Associates?

11  A.        No, I have not.

12  Q.        Have you been told what he testified to?

13  A.        No, I have not.

14  Q.        Have you seen the survey that he prepared?

15  A.        You gave me a -- you showed me a survey at the

16  deposition.  I don't know if that's the one you're speaking

17  of.

18  Q.        Let me hand you what we've marked as Exhibit

19  Number 7.  Have you seen that document previously?

20  A.        Yes, I have.

21  Q.        And doesn't that document show that the city

22  encroached by several feet onto the rear of lots 12 through

23  15?

24  A.        This is showing that's the property line, and

25  then -- oh that's --

```
1    Q.        You can answer the question yes or no.

2    A.        You'll -- I'm trying to figure out what the

3    drawing is.  Thank you.

4    Q.        Let me ask this question.  "Do you know how to

5    read a survey?

6    A.        Yes, I do.

7    Q.        Okay.  Does that survey show that there had been

8    encroachments by the City of Toledo cutting down dozens and

9    dozens of brambles and trees on the property of the

10   Cambridge subdivision?

11   A.        No.  The only thing it shows is that this area

12   was disturbed.  It does not show who it was disturbed by.

13   Q.        So your defense is that Mr. McCarthy cut the

14   trees down?

15   A.        I'm not saying that.

16   Q.        There's --

17   A.        It just says that the area is disturbed.

18   Q.        Is the city denying that it did this disturbing?

19   You can answer yes or no.

20   A.        Is the city denying that it did the disturbing?

21   Q.        Yes.

22   A.        I don't know whether it did it or not.

23   Q.        You indicated in your deposition that you went

24   out to this site and drove -- I forgot what type of

25   vehicle -- down the path of the former railroad?
```

```
 1    A.        Yes, I did.

 2    Q.        And that you actually did see the back of the

 3    Cambridge subdivision?

 4    A.        Yes, I did.

 5    Q.        Okay.  Did you know -- were you a homeowner at

 6    that time?

 7    A.        Yes.

 8    Q.        Did you know that leaving trees in the back of a

 9    home might increase its value?

10              MR. BAHRET:  Objection.

11              THE COURT:  Overruled.  She may answer.

12    A.        I do not really know.

13    BY MR. ROBON:

14    Q.        When you saw the Cambridge subdivision, isn't it

15    true that it didn't show up on any of the city drawings for

16    the contractors?

17    A.        It just showed a property line.

18    Q.        Right.  Did you look for survey markers or

19    boundary markers at the Cambridge subdivision site?

20    A.        The surveyors do that.

21    Q.        Did you?

22    A.        No, I did not personally.

23    Q.        Did you even get out of your vehicle?

24    A.        Not when we were driving by.

25    Q.        Okay.  And that's before anything occurred,
```

```
 1   correct?

 2   A.        That is correct.

 3   Q.        Did you see the manhole that is located just past

 4   lot 16 that was on the railroad right of way when you first

 5   drove down this property?

 6   A.        I wasn't looking for a manhole.  I don't -- if I

 7   saw it -- I might have seen it, I do not recall whether I

 8   saw it or not.

 9   Q.        Did you ever get out of your car and walk behind

10   the Cambridge subdivision?

11   A.        Before construction began?

12   Q.        Before construction.

13   A.        No, I did not.

14   Q.        Did you suggest to the contractor -- let me

15   phrase it this way:  Did you have the right to have

16   modifications to the contract telling them to stay away so

17   many feet from a property line and things like that?

18   A.        The city has the right to make a modification to

19   plans.

20   Q.        Right.  And you had that right in your contract?

21   A.        Yes.

22   Q.        Okay.  And my question to you is, when the tree

23   clearing took place, you knew that a residential

24   subdivision was abutting the CSX right of way, correct?

25   A.        Yes, I knew there was a subdivision there.
```

1   Q.      And isn't it true that neither you, Mr. Moleen,

2   the other gentleman who was the commissioner of

3   engineering, Joe Crandall, who was the coordinator, not one

4   person within the City of Toledo administration suggested

5   that they be careful by the Cambridge subdivision and not

6   cut trees on somebody else's property?

7   A.      We did.

8   Q.      Is that true?

9   A.      It would be true that we will not want them to

10  cut trees on someone else's property.

11  Q.      I understand that.  My question is, did you

12  affirmatively tell the contractor stay 5 feet away, 10 feet

13  away?

14  A.      We did not tell the contractor how far to stay

15  away, no.

16  Q.      And isn't it true that the City of Toledo

17  employees marked the survey line --

18  A.      That is true.

19  Q.      -- of what should be cut?

20  A.      That is true.

21  Q.      And isn't it true that was it you were in charge;

22  is that fair to say?

23  A.      Yes, I was the project engineer for construction.

24  Q.      Isn't it fair to say that you told Ric Man

25  Construction to cut right up to where the flags were that

```
1    the city marked?

2    A.         Actually, no.  When it comes to survey, our

3    surveyors -- the contractor pretty much talks to the

4    surveyors and us engineers leave that surveying up to the

5    city surveyor.

6    Q.         Are you denying that the contractor was not

7    authorized to -- or was authorized to cut up to the flags

8    that the city marked, the surveyors marked?

9    A.         Will you please ask that again?

10   Q.         Are you denying that the contractor had

11   authorization to cut up to where the flags were that the

12   city --

13   A.         No, I'm not.

14   Q.         Okay.  After the complaints came in from

15   Mr. McCarthy as the consultant for Old Granite, did the

16   City of Toledo engage in outside surveying company to check

17   the work of Peterman and Associates?

18   A.         No, they did not.

19   Q.         So you have no evidence to show that whatever

20   Peterman tells this jury is inaccurate?

21              MR. BAHRET:  Objection.

22              THE COURT:  Overruled.

23   A.         I believe that our surveyors, Bob Babcock, the

24   surveyor for the City of Toledo, went back out and did

25   some -- did some checks with it.  So he would have
```

1    knowledge.

2    BY MR. ROBON:

3    Q.       Is it fair to say that the City of Toledo had a

4    $50 million project putting this water main in, did not go

5    out and spend a couple thousand dollars to get an outside

6    surveying opinion as to whether or not the city encroached

7    on someone else's land; true or false?

8    A.       That whole question is not true, the statement.

9    This project was 13 million.

10   Q.       This segment of the project?

11   A.       This segment, the project was 13 million.

12   Q.       The whole project was 50 million?

13   A.       Yes.

14   Q.       Let's not mislead the jury --

15           MR. BAHRET:  Objection.

16           THE COURT:  Okay, folks, I'm going to ask you to

17   disallow counsel's remark.

18           And I'm going to ask you to please stop tripping

19   over each other.  Lawyers, take a breath.  Let the witness

20   finish his -- her answer, please.  Thank you.

21   BY MR. ROBON:

22   Q.       Why did you tell the jury this was a $13 million

23   project when it was really 50 million?

24   A.       Because this section was 13, and we're talking

25   about this section.

```
1    Q.          This section.  Isn't it true that the CSX

2    railroad was paid $2.1 million for an easement to put the

3    water main in?

4    A.          Yes, that's true.

5    Q.          Isn't it true that this water main was put in by

6    the City of Toledo for profit, to sell water to the

7    communities in northern Wood County?

8    A.          Actually, this water line was put in to maintain

9    our system, maintain the integrity of it.  We have two

10   river crossings now.  If one breaks, part of the city will

11   go out of water.  So this added a third river crossing.

12   Q.          You're not answering my question.

13               MR. BAHRET:  Objection.

14   BY MR. ROBON:

15   Q.          Was this water main put in so that the City of

16   Toledo could continue to sell water to the communities in

17   northern Wood County, yes or no?

18   A.          In my opinion, no.

19   Q.          Does it serve that purpose?

20   A.          It serves water to the City of Toledo residents.

21   Q.          And does it serve northern Wood County

22   residences?

23   A.          Northern Wood County, is Rossford northern Wood

24   County?

25   Q.          You don't know?
```

```
1   A.          I think Rossford is in Wood County.

2   Q.          Did you grow up in the Toledo area?

3   A.          In Toledo, south Toledo, yes.  I'm a city girl.

4   Q.          And you don't know if Rossford's in Wood County

5   or Lucas County.  And you were the engineer that was in

6   charge of this project through the city of Rossford?

7   A.          Yes, that doesn't mean I need to know if Rossford

8   is in Lucas County or Wood County.

9   Q.          Would you agree with me that when the city sells

10  water to nonresidents of Toledo, they mark up the price?

11  A.          Yes, they do.

12  Q.          And did the City of Toledo send notices to the

13  adjacent property owners that you were going cut the trees

14  and install this large water main behind their properties?

15  A.          The City of Toledo did do a notice, yes.

16  Q.          And they did a notice.  Did they send a letter

17  out to anybody?

18  A.          We did not send a letter out.

19  Q.          And isn't it true that the notice that was

20  publicized was publicized in the City of Toledo, not in

21  Wood County?

22  A.          It was publicized in the City of Toledo Blade,

23  which is distributed to outside communities also.

24  Q.          And are you aware of the number of people that

25  are boycotting the Blade?
```

```
 1   A.          No, I am not.

 2               MR. BAHRET:  Objection.

 3               THE COURT:  Yes, already answered.  Overruled.

 4   BY MR. ROBON:

 5   Q.          How often were you out at the site of

 6   construction during the summer of 2006, daily basis, once a

 7   week?

 8   A.          Maybe once a week.

 9   Q.          And the rest of the time, you were in your

10   office?

11   A.          Or I had other projects going on also.

12   Q.          Oh, how many projects did the city assign to you?

13   A.          There was other sections of this water line going

14   on.

15   Q.          When you became cognizant of the possible

16   encroachment on the property of Cambridge, did you discuss

17   it with your superiors?

18   A.          Yes, I did.

19   Q.          And what were their instructions to you, ignore

20   it?

21   A.          No.  They were -- they knew I had met with the

22   property owner, and was trying to get their opinions and

23   figure out if there really was a problem or not.

24   Q.          And until today, you've never acknowledged that

25   perhaps there was a problem, correct?
```

```
 1   A.         I have not acknowledged that.

 2   Q.         Oh, you have not acknowledged it.  So you're

 3   saying that Peterman survey is wrong?

 4   A.         I am not saying whether there is a problem or

 5   not.  I do not know for sure.

 6   Q.         So you're not acknowledging that the city did

 7   anything wrong?

 8   A.         Correct.

 9   Q.         And did that directive come from the mayor,

10   Mr. Finkbeiner?

11   A.         I don't.

12   Q.         Or from whom?

13   A.         I don't talk to the mayor.

14   Q.         Who gave you that instruction?

15             MR. BAHRET:  Objection.

16             THE COURT:  Overruled.

17   A.         No one gave me an instruction.

18   BY MR. ROBON:

19   Q.         Did you recommend that to your superiors?

20   A.         The superiors saw the same facts that I was

21   Schoen.

22   Q.         My question is, did you recommend to your

23   superiors that you not acknowledge liability?

24   A.         No.

25   Q.         You made that determination yourself?
```

```
 1   A.        That's my opinion.

 2   Q.        And your superiors didn't overrule you, correct?

 3   A.        That is correct.

 4   Q.        Do you have any experience in surveying yourself?

 5   A.        Just the one class I took at U.T. going through

 6   college.

 7   Q.        Have you ever looked through a transit or

 8   anything like that?

 9   A.        Actually, yes.

10   Q.        Yes?

11   A.        Uh-huh.

12   Q.        On a site?

13   A.        At the university.

14   Q.        While you were in school?

15   A.        While I was in school.

16   Q.        So you knew what a transit was?

17   A.        Yes.

18   Q.        Now, you will agree with me that the city

19   actually filled one of the railroad ditches, did it not,

20   with the access fill dirt caused by the digging of this

21   66-inch water main?

22   A.        When we were installing the pipe?

23   Q.        Yes.

24   A.        How we explained that, yes, when they didn't have

25   enough room because the right of way was so narrow there,
```

```
 1    so to install it during the day, they'd fill it in so they

 2    could drive their trucks over, and then when they were

 3    done, they redig it.

 4    Q.        And isn't it a fact that several hundred feet

 5    towards Ford Road has not been dug out, it's actually solid

 6    ground level?

 7    A.        Anything that we would have filled in, we would

 8    have dug back out.

 9    Q.        Are you telling me that I'm imagining things when

10    I don't see a ditch there now?

11              MR. BAHRET:  Objection.  Your Honor, I object for

12    two reasons.  One, it's totally irrelevant.

13              MR. ROBON:  I'll rephrase.

14              MR. BAHRET:  Let me finish.  It's totally

15    irrelevant and nothing's going to -- it has nothing to do

16    with any issue on this case, and it has nothing to do with

17    plaintiff's property.

18              THE COURT:  Let's address the relevancy area

19    then, what's the relevancy?

20              MR. ROBON:  The question is, what authority she

21    has, Your Honor, and how she supervised her actions.

22              THE COURT:  I'm struggling to find the

23    connection.

24              MR. ROBON:  I'll rephrase the question.

25              THE COURT:  Thank you.
```

BY MR. ROBON:

Q.      Mrs. Soncrant, many times before the tree cutting occurred were you actually on the site between Bates Road and Ford Road, near the Cambridge subdivision?

A.      I believe just the one time I had driven it.

Q.      Just the one time.  When was the next time that -- this would have been sometime in the spring or late fall of 2005, spring 2006 that you drove through, correct?

A.      Correct.

Q.      And when was the next time that you stepped foot onto that site near the Cambridge subdivision?

A.      This would have been after they cleared it, after they had cleared it.

Q.      After they had cleared it.  And did you come out because of Mr. McCarthy's complaints?

A.      I don't think that was the next time.  I think I had come out to see them unloading pipe or bringing some materials, that was possibly the next time, actually.

Q.      So you didn't come out as a result of Mr. McCarthy's complaints?

A.      I did come out for that also.

Q.      Which was it?  You came out to see the pipe or you came out as a result of his complaints?

        MR. BAHRET:  I object.  He's arguing and he switched the question.  The prior question was, when did

```
 1    you first come out after the clearing.

 2              MR. ROBON:  And the answer was to see the pipe.

 3    A.        I believe I went out and saw the pipe, which was

 4    on the White Road side, not towards Cambridge's, further

 5    the other direction, so I was in that area, you said, not

 6    by Cambridge property, though.

 7    BY MR. ROBON:

 8    Q.        Okay.  And those pipes are about 6-feet high?

 9    A.        Yes.

10    Q.        And how deep in the ground are they?

11    A.        We usually do about 5-foot of cover minimum is

12    what we require.

13    Q.        And I want you to tell the jury, did you, as a

14    city engineer, contact the water and sewer district

15    engineers in Wood County prior to opening any excavation on

16    the CSX right of way?

17    A.        They --

18    Q.        Yes or no?

19    A.        Did I, personally?

20    Q.        Yes.

21    A.        No.

22    Q.        Did you contact the Wood County engineer, Ray

23    Huber or his assistant Glenn Agner, before you commenced

24    any excavation on the railroad right of way?

25    A.        Personally, I was not the first to call him, no.
```

```
1   Q.        Tell the jury when you first became aware that

2   there was a 24-inch diameter drain pipe going from the

3   manhole on the railroad property directly in the path of

4   your 66-inch water main?

5   A.        We had called a meeting with John McCarthy, which

6   was the engineer for Cambridge, myself, our construction

7   technician who is on site on a daily basis, and then the

8   contractor and Wood County, Ray Huber, the engineer that

9   he's speaking of.  We all met on site.  And that is when

10  Mr. Huber brought out a set of plans that had Schoen that.

11  It was not depicted on the drawings that the city had.

12  Q.        And the plans -- I'm going to hand you what we've

13  marked as Exhibit 45.  Are these the drawings that were

14  given to you by the Wood County engineer, yes?

15  A.        I'm just looking to make sure they should have

16  been.  This looks like they were the railroad ones.

17  Q.        Okay.  And doesn't the plan show here a pipe

18  going underneath the old railroad tracks for drainage from

19  the manhole to the ditch adjacent to the CSX active track?

20  A.        Yes, it does show a pipe.

21  Q.        And could you cut trees -- explain to the jury,

22  when it shows a 24-inch-in-diameter pipe in these plans,

23  why the City of Toledo severed the pipe and didn't relocate

24  it?

25  A.        Because at this meeting -- these plans just show
```

```
 1   that there's a line here.  It doesn't show a manhole or

 2   where it could have gone to.  When we met with Mr. Huber,

 3   he actually -- I believe, he used to work for the railroad

 4   a long time ago.  And he told us that normally, the

 5   railroad doesn't let anyone drain onto their property.  We

 6   believed that that pipe was not in use and that it -- when

 7   it did work, it would have drained the railroad stuff and

 8   no other neighbors.

 9   Q.        You just told the jury that that plan doesn't

10   show the manhole, correct?

11   A.        Yes, I do not see a manhole.

12   Q.        Wasn't the manhole like 5 feet away from where

13   that pipe was being served, yes or no?

14   A.        It was a little more than that, but it was --

15   Q.        7 feet?

16   A.        It was close to it.

17   Q.        So you knew of the existence of the manhole, did

18   you not?

19   A.        Yes.

20   Q.        Did you stick a camera down in the manhole to see

21   where the water came in to the manhole?

22   A.        We did not stick a camera in there, no.

23   Q.        Did you know what a manhole was for?

24   A.        Yes, I do.

25   Q.        It's for water to collect, correct?
```

```
1    A.        Correct.

2    Q.        Did you know how many pipes were in the bottom of

3    the manhole?

4    A.        The manhole was filled with water.

5    Q.        I understand that.  So there was water in the

6    manhole?

7    A.        Yes, so at that time, no.

8    Q.        Did you pump out the water so you could see the

9    bottom of the manhole?

10   A.        At that point in time we did not.

11   Q.        Okay.  So you didn't know where the water went

12   from the manhole, correct?

13   A.        That is correct.

14   Q.        You didn't know how the water got to the manhole,

15   correct?

16   A.        Correct.

17   Q.        You didn't know the depth of the manhole,

18   correct?

19   A.        Correct.

20   Q.        You didn't know how deep the water was in the

21   manhole, correct?

22   A.        The bottom of the water, correct.

23   Q.        And isn't it fair to say the City of Toledo did

24   absolutely nothing as far as investigation before they

25   severed that 24-inch water drainage pipe, correct, other
```

```
 1   than have a conversation?
 2   A.       We had a conversation and we looked and our
 3   consultant who had designed the plans had never found it
 4   when they did the design.
 5   Q.       Are you blaming your consultant?
 6   A.       No, I am not.  I am saying we run across --
 7   Q.       You didn't sue them, did you?
 8            THE COURT:  I'm saying -- and I hope, gentleman,
 9   I am saying it for the last time, do not interrupt the
10   witness in the middle of an answer, please.
11            MR. ROBON:  I apologize.
12            THE COURT:  Thank you.  The witness may complete
13   her answer.
14   A.       Thank you.
15            What I am saying is that the city runs across
16   pipes like this all the time.  I'm sorry.
17   Q.       Have you ever cut a 24-inch pipe in the past?
18   A.       I'm sorry.  We have cut pipes in the past, yes,
19   we run across old pipes all the time.
20   Q.       Have you ever cut a 24-inch drainage pipe in the
21   past?
22   A.       Yes.
23   Q.       Next to a manhole?
24   A.       I don't know if it's been next to a manhole.
25   Q.       Have you ever cut a pipe without a drainage
```

```
 1   investigation or a drainage study?

 2   A.        Yes.  Uh-huh.  Yes.

 3   Q.        What did you think that that manhole was there

 4   for?

 5   A.        We believed it was an old manhole.  When we

 6   actually had come across it.

 7   Q.        I want to know what you thought, not what we

 8   thought?

 9   A.        Okay.  I thought that it was --

10   Q.        You're the project engineer?

11             MR. BAHRET:  Your Honor --

12   A.        I thought it was an old manhole.

13             MR. BAHRET:  Your Honor, he's doing it again.

14             THE COURT:  Let's take a break.  Everybody take a

15   breath.  Let's allow the witness to complete her answer.

16   A.        When we came across it, it was all broken up.  It

17   wasn't even a manhole, as we call it these days.  It's

18   almost like a clay pipe, a large clay pipe, and so we

19   believed it was old and not being used.  The top was

20   falling in.  It was filled with water and dirt.

21             We had that meeting with the engineer, and the

22   county and he felt that it didn't do anything if it would

23   have drained something it would have drained the railroad

24   stuff.  So I'm sorry, we felt that we did our job.

25   Q.        Wasn't the manhole on the edge of the railroad
```

```
 1  property?
 2  A.        Yes, it was.
 3  Q.        And wasn't the manhole higher than the grade of
 4  the adjacent land?
 5  A.        Yes, it is.
 6  Q.        By five to 6 feet?
 7  A.        It was quite a bit higher, yes.
 8  Q.        And you agree with me that water doesn't run
 9  uphill?
10  A.        Yes, I do.
11  Q.        So where would the natural accumulation of water
12  that is five or 6 feet below the manhole, where would it
13  go?
14  A.        Well, that was part of the confusion.
15  Q.        So you didn't know where it went?
16  A.        No, we did not.
17  Q.        Isn't it true, Ms. Soncrant that you took a stab
18  in the dark and made a mistake?
19  A.        We took a stab in the dark, yes.
20  Q.        Did you make a mistake?
21  A.        There -- yes, I could have made a mistake.
22  Q.        Has the city done anything in the two years since
23  this has happened to correct that mistake, yes or no?
24  A.        No.
25            THE COURT:  Is this a good spot to break for
```

```
 1   lunch?

 2            MR. ROBON:  Yes, Your Honor, it is.

 3            THE COURT:  Lunch has arrived, ladies and

 4   gentlemen.  We'll take our lunch break.  How much time

 5   would you folks like for lunch?

 6            THE JURY:  45 minutes.

 7            THE COURT:  Which takes us to about 1:00.  So I

 8   show ten after.  Why don't we promptly resume at 1:00 p.m.

 9   We're in recess.  And please remember the rules.

10            Thank you.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

     I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

s:/Angela D. Nixon

--------------------------                    -----------

Angela D. Nixon, RPR, CRR                    Date

**$**

$0 [1] 26/1
$1,930,085 [1] 91/3
$13 [1] 137/22
$13 million [1] 137/22
$2 [2] 7/1 26/16
$2 million [2] 7/1 26/16
$2.1 [2] 17/21 138/2
$2.1 million [2] 17/21 138/2
$20,000 [1] 27/7
$200,000 [1] 25/8
$355,000 [1] 27/8
$40,000 [1] 87/14
$400,000 [2] 58/8 58/9
$50 [2] 18/10 137/4
$50 million [2] 18/10 137/4
$60,000 [1] 27/4
$630,000 [1] 58/9

**'**

'04 [1] 118/17
'05 [1] 76/1
'06 [2] 118/17 118/21
'08 [1] 92/25

**1**

1 percent [2] 118/2 118/8
1,324,000 [1] 93/2
1,930,000 [1] 91/18
10 [2] 82/22 103/15
10 feet [4] 18/24 32/20 79/2 135/12
100 [3] 1/15 23/20 33/3
100-year [1] 33/14
10:20 [1] 82/20
10:35 [1] 82/22
11 [8] 61/22 80/7 103/15 113/23 113/25
 113/25 114/5 114/8
115 [1] 26/11
12 [6] 22/3 61/21 76/17 80/7 87/23 131/22
12-feet [1] 25/2
120 [1] 35/2
125,000 [1] 26/22
13 [6] 22/3 38/8 73/19 76/17 80/7 137/24
13 million [2] 137/9 137/11
14 [6] 22/3 26/10 38/24 39/21 76/16 80/7
140 [1] 23/20
15 [18] 21/18 22/3 25/3 26/13 40/15 46/15
 73/18 75/12 76/9 76/16 78/11 80/1 80/8
 82/21 119/7 120/10 124/2 131/23
15 acres [1] 109/12
15,000 [3] 86/10 87/23 87/23
15-acre [1] 72/14
15th [1] 92/25
16 [15] 22/3 22/18 23/21 25/3 50/6 73/18
 77/6 80/8 89/12 116/13 116/17 119/7
 120/13 124/4 134/4
17 [1] 52/5
1701 [1] 1/15
1716 [1] 1/20
175 [1] 18/18
180 [1] 18/18
19 [3] 89/15 100/19 101/4
1900s [1] 17/14
1964 [1] 19/18
1967 [1] 38/8
1999 [1] 67/17
1:00 [2] 152/7 152/8

**2**

2,895,000 [1] 91/16
2-foot [1] 29/19
20 [3] 1/6 52/14 71/11
20 feet [1] 78/11

20,000 [1] 86/10
2000 [1] 118/21
2001 [5] 26/6 35/17 90/25 114/6 114/10
2002 [1] 26/6
2003 [6] 61/2 108/4 108/21 113/11 114/17
 114/22
2004 [3] 61/9 99/11 118/21
2005 [1] 144/8
2006 [20] 17/3 18/17 22/22 22/23 24/6
 33/11 33/13 49/19 52/15 55/23 70/18 76/2
 119/23 127/19 128/8 128/9 129/5 130/12
 140/6 144/8
2007 [6] 33/11 33/13 54/9 55/19 96/23
 97/9
2008 [1] 1/6
22 [3] 26/10 83/6 91/11
220 feet [1] 51/22
24 [2] 110/10 110/16
24-inch [5] 22/23 146/2 148/25 149/17
 149/20
24-inch-in-diameter [1] 146/22
25 [3] 3/6 67/2 117/16
25-foot [1] 71/11
260-5259 [1] 1/21
29 [1] 114/17

**3**

3-feet [1] 20/13
3-foot [1] 29/19
30 [1] 53/22
30 feet [7] 105/13 105/17 105/21 105/22
 106/1 123/19 123/21
300 feet [2] 41/7 51/9
30295 [1] 48/14
30351 [1] 37/17
33 [1] 127/21
34 [1] 110/8
3:06CV2950 [1] 1/3

**4**

4 feet [1] 20/19
400 feet [1] 37/21
41 [2] 90/1 100/16
419 [3] 1/16 1/19 1/21
43 [2] 54/13 54/22
43528 [1] 1/18
43537 [1] 1/15
43624 [1] 1/21
45 [2] 146/13 152/6

**5**

5 feet [2] 135/12 147/12
5-feet [1] 20/9
5 feet [1] 145/11
50 [10] 5/22 26/23 102/11 117/3 117/10
 117/17 117/17 117/22 117/25 119/10
50 million [2] 137/12 137/23
50 percent [2] 26/21 69/2
50/50 [7] 5/22 117/3 117/10 117/17 117/17
 117/22 117/25
500-year [1] 33/13
52 [1] 117/13
5259 [1] 1/21

**6**

6 acres [2] 109/6 109/13
6 feet [2] 151/6 151/12
6-acre [1] 101/25
6-feet [1] 145/8
60 [1] 26/24
60 feet [1] 51/23
630 [2] 58/5 61/5
630,000 [1] 58/3

6500 [1] 96/23
6th [1] 96/23

**7**

7 feet [2] 24/25 147/15
70 [2] 19/9 26/24
7050 [1] 1/18
7800 [1] 1/19

**8**

80 acres [1] 109/10
80 feet [1] 19/9
800,000 [1] 91/20
83 [4] 90/24 91/2 91/10 118/11
84 [2] 92/21 118/11
861-7800 [1] 1/19
897-6500 [1] 1/16
8:30 a.m [1] 10/15

**9**

9-11 [5] 113/23 113/25 113/25 114/5 114/8
90-acre [1] 109/9
90s [1] 46/14
91 [1] 55/22
92 [1] 95/21

**A**

a.m [1] 10/15
abandoned [8] 17/15 28/24 29/4 29/21
 32/5 32/15 32/24 71/15
able [6] 8/9 50/24 88/25 109/20 110/19
 129/17
about [77] 3/19 3/23 8/19 8/20 9/21 10/7
 17/24 18/10 18/18 18/21 19/6 19/14 19/23
 20/2 24/18 24/25 25/2 25/13 25/16 26/5
 27/4 28/16 28/16 29/7 30/2 30/15 33/4
 33/18 34/2 35/24 35/24 36/9 36/14 36/25
 43/25 45/15 55/18 56/22 58/7 61/1 66/22
 67/1 67/25 69/10 71/9 79/25 81/1 85/6
 93/12 93/19 98/15 99/22 100/24 102/7
 102/8 106/21 108/18 112/3 115/10 117/18
 118/10 118/13 120/6 120/19 121/11 123/5
 124/19 127/7 129/5 129/8 130/17 130/25
 130/25 137/25 145/8 145/11 152/7
above [1] 153/4
above-entitled [1] 153/4
absence [1] 92/7
absolutely [8] 33/21 34/1 35/16 53/6
 97/12 107/20 129/7 148/24
absorb [1] 58/13
abuts [1] 64/7
abutted [1] 38/21
abutting [3] 64/2 105/14 134/24
access [1] 142/20
accident [1] 16/8
accomplish [1] 72/2
accomplished [1] 91/21
accomplishment [1] 83/15
accordance [1] 10/23
according [2] 11/1 61/6
accumulation [1] 151/11
accuracy [1] 13/22
accurate [2] 61/4 76/9
accurately [2] 89/21 108/9
acknowledge [2] 62/5 141/23
acknowledged [3] 140/24 141/1 141/2
acknowledges [1] 120/17
acknowledging [1] 141/6
acquired [1] 14/24
acre [3] 72/14 101/25 109/9
acreage [2] 107/15 108/24
acres [4] 109/6 109/10 109/12 109/13
across [16] 6/23 19/14 22/23 23/13 23/21

**A**

across... [11] 48/19 57/13 61/21 72/11
78/10 88/25 149/6 149/15 149/19 150/6
150/16
act [2] 20/10 106/9
actionable [3] 32/11 36/18 37/3
actions [2] 25/20 143/21
active [9] 12/8 17/19 17/20 32/15 71/14
104/6 104/7 104/15 146/19
activity [1] 28/20
actual [2] 24/16 114/4
actuality [1] 23/4
actually [19] 22/22 23/11 32/13 42/18
42/22 50/10 50/12 91/6 114/5 133/2 136/2
138/8 142/9 142/19 143/5 144/3 144/18
147/3 150/6
added [1] 138/11
addition [2] 21/3 43/9
additional [1] 47/7
address [1] 143/18
addressed [1] 8/18
adequately [2] 54/4 55/13
adjacent [6] 3/22 79/18 89/18 139/13
146/19 151/4
adjoining [2] 21/1 104/3
adjust [1] 54/14
administration [1] 135/4
admission [1] 12/15
admit [1] 29/17
admitted [1] 11/2
advanced [2] 3/25 93/8
aerial [3] 16/23 29/2 70/17
affected [3] 45/7 57/23 59/21
affirmatively [1] 135/12
after [33] 9/9 11/12 14/18 22/5 22/11
26/25 27/13 35/1 35/14 36/2 42/8 45/1 45/1
45/17 46/9 46/12 47/14 47/14 47/16 56/6
57/25 68/9 68/15 76/1 113/25 114/8 122/15
136/14 144/12 144/12 144/14 145/1 152/8
afternoon [3] 2/4 3/5 127/10
again [10] 10/8 32/11 33/7 35/19 56/1 87/1
88/14 89/5 136/9 150/13
against [2] 3/12 55/23
agasp [1] 22/8
Agner [1] 145/23
ago [12] 6/24 39/7 61/1 63/10 68/14 98/12
98/13 98/17 102/10 102/11 103/13 147/4
agree [23] 12/14 31/7 45/6 45/9 45/13
62/14 81/21 104/1 104/9 104/17 104/19
106/8 114/21 114/23 115/8 115/12 115/16
116/10 125/23 131/2 139/9 142/18 151/8
agreement [4] 12/14 114/13 114/14 118/1
ahead [4] 9/18 9/25 58/1 109/3
albatross [1] 107/1
alive [2] 47/13 119/10
all [84] 3/3 6/10 6/14 7/11 8/16 11/5 11/14
12/1 12/3 13/9 13/24 14/5 15/11 17/6 18/6
21/5 23/10 24/3 24/8 24/15 26/17 27/5 27/6
27/14 28/8 28/16 29/16 30/20 30/24 31/8
32/9 32/12 35/10 36/25 38/1 46/8 50/1
53/18 57/22 58/25 61/25 61/25 65/21 67/3
70/13 76/23 84/7 85/15 89/6 92/14 95/11
97/16 97/20 99/2 100/3 102/4 102/21 103/1
103/7 103/11 103/14 104/20 105/5 106/15
107/11 108/17 109/14 110/6 111/5 112/19
113/10 114/17 115/8 116/21 123/4 123/21
124/3 125/23 128/2 130/3 146/9 149/16
149/19 150/16
alleviate [3] 81/5 81/17 130/11
allow [8] 35/21 97/5 108/11 108/13 129/20
130/3 130/21 150/15
allowed [2] 6/7 27/17
almost [4] 8/15 43/21 98/12 150/18

alone [2] 19/1 60/13
along [12] 9/19 10/20 17/2 21/17 25/17
42/11 59/17 78/14 89/2 90/22 92/19 102/25
already [14] 8/14 9/21 28/6 32/25 86/5
93/16 93/17 99/11 104/2 107/6 107/15
120/16 125/8 140/3
also [24] 2/7 2/14 3/4 4/3 5/12 10/3 14/14
24/19 25/10 25/15 29/5 37/20 50/15 55/19
58/11 71/13 77/8 92/9 105/6 116/10 118/20
139/23 140/11 144/21
always [3] 6/6 119/15 119/18
am [10] 39/4 49/2 61/18 128/17 140/1
141/4 149/6 149/6 149/9 149/15
amount [2] 60/8 93/1
Angela [3] 1/20 153/6 153/8
angle [1] 40/3
another [12] 8/17 17/8 17/12 71/14 71/16
94/18 94/19 94/21 102/2 109/10 109/25
113/16
answer [53] 12/20 12/21 12/22 12/24
12/25 13/3 43/6 43/18 52/2 57/15 59/4 60/2
63/14 74/20 75/24 78/23 83/12 84/24 85/19
85/20 87/13 97/12 98/9 103/19 107/2
108/10 108/12 108/14 110/23 112/14
112/25 117/12 117/21 118/3 123/1 124/17
125/22 129/18 129/21 130/4 130/13 130/13
130/21 130/22 130/24 132/1 132/19 133/11
137/20 145/2 149/10 149/13 150/15
answered [3] 107/6 117/23 140/3
answering [1] 138/12
answers [2] 13/10 92/14
Anthony [2] 28/15 67/3
any [77] 3/12 3/23 7/16 8/10 9/3 11/18
11/21 11/24 12/14 12/25 13/23 14/3 14/5
14/6 14/7 14/13 14/14 15/3 15/3 15/8 19/5
19/7 20/15 22/9 22/9 23/25 24/1 26/18 28/7
28/18 33/21 36/9 36/22 37/4 44/9 45/13
45/14 46/8 46/18 47/7 47/8 47/19 54/23
58/19 60/10 62/21 62/24 65/2 82/14 92/1
93/8 97/4 105/4 105/6 105/8 107/20 110/19
112/6 112/15 112/16 112/23 118/17 118/18
118/20 119/6 121/7 123/24 128/22 130/9
130/10 130/16 130/17 133/15 142/4 143/16
145/15 145/24
anybody [8] 28/10 34/20 61/7 63/3 64/23
115/19 121/2 139/17
anymore [1] 46/11
anyone [2] 5/9 147/5
anything [32] 2/20 3/16 4/1 5/4 10/11
18/21 29/11 29/22 35/24 36/12 37/3 45/10
45/14 45/15 47/8 47/10 58/24 58/25 67/1
95/14 114/22 120/19 123/9 125/5 125/19
130/11 133/25 141/7 142/8 143/7 150/22
151/22
anyway [1] 124/24
anywhere [1] 118/25
apologize [3] 56/17 94/17 149/11
apparently [1] 34/21
APPEARANCES [1] 1/13
appease [1] 64/9
applicable [1] 3/1
applies [1] 36/11
Applying [1] 14/1
appraisal [4] 25/14 58/2 61/8 61/10
appraisals [1] 61/16
appraised [1] 61/5
appraiser [7] 25/14 25/14 26/19 27/2 27/3
27/5 27/8
appraises [1] 61/8
appraising [1] 36/15
approach [6] 3/7 30/11 31/14 51/13 64/19
126/21

appropriate [5] 9/10 9/22 82/4 84/2 94/2
122/16
approval [5] 70/9 111/12 111/20 122/6
approved [2] 106/9 111/17
April [5] 18/16 22/21 49/19 52/15 92/25
April 15th [1] 92/25
April 5 [1] 52/15
arborist [1] 25/15
are [117] 2/1 2/25 3/1 4/9 4/18 5/6 5/12
5/13 5/21 6/12 8/9 10/12 12/1 12/2 12/9
12/24 14/3 14/18 15/7 15/9 15/18 16/3
17/11 18/18 19/13 20/7 20/8 21/8 24/20
25/8 26/7 26/14 27/4 31/11 33/23 34/15
35/3 35/12 35/17 36/1 36/5 36/14 38/2
41/19 50/1 56/7 56/15 56/20 58/12 59/5
61/7 61/12 61/15 61/16 61/16 62/1 62/4
65/12 67/5 67/13 69/16 72/1 84/6 86/5
89/12 91/6 91/25 93/3 98/1 98/2 101/10
102/11 102/12 102/24 102/25 103/2 103/8
103/14 103/23 104/4 104/23 105/9 105/12
105/16 106/8 106/14 106/16 107/11 110/16
110/24 111/8 112/23 114/3 114/5 114/11
114/15 114/17 117/16 117/17 117/22 120/4
120/9 120/12 120/20 120/20 121/2 124/8
128/21 136/6 136/10 139/24 139/25 143/9
145/8 145/10 146/13 149/5
area [23] 4/8 24/3 35/7 37/24 41/2 41/3
52/17 53/14 75/1 80/7 80/9 82/4 88/23 89/1
89/4 99/23 107/9 120/2 132/11 132/17
139/2 143/18 145/5
areas [1] 44/9
aren't [4] 97/6 98/20 107/12 107/13
arguing [1] 144/24
arguments [2] 2/24 11/11
around [5] 28/22 32/9 58/3 93/16 123/10
arrive [2] 127/8 127/12
arrived [1] 152/3
artist [1] 22/13
as [107] 2/12 2/17 3/20 4/13 4/17 4/24
7/12 7/12 8/9 8/9 8/10 10/25 11/4 11/6 12/2
12/6 12/12 12/17 12/21 13/2 13/8 13/9
13/12 14/2 14/16 15/2 15/3 15/9 15/11
16/11 16/11 16/17 19/24 20/10 23/3 25/5
29/19 30/10 31/21 32/17 32/18 37/10 37/11
37/11 38/7 38/23 40/14 43/7 47/12 47/13
48/6 48/7 48/7 48/15 49/15 54/12 56/18
56/23 58/18 62/1 62/17 62/24 65/6 65/6
65/10 66/16 66/17 66/17 68/9 68/9 75/7
80/5 81/16 81/22 81/23 81/25 82/1 82/9
86/12 89/25 90/23 92/10 92/21 95/7 97/5
97/6 98/20 110/17 116/12 119/10 119/10
120/18 123/2 123/13 130/3 130/4 130/4
131/18 136/15 137/6 144/19 144/23 145/13
146/13 148/24 148/24 150/17
ascertainable [1] 4/19
aside [2] 6/11 109/19
ask [22] 5/12 8/2 10/19 10/20 40/15 50/6
57/4 57/4 57/14 60/14 64/6 87/1 88/13 97/8
98/2 108/11 108/12 115/10 132/4 136/9
137/16 137/18
asked [20] 8/25 9/1 9/14 12/19 30/2 30/6
36/21 43/6 46/24 50/22 97/8 98/22 98/22
103/12 104/14 104/17 117/16 120/16 123/4
124/9
asking [7] 60/10 82/1 83/3 87/5 96/14
114/4 119/12
aspect [1] 58/8
assign [2] 14/1 140/12
assistant [1] 145/23
Associates [7] 1/17 25/12 69/25 90/8
105/3 131/10 136/17
association [3] 72/7 72/8 72/9
assume [2] 61/24 86/15
assuming [3] 5/17 30/5 119/1

**A**

assumption [2] 30/3 104/23
at [104] 5/15 6/20 6/22 7/24 8/15 8/16 10/1 10/15 11/5 11/21 12/5 15/6 18/7 18/18 18/18 20/9 21/19 23/19 24/21 25/1 26/21 29/16 30/4 30/5 30/8 33/6 36/2 37/17 38/4 38/20 38/25 39/4 39/24 40/3 41/3 46/3 46/15 46/24 48/1 51/11 52/5 52/13 53/16 54/1 55/8 55/10 55/10 55/14 55/15 56/18 57/11 58/5 58/25 59/7 61/5 61/10 62/19 64/8 67/23 67/23 73/7 76/19 77/5 78/7 78/7 78/9 78/11 82/22 83/3 84/7 84/8 89/14 91/9 93/1 93/14 93/17 96/6 99/2 100/9 100/10 102/24 104/12 107/23 112/3 113/11 115/17 116/21 116/22 118/24 119/2 120/11 127/9 128/1 129/3 131/15 133/5 133/19 140/5 142/5 142/13 146/25 148/7 148/10 152/8
attempted [1] 23/18
attempting [1] 83/11
attention [6] 12/16 16/1 46/9 129/9 130/12 130/18
attorney [1] 103/17
attorneys [1] 16/18
attribute [1] 92/2
audible [1] 58/12
August [2] 96/23 97/9
August 6th [1] 96/23
aunt [1] 43/22
aunt's [2] 45/1 45/2
authentication [1] 55/4
authority [2] 82/14 143/20
authorization [1] 136/11
authorized [2] 136/7 136/7
availability [1] 112/10
Avenue [1] 1/20
average [1] 14/25
avoid [1] 3/12
award [1] 26/2
awarded [1] 70/11
aware [37] 14/18 42/2 61/7 61/12 61/14 61/15 61/18 62/4 82/15 102/12 102/14 102/15 102/16 105/9 105/12 105/15 105/16 105/24 114/3 114/5 114/11 114/15 114/16 114/17 114/20 120/4 120/8 120/9 120/12 120/15 120/20 121/2 121/5 128/19 128/23 139/24 146/1
away [14] 18/24 21/1 21/5 26/5 33/25 47/3 73/20 73/21 79/19 134/16 135/12 135/13 135/15 147/12
awkward [1] 47/24
axe [1] 52/7

**B**

Babcock [1] 136/23
back [74] 2/2 4/10 17/14 18/20 23/21 24/12 24/22 25/17 26/1 26/2 27/1 28/14 32/17 32/18 36/2 38/19 39/5 39/13 39/24 40/1 40/25 43/2 46/9 46/14 47/12 47/25 51/8 54/23 55/2 55/11 58/5 60/3 60/4 61/5 64/1 71/12 73/7 73/11 76/16 76/22 77/25 78/10 79/2 80/5 80/7 84/14 85/2 89/16 90/12 90/25 92/18 93/16 97/9 102/25 104/2 105/5 107/17 108/20 109/12 110/10 119/7 119/11 119/15 119/18 119/22 119/23 120/2 124/10 125/19 129/6 133/2 133/8 136/24 143/8
background [3] 40/24 68/7 80/12
backs [1] 24/2
backyard [5] 33/22 40/22 63/18 63/24 120/13
backyards [1] 116/17
bad [1] 65/6
Bahret [6] 1/17 1/17 44/22 60/23 65/7
ballast [1] 76/4
bank [16] 19/16 19/17 26/14 26/15 31/22 61/6 92/22 111/15 111/21 111/21 118/10 118/11 122/7 122/7 122/15 122/22
banker [1] 111/15
bar [4] 31/16 51/16 84/22 126/24
bare [1] 24/25
barely [1] 79/12
Barkan [1] 1/14
barrier [11] 25/17 26/20 29/19 60/6 60/9 62/17 104/4 104/6 104/8 106/3 106/17
base [2] 20/9 90/4
based [6] 16/2 58/4 65/22 90/9 122/11 124/16
basement [5] 58/1 75/16 75/18 75/20 75/22
basically [1] 108/24
basins [3] 73/7 124/10 124/19
basis [9] 14/8 50/21 70/12 76/11 81/19 87/25 91/11 140/6 146/7
Bates [21] 4/6 17/4 23/12 30/9 30/11 37/17 37/18 37/25 39/3 39/12 41/7 41/11 41/12 41/19 44/7 44/9 64/20 75/11 93/14 93/14 144/3
be [117] 2/11 2/12 2/16 3/8 3/20 4/7 4/21 5/1 5/2 5/22 6/18 7/2 7/16 7/18 8/1 8/2 8/9 9/22 10/14 11/2 11/8 11/17 11/23 12/15 12/16 13/1 13/5 13/9 14/10 15/20 15/24 15/24 15/25 16/13 18/25 19/7 19/22 20/1 20/2 21/10 21/12 21/25 22/9 23/1 23/11 26/3 26/4 27/18 27/19 27/22 29/5 33/2 35/20 36/11 36/17 36/18 37/1 39/14 43/6 45/20 50/24 52/17 53/10 55/14 55/15 56/21 59/17 60/9 60/14 62/17 65/16 65/21 66/24 68/4 73/12 80/6 81/5 81/9 81/17 81/24 82/6 83/12 84/17 85/3 85/3 85/7 85/15 85/23 86/7 86/23 87/12 87/20 88/11 88/22 88/24 88/25 89/6 89/9 90/8 91/11 91/13 101/17 102/9 105/20 112/20 113/3 115/9 116/11 118/8 121/12 125/18 127/10 129/10 129/17 135/5 135/9 135/19
beautiful [3] 49/10 49/12 49/21
beauty [1] 60/7
became [4] 68/12 128/19 140/15 146/1
because [34] 5/7 5/24 6/8 14/4 23/5 24/1 26/17 28/22 30/9 32/12 32/14 34/14 36/16 36/20 37/3 58/3 58/10 61/15 86/5 87/17 88/4 105/1 105/2 108/2 110/11 114/4 118/6 121/17 126/7 130/24 137/24 142/25 144/15 146/25
become [1] 128/22
been [56] 3/9 4/14 5/3 6/6 7/24 12/22 13/6 15/5 17/15 19/10 28/6 29/19 31/12 31/20 38/23 40/20 47/13 49/18 57/22 58/10 60/7 64/9 65/22 66/5 74/13 74/13 80/16 83/25 90/23 91/21 92/1 93/16 98/18 107/23 107/25 108/5 109/20 110/19 112/11 112/12 114/12 118/5 119/10 119/11 119/15 119/18 123/11 123/12 128/12 131/12 132/7 143/5 144/7 144/12 146/16 149/24
before [51] 1/10 3/25 13/7 28/9 29/9 29/22 30/7 31/22 33/1 33/5 33/20 34/7 41/1 46/15 49/8 49/18 49/19 49/19 52/15 54/23 55/6 58/16 63/12 63/12 64/11 66/8 68/20 70/18 83/11 95/7 96/12 96/17 98/24 108/13 115/14 115/17 115/20 116/1 116/15 116/16 119/7 120/6 120/14 120/22 121/3 133/25 134/11 134/12 144/2 145/23 148/24
beforehand [1] 56/13
beg [1] 125/11
began [1] 134/11
begin [1] 108/14
beginning [1] 56/18
begins [1] 123/24
behalf [1] 7/23
behind [23] 17/19 20/14 21/20 23/10 24/14 29/1 30/21 32/18 34/23 39/15 40/9 44/9 47/8 48/20 51/4 52/20 56/8 62/6 73/18 95/10 115/20 134/9 139/14
being [13] 12/17 22/22 26/18 59/1 62/1 75/11 93/15 112/13 130/4 130/5 130/25 147/13 150/19
belief [2] 15/11 77/24
believability [1] 15/15
believe [34] 2/24 3/2 10/3 13/15 14/3 14/5 15/19 26/1 26/2 28/8 28/17 33/14 35/20 37/1 58/7 65/19 74/1 82/3 82/13 84/17 94/6 95/7 95/8 95/15 128/12 129/10 130/25 131/3 131/4 131/5 136/23 144/5 145/3 147/3
believed [5] 14/12 36/22 147/6 150/5 150/19
Belmont [3] 19/14 19/15 19/18
belong [1] 19/14
below [1] 151/12
bench [1] 31/14
best [1] 31/21
better [3] 14/25 29/8 53/9
Betterman [1] 113/5
between [21] 14/15 15/4 17/13 21/7 23/1 25/3 26/22 28/23 32/14 56/1 71/15 71/17 86/10 89/5 89/12 104/6 104/15 104/24 118/17 118/21 144/3
bias [1] 13/23
bid [1] 70/10
big [4] 22/7 32/8 52/8 72/17
bigger [1] 21/15
Bill [3] 115/2 115/3 115/4
Birch [3] 111/8 118/17 123/6
Birchhollow [1] 110/16
Birchwood [1] 110/1
bit [6] 17/8 28/22 41/13 48/4 59/11 151/7
bite [1] 27/12
Blade [2] 139/22 139/25
blades [1] 52/8
blaming [1] 149/5
block [3] 24/8 62/9 62/9
blocks [1] 20/14
blow [3] 30/10 64/19 64/21
blue [1] 22/15
board [1] 50/5
Bob [4] 28/1 44/22 60/23 136/23
booklet [1] 13/7
boom [2] 61/11 61/13
border [1] 36/3
bore [2] 25/3 86/4
boring [2] 86/7 89/6
both [11] 5/21 6/25 9/10 11/4 14/24 17/19 28/12 72/5 95/11 108/7 120/10
bottom [6] 78/7 78/9 93/1 148/2 148/9 148/22
bought [16] 33/21 39/1 99/12 108/24 109/1 109/4 109/6 109/10 109/11 113/14 113/15 113/15 114/3 114/6 114/8 114/13 119/24
bound [1] 15/8
boundary [2] 15/4 133/19
box [1] 48/1
Boy [1] 82/11
boycotting [1] 139/25
bramble [2] 95/12 100/12
brambles [19] 19/11 19/13 19/19 20/7 20/9 21/6 21/7 21/10 22/3 22/11 24/15 78/1 89/15 89/17 100/4 101/4 101/10 101/15 132/9
branch [1] 78/8
break [7] 82/19 83/11 127/7 127/8 150/14 151/25 152/4

**B**

breakdown [1] 91/5
breaks [1] 138/10
breath [5] 50/20 59/25 81/13 137/19 150/15
briars [1] 71/10
Bridgewater [1] 113/9
brief [4] 2/5 8/19 48/2 82/25
bring [4] 7/5 7/11 16/1 18/11
bringing [2] 32/6 144/17
broken [1] 150/16
broker [1] 112/24
brought [11] 2/2 10/15 12/15 23/20 35/5 38/4 123/17 129/8 130/11 130/18 146/10
brush [17] 19/11 20/20 21/5 22/2 39/18 53/7 53/14 53/18 71/10 71/16 76/3 78/1 79/8 79/22 89/17 95/12 116/18
buffer [5] 20/11 71/17 71/18 71/24 95/12
build [7] 23/21 25/6 48/24 59/1 60/25 67/6 121/16
builder [2] 110/11 110/12
builders [3] 113/2 113/3 114/18
building [4] 67/6 75/13 87/6 110/14
built [10] 57/25 63/1 63/17 63/23 75/12 84/2 90/25 115/2 115/5 121/13
bulk [1] 7/23
bulkhead [1] 23/6
bulldozer [1] 35/5
bunch [1] 49/20
buncher [2] 50/8 50/9
bus [1] 17/5
business [6] 28/15 67/19 82/7 82/9 82/10 123/14
but [73] 3/20 6/15 8/14 8/18 9/9 9/10 10/17 12/1 15/14 15/18 16/14 17/19 18/10 18/25 19/5 20/7 20/23 21/2 21/11 22/2 23/3 27/22 28/8 28/11 28/17 29/10 29/23 30/21 31/3 32/6 32/13 32/22 33/1 34/12 34/14 34/24 36/19 42/24 49/14 49/25 54/17 56/1 57/1 57/10 58/3 60/8 60/11 61/3 61/16 61/23 64/8 64/21 72/6 76/8 79/12 82/1 85/8 85/15 92/1 92/17 93/23 100/13 107/19 109/19 114/12 115/4 115/6 116/12 116/19 116/22 123/1 130/2 147/14
button [1] 74/23
buy [2] 24/21 113/16
buying [1] 99/20

**C**

call [13] 3/18 10/5 12/14 16/18 29/19 36/3 37/8 52/7 66/15 126/20 127/1 145/25 150/17
called [13] 21/15 32/23 35/25 37/10 48/6 62/17 66/16 68/17 68/20 106/24 109/25 128/25 146/5
Cambridge [109] 4/9 4/11 17/1 17/9 19/12 20/20 21/8 21/25 22/2 23/10 28/19 28/20 29/2 29/7 29/11 30/21 32/13 33/15 34/7 34/11 35/5 37/21 38/19 38/21 39/13 39/25 45/14 46/4 47/12 48/13 49/8 49/10 50/16 50/23 51/5 52/20 56/2 56/8 57/19 58/19 59/7 59/16 60/13 62/2 62/11 62/19 62/24 67/24 69/10 69/21 70/17 72/18 73/5 73/6 73/17 75/10 78/4 83/5 83/6 84/16 86/23 87/3 87/11 93/16 96/2 98/18 99/11 99/23 100/8 101/1 101/3 101/6 101/7 101/21 101/24 102/8 102/13 102/22 104/6 104/25 104/25 105/9 105/13 105/14 105/19 105/21 105/25 106/5 106/22 112/13 112/18 112/21 112/23 113/3 118/20 128/11 128/19 130/17 132/10 133/3 133/14 133/19 134/10 135/5 140/16 144/4 144/11 145/6 146/6
Cambridge's [1] 145/4

came [3] 20/11 22/6 58/5 436/14
camera [2] 147/20 147/22
can [72] 4/12 4/21 5/2 6/21 7/11 7/25 8/8 9/11 16/9 16/16 20/10 23/19 25/15 27/18 29/15 30/11 31/14 31/21 33/9 34/22 39/7 41/9 43/2 50/6 50/25 52/4 52/21 53/8 53/25 57/21 58/13 60/6 62/7 64/16 64/22 67/15 67/18 70/15 70/25 72/1 74/10 74/20 75/12 75/17 78/6 79/5 80/5 81/24 83/4 83/10 84/19 84/24 86/9 87/24 88/15 92/11 93/1 93/5 93/21 94/5 94/21 101/12 115/12 117/13 120/24 126/2 126/21 127/13 128/18 130/12 132/1 132/19
can't [17] 7/5 29/14 33/19 34/4 36/24 41/22 43/25 53/11 57/2 61/23 62/7 62/8 68/13 119/13 122/25 125/22 128/15
canceled [1] 114/18
cannot [1] 65/17
capital [1] 93/7
car [1] 134/9
care [1] 119/4
careful [1] 135/5
Carol [1] 10/13
cars [1] 29/8
carved [1] 109/16
case [30] 2/25 3/1 3/2 3/10 5/10 6/7 6/25 7/24 9/12 10/9 11/19 12/10 12/11 13/14 16/6 16/8 17/25 21/12 25/20 26/5 28/4 36/10 36/25 56/20 59/20 59/24 82/12 102/13 120/5 143/16
cases [2] 2/19 2/21
catch [3] 73/7 124/10 124/19
catching [1] 54/18
caused [3] 92/7 131/5 142/20
caution [1] 3/11
cautionary [1] 108/7
centers [1] 67/6
certain [1] 13/4
certainly [5] 10/1 14/18 37/2 49/25 81/25
certified [3] 37/11 48/7 66/17
certify [1] 153/3
chain [4] 20/25 78/14 79/17 79/20
chain-link [3] 78/14 79/17 79/20
chair [1] 82/24
chairs [1] 10/18
chance [1] 129/20
change [1] 70/7
changed [1] 68/23
charge [4] 18/7 30/1 135/21 139/6
check [1] 136/16
checks [1] 136/25
child [3] 33/2 40/18 42/15
choose [1] 15/1
chop [1] 21/5
chosen [1] 59/1
Christy [1] 127/1
circumstances [1] 13/24
citations [1] 3/1
city [99] 1/7 3/24 4/2 4/5 17/21 17/21 18/1 18/2 18/4 18/8 18/15 18/22 19/8 22/15 22/25 23/2 25/20 27/5 28/4 28/12 28/17 28/20 34/19 35/14 36/6 37/4 44/22 49/8 60/23 73/15 76/23 78/18 83/17 83/18 89/17 89/23 90/13 90/18 93/9 94/7 98/25 111/20 111/20 112/5 115/14 115/17 115/20 116/1 116/15 116/16 119/7 120/7 120/14 120/22 121/4 122/2 122/3 127/23 128/14 129/7 129/2 129/13 130/9 131/21 132/8 132/18 132/20 133/15 134/18 135/4 135/16 136/1 136/5 136/8 136/12 136/16 136/24 137/3 137/6 138/6 138/10 138/15 138/20 139/3 139/6 139/9 139/12 139/15 139/20 139/22 140/12 141/6 142/18 145/14 146/11 146/23

city's [7] 20/17 27/2 27/3 27/10 31/6 130/12 130/18
civil [2] 3/13 16/6
claim [5] 2/18 2/25 3/1 29/12 29/13
claiming [2] 33/8 64/10
claims [2] 36/12 119/19
class [1] 142/5
clay [3] 121/22 150/18 150/18
clear [15] 10/24 90/18 90/18 94/24 94/25 95/1 95/14 99/23 102/8 105/13 105/17 106/1 123/19 123/21 123/24
clear-cut [6] 94/24 94/25 95/1 95/14 99/23 102/8
cleared [11] 32/10 35/1 45/24 45/25 46/5 46/6 124/21 125/19 144/12 144/13 144/14
clearing [11] 17/4 20/18 31/9 51/20 84/15 89/16 118/22 129/2 130/25 134/23 145/1
clearly [4] 18/19 58/13 60/8 76/12
clients [1] 3/11
close [7] 5/15 16/13 25/8 30/9 71/8 78/17 147/16
closer [1] 17/8
closing [3] 11/10 114/12 114/16
Club [3] 19/14 19/15 19/18
clue [2] 98/7 119/16
cluttered [1] 48/4
coal [1] 30/14
cognizant [1] 140/15
collect [1] 147/25
college [1] 142/6
Columbus [3] 67/5 123/10 123/12
combined [2] 109/14 128/2
come [25] 4/5 19/9 26/1 26/2 26/19 26/23 27/2 27/14 34/22 41/9 51/11 53/8 65/11 70/15 85/24 88/13 117/6 128/16 141/9 144/14 144/17 144/19 144/21 145/1 150/6
comes [2] 74/24 136/2
coming [10] 4/13 19/22 47/3 47/5 74/1 74/7 74/16 74/23 93/9 127/10
commenced [1] 145/23
comment [3] 31/19 31/21 65/17
commented [1] 65/11
comments [5] 3/14 56/15 56/20 65/10 65/12
commercial [1] 87/9
commissioner [2] 128/5 128/9 135/2
commissioners [1] 128/14
commitment [3] 111/22 111/22 113/21
commitments [2] 110/6 110/10
committed [1] 111/15
commonly [1] 14/17
communities [3] 138/7 138/16 139/23
community [2] 72/10 83/7
company [8] 5/23 6/5 27/17 27/19 67/5 68/17 92/23 136/16
comparison [1] 77/20
compensate [1] 26/3
compile [1] 90/24
complain [3] 29/7 36/14 36/23
complaints [4] 136/14 144/15 144/20 144/23
complete [3] 108/13 149/12 150/15
completed [5] 2/4 26/6 34/2 76/1 80/15
completely [1] 12/24
completes [1] 3/2
complied [3] 105/5 106/1 106/5
comport [1] 2/10
compound [1] 22/5
compounds [1] 23/16
concern [2] 8/4 31/23
concerned [1] 80/16
concerning [1] 13/21
concerns [2] 14/22 19/6

**C**

concludes [2]  11/10 15/16
conclusion [4]  11/5 11/21 12/5 27/15
conclusively [1]  12/17
concrete [3]  77/2 90/5 116/23
conditions [1]  121/17
condos [1]  20/12
conference [4]  31/16 51/16 84/22 126/24
confirm [1]  2/7
confirmed [1]  10/4
confirming [1]  2/14
conflict [1]  15/9
confused [1]  112/2
confusion [1]  151/14
connected [2]  46/21 46/21
connecting [1]  4/24
connection [2]  11/15 143/23
connector [1]  5/2
consider [8]  12/1 12/2 12/12 12/25 14/21
   15/8 15/14 32/6
considered [2]  13/2 13/9
considering [1]  14/20
consistently [1]  66/7
constituted [1]  25/21
constructed [2]  26/8 80/1
construction [14]  18/14 23/18 52/14
   65/22 69/24 91/17 113/8 123/15 134/11
   134/12 135/23 135/25 140/6 146/6
consultant [3]  136/15 149/3 149/5
consulted [2]  33/4 120/5
contact [2]  145/14 145/22
contacted [1]  70/6
container [1]  22/18
contend [1]  29/10
contends [1]  62/11
content [1]  15/13
context [1]  117/18
continue [5]  8/1 31/24 35/21 130/6 138/16
contract [3]  21/4 134/16 134/20
contracting [2]  67/5 68/15
contractor [20]  6/9 18/15 20/16 20/17
   31/7 31/10 31/11 32/2 45/10 67/4 68/12
   80/6 81/16 134/14 135/12 135/14 136/3
   136/6 136/10 146/8
contractors [5]  37/4 70/11 78/18 130/10
   133/16
contracts [1]  114/18
conversation [2]  149/1 149/2
convince [1]  71/18
coordinator [1]  135/3
copy [1]  97/18
corner [19]  21/19 21/20 40/1 40/2 40/25
   77/2 77/6 77/6 77/9 90/5 90/12 100/9
   100/10 100/13 100/15 101/9 101/12 101/14
   101/18
corporate [3]  8/14 118/1 118/6
corporation [5]  5/25 6/1 6/4 6/4 6/16
correct [116]  5/19 7/17 37/23 40/5 40/6
   41/12 41/14 45/8 45/18 45/21 46/7 46/16
   46/17 46/25 47/1 47/3 47/4 47/17 48/21
   55/17 61/24 62/2 62/3 62/15 62/19 62/20
   63/21 64/13 64/15 64/20 64/24 66/9 72/24
   73/25 76/25 78/25 79/1 80/19 83/9 84/11
   84/13 85/24 85/25 91/21 91/21 91/22 96/4
   96/15 96/16 98/6 100/8 100/20 102/9
   102/22 104/16 105/21 106/4 106/10 106/17
   106/20 106/22 107/1 107/9 107/16 107/18
   107/21 108/25 109/15 109/17 109/21
   110/11 110/14 112/8 113/16 113/17 113/18
   113/19 114/22 116/24 117/2 118/18 118/19
   118/25 119/1 122/5 122/12 123/16 124/20
   125/1 126/7 126/8 126/11 126/13 134/1
   134/2 134/24 140/25 141/8 142/2 142/3

148/13 148/15 148/16 148/18 148/19
148/21 148/22 148/25 151/23 153/3
correction [1]  82/2
correctly [1]  125/22
cost [13]  25/7 25/16 80/2 86/6 86/22 87/3
   87/5 87/6 87/11 87/20 87/25 90/24 91/17
costs [1]  89/4
could [41]  5/23 17/21 18/23 24/16 29/24
   29/24 30/6 32/17 51/13 54/14 57/15 64/13
   64/15 64/17 70/15 76/5 84/16 87/19 88/6
   88/6 93/19 101/17 115/16 116/13 116/19
   116/20 116/20 116/25 118/5 121/12 121/13
   121/15 121/15 122/3 129/25 138/16 143/2
   146/21 147/2 148/8 151/21
couldn't [8]  33/20 64/10 76/4 79/20 79/21
   88/2 121/14 122/20
counsel [29]  2/2 2/11 2/18 2/18 2/20 2/24
   3/5 3/7 3/11 3/13 3/16 5/4 5/5 5/13 8/23 9/1
   9/4 9/10 9/14 9/20 15/17 19/25 31/19 32/25
   35/21 56/20 84/21 97/14 127/6
counsel's [4]  20/3 35/19 100/19 137/17
counties [1]  83/18
counting [1]  15/13
Country [5]  19/14 19/15 19/18 68/22
   68/23
county [37]  16/23 17/23 18/2 18/3 18/3
   18/6 18/12 23/2 25/5 28/16 105/10 105/20
   106/6 121/18 123/18 124/9 124/13 125/10
   125/14 126/16 126/16 138/7 138/17 138/21
   138/23 138/24 139/1 139/4 139/5 139/8
   139/8 139/21 145/15 145/22 146/8 146/14
   150/22
couple [7]  26/24 35/1 35/11 41/6 63/10
   94/2 137/5
course [5]  3/12 12/8 13/4 82/9 97/2
court [23]  1/1 1/20 2/2 2/19 4/15 5/3 5/8
   8/5 8/18 9/13 9/15 9/23 10/3 10/9 12/23
   13/10 16/2 16/11 17/25 18/25 27/24 83/14
   108/9
Court's [1]  9/21
courtroom [4]  2/3 5/11 48/4 97/15
cover [2]  46/22 145/11
covered [6]  21/11 35/10 76/3 79/22
   116/17 116/18
covering [1]  24/10
Crandall [1]  135/3
create [1]  60/12
credibility [3]  13/13 15/15 31/5
creeks [2]  84/7 84/9
cross [9]  44/16 44/18 60/17 60/19 96/8
   96/10 127/2 127/15 130/1
cross-examination [2]  127/2 130/1
cross-examine [2]  60/17 96/8
crossed [1]  42/2
crosses [1]  88/20
crossing [2]  93/13 138/11
crossings [1]  138/10
crossover [3]  32/22 32/23 33/17
CRR [2]  1/20 153/8
cry [3]  29/10 36/19 36/24
crying [1]  34/15
CSX [6]  17/17 21/17 134/24 138/1 145/16
   146/19
cul [6]  48/17 55/7 55/11 55/14 55/15 103/8
cul-de-sac [6]  48/17 55/7 55/11 55/14
   55/15 103/8
culvert [4]  32/23 33/5 34/18 120/7
cure [5]  24/19 24/23 59/15 84/17 130/17
current [2]  93/3 93/5
customers [1]  63/23
cut [53]  3/25 19/9 19/11 20/19 20/24 21/2
   21/11 22/7 22/11 23/4 24/11 24/15 26/20
   29/22 30/7 33/6 45/9 45/10 45/14 46/12

144/3 144/9 147/10 147/24 148/4 148/12 01
148/13 148/15 148/16 148/18 148/19
94/25 95/1 95/2 95/2 95/14 95/25 99/23
102/8 103/2 103/9 104/2 120/7 131/4
132/13 135/6 135/10 135/19 135/25 136/7
136/11 139/13 146/21 149/17 149/18
149/20 149/25
cuts [1]  36/23
cutting [20]  21/3 21/13 21/24 22/21 27/6
   50/2 50/15 51/4 52/10 52/15 54/24 55/6
   55/24 70/18 92/3 93/9 93/22 105/4 132/8
   144/2

**D**

daily [4]  13/17 70/12 140/6 146/7
damage [4]  49/18 57/22 58/10 65/22
damaged [1]  15/5
dark [2]  151/18 151/19
date [9]  4/15 96/24 108/2 114/16 115/4
   117/7 117/8 117/11 153/8
dated [1]  92/25
day [8]  10/1 16/22 58/8 59/5 59/6 98/16
   98/17 143/1
day's [1]  22/6
days [2]  35/1 150/17
de [6]  48/17 55/7 55/11 55/14 55/15 103/8
dead [4]  34/6 34/7 107/20 111/6
dealt [1]  89/9
death [2]  45/2 45/2
debt [1]  119/2
December [2]  24/6 114/17 114/22
December 29 [1]  114/17
decide [6]  11/14 12/10 13/13 13/15 14/7
   43/19
decision [4]  11/17 25/25 68/16 71/24
deem [1]  14/2
deep [4]  24/24 25/2 145/10 148/20
deeper [2]  89/3 89/3
Deere [1]  50/12
default [2]  26/15 122/7
defendant [8]  1/8 1/17 9/2 9/5 10/7 11/9
   15/6 127/4
defendant's [2]  2/9 10/9
defense [6]  2/11 2/18 2/24 5/4 31/19
   132/13
Defiance [1]  26/15
degree [1]  83/14
delay [1]  2/22
deliberate [1]  11/12
delinquent [1]  26/16
denying [4]  132/18 132/20 136/6 136/10
department [2]  7/9 127/25
depict [2]  55/13 75/2
depicted [2]  65/6 146/11
depiction [2]  54/22 57/10
depicts [4]  54/4 70/17 76/8 89/21
deposit [1]  114/19
deposition [15]  2/10 13/8 30/4 30/6 33/6
   38/5 41/5 96/20 97/4 97/18 97/19 117/13
   131/9 131/16 132/23
depositions [2]  8/7 8/16
depth [4]  51/21 88/10 88/11 148/17
describe [3]  49/7 78/6 94/22
described [1]  62/1
design [3]  84/20 87/20 149/4
designated [1]  6/2
designed [6]  33/10 33/15 73/22 73/23
   75/17 149/3
desirable [1]  75/19
destroyed [1]  60/7
determination [1]  141/25
determine [2]  11/16 15/10
determined [1]  81/9
determines [1]  11/2
determining [2]  13/16 15/12

**D**

devaluation [1] 23/16
developed [1] 69/3
developer [1] 92/10
developers [2] 26/14 68/23
development [21] 1/3 26/16 29/12 29/16
 29/20 30/10 37/3 62/6 62/10 68/4 68/5
 68/18 69/14 70/12 80/15 106/24 107/19
 109/25 110/5 115/13 115/20
developments [3] 34/3 34/6 111/5
diameter [3] 20/19 146/2 146/22
did [173]
didn't [50] 9/3 18/21 19/1 20/24 22/12
 25/23 26/5 32/12 32/24 33/19 34/13 35/23
 43/5 45/9 46/10 63/1 64/6 66/11 78/14
 94/14 98/24 99/8 107/7 108/25 109/1
 111/19 111/22 113/12 113/18 113/20 118/5
 118/17 118/18 118/20 123/18 124/16
 124/25 130/24 133/15 142/2 142/24 144/19
 146/23 148/11 148/14 148/17 148/20 149/7
 150/22 151/15
difference [1] 27/5
different [5] 5/24 31/1 70/8 70/10 73/15
differently [1] 14/20
differing [1] 6/11
difficult [3] 79/17 102/19 108/8
dig [3] 27/12 32/8 32/18
digging [2] 86/16 142/20
digs [1] 3/12
diminished [3] 21/13 26/21 27/7
diminishment [2] 23/17 27/8
dip [1] 24/14
DIRECT [3] 37/13 48/9 66/19
directed [1] 3/14
direction [2] 64/20 145/5
directive [1] 141/9
directly [2] 4/20 146/3
dirt [8] 23/20 24/7 35/3 35/9 35/9 87/18
 142/20 150/20
disagree [1] 31/2
disagreeing [1] 36/8
disallow [1] 137/17
disappointment [1] 9/21
disbelieve [3] 13/15 14/5 14/16
discharging [1] 84/7
disclosure [1] 10/6
discourse [1] 3/13
discovery [2] 8/16 120/5
discrepancies [1] 14/14
discrepancy [2] 14/20 14/21
discuss [1] 140/16
discussed [1] 3/4
discussion [1] 48/2
discussions [1] 9/14
dispute [2] 23/1 36/3
disputes [2] 27/9 30/20
disregard [5] 12/24 31/21 43/6 52/1 57/15
distributed [1] 139/23
distribution [1] 128/1
district [4] 1/1 1/1 1/11 145/14
disturbed [3] 132/12 132/12 132/17
disturbing [2] 132/18 132/20
ditch [9] 22/14 23/14 32/14 32/16 42/3
 42/10 42/23 143/10 146/19
ditches [2] 75/4 142/19
divert [1] 4/6
DIVISION [1] 1/2
divvying [1] 123/13
do [119] 2/23 5/2 5/14 10/22 19/1 21/16
 23/18 23/19 24/24 27/21 28/4 29/10 35/8
 38/5 38/13 40/20 42/8 42/13 44/3 44/16
 45/3 46/19 47/25 49/1 49/1 49/3 49/4 49/23
 50/9 51/8 52/17 57/4 60/6 62/16 62/22 63/4

65/19 68/9 68/25 70/22 86/4 84/24 85/12 01
 86/6 86/16 86/22 87/2 87/4 87/6 87/8 87/10
 88/11 90/1 92/2 93/19 95/8 95/15 95/18
 96/20 96/22 96/23 97/9 97/24 98/2 99/10
 99/14 99/16 99/17 99/24 100/5 100/24
 100/25 101/6 101/19 102/6 104/7 106/5
 106/9 106/10 106/12 106/13 106/16 106/18
 109/22 113/10 113/20 117/16 117/21
 117/24 118/2 118/8 118/10 118/15 122/1
 123/6 123/14 124/24 128/4 130/3 130/9
 130/10 130/16 132/4 132/6 133/12 133/20
 134/7 139/11 139/15 141/5 142/4 143/15
 143/16 145/11 147/11 147/24 149/9 150/22
 151/10
Docket [1] 1/3
document [5] 4/15 83/4 114/10 131/19
 131/21
does [25] 2/10 12/6 14/15 15/7 28/17
 38/25 39/23 55/13 75/2 75/6 83/20 89/22
 89/24 101/5 106/23 106/25 109/9 112/23
 113/1 123/14 132/7 132/12 138/19 138/21
 146/20
doesn't [16] 18/2 23/25 43/19 53/12 59/23
 62/24 84/9 84/20 112/2 131/21 139/7
 146/17 147/1 147/5 147/9 151/8
dogs [1] 53/4
doing [6] 51/6 52/18 54/16 85/6 110/5
 150/13
dollars [2] 88/6 137/5
don't [128] 5/13 8/17 20/2 20/23 26/1
 27/10 28/8 28/15 28/17 29/9 29/10 29/12
 34/4 34/22 36/15 36/19 36/19 45/13 45/15
 46/18 47/5 53/22 57/7 60/6 62/13 62/21
 63/3 63/13 64/21 66/12 66/24 71/9 72/5
 73/19 73/21 80/3 82/13 82/18 85/12 91/25
 92/13 95/17 95/23 96/24 97/11 98/7 98/8
 99/1 99/5 99/5 99/6 99/8 99/19 99/19 99/21
 101/2 101/2 101/3 101/20 103/19 103/22
 106/7 107/2 107/25 108/2 108/2 109/24
 110/12 110/12 110/23 110/25 112/6 112/9
 112/14 112/17 112/25 114/24 115/4 115/6
 115/7 115/25 117/7 117/7 117/11 117/11
 117/12 117/23 118/2 118/7 118/7 118/9
 118/12 118/13 119/4 119/8 119/12 119/16
 119/20 119/22 123/5 123/7 123/8 123/9
 124/14 125/9 125/11 125/13 125/17 125/18
 125/20 125/21 125/21 125/21 128/12
 128/25 129/10 129/11 131/16 132/22 134/6
 138/25 139/4 141/11 141/13 143/10 144/16
 149/24 152/8
done [53] 6/15 10/11 19/7 22/6 22/13
 22/13 28/11 35/13 36/2 37/1 47/9 49/18
 57/23 58/2 58/10 59/1 59/7 59/17 60/9
 61/10 64/8 65/22 80/7 80/21 80/21 81/5
 81/9 81/17 83/12 84/17 85/16 85/23 93/15
 95/15 96/20 96/23 97/4 97/5 111/25 112/1
 114/21 115/14 115/17 115/21 116/2 116/15
 116/16 118/22 119/7 120/22 121/4 143/3
 151/22
door [2] 4/4 63/4
down [58] 4/6 17/5 17/10 18/17 19/4 19/9
 20/12 20/23 22/3 22/7 23/9 23/10 24/3
 26/20 28/13 29/13 29/18 30/21 33/25 36/12
 36/23 39/12 41/24 42/1 42/17 43/20 45/9
 45/10 45/14 45/18 45/21 46/2 47/21 52/11
 54/15 61/16 61/17 66/14 72/5 74/24 76/23
 76/24 77/8 78/12 102/1 102/1 102/3 103/7
 108/9 117/16 126/19 127/11 131/4 132/8
 132/14 132/25 134/5 147/20
dozens [4] 19/10 19/10 132/8 132/9
draft [1] 9/18
drain [25] 15/2 22/23 23/6 23/24 23/25
 23/25 25/7 32/24 34/21 44/11 46/25 73/4

73/13 75/3 80/7 86/4 87/20 87/22 88/20
 88/23 88/24 90/14 124/24 146/2 147/5
drainage [31] 25/8 33/5 33/10 33/14 34/18
 43/21 70/4 72/24 73/1 80/16 83/23 83/24
 84/15 85/4 85/12 88/1 105/9 105/12 105/16
 105/19 106/6 120/7 123/17 125/9 125/13
 125/24 146/18 148/25 149/20 149/25 150/1
drained [6] 23/12 23/13 43/14 147/7
 150/23 150/23
draining [2] 43/10 120/3
drains [4] 44/4 69/19 73/19 88/21
draw [1] 85/24
drawing [2] 22/13 132/3
drawings [4] 73/3 133/15 146/11 146/13
drawn [1] 41/10
drew [1] 73/3
drive [3] 1/15 33/25 143/2
driven [1] 144/5
driveway [4] 38/17 48/19 49/16 54/2
driving [2] 93/13 133/24
drove [5] 19/3 93/15 132/24 134/5 144/8
dry [1] 73/12
ducks [1] 24/6
due [2] 6/14 93/1
dug [2] 143/5 143/8
duly [3] 37/11 48/7 66/17
dumped [1] 35/4
during [16] 3/11 7/16 8/7 13/4 15/24 15/24
 15/25 16/1 23/18 30/18 33/13 36/21 41/5
 129/4 140/6 143/1
duty [7] 11/2 11/4 11/14 11/15 12/10 12/16
 13/12

**E**

e-mailed [1] 129/3
e-mails [1] 129/6
each [11] 3/6 3/14 5/17 12/2 13/18 14/2
 14/8 14/11 108/7 113/15 137/19
earlier [2] 20/3 101/13
early [4] 17/14 26/6 46/14 76/2
earth [1] 24/14
easement [3] 17/20 111/18 138/2
easements [1] 89/5
easier [1] 69/14
easily [4] 4/18 4/21 29/21 30/11
edge [1] 150/25
education [1] 68/10
effect [1] 11/16
efficient [1] 56/21
efforts [1] 7/23
eight [6] 26/7 26/9 40/21 67/14 79/2 129/4
either [16] 3/16 3/23 4/21 5/2 10/11 16/13
 20/10 23/6 33/23 34/4 34/5 62/9 64/20
 110/20 118/7 128/10
elm [1] 38/20
else [5] 27/6 74/2 95/14 109/2 109/7
else's [4] 4/23 135/6 135/10 137/7
embarrassing [1] 8/5
emphasis [1] 11/23
emphasize [1] 32/11
employee [1] 127/5
employees [1] 135/17
empty [2] 99/12 112/16
encroached [2] 131/22 137/6
encroachment [5] 36/9 36/16 103/15
 103/21 140/16
encroachments [1] 132/8
end [12] 10/1 29/18 48/1 55/14 55/15
 71/11 72/4 90/20 90/21 92/18 103/21
 113/11
ending [1] 28/14
ends [1] 28/12
enforces [1] 11/1
engage [1] 136/16

**E**

engineer [21] 15/2 23/2 24/12 33/4 33/10 73/3 85/24 90/7 102/12 120/17 126/16 128/24 135/23 139/5 145/14 145/22 146/6 146/8 146/14 150/10 150/21
engineered [1] 85/7
engineering [13] 25/11 34/23 69/23 70/6 85/13 85/23 87/20 91/6 127/25 128/3 128/5 128/14 135/3
engineers [6] 22/25 35/2 120/16 128/2 136/4 145/15
enough [3] 9/1 9/21 142/25
entire [5] 7/16 16/1 18/11 39/15 119/14
entitled [4] 6/12 7/4 127/4 153/4
entity [2] 6/17 7/4
entryway [1] 72/12
environment [1] 111/6
equal [1] 60/11
equally [1] 10/24
equipment [3] 32/8 32/17 50/11
equivocation [1] 107/20
erroneously [1] 14/17
establish [2] 74/10 78/22
established [1] 10/23
estate [1] 26/17
estimate [5] 51/25 86/22 87/3 87/11 87/19
estimates [3] 25/8 80/19 82/9
even [20] 20/8 29/8 29/10 29/12 29/14 29/16 32/12 34/13 58/16 62/4 62/18 103/7 103/15 109/20 115/13 115/20 118/4 128/15 133/23 150/17
event [4] 7/16 15/11 20/15 28/18
events [1] 33/12
eventually [4] 4/7 23/14 44/6 87/21
ever [15] 33/1 33/5 46/8 61/11 61/13 64/6 67/7 83/25 128/10 128/15 134/9 142/7 149/17 149/20 149/25
every [4] 20/20 62/5 98/16 98/17
everybody [3] 22/8 50/19 150/14
everyone [2] 95/9 95/10
everything [10] 21/3 21/3 22/7 27/6 29/14 45/24 46/4 69/21 95/2 104/24
evidence [59] 4/7 10/25 11/2 11/5 11/8 11/8 11/9 11/16 11/21 12/1 12/5 12/11 12/12 12/18 13/1 13/5 14/10 14/10 15/12 15/18 15/20 16/19 16/20 16/21 17/17 18/4 18/13 18/21 19/2 20/1 20/1 20/5 20/15 21/2 21/21 21/16 21/21 22/16 22/20 24/3 24/10 24/19 24/23 25/10 25/25 26/12 27/14 32/20 33/2 33/18 35/10 35/16 35/20 35/21 37/2 37/2 45/13 56/20 136/19
exact [3] 30/24 31/3 58/3
examination [16] 37/10 37/13 44/18 48/6 48/9 60/19 65/4 66/3 66/16 66/19 96/10 121/9 125/6 127/2 127/15 130/1
examine [4] 44/16 60/17 96/8 127/5
example [1] 15/1
exasperate [1] 65/7
excavating [1] 80/21
excavation [6] 17/3 24/13 105/6 105/8 145/15 145/24
except [2] 98/8 107/14
exception [6] 12/13 82/7 82/7 82/14 102/24 108/23
excited [1] 108/18
exclude [2] 7/1 10/10
excluded [1] 82/12
exclusive [4] 11/14 13/12 16/24 113/3
Excuse [2] 16/9 65/15
excused [1] 5/12
exhibit [32] 38/8 38/24 39/20 40/15 42/9 50/5 51/12 52/5 52/13 53/21 54/13 54/22 55/22 70/16 75/2 75/9 76/7 77/5 83/3 89/15

100/15 100/19 101/4 131/18 146/13
Exhibits [1] 118/11
existed [2] 41/6 52/23
existence [1] 147/17
existing [4] 28/24 78/12 89/7 104/11
exists [1] 75/7
expect [2] 33/7 88/11
expected [4] 5/10 106/12 127/6 127/8
experience [8] 14/24 69/4 85/12 86/16 86/18 87/5 87/6 142/4
experienced [2] 4/3 4/4
expert [14] 5/2 14/23 15/8 15/9 25/11 25/12 30/23 31/4 31/7 34/16 86/25 103/20 103/23 119/17
expertise [3] 80/10 82/3 97/5
experts [2] 25/11 31/9
expiring [1] 3/9
explain [9] 57/21 70/25 71/10 80/5 93/21 94/5 94/25 130/22 146/21
explained [1] 142/24
exposed [1] 24/15
exposing [1] 92/19
express [2] 97/5 99/18
expressing [1] 43/4
extend [1] 18/3
extent [1] 8/24
extra [1] 32/20
extremely [1] 57/20

**F**

faces [1] 48/19
facility [1] 3/24
fact [41] 11/15 12/4 12/14 12/17 14/7 14/13 14/22 15/10 18/9 30/18 31/1 33/3 34/11 43/9 45/16 61/7 61/15 62/4 62/4 62/18 63/6 64/1 64/19 84/19 91/23 96/14 100/3 101/21 102/8 102/12 107/14 109/19 115/23 116/18 119/21 120/4 120/9 120/12 125/8 129/12 143/4
factors [1] 88/10
facts [5] 13/24 14/17 25/24 27/23 141/20
factual [1] 27/9
faint [1] 40/12
fair [11] 26/3 27/22 60/14 60/14 89/11 122/3 123/13 135/22 135/24 137/3 148/23
fairly [2] 28/4 75/2
fall [1] 144/8
falling [1] 150/20
false [1] 137/7
familiar [3] 41/7 41/15 66/24
families [1] 63/8
family [4] 49/3 66/22 72/6 72/15
far [9] 47/3 51/19 62/24 68/9 79/5 82/5 97/6 135/14 148/24
farm [7] 102/9 102/14 102/19 103/5 103/6 103/13 103/13
farms [1] 102/17
father [2] 38/10 120/17
fault [1] 15/6
federal [3] 17/25 26/15 92/22
feel [2] 47/24 130/15
feet [39] 18/24 19/9 20/9 20/10 20/13 20/19 21/1 22/1 24/4 24/25 25/2 27/12 31/2 32/20 37/21 41/7 51/9 51/22 51/23 78/11 79/2 79/18 105/13 105/17 105/21 105/22 106/1 123/19 123/21 131/22 134/17 135/12 135/12 143/4 145/8 147/12 147/15 151/6 151/12
fell [1] 110/10
feller [2] 50/8 50/9
felt [3] 9/22 150/22 150/24
fence [29] 20/25 21/21 21/22 30/18 30/19 30/20 31/5 31/6 31/8 35/7 35/8 40/9 45/18

45/20 45/22 45/23 46/3 46/3 46/5 46/5 77/11 77/19 77/21 78/14 78/19 79/6 79/8 79/12 79/17 79/20
few [8] 21/1 24/4 68/11 68/14 70/8 79/18 110/20 129/22
Fifth [3] 19/17 58/2 61/6
Fifty [2] 38/3 67/14
Fifty-eight [1] 67/14
Fifty-two [1] 38/3
figure [3] 117/9 132/2 140/23
figured [1] 124/16
file [5] 2/5 2/16 2/21 106/11 106/12
filed [12] 2/12 4/15 9/5 9/9 105/9 105/20 106/6 106/8 106/14 123/18 125/9 125/14
filing [1] 9/4
fill [5] 23/20 24/7 88/10 142/20 143/1
filled [4] 142/19 143/7 148/4 150/20
filling [1] 32/16
film [1] 116/22
final [5] 11/11 14/9 70/9 70/9 70/10
finally [3] 111/20 122/6 122/15
financial [1] 114/2
find [4] 10/18 15/6 93/12 143/22
Findlay [4] 25/12 33/12 69/25 70/2
fine [1] 3/11
finger [1] 34/12
finish [6] 58/1 108/12 129/25 130/3 137/20 143/14
finishing [1] 24/7
Finkbeiner [1] 141/10
firm [4] 6/18 6/19 69/23 70/6
first [26] 10/1 11/6 19/16 21/12 26/14 26/15 28/7 30/24 37/8 37/11 38/25 48/7 57/22 66/17 67/7 67/15 69/3 92/22 100/3 116/7 128/18 128/22 134/4 145/1 145/25 146/1
fit [1] 29/6
five [5] 33/15 67/2 107/24 151/6 151/12
five-year [1] 33/15
flags [3] 135/25 136/7 136/11
flood [5] 33/13 33/14 33/15 84/3 84/9
flooding [20] 3/19 4/3 4/5 4/23 4/25 4/25 15/3 18/25 23/16 24/22 76/8 81/5 81/10 81/17 82/2 83/13 92/3 112/4 131/1 131/6
flooding-type [1] 112/4
floods [1] 33/12
floor [1] 116/7
flow [2] 84/5 84/8
foliage [2] 49/21 55/13
folks [2] 137/16 152/5
follow [3] 10/20 11/4 84/19
follows [5] 3/21 11/6 37/12 48/8 66/18
foot [13] 29/19 29/19 71/9 71/11 77/23 79/25 87/25 88/7 88/8 88/9 101/14 144/10 145/11
force [1] 14/10
Ford [4] 17/7 75/10 143/5 144/4
foreclosure [1] 26/14
foregoing [1] 153/3
forget [2] 14/17 58/2
forgot [1] 132/24
form [3] 6/16 14/25 68/17
former [2] 108/23 132/25
forth [4] 2/23 47/15 100/5 129/6
forward [1] 19/22
foul [4] 29/10 34/15 36/20 36/24
found [6] 8/6 34/14 67/20 77/8 78/13 149/3
foundation [10] 43/3 43/17 50/24 74/11 78/22 80/9 81/12 81/20 82/5 84/19
four [11] 19/4 19/4 25/11 48/23 61/1 61/1 61/2 102/3 107/24 124/10 124/19
four-by-four [1] 19/4
frankness [1] 13/22

**F**

free [1] 30/1
French [1] 68/23
Friday [2] 2/8 2/17
front [4] 20/20 38/20 52/7 125/22
frustrating [2] 57/20 58/11
fulfill [1] 113/20
full [1] 49/21
functions [1] 5/24
fund [1] 122/22
further [16] 3/16 5/4 8/13 10/11 12/18
19/2 20/23 44/14 47/20 60/15 65/7 65/25
96/5 125/3 125/5 145/4

**G**

gain [2] 98/16 98/17
gained [2] 98/11 98/20
game [2] 10/6 19/20
garage [1] 38/18
gas [1] 89/7
gated [2] 72/9 83/7
gave [5] 32/19 96/14 131/15 141/14
141/17
general [6] 18/14 20/17 32/2 67/4 67/5
68/15
generate [1] 93/7
generated [1] 26/18
gentleman [7] 23/11 56/15 60/1 108/6
128/10 135/2 149/8
gentlemen [7] 16/5 31/18 35/18 56/19
82/20 127/3 152/4
germane [1] 2/25
get [30] 21/4 30/25 30/25 33/20 35/5 46/18
61/8 69/16 80/11 80/19 83/12 86/1 86/3
88/25 89/3 102/17 105/5 106/9 108/9
108/18 111/11 111/18 112/2 112/6 115/8
122/3 133/23 134/9 137/5 140/22
gets [2] 24/2 24/4
getting [6] 46/24 69/20 82/9 108/20
116/21 127/22
giant [1] 52/6
girl [1] 139/3
give [14] 11/21 12/4 12/7 16/18 31/5 41/9
71/3 74/11 85/1 87/19 87/24 108/6 121/18
127/13
given [9] 4/17 8/19 8/21 12/23 13/10 14/4
28/6 82/5 146/14
gives [1] 16/7
glare [1] 53/22
glass [1] 67/11
Glenn [1] 145/23
globe [1] 120/21
go [18] 20/12 23/3 23/25 25/4 30/16 46/10
46/20 57/6 58/1 84/14 89/1 89/4 95/12
109/3 124/2 137/4 138/11 151/13
goes [4] 23/7 28/13 28/14 30/21
going [107] 4/1 4/7 4/13 5/6 7/15 7/18
9/18 10/20 16/21 17/17 18/4 18/13 18/16
18/16 18/21 19/2 19/7 19/8 19/13 19/22
20/15 21/2 21/12 21/17 21/21 21/24 21/25
22/9 22/16 22/20 23/1 23/2 23/2 24/4 24/17
24/19 24/21 24/23 25/2 25/10 25/13 25/16
26/4 26/12 26/19 26/19 27/3 27/10 27/12
27/16 29/13 30/14 30/15 30/25 31/4 31/20
33/16 35/15 38/7 38/23 40/10 40/14 43/24
47/2 50/5 52/13 54/12 54/15 56/23 57/25
59/10 60/3 61/23 64/23 75/9 84/14 85/6
88/12 88/22 89/3 89/25 90/23 93/10 97/17
102/1 102/13 106/10 106/13 106/16 107/11
108/8 108/11 108/12 109/10 115/20 116/25
130/2 137/16 137/18 139/13 140/11 140/13
142/5 143/15 146/2 146/12 146/18
gone [11] 35/10 50/1 56/7 59/5 62/1 62/17

good [15] 10/14 16/5 16/25 28/3 32/6
44/20 44/21 51/25 60/21 60/22 61/3 68/4
69/12 69/13 151/25
goodness [2] 18/20 23/19
got [31] 22/25 23/7 27/20 28/7 32/7 32/7
32/8 32/8 33/9 34/16 41/11 46/9 61/9 66/25
68/11 70/9 70/9 70/14 71/8 78/11 81/23
106/24 111/16 111/20 111/20 118/24 122/6
122/15 123/19 124/2 148/14
gotten [1] 46/23
grabs [1] 110/3
grade [1] 151/3
Graffiti [1] 49/24
Graffiti-laden [1] 49/24
GRANITE [16] 1/3 7/11 15/23 34/3 34/6
34/11 62/5 62/11 63/20 68/17 68/24 69/1
106/21 106/22 118/25 136/15
Granite's [1] 119/17
granted [1] 10/9
granting [2] 2/8 3/6
grants [1] 12/23
graphic [4] 22/13 72/18 75/10 76/7
great [3] 29/15 43/22 45/2
greater [1] 15/12
greatest [2] 61/11 61/13
green [2] 25/4 86/13
greenery [2] 17/2 20/13
Greta [2] 67/22 67/25
gross [1] 91/19
ground [8] 69/13 69/14 73/11 77/3 105/2
121/18 143/6 145/10
grow [1] 139/2
growing [2] 19/10 29/3
grown [1] 41/3
guess [2] 16/25 115/9
guessing [1] 72/14
guy [8] 29/25 33/4 119/9 119/13 120/10
126/1 126/2 126/4

**H**

had [74] 3/25 6/3 8/24 8/25 9/8 10/16
13/21 17/15 19/10 19/17 20/18 21/5 31/12
31/16 32/25 33/11 46/20 46/23 48/2 49/13
49/18 51/16 58/1 58/6 58/7 58/25 60/12
61/10 64/8 69/4 69/5 69/15 69/20 80/21
84/22 93/16 95/8 95/15 97/12 110/6 110/10
111/15 111/18 111/19 111/21 113/22 114/1
114/2 114/13 115/23 119/11 124/24 126/24
128/25 129/1 129/1 132/7 134/20 136/10
137/3 140/11 140/21 144/5 144/13 144/14
144/17 146/5 146/10 146/11 149/2 149/3
149/3 150/6 150/21
half [13] 29/11 29/15 61/1 62/6 62/10
62/19 78/2 78/3 78/4 78/4 83/8 118/24
127/7
hall [1] 28/10
hand [9] 5/15 38/7 38/23 40/14 54/12
89/25 90/23 131/18 146/12
handing [1] 92/21
handle [2] 73/23 123/9
handles [1] 112/19
hang [1] 20/10
happen [3] 4/1 6/3 9/3
happened [11] 16/7 22/11 23/4 27/7 33/17
36/4 37/3 73/14 76/21 94/22 151/23
happening [2] 8/23 23/8
happens [1] 16/10
happy [1] 82/14
hard [4] 8/6 27/19 40/6 69/16
harmed [2] 27/15 28/19
has [47] 3/9 5/3 5/17 7/22 9/5 12/5 13/6
14/24 22/19 27/2 29/7 41/2 50/10 50/23
57/23 66/5 73/14 81/25 82/3 83/21 92/7

92/23 93/2 95/8 95/8 101/3 103/4 106/22
109/21 112/11 112/12 112/12 114/21 118/2
119/14 124/2 126/18 127/9 128/13 134/18
143/5 143/15 143/16 143/21 151/22 151/23
152/3
hasn't [4] 65/20 91/21 92/1 92/11
haul [1] 21/5
hauling [1] 87/18
have [185]
haven't [6] 47/7 96/19 97/7 107/19 109/9
110/19
having [3] 9/22 31/20 86/18
he [83] 7/20 8/2 8/2 8/3 8/6 8/7 8/8 13/20
13/21 15/24 15/25 18/17 19/17 27/18 27/18
30/5 30/5 30/6 30/6 30/7 33/4 33/6 33/7
34/21 34/24 35/23 43/4 43/4 43/17 43/19
50/22 50/22 55/25 56/6 57/1 57/1 57/2
57/15 58/23 58/23 59/19 60/2 65/16 67/11
75/24 78/23 81/12 81/12 81/24 81/25 82/3
84/19 85/9 92/11 92/11 94/14 107/6 107/7
110/14 118/2 118/8 119/12 119/16 119/18
119/20 120/5 121/11 122/9 123/17 123/17
123/18 126/4 128/25 129/1 129/3 131/12
131/14 136/25 144/24 147/3 147/3 147/4
150/22
He'd [1] 115/9
he'll [3] 8/9 33/7 43/19
he's [18] 7/18 7/24 19/21 26/23 27/20 49/6
59/21 81/23 82/8 86/24 108/16 119/10
119/10 126/1 126/15 144/24 146/9 150/13
head [1] 27/21
headphones [1] 8/8
heads [2] 9/15 127/13
hear [39] 12/11 12/20 13/21 14/20 16/11
18/19 27/14 29/24 29/25 30/1 30/2 30/7
30/11 30/17 30/23 32/1 32/3 32/10 32/23
32/25 33/3 33/10 33/18 34/1 34/3 36/9
36/14 41/22 43/18 58/13 64/15 64/17 64/17
64/22 64/24 64/25 104/12 105/25 115/12
heard [4] 28/7 35/20 66/5 82/5
hearing [4] 7/25 8/6 27/20 64/23
hearsay [6] 44/1 65/16 81/7 82/7 122/17
123/1
heavily [1] 103/8
heavy [6] 24/2 32/8 50/11 53/7 53/18
76/20
heck [1] 27/12
height [1] 60/8
held [3] 28/10 83/16 114/14
Henry [2] 128/9 128/12
her [19] 3/20 5/11 13/19 13/22 14/15 14/25
19/3 64/6 64/9 129/17 129/20 129/20
129/25 130/21 130/22 137/20 143/21
149/13 150/15
here [110] 5/7 7/6 7/9 7/12 7/16 7/18 7/20
7/24 13/10 15/24 15/24 17/1 17/2 17/5 17/6
17/9 17/10 17/10 17/11 17/12 18/17 18/20
18/25 19/8 19/15 19/16 20/23 20/25 21/7
21/8 21/8 21/17 21/20 22/3 22/7 22/17 23/9
23/10 23/12 24/3 24/3 24/25 25/1 25/4 26/7
27/13 27/18 27/24 28/19 29/23 33/7 33/25
34/11 36/10 36/11 36/12 39/5 41/9 41/10
41/12 42/9 42/11 50/5 51/11 51/12 51/20
52/7 52/16 52/18 52/23 53/8 53/9 53/14
53/17 53/23 55/15 55/16 70/15 70/22 72/12
72/12 74/25 75/11 75/15 77/6 77/8 79/10
80/24 84/21 88/14 88/15 88/19 88/20 88/21
88/24 88/24 88/25 89/5 90/1 90/4 96/18
100/20 110/17 118/14 119/9 124/12 126/13
127/12 146/17 147/1
herein [3] 37/10 48/6 66/16
hereinafter [3] 37/11 48/7 66/17
high [5] 67/3 68/7 71/11 79/25 145/8
higher [6] 4/9 18/7 72/4 78/7 151/3 151/7

higher-end [1] 72/4
highest [1] 25/14
highlighted [1] 98/1
highlights [1] 2/5
highly [2] 5/22 57/2
hike [1] 42/17
him [23] 14/24 18/20 28/7 30/1 43/4 57/4
59/23 65/17 67/18 67/19 74/11 81/3 82/1
84/20 93/24 109/5 109/12 109/16 126/13
126/16 129/23 129/24 145/25
himself [1] 82/4
hire [1] 69/23
hires [1] 81/12
his [25] 5/11 13/19 13/22 14/15 15/25
35/21 36/23 43/18 70/13 80/9 81/24 82/9
92/11 108/13 108/24 109/5 109/12 109/16
119/14 120/13 120/17 129/14 137/20
144/23 145/23
histories [1] 115/10
history [1] 3/9
hold [1] 71/8
hole [1] 34/17
Holland [1] 1/18
Hollow [3] 110/1 118/17 123/6
home [8] 48/24 57/23 58/4 65/20 75/12
80/1 80/2 133/9
homeowner [1] 133/5
Homeowners [2] 72/8 72/9
homes [2] 26/7 121/12
honestly [2] 28/5 88/2
Honor [56] 3/17 5/16 5/21 6/6 6/14 7/3
16/4 19/21 19/21 20/6 28/2 31/25 35/15
37/9 42/4 43/16 44/17 47/24 50/17 51/13
52/19 53/22 54/9 54/25 56/5 56/25 58/21
59/19 59/22 72/22 77/16 79/13 80/10 81/11
81/23 82/6 82/17 83/1 84/18 86/24 93/24
94/8 94/10 96/5 96/9 125/4 126/22 129/17
129/25 130/1 130/20 143/11 143/21 150/11
150/13 152/2
Honor's [1] 3/19
HONORABLE [1] 1/10
hooked [1] 46/9
hope [4] 9/25 27/13 27/22 149/8
hopefully [1] 10/18
Hospice [5] 3/18 3/21 4/3 4/8 17/10
hour [1] 127/7
house [36] 21/18 24/5 26/11 26/11 26/13
30/1 38/18 57/25 58/2 58/6 58/9 60/13
60/25 61/8 61/17 61/19 63/20 63/23 63/25
65/8 65/11 65/11 66/5 72/15 75/11 76/1
107/14 107/17 108/24 109/4 109/4 109/11
109/16 116/6 120/11 124/3
houses [6] 41/23 63/17 72/4 115/5 115/24
116/1
housing [5] 34/1 34/6 61/11 61/13 72/6
how [58] 4/12 15/5 22/1 30/9 32/20 37/24
38/2 39/7 40/20 42/13 46/18 48/22 49/5
49/7 50/9 51/19 57/21 57/24 63/6 63/11
63/11 63/17 63/23 67/13 67/18 67/18 71/9
77/22 78/7 78/17 79/5 79/17 81/23 82/21
85/6 86/1 91/13 91/15 93/12 93/21 95/5
104/11 107/11 117/21 117/23 119/2 127/19
132/4 135/14 140/5 140/12 142/24 143/21
145/10 148/2 148/14 148/20 152/4
how's [1] 110/5
however [2] 15/7 15/25
Huber [4] 145/23 146/8 146/10 147/2
Huffman [1] 113/5
huge [2] 35/2 84/7
huh [3] 70/19 142/11 150/2
hundred [4] 26/22 41/6 88/6 143/4
hunting [1] 19/17

hurt [2] 92/17 92/17
hydro [1] 52/7

I

I'd [1] 129/17
I'll [34] 10/19 16/14 28/21 42/5 43/5 43/12
51/1 51/2 56/19 57/14 58/23 59/12 60/2
71/21 74/5 76/14 77/15 79/15 80/11 80/11
81/13 85/10 85/20 92/5 92/12 94/2 94/10
107/7 120/24 122/13 130/9 130/21 143/3
143/24
I'm [89] 2/14 3/6 4/12 5/17 9/18 9/18 10/11
10/20 16/9 18/18 18/18 30/6 30/12 31/20
35/15 38/7 38/23 40/10 40/14 41/22 43/24
46/24 50/5 52/13 53/21 54/12 54/17 54/17
59/10 60/10 61/3 61/14 61/23 62/7 67/3
72/14 72/20 72/21 75/9 78/4 82/14 82/15
83/3 84/14 87/5 88/24 89/25 90/23 92/21
94/1 101/9 102/16 103/12 103/25 105/1
105/24 106/10 108/11 108/12 108/16
108/25 109/10 112/1 114/4 114/16 114/16
116/21 117/25 119/1 121/5 122/25 123/10
123/10 130/7 130/21 132/2 132/15 136/13
137/16 137/18 139/3 143/9 143/22 146/12
146/15 149/8 149/16 149/18 150/24
I've [7] 6/3 6/15 9/20 67/1 82/5 98/15
123/12
idea [7] 11/22 46/18 47/6 86/6 87/24 97/13
99/2
identification [2] 55/3 82/8
identify [2] 53/25 57/15
if [93] 3/7 5/22 6/19 8/10 8/17 9/25 10/11
11/20 12/13 12/19 12/22 13/9 13/23 15/2
15/6 16/14 16/16 18/19 20/23 21/6 21/20
24/13 26/1 26/2 29/8 29/14 30/24 32/12
36/3 36/22 36/23 37/10 40/11 41/2 46/3
47/2 48/6 50/6 50/22 51/14 53/8 54/18
56/22 57/1 58/22 58/23 60/6 62/14 63/11
63/14 66/16 66/24 67/11 74/10 78/22 82/11
86/3 89/4 91/11 95/17 101/3 102/14 103/12
104/1 104/1 104/2 104/14 105/19 105/25
106/2 106/5 106/15 106/18 107/25 108/16
110/12 111/16 112/18 115/13 116/10
116/12 119/22 125/19 128/25 130/13
131/16 134/6 138/10 139/4 139/7 140/23
149/24 150/22
ignore [1] 11/25 140/19
imagining [1] 143/9
immediately [1] 63/4
impact [3] 71/24 94/1 94/6
impacted [2] 93/22 95/5
impartial [1] 27/22
importance [1] 12/6
important [1] 14/22
impossible [1] 60/4
improved [1] 81/24
improvement [2] 49/9 58/19
In [390]
inaccurate [1] 136/20
inactive [2] 104/16 104/24
Inc [1] 3/21
inch [10] 17/22 22/23 23/7 142/21 146/2
146/4 146/22 148/25 149/17 149/20
inches [2] 31/2 36/11
incident [1] 14/19
inclined [1] 54/24
include [1] 13/18
includes [1] 66/8
including [3] 24/6 26/10 104/19
incorrect [1] 109/1
increase [1] 133/9
incurred [1] 91/7
indicate [10] 3/4 3/7 4/15 10/3 19/25 51/19
83/13 83/19 90/1 93/1

indicated [10] 3/7 4/17 4/24 15/22 19/24
41/5 56/18 81/4 85/17 108/4 127/6 132/23
individual [2] 11/25 18/16
inferred [1] 11/23
influenced [1] 11/17
information [1] 45/14
initially [1] 23/18
inside [2] 31/6 77/11
inspector [1] 126/18
install [6] 17/22 73/7 84/20 122/20 139/14
143/1
installation [5] 3/24 4/2 6/10 70/3 89/23
installed [9] 22/22 73/16 85/4 85/8 86/18
87/8 112/11 112/12 122/16
installing [3] 22/21 85/14 142/22
installs [4] 32/2 83/21 83/21 90/6
instruct [2] 11/3 31/20
instruction [6] 9/13 11/25 12/3 20/3
141/14 141/17
instructions [18] 8/19 8/20 8/24 8/25 8/25
9/2 9/19 9/24 10/19 11/11 11/20 11/20 12/2
12/3 12/4 12/7 15/16 140/19
instrument [1] 50/7
integrity [1] 138/9
intellectual [1] 10/17
intelligence [1] 13/23
intend [1] 28/4
intended [3] 3/18 10/5 11/23
intention [1] 123/24
inter [1] 17/15
inter-urban [1] 17/15
interconnected [1] 21/9
interest [3] 13/23 50/11 99/18
interested [1] 28/11
interesting [2] 17/24 34/12
interestingly [3] 20/22 27/2 36/5
interrogatories [2] 9/20 9/24
interrupt [2] 108/17 149/9
interrupting [1] 129/20
intertwined [2] 19/19 20/7
interviews [1] 10/17
into [30] 2/2 13/5 13/7 16/21 18/3 22/2
23/13 23/13 23/24 25/7 34/1 42/3 42/9
42/10 42/22 43/10 43/14 44/11 46/19 46/22
47/2 63/6 67/19 68/11 84/7 87/21 87/21
88/21 90/18 93/15
intriguing [1] 34/14
introduce [4] 16/21 37/15 48/11 66/21
introduced [1] 68/1
intrusive [1] 25/19
investigation [2] 148/24 150/1
invoices [1] 70/13
involved [4] 4/20 69/5 69/7 72/23
irrelevant [6] 7/4 28/18 143/12 143/15
is [354]
isn't [13] 111/24 129/7 133/14 135/1
135/16 135/21 135/24 138/1 138/5 139/19
143/4 148/23 151/17
issue [17] 2/12 4/14 6/12 6/24 14/7 14/9
14/12 28/19 31/22 32/22 111/8 111/9 119/6
119/22 122/9 129/1 143/16
issues [1] 4/18
it [375]
it's [73] 5/25 6/16 6/16 6/16 7/4 16/7 17/15
18/3 19/17 20/1 21/11 21/24 21/25 23/7
27/8 28/3 28/16 28/18 29/23 31/2 31/23
32/11 32/12 34/14 36/18 36/20 38/24 39/25
40/12 40/17 43/21 47/5 54/15 54/16 54/18
58/9 58/11 65/21 71/2 72/14 74/25 76/12
76/20 80/9 81/7 82/20 83/5 85/8 89/5 93/25
97/14 100/9 101/7 101/25 103/5 104/3
106/24 107/10 107/25 108/7 109/19 111/3
116/23 119/19 123/11 127/17 130/1 143/5
143/12 143/14 147/25 149/24 150/17

**I**

its [10] 11/8 18/1 18/23 37/4 78/18 92/23
107/17 126/20 130/10 133/9
itself [3] 13/1 49/14 95/6

**J**

JACK [7] 1/10 67/15 68/1 112/19 112/25
117/19 119/4
Jack's [2] 67/21 67/25
Jacqueline [3] 33/25 48/14 86/2
January [2] 99/11 118/21
January 2004 [1] 118/21
Jeep [1] 19/3
Jenkins [2] 126/1 126/12
job [6] 31/4 32/21 35/13 36/2 127/22
150/24
Joe [1] 135/3
John [4] 37/17 50/12 128/24 146/5
John-Deere-type [1] 50/12
joint [1] 9/12
joint-proposed [1] 9/12
judge [8] 1/11 6/23 10/24 11/1 11/3 30/19
34/9 65/9
judging [1] 14/9
Judy [1] 3/18
junk [1] 29/3
jurisdictional [1] 18/1
jurors [3] 8/10 10/25 13/12
jury [83] 1/7 1/10 2/2 2/4 2/6 5/1 8/19 9/12
9/19 9/19 10/12 10/15 10/19 16/11 19/25
36/21 37/15 37/16 38/15 39/7 40/15 41/10
41/18 43/5 47/25 48/1 48/11 48/12 49/7
50/6 51/19 52/1 52/19 57/15 57/18 62/9
66/21 67/10 67/13 67/15 67/18 69/10 70/25
72/1 72/11 73/1 74/22 75/17 76/16 78/6
78/17 80/6 83/4 84/4 84/16 86/9 87/19
87/24 88/14 91/23 93/1 93/5 93/21 93/21
94/5 95/1 103/17 108/8 111/23 112/2
121/15 123/8 127/19 128/18 129/11 130/13
136/20 137/14 137/22 145/13 146/1 146/21
147/9
just [54] 8/15 16/20 18/3 18/10 20/3 21/9
22/17 24/1 27/23 29/14 29/23 30/21 31/1
31/6 32/18 32/20 36/16 44/1 45/4 49/11
50/22 52/19 54/17 59/5 64/25 67/11 71/7
72/4 76/5 85/9 93/13 93/15 94/18 99/25
100/18 102/14 109/10 111/23 111/24 114/4
116/23 119/19 119/21 125/19 127/13
132/17 133/17 134/3 142/5 144/5 144/6
146/15 146/25 147/9

**K**

keen [1] 50/10
keep [7] 3/13 3/13 28/22 36/18 102/1
109/16 127/13
Kevin [3] 48/13 48/22 65/6
key [1] 67/2
kids [1] 67/2
kind [12] 8/5 9/1 22/9 41/12 70/3 71/17
72/2 108/18 111/4 119/6 128/21 128/22
kinds [1] 124/3
kitchen [1] 39/2
knew [7] 42/24 43/4 134/23 134/25 140/21
142/16 147/17
Knight [5] 4/4 4/9 17/11 19/16 101/22
knocked [1] 34/17
know [154]
knowledge [18] 43/15 44/12 44/13 83/21
93/8 93/11 98/11 98/16 98/16 98/17 98/20
102/10 103/6 112/22 113/12 117/6 124/1
137/1
known [2] 13/8 48/15
knows [4] 43/17 52/19 81/12 95/9

**L**

lack [1] 13/23
laden [1] 49/24
ladies [6] 16/5 31/18 56/19 82/20 127/3
152/3
land [9] 4/8 24/18 68/2 69/11 91/5 102/4
105/14 137/7 151/4
landmarks [1] 31/1
large [8] 20/18 29/6 38/20 49/12 49/20
104/8 139/14 150/18
laser [1] 53/1
Laskey [24] 6/8 7/22 7/24 7/25 8/6 8/15
15/23 27/15 27/18 33/3 56/9 56/12 56/23
67/16 68/16 81/2 90/25 112/19 112/25
115/9 117/4 117/19 120/4 123/14
Laskey's [1] 27/19
last [21] 2/8 2/14 2/16 4/24 9/14 10/4 22/4
39/9 39/22 46/8 58/6 63/9 91/25 105/13
105/17 105/21 106/1 123/6 123/11 123/19
149/9
late [4] 10/6 26/6 76/1 144/7
late-in-the-game [1] 10/6
lats [3] 35/25 36/1 36/5
launching [1] 9/22
Lavoy [1] 69/6
law [7] 6/18 6/19 7/9 11/3 11/4 11/11 29/7
Lawrence [1] 67/22
laws [1] 25/22
lawsuit [5] 4/21 31/12 31/20 67/8 128/15
lawyer [3] 11/18 108/11 108/13
lawyers [11] 10/24 10/25 11/7 11/11 11/8
12/9 12/13 12/13 13/8 15/19 137/19
layers [1] 83/17
layout [4] 69/23 70/7 83/5 83/6
layouts [1] 70/8
layperson [1] 4/13
leading [6] 42/4 55/25 76/11 76/12 93/25
122/11
leaning [2] 35/7 35/8
learn [3] 10/7 19/13 98/16
learned [2] 50/13 82/8
lease [1] 67/6
least [8] 26/21 46/15 62/19 107/24 115/17
116/22 118/24 129/4
leave [3] 16/14 82/23 136/4
leaves [1] 20/8
leaving [1] 133/8
led [1] 7/23
left [12] 22/7 26/10 38/18 39/14 40/1 46/4
52/16 95/3 95/4 95/18 106/3 106/17
legal [2] 6/17 7/4
length [2] 45/21 124/14
lens [1] 54/15
less [6] 25/18 25/18 25/18 36/17 36/19
60/10
let [18] 19/10 60/13 62/10 84/21 85/20
88/13 104/18 108/17 111/25 120/11 129/19
129/25 131/18 132/4 134/14 137/19 143/14
147/5
let's [18] 38/25 41/11 43/18 52/5 55/3 71/3
74/10 84/12 92/25 94/18 94/18 106/21
129/19 129/19 137/14 143/18 150/14
150/15
letter [2] 139/16 139/18
level [3] 83/14 116/9 143/6
liability [4] 5/23 6/5 68/17 141/23
license [2] 83/17 83/17
lied [1] 63/2
life [3] 31/1 38/1 119/14
lift [1] 35/2
light [1] 54/18
like [47] 4/19 5/25 6/18 8/11 20/19 22/6
24/14 27/12 29/23 31/4 32/6 32/19 43/21

45/23 46/2 46/3 50/8 52/12 53/5 54/23
57/18 59/7 59/17 60/5 67/8 69/18 70/4
71/17 72/4 72/14 73/19 79/7 82/21 95/14
95/25 101/4 109/5 116/23 127/1 129/17
134/17 142/8 146/16 147/12 149/16 150/18
152/5
liked [1] 69/10
likely [1] 80/6
limine [2] 2/9 2/22
limit [1] 3/8
limited [3] 5/23 6/5 68/17
limits [2] 3/5 18/1
line [38] 18/24 20/24 21/6 21/23 21/23
22/15 24/11 25/13 28/18 28/24 28/24 32/19
36/8 37/18 38/19 39/14 39/18 45/18 70/22
71/12 78/3 78/3 79/9 92/18 97/19 104/7
105/22 112/6 117/16 122/16 122/20 131/24
133/17 134/17 135/17 138/8 140/13 147/1
linear [2] 88/8 88/9
lines [8] 15/4 24/16 41/21 41/23 46/12
46/21 70/23 70/25
link [4] 20/25 78/14 79/17 79/20
list [1] 82/13
listed [1] 112/23
listen [3] 18/19 27/23 65/10
listened [1] 129/13
listening [1] 9/3
literally [4] 36/6 59/6 97/20 127/11
little [9] 17/8 21/16 28/22 34/9 41/13 48/23
50/13 74/22 147/14
live [14] 16/25 37/16 37/17 37/18 48/12
48/13 49/8 49/12 57/18 66/22 66/23 110/25
111/3 113/22
lived [6] 37/24 48/22 53/16 67/2 99/12
119/14
lives [6] 13/18 29/25 56/24 63/3 119/13
120/10
living [3] 49/1 49/10 57/20
LLC [2] 6/16 6/18
loads [1] 23/20
loan [6] 7/1 7/3 26/16 92/23 118/11 122/7
loaned [1] 58/4
located [3] 22/12 90/19 134/3
location [3] 69/12 69/13 77/19
logistical [1] 10/16
long [16] 7/12 8/9 9/8 10/8 28/9 37/24 39/7
47/13 48/22 82/21 103/13 107/25 111/18
119/10 130/4 147/4
long-standing [1] 10/8
long-term [1] 111/18
longer [1] 31/11
look [12] 23/19 38/25 51/11 52/5 52/13
53/9 55/10 77/5 83/3 89/14 91/9 133/18
looked [15] 21/19 41/2 45/18 45/23 46/2
46/2 49/16 53/16 54/23 55/7 57/10 93/15
104/12 142/7 149/2
looking [13] 38/17 38/19 39/2 39/4 39/12
39/24 40/3 46/4 54/1 67/23 75/11 134/6
146/15
looks [5] 24/21 50/8 52/12 79/7 146/16
loss [1] 92/2
lot [57] 21/18 22/17 23/21 24/21 26/4
26/11 26/13 27/9 32/7 33/19 33/19 34/4
48/15 48/17 49/13 50/11 51/20 58/13 58/14
61/19 64/1 69/16 73/18 75/12 76/9 76/16
77/6 77/9 80/1 88/9 90/12 91/11 95/8 95/15
99/8 99/12 99/20 100/9 100/10 100/14
100/15 101/9 101/14 101/18 107/11 107/14
109/20 109/21 111/12 113/15 119/7 120/10
120/13 123/6 124/2 124/3 134/4
lots [74] 21/14 22/4 24/20 25/3 26/5 26/7
26/9 26/9 26/10 26/17 26/18 26/20 26/22
27/4 27/6 27/9 33/21 33/22 33/23 36/15
36/17 51/21 63/11 63/11 72/14 73/17 77/25

**L**

lots... [47] 80/5 80/7 83/6 89/5 89/11 89/16
89/16 91/11 95/5 97/6 98/2 98/20 98/24
99/10 102/25 103/1 103/7 103/8 103/15
107/22 107/23 110/7 110/10 110/16 111/13
112/16 112/21 113/14 113/25 114/3 114/6
114/8 114/19 116/12 118/17 118/18 118/20
119/25 120/2 120/6 121/3 121/13 121/16
123/5 123/22 125/19 131/22
love [1] 7/11
loved [1] 36/24
lower [4] 25/1 61/8 65/8 89/12
lowest [3] 88/14 88/16 88/16
LTD [2] 1/4 68/18
Lucas [3] 18/3 139/5 139/8
lunch [6] 127/7 127/8 152/1 152/3 152/4
152/5

**M**

machine [4] 22/7 50/7 50/14 50/14
machines [5] 20/18 20/18 50/2 50/3 51/5
made [8] 9/5 16/2 60/5 70/13 128/2 141/25
151/18 151/21
magnitude [2] 60/7 64/16
MAI [3] 25/14 25/14 26/18
mailed [1] 129/3
mails [1] 129/6
main [21] 3/24 4/2 17/22 22/21 22/22
22/24 23/7 28/12 34/7 38/18 45/7 47/9
73/16 76/24 137/4 138/3 138/5 138/15
139/14 142/21 146/4
maintain [2] 138/8 138/9
majority [3] 104/5 104/20 109/6
make [12] 5/14 12/9 19/5 25/25 59/23
60/10 84/20 108/8 109/9 134/18 146/15
151/20
makes [3] 14/24 18/4 102/19
making [1] 18/8
malpractice [1] 6/22
man [6] 18/14 20/17 32/1 52/14 126/15
135/24
maneuver [1] 34/23
manhole [52] 22/12 22/17 22/18 23/9
23/13 41/6 41/15 41/19 42/1 42/2 42/9
42/18 43/10 43/14 44/4 44/11 46/9 46/19
46/22 46/25 47/2 47/12 75/4 134/3 134/6
146/3 146/19 147/1 147/10 147/11 147/12
147/17 147/20 147/21 147/23 148/3 148/4
148/6 148/9 148/12 148/14 148/17 148/21
149/23 149/24 150/3 150/5 150/12 150/17
150/25 151/3 151/12
manner [2] 13/19 65/8
mansions [4] 16/25 72/16 72/17 72/17
many [13] 17/15 17/16 20/11 22/1 63/6
63/11 63/11 63/17 63/23 134/17 140/12
144/2 148/2
map [7] 20/4 21/16 41/10 41/13 51/11
123/19 124/11
mark [2] 69/6 139/10
marked [13] 38/7 38/23 40/14 54/12 89/25
90/23 92/21 131/18 135/17 136/1 136/8
136/8 146/13
markers [2] 133/18 133/19
market [7] 34/1 34/6 58/6 65/6 66/6 72/3
114/1
marketed [1] 112/13
marketing [5] 6/9 26/5 72/3 123/5 123/9
markings [1] 35/10
marks [1] 31/3
Marve [4] 7/11 16/9 52/21 54/14
Marvin [1] 1/14
master [3] 83/16 83/16 83/19
materials [1] 144/18

matter [10] 8/3 9/10 33/16 40/8 104/21
102/8 118/16 119/21 125/9 153/4
matters [1] 22/5
mature [1] 49/22
Maumee [2] 1/15 23/14
may [40] 1/6 10/14 11/2 11/9 11/10 13/1
13/5 14/4 14/19 15/1 15/3 15/5 31/15 31/24
32/6 34/8 36/18 36/24 37/8 38/8 47/21
58/23 60/2 60/17 66/14 66/15 75/24 78/23
87/13 88/24 89/1 96/8 108/5 126/19 126/20
127/10 128/12 130/6 133/11 149/12
maybe [17] 20/13 26/23 26/24 31/2 40/21
41/6 43/19 46/24 54/16 72/14 77/23 78/11
102/11 110/25 111/3 118/2 140/8
mayor [3] 128/2 141/9 141/13
McCarthy [17] 24/12 33/4 34/16 35/1 56/5
95/17 119/17 120/6 120/9 120/11 120/12
128/24 129/13 129/22 132/13 136/15 146/5
McCarthy's [2] 144/15 144/20
me [58] 3/14 4/17 6/1 7/6 7/22 7/25 10/21
11/12 16/9 16/11 35/23 37/11 40/17 43/22
48/7 49/15 53/4 56/4 56/16 58/4 65/15
66/17 68/1 82/11 82/15 82/16 84/21 85/1
86/19 87/1 88/13 97/10 98/5 98/22 98/22
103/12 104/1 104/4 104/14 104/18 108/17
111/25 119/12 120/11 123/11 125/22
128/25 131/15 131/15 131/18 132/4 134/14
139/9 141/17 142/18 143/9 143/14 151/8
Meadows [1] 1/18
mean [20] 9/8 14/16 15/7 33/24 47/11
49/11 62/16 64/23 69/18 79/13 80/21 94/15
95/1 99/4 99/7 104/7 118/5 121/22 122/1
139/7
meaning [1] 13/2
means [4] 5/9 13/14 111/12 121/20
mechanical [1] 1/23
mechanically [1] 54/19
medical [1] 49/2
meeting [5] 28/10 28/10 146/5 146/25
150/21
melts [1] 47/14
memory [2] 13/22 31/22
mentioned [4] 53/4 86/11 89/15 99/22
mere [1] 15/13
merely [1] 14/7
met [9] 67/15 67/18 68/16 96/12 129/13
129/22 140/21 146/9 147/2
meter [3] 84/3 84/4 84/8
metering [1] 84/3
mic [3] 16/13 16/14 16/16
mic's [1] 16/10
microphone [2] 41/10 71/3
mics [1] 8/9
middle [5] 23/8 39/10 48/3 86/3 149/10
might [11] 12/21 29/18 36/11 36/17 88/25
114/12 117/25 118/8 118/8 133/9 134/7
Mike [2] 120/11 120/12
mile [1] 18/10
miles [2] 30/21 30/22
million [11] 7/1 17/21 18/10 26/16 137/4
137/9 137/11 137/12 137/22 137/23 138/2
mind [4] 24/25 26/25 36/18 65/19
minimally [1] 64/12
minimum [1] 145/11
minute [4] 3/7 24/10 56/14 105/5
minutes [6] 3/6 82/21 82/21 82/22 82/22
152/6
misconduct [1] 37/4
misheard [1] 35/23
misinformation [1] 28/6
mislead [1] 137/14
mistake [4] 151/18 151/20 151/21 151/23
modification [1] 134/18
modifications [1] 134/16

moment [3] 44/1 70/15 100/18
Monclova [3] 66/23 66/24 67/1
Monday [1] 9/17
money [6] 6/8 26/13 26/18 89/4 111/16
114/19
monitor [1] 5/14
month [1] 114/8
monument [10] 21/19 21/21 77/2 77/6
77/20 90/5 90/19 100/11 101/12 101/13
monuments [2] 77/12 105/4
more [22] 6/12 6/20 10/16 15/10 24/1 24/7
32/20 35/2 39/25 45/4 56/21 58/12 58/14
58/15 60/11 75/19 89/4 106/22 118/2 118/8
122/18 147/14
morning [15] 2/5 2/8 2/12 2/22 10/2 10/14
16/5 28/3 44/20 44/21 60/21 60/22 82/19
83/11 119/9
most [5] 21/11 34/10 47/25 78/2 80/6
motion [4] 2/9 2/17 2/22 12/23
motions [1] 3/3
mound [1] 24/14
move [3] 28/22 32/9 32/18
moved [1] 63/6
moving [2] 32/19 127/13
Mr [2] 5/24 56/23
Mr. [56] 6/8 6/9 6/15 7/14 7/15 7/22 7/24
7/25 8/2 8/6 8/15 8/16 15/22 15/22 15/23
24/12 24/17 27/15 27/15 27/16 27/18 27/19
33/3 44/20 47/22 56/5 56/9 56/12 56/24
60/21 65/7 68/16 71/3 81/2 90/25 95/17
96/12 96/12 96/21 100/5 115/9 117/4 118/13
120/4 123/4 125/8 128/6 129/13 129/22
132/13 135/1 136/15 141/10 144/15 144/20
146/10 147/2
Mr. Bahret [2] 65/7 123/4
Mr. Finkbeiner [1] 141/10
Mr. Huber [2] 146/10 147/2
Mr. Laskey [18] 6/8 7/22 7/24 7/25 8/6
8/15 15/23 27/15 27/18 33/3 56/9 56/12
68/16 81/2 90/25 115/9 117/4 120/4
Mr. Laskey's [1] 27/19
Mr. McCarthy [7] 24/12 56/5 95/17 129/13
129/22 132/13 136/15
Mr. McCarthy's [2] 144/15 144/20
Mr. Moleen [2] 128/6 135/1
Mr. Nye [1] 24/17
Mr. Robon [4] 6/15 15/22 100/5 118/13
Mr. Robon's [1] 96/21
Mr. Stawinski [2] 56/24 60/21
Mr. Sumner [2] 44/20 47/22
Mr. Taylor [11] 6/9 7/14 7/15 8/2 8/16
15/22 27/15 27/16 71/3 96/12 125/8
Mrs. [2] 127/17 144/2
Mrs. Soncrant [2] 127/17 144/2
Ms. [2] 19/3 151/17
Ms. Soncrant [2] 19/3 151/17
much [17] 22/4 41/4 52/12 58/12 58/15
66/1 76/4 77/22 78/7 78/11 91/13 91/15
94/11 108/15 121/22 136/3 152/4
mud [1] 21/11
multiple [1] 7/6
multitude [1] 6/1
municipalities [1] 18/6
must [11] 5/10 10/22 11/16 11/17 11/23
11/24 12/12 12/21 13/14 51/14 51/15
my [60] 2/8 2/14 2/16 5/7 7/13 8/4 15/16
18/20 20/3 21/16 23/19 26/24 28/3 28/22
34/12 37/17 38/1 38/10 39/2 39/13 39/19
43/21 44/13 44/22 44/25 45/1 47/24 48/13
50/10 53/7 54/2 54/2 57/23 60/12 60/23
61/12 64/5 64/17 65/11 67/4 67/4 84/14
85/9 93/11 97/15 98/22 98/22 98/23 102/10
103/5 104/12 112/22 113/12 124/1 134/22

**M**

my... [5] 135/11 138/12 138/18 141/22
142/1
myself [2] 50/13 146/6

**N**

name [4] 32/2 37/16 48/13 68/24
name's [3] 37/17 44/22 60/23
named [1] 20/16
narrow [1] 142/25
narrower [2] 78/7 78/9
National [1] 19/16
natural [2] 43/21 151/11
nature [2] 6/10 93/25
near [8] 28/14 37/19 46/25 47/12 73/7
130/17 144/4 144/11
necessarily [1] 14/16
necessity [1] 12/17
need [7] 31/13 31/23 32/12 67/11 81/4
81/17 139/7
needed [3] 29/5 32/9 83/12
needs [9] 5/1 60/8 81/9 84/17 85/3 85/3
85/15 85/23 85/24
negligent [1] 25/21
neighbor [2] 36/23 44/25
neighbor's [1] 44/10
neighborhood [2] 58/7 63/7
neighboring [2] 78/15 79/6
neighbors [2] 72/5 147/8
neither [1] 135/1
nervous [2] 67/10 71/7
never [9] 6/3 6/15 6/24 42/22 47/10 62/25
103/5 140/24 149/3
new [4] 37/18 82/11 85/11 98/17
newspaper [1] 28/9
next [17] 4/4 11/9 16/22 22/10 47/23 63/4
66/15 99/12 101/21 101/24 126/20 144/6
144/10 144/16 144/18 149/23 149/24
Nick [1] 131/9
night [1] 30/8
nine [3] 61/22 89/12 116/17
Nixon [1] 1/20 153/6 153/8
no [149] 1/3 3/25 4/14 10/6 11/22 12/5
19/7 19/22 22/8 22/8 23/5 23/7 26/13 26/13
26/17 28/21 28/23 29/1 29/2 29/5 29/6 29/7
29/16 31/11 33/16 34/20 35/16 37/1 38/12
38/12 43/16 45/12 46/25 47/6 48/16 50/23
57/7 59/4 62/3 62/8 62/13 62/23 63/5 63/16
64/8 69/5 80/3 80/9 81/11 81/19 84/18
85/15 91/15 91/25 93/4 93/7 93/11 93/20
96/19 97/7 97/11 97/12 98/5 98/8 99/2
99/10 99/19 99/21 101/20 101/23 102/23
103/1 103/9 103/25 104/3 104/10 104/17
104/22 105/1 105/15 105/18 106/2 106/17
107/22 108/25 108/25 109/24 111/7 112/22
114/10 114/12 114/16 114/20 114/23
114/25 115/7 118/12 118/24 119/8 120/8
120/15 121/12 121/14 121/25 121/25 123/7
123/10 123/20 123/23 125/3 125/17 125/21
129/10 130/13 130/16 130/16 130/19
130/22 130/23 131/3 131/11 131/13 132/1
132/11 132/19 133/22 134/13 135/15 136/2
136/13 136/18 136/19 138/17 138/18 140/1
140/21 141/17 141/24 145/18 145/21
145/25 147/8 147/13 147/22 148/7 149/6
151/16 151/23 151/24
nobody [10] 28/7 30/19 31/8 33/9 33/21
33/23 36/12 45/10 62/11 99/18
Nobody's [1] 24/21
noise [1] 58/13
noisy [1] 25/18
none [3] 11/23 63/25 63/25
Nonetheless [2] 2/21 9/24

nonresidents [1] 139/10
nor [1] 12/6
normal [2] 30/16 88/5
normally [1] 147/4
northern [9] 1/1 17/22 18/6 18/11 138/7
138/17 138/21 138/23 138/23
Northwest [1] 3/21
not [204]
notereading [1] 1/24
notes [1] 82/23
nothing [17] 44/14 45/25 46/5 47/20 60/15
65/25 93/19 95/3 95/4 96/5 105/20 129/8
131/7 131/8 143/15 143/16 148/24
nothing's [1] 143/15
notice [17] 3/23 3/25 4/14 4/16 4/16 4/18
19/7 22/8 28/7 28/8 28/8 34/20 58/19 93/8
139/15 139/16 139/19
noticed [8] 20/23 24/13 30/13 47/7 47/10
58/16 93/14 112/15
notices [2] 22/8 139/12
now [57] 4/10 8/18 11/4 12/5 15/17 16/19
19/17 21/11 23/6 24/20 27/4 29/4 29/8 32/5
36/17 38/20 40/9 46/18 48/4 48/23 50/1
53/21 56/19 58/9 58/16 61/8 61/13 61/19
64/16 67/5 73/14 76/25 78/12 80/1 83/10
87/6 88/20 88/21 99/22 99/25 101/4 102/5
103/9 104/3 109/11 109/18 112/10 117/24
119/19 123/12 123/17 125/15 127/17 131/9
138/10 142/18 143/10
Nowhere [1] 95/14
number [30] 3/21 14/8 14/11 15/14 38/8
38/24 42/9 48/15 50/6 51/11 53/21 58/5
70/16 72/20 72/21 75/2 75/9 76/7 82/12
83/3 91/2 91/10 92/13 95/20 95/21 100/16
100/19 101/4 131/19 139/24
numbers [3] 61/3 91/6 97/19
Nye [1] 24/17
Nye's [1] 131/9

**O**

oath [3] 13/7 14/4 96/25
object [11] 35/15 42/4 43/16 54/25 59/19
78/21 79/14 93/24 94/14 143/11 144/24
objected [1] 9/1
objection [54] 12/19 12/22 40/8 40/11
43/1 43/5 43/11 43/23 43/24 50/17 50/21
51/1 51/24 55/25 57/12 57/14 58/21 59/9
60/2 65/14 65/14 65/15 71/20 74/4 74/8
74/17 75/23 76/10 77/14 79/3 81/6 81/14
81/19 85/9 85/21 86/24 87/4 92/4 92/12
94/3 94/8 107/3 107/7 120/23 122/8 122/17
122/24 133/10 136/21 137/15 138/13 140/2
141/15 143/11
objection's [1] 122/10
objectionable [1] 92/9
objections [1] 12/9
objects [1] 9/2
obstructions [1] 29/16
obviously [4] 29/13 56/7 64/15 115/19
occasion [1] 115/23
occur [1] 93/10
occurred [3] 73/16 133/25 144/3
October [2] 114/6 114/10
off [21] 3/17 4/17 20/8 20/14 21/23 22/17
26/7 31/16 41/12 46/12 48/2 51/16 58/4
66/7 69/21 74/21 84/22 87/17 87/18 102/21
126/24
off-site [1] 69/21
offer [5] 11/7 11/8 11/9 58/7 92/11
office [2] 96/21 140/10
officers [1] 6/2
official [2] 4/22 4/22
often [2] 14/19 140/5
oh [8] 30/7 30/8 33/18 46/7 102/10 131/25

OHIO [12] 1/1 1/5 1/15 1/18 1/21 3/21
66/23 67/1 83/18 84/2 123/10 123/12
okay [88] 16/14 35/18 37/24 39/7 39/10
39/20 40/22 41/2 42/11 42/11 42/15 42/18 42/21
45/6 45/16 46/7 48/22 51/8 52/10 52/13
53/7 54/4 57/8 59/3 60/15 61/5 61/7 61/19
62/14 62/21 63/3 63/17 64/10 65/1 70/22
73/14 75/21 77/5 78/6 79/12 79/24 80/4
86/1 86/6 89/14 91/9 91/21 94/25 97/21
99/22 101/3 101/8 102/1 102/7 105/19
106/21 108/6 109/8 109/18 109/22 111/4
112/1 114/15 116/8 117/13 118/4 118/15
118/16 119/2 119/9 119/21 120/1 120/9
121/24 122/20 125/2 126/4 129/3 130/15
132/7 133/5 133/25 134/22 136/14 137/16
145/8 146/17 148/11 150/9
old [38] 1/3 7/11 15/23 17/13 19/4 34/3
34/6 34/11 38/2 40/20 40/21 42/3 49/5 49/6
49/21 50/10 52/16 52/23 62/5 62/11 63/20
67/13 68/17 68/24 69/1 72/17 106/21
106/22 118/25 119/11 119/17 127/19
136/15 146/18 149/19 150/5 150/12 150/19
on [228]
on-site [1] 69/22
once [5] 60/12 84/8 106/16 140/6 140/8
one [68] 3/21 3/22 5/7 5/17 6/2 6/12 6/20
7/1 7/5 7/5 8/11 14/12 14/22 14/23 15/23
17/8 17/9 17/9 17/12 17/24 17/25 27/17
38/25 39/10 46/22 49/25 51/5 56/10 56/12
58/7 58/8 59/5 59/6 63/9 63/19 64/6 69/6
69/7 71/11 77/8 82/11 86/12 86/20 87/8
88/23 90/20 90/21 92/18 95/13 109/20
109/21 111/8 114/21 115/5 115/10 115/24
116/1 120/11 122/18 131/16 135/3 138/10
141/17 142/5 142/19 143/12 144/5 144/6
ones [5] 35/12 36/1 69/5 103/3 146/16
only [27] 6/2 7/5 7/18 8/4 13/2 27/7 27/17
27/18 36/10 49/14 55/25 61/16 65/9 65/13
73/4 73/23 86/12 88/22 93/23 95/13 99/23
103/2 111/19 111/19 120/20 127/22 132/11
onto [3] 131/22 144/11 147/5
open [1] 86/12
opening [6] 3/5 11/7 15/17 16/3 16/17
145/15
operate [2] 30/3 32/10
operating [1] 104/23
opinion [12] 15/1 15/8 74/11 81/16 82/2
82/4 98/22 98/23 98/23 137/6 138/18 142/1
opinions [2] 15/9 140/22
opportunity [7] 10/6 13/20 15/19 16/17
19/25 35/19 130/3
opposing [1] 3/12
opposite [1] 17/13
opposition [1] 2/20
options [1] 16/15
or [144] 2/20 3/23 4/12 4/16 4/16 4/20 4/21
4/22 5/2 5/4 5/11 11/18 11/18 11/20 11/22
11/22 11/25 11/25 12/11 12/15 12/22 13/5
13/15 13/19 13/20 13/22 13/22 13/23 14/5
14/5 14/15 14/15 14/17 14/19 14/22 14/23
14/24 14/24 15/3 15/5 16/13 16/18 16/22
16/22 19/3 19/6 19/6 20/2 20/9 20/12 20/13
20/19 23/16 23/20 24/25 26/23 29/19 29/23
32/20 33/7 33/25 34/11 35/2 36/10 36/11
37/4 37/5 37/21 45/13 47/7 48/3 49/25 50/7
50/14 54/2 55/3 57/3 59/17 61/2 62/9 62/11
67/11 69/4 71/11 73/2 75/12 76/1 76/4
78/11 79/2 81/1 84/15 86/13 87/6 87/6
90/14 95/5 95/17 100/4 102/3 102/7 105/3
105/6 107/24 118/1 119/7 119/22 119/23
123/9 124/9 126/16 128/25 130/13 130/16
130/17 130/18 130/22 131/3 132/1 132/19
132/22 133/18 134/8 136/7 137/6 137/7

**O**

or... [18] 138/17 139/5 139/8 140/11
140/23 141/4 141/12 142/7 144/7 144/17
144/22 145/18 145/23 147/1 147/13 150/1
151/12 151/23
oral [1] 2/17
order [10] 2/12 2/16 2/21 2/23 5/8 5/12
5/14 9/12 10/8 12/7
original [1] 35/17
originally [1] 122/22
originating [1] 108/21
other [38] 2/15 3/15 3/19 8/4 8/11 12/3
19/3 26/9 33/23 33/24 34/3 43/14 44/9
44/11 45/25 59/15 63/25 67/23 69/4 69/5
71/12 72/13 81/12 90/21 90/22 92/19 94/22
108/7 121/2 127/9 127/12 135/2 137/19
140/11 140/13 145/5 147/8 148/25
others [5] 11/25 14/15 65/17 76/9 76/19
otherwise [1] 5/2
our [36] 16/10 18/13 21/12 21/23 26/8
27/7 31/9 36/10 38/19 39/24 41/21 41/23
46/20 46/21 71/13 71/17 73/11 73/19 77/21
82/18 88/20 89/20 93/17 101/14 105/6
105/8 111/17 118/6 127/7 136/2 136/23
138/9 146/6 149/2 150/24 152/4
ours [1] 31/7
out [80] 4/5 8/2 8/3 8/7 11/24 12/24 18/11
21/6 21/9 23/14 23/22 25/1 26/10 26/25
32/18 34/9 34/14 34/22 35/12 39/2 39/2
45/16 49/16 50/2 50/19 64/5 64/6 67/2 67/6
69/9 69/25 70/10 73/15 74/13 75/16 75/18
75/19 75/21 76/25 78/8 78/13 84/12 85/24
86/3 87/22 93/12 98/18 109/16 110/8
113/10 113/12 117/9 121/12 124/2 127/22
128/10 128/16 132/2 132/24 133/23 134/9
136/24 137/5 138/11 139/17 139/18 140/5
140/23 143/5 143/8 144/14 144/17 144/19
144/21 144/22 144/23 145/1 145/3 146/10
148/8
outlet [1] 42/19
outline [1] 2/5
outside [10] 4/19 5/10 18/1 26/8 63/23
74/9 115/13 136/16 137/5 139/23
over [34] 10/20 17/6 20/10 20/25 21/23
23/12 35/7 35/8 41/9 41/11 41/12 42/3
47/12 48/23 51/11 53/8 53/16 53/23 55/14
55/15 58/6 70/13 70/15 72/12 79/10 88/14
88/15 104/18 108/7 110/16 119/10 124/12
137/19 143/2
overhead [1] 16/23
overlay [1] 21/15
overrule [5] 58/23 60/2 92/12 107/7 142/2
overruled [7] 40/12 74/18 75/24 133/11
136/22 140/3 141/16
oversee [1] 70/3
own [11] 11/7 17/19 25/3 25/23 26/9 27/10
33/10 62/21 62/24 65/19 73/24
owned [5] 17/18 19/15 43/22 63/20 78/1
owner [12] 58/18 59/21 81/16 81/22 81/25
83/8 92/10 107/17 108/23 109/2 109/4
140/22
owners [16] 2/15 3/22 5/21 5/23 6/1 19/8
21/2 22/9 23/17 26/3 26/9 41/19 59/16 62/5
128/19 139/13
ownership [1] 68/25
owns [2] 17/18 34/3

**P**

p.m [1] 152/8
pacify [1] 129/24
pad [1] 9/22
page [5] 91/9 97/19 97/20 97/24 117/13
paid [3] 46/8 70/14 138/2

parcels [2] 109/14 109/19
pardon [1] 125/11
Parma [1] 83/18
part [17] 14/5 21/12 25/5 71/13 82/10
88/14 88/16 88/16 104/8 105/6 105/8
112/12 115/17 116/19 126/9 138/10 151/14
partial [1] 116/22
participate [1] 10/22
particular [5] 11/24 13/15 25/20 28/17
72/2
particularly [1] 6/7
parties [1] 15/1
partner [4] 6/20 117/3 117/10 117/25
partners [4] 6/6 6/22 15/23 117/22
parts [1] 31/11
party [9] 5/11 5/16 6/19 8/11 11/18 12/8
31/20 59/20 59/23
passage [1] 14/18
passion [1] 11/18
past [7] 80/16 80/17 93/17 134/3 149/17
149/18 149/21
path [6] 18/17 22/24 52/23 53/2 132/25
146/3
payers [1] 7/6
payment [1] 26/13
payments [2] 93/3 93/6
PBS [1] 50/12
peddle [1] 109/20
pending [2] 3/3 128/15
people [17] 7/11 8/9 14/17 16/25 34/15
36/9 36/14 47/25 52/18 53/1 63/6 63/17
65/10 81/12 82/13 127/12 139/24
per [3] 88/8 88/9 91/11
per-lot [1] 91/11
percent [5] 26/21 69/2 117/17 118/2 118/8
percentage [1] 68/25
Percolate [1] 121/21
perfectly [1] 29/16
perform [1] 5/24
perhaps [1] 140/25
perimeter [1] 89/2
perk [2] 121/19 121/20
permission [4] 34/19 34/20 34/25 35/4
Perrysburg [8] 18/5 18/5 67/20 72/5 95/9
95/10 95/12 102/3
person [9] 6/8 6/9 14/25 56/21 98/2
109/11 109/11 120/20 135/4
person's [1] 56/22
personally [7] 49/15 60/13 93/23 94/2
133/22 145/19 145/25
persons [1] 14/19
Peterman [12] 25/12 36/6 69/25 70/7 73/3
90/8 105/3 125/23 131/10 136/17 136/20
141/3
phone [1] 129/23
phones [1] 27/21
photo [2] 54/7 55/18
photograph [13] 39/8 39/11 39/20 39/23
52/14 53/25 54/4 55/4 57/3 57/5 57/16
89/18 95/18
photographs [4] 24/5 38/24 56/3 56/22
phrase [1] 144/18
physical [2] 130/10 130/16
Physically [2] 129/15 130/23
pick [2] 8/9 64/6
picked [1] 64/5
picture [16] 38/9 38/13 38/15 40/16 52/6
56/1 61/23 100/4 100/6 100/12 100/24
101/13 101/17 101/18 101/19 104/11
pictures [3] 20/8 21/10 38/4
piece [16] 67/20 67/21 67/23 68/2 69/13
73/4 73/11 74/24 74/25 87/9 95/13 101/25

pin [3] 35/8 90/20 90/21
pins [2] 35/17 35/24
pipe [34] 15/2 29/4 29/6 32/7 32/7 32/22
34/9 34/12 34/16 34/18 34/20 42/22 46/22
83/22 88/1 129/2 142/22 144/17 144/22
145/2 145/3 146/2 146/17 146/20 146/22
146/23 147/6 147/13 148/25 149/17 149/20
149/25 150/18 150/18
pipeline [1] 32/3
pipes [8] 46/21 83/21 84/8 145/8 148/2
149/16 149/18 149/19
place [14] 21/25 22/10 22/21 23/7 24/1
26/14 28/20 48/14 49/12 54/24 55/4 86/2
86/5 134/23
places [1] 20/12
plaintiff [10] 1/5 7/23 8/1 10/5 11/9 37/8
66/15 126/20 127/3 127/9
plaintiff's [8] 2/20 5/5 8/23 9/4 15/5 16/3
30/23 143/17
plaintiffs [2] 1/14 11/8
plan [15] 25/5 73/2 105/10 105/12 105/16
105/20 106/6 124/9 125/9 125/13 125/22
125/24 126/13 146/17 147/9
planning [2] 85/13 87/7
plans [18] 18/23 19/6 69/24 70/10 72/24
84/19 85/24 106/8 106/11 106/12 106/14
106/18 134/19 146/10 146/12 146/22
146/25 149/3
planted [1] 19/19
plat [1] 21/16
play [1] 42/15
played [1] 15/3
please [17] 43/2 46/1 54/7 55/4 56/16 71/4
82/23 84/21 94/19 100/18 108/11 120/25
136/9 137/18 137/20 149/10 152/9
plowing [1] 9/25
plumber [2] 83/16 83/19
plumbers [1] 83/16
plumbing [2] 68/11 68/12
plush [3] 49/12 49/20 49/20
point [10] 8/13 11/25 41/24 41/24 43/20
61/12 93/17 96/6 127/9 148/10
pointed [3] 23/22 34/9 53/11
pointing [1] 62/7
points [1] 18/19
pond [19] 25/6 34/22 40/9 41/1 44/24
44/25 45/3 45/5 47/11 84/1 84/3 84/10
86/11 86/14 86/22 87/3 87/11 87/21 88/22
ponding [12] 33/1 33/16 33/16 73/18
74/14 75/1 80/4 119/6 119/22 120/18
120/21 121/3
ponds [3] 84/6 86/17 87/7
pool [1] 58/1
poor [1] 46/24
porch [1] 54/2
Port [1] 67/22
portable [2] 16/14 16/16
portion [1] 4/10
portions [1] 7/19
position [1] 36/15
positions [1] 15/21
possible [2] 129/2 140/15
possibly [1] 144/18
preconstruction [1] 29/20
prejudice [1] 11/18
prejudicial [2] 5/22 7/2
preliminary [2] 10/19 15/16
premium [1] 88/10
prepared [4] 125/24 126/1 126/4 131/14
preparing [1] 9/18
present [5] 2/2 10/25 11/10 15/25 25/24
preserve [5] 4/4 4/9 17/11 19/18 101/22
pretrial [1] 7/25

Case: 3:06-cv-02950-JZ Doc #: 139-17 Filed: 11/24/08 167 of 173. PageID #: 2953

pretty [4] 61/3 78/11 79/20 136/3
preview [1] 16/18
previously [2] 9/9 131/19
price [4] 26/23 91/11 91/15 139/10
principal [2] 11/22 92/16
prior [16] 17/3 55/23 85/19 85/20 89/16
89/23 93/9 105/4 105/8 113/25 114/9
114/13 117/18 119/23 144/25 145/15
pristine [1] 49/11
private [3] 72/9 83/7 101/25
privilege [1] 28/3
probably [8] 25/6 38/10 40/21 51/23 54/2
61/11 63/10 101/14
problem [37] 23/25 24/23 25/9 32/25 33/2
33/5 33/8 34/5 69/20 69/20 80/4 81/1 81/5
81/10 81/18 81/24 82/3 83/13 84/15 84/15
84/17 109/22 111/21 112/3 113/22 114/1
120/6 120/18 120/21 121/3 128/19 128/21
128/22 131/1 140/23 140/25 141/4
problems [6] 59/15 114/2 129/5 129/8
130/11 130/18
procedure [2] 11/6 97/14
proceedings [3] 1/23 7/2 153/4
process [2] 36/22 82/10
produce [1] 123/18
produced [1] 1/24
professional [1] 21/22
proffer [1] 3/20
profit [5] 18/4 18/8 91/14 91/19 138/6
prohibits [1] 3/19
project [25] 18/9 18/11 28/9 33/1 33/20
34/2 45/7 45/17 46/15 47/9 59/1 80/24
98/25 99/24 108/3 108/21 135/23 137/4
137/9 137/10 137/11 137/12 137/23 139/6
150/10
projection [1] 91/10
projects [2] 140/11 140/12
promptly [1] 152/8
proper [2] 14/2 82/16
properties [3] 47/8 106/22 139/14
property [143] 2/15 3/22 4/1 4/20 4/24
4/25 15/5 18/2 18/24 19/6 19/8 19/11 20/24
21/1 21/23 21/25 22/2 22/10 22/18 23/17
24/11 24/16 24/18 25/13 25/17 25/23 26/3
26/8 26/8 28/21 29/11 32/13 34/11 34/17
35/3 35/4 36/8 36/13 36/20 38/19 39/13
39/16 39/18 39/19 39/25 40/25 41/19 42/16
43/15 43/22 44/10 44/10 44/12 45/1 45/6
45/11 46/4 49/9 50/23 55/23 58/18 59/16
59/21 62/2 62/11 62/12 67/20 67/21 67/24
67/25 71/11 71/12 71/13 71/13 71/17 71/19
73/4 74/24 74/25 76/22 77/21 78/3 78/10
78/15 79/6 79/9 79/18 81/16 81/22 81/25
87/9 88/12 89/2 89/19 89/20 90/5 90/11
90/14 90/19 90/20 90/21 92/3 92/10 92/11
92/18 93/13 93/22 94/7 94/8 95/13 96/3
100/8 101/14 102/22 104/1 104/3 104/9
104/21 104/25 105/22 109/1 109/5 109/6
109/12 119/24 124/14 131/5 131/6 131/24
132/9 133/17 134/5 134/17 135/6 135/10
139/13 140/16 140/22 143/17 145/6 146/3
147/5 151/1
proposed [4] 8/24 9/12 9/19 9/19
prove [2] 14/13 37/2
proved [2] 12/17 85/9
proves [1] 82/15
provide [1] 97/18
provided [1] 2/19
provision [1] 106/1
public [3] 3/24 28/10 58/19
publicized [3] 139/20 139/20 139/22
published [1] 28/9

pulled [3] 21/6 54/22 113/10
pump [1] 148/8
purchase [2] 71/19 114/13
pure [1] 5/1
purpose [5] 12/25 25/24 73/2 73/10
138/19
purposes [1] 8/15
pursuant [1] 10/8
push [2] 35/5 74/22
pushed [1] 35/9
put [40] 4/5 9/2 9/14 17/1 23/5 24/24 31/3
34/7 34/15 34/18 35/17 37/19 41/1 44/6
44/24 44/25 45/3 50/5 52/6 55/22 58/1
70/10 75/9 76/23 86/13 86/15 88/23 90/14
98/25 103/3 103/9 105/3 111/16 117/18
120/14 124/24 138/2 138/5 138/8 138/15
puts [2] 34/21 82/22
putting [5] 24/7 53/21 87/25 109/19 137/4

Q

qualifications [1] 15/15
qualified [2] 14/25 84/20
quantify [1] 33/9
question [67] 12/19 12/20 12/23 12/25
13/1 22/1 28/21 28/23 29/1 29/2 29/5 29/6
42/5 43/6 43/7 43/12 46/25 51/1 52/21 53/7
58/15 64/17 71/21 74/5 77/15 79/15 82/16
84/14 84/24 85/2 85/11 85/21 87/1 87/2
87/5 87/10 88/13 92/5 94/19 97/9 98/1 99/9
104/13 105/25 106/11 108/10 108/13
115/25 117/18 117/21 120/25 122/13
125/12 129/18 129/21 130/9 132/1 132/4
134/22 135/11 137/8 138/12 141/22 143/20
143/24 144/25 144/25
questionable [1] 26/25
questioned [1] 8/7
questions [7] 3/14 11/14 13/9 13/16 96/15
123/4 125/3
quite [3] 70/8 98/14 151/7
quote [1] 6/20

R

rail [1] 29/8
railroad [88] 17/2 17/14 17/18 21/21 21/22
22/10 22/16 22/18 23/9 23/14 23/19 23/24
23/25 24/8 24/21 25/18 28/13 29/8 30/17
30/20 31/5 31/8 31/9 33/22 34/5 34/16 35/3
35/4 37/19 37/19 39/3 39/4 39/19 40/1 40/4
41/6 42/10 42/16 43/15 44/12 45/16 45/20
45/24 49/9 50/15 52/15 54/1 55/23 56/2
58/20 59/17 63/24 64/2 64/7 71/13 73/8
73/18 75/3 75/5 76/4 77/11 77/19 78/5
78/18 78/18 92/19 104/9 104/16 104/16
104/21 104/24 105/14 106/2 106/16 109/22
132/25 134/4 138/2 142/19 145/24 146/3
146/16 146/18 147/3 147/5 147/7 150/23
150/25
railroad's [3] 21/8 34/19 48/20
railway [6] 28/24 28/24 29/3 29/4 32/15
32/15
rain [5] 24/2 33/12 33/13 47/16 76/20
raised [4] 2/17 2/24 87/4 122/9
ran [8] 22/23 41/23 41/24 42/1 42/22 46/22
67/22 124/9
range [1] 88/5
rare [1] 31/2
rate [2] 18/7 84/7
rather [6] 12/1 14/9 15/18 18/25 24/7
33/11
ravine [1] 88/19
Ray [2] 145/22 146/8
read [5] 10/20 13/5 85/2 131/9 132/5
ready [3] 10/12 15/17 16/3

really [8] 24/18 36/8 47/6 118/7 123/5
133/12 137/23 140/23
realtors [1] 65/10
rear [7] 4/1 40/2 76/8 89/11 94/22 123/21
131/22
reason [9] 12/22 20/25 65/20 97/8 105/1
106/8 111/5 112/20 112/22
reasonable [3] 31/5 64/23 88/23
reasonableness [1] 13/20
reasoning [1] 27/14
reasons [7] 2/23 17/25 92/13 92/14 92/16
94/2 143/12
rebuttal [1] 11/10
recall [6] 21/20 95/19 96/20 96/23 97/9
134/7
receive [5] 2/19 3/23 9/13 9/16 58/18
received [5] 9/16 9/17 58/24 58/25 83/15
recently [1] 34/14
recess [2] 82/25 152/9
recognize [2] 38/13 57/5
recollect [1] 14/17
recommend [3] 59/17 141/19 141/22
reconstruction [1] 16/7
record [14] 2/1 2/7 3/18 4/17 7/21 8/15
9/10 9/11 31/17 48/2 51/17 84/23 126/25
153/4
recorded [1] 1/23
records [1] 4/21
recreational [1] 45/4
RECROSS [2] 66/3 125/6
redig [1] 143/3
redirect [5] 47/19 65/2 65/4 121/7 121/9
referring [1] 100/19
reflect [2] 2/1 9/11
refunded [1] 114/19
regard [5] 12/16 51/4 77/25 83/13 84/14
regardless [1] 14/11
regards [1] 58/25
regular [1] 30/13
relation [1] 12/3
relationship [1] 90/11
relative [2] 12/6 15/14
relevancy [2] 143/18 143/19
relied [2] 126/12 126/13
relocate [1] 146/23
remain [3] 5/10 5/15 8/3
remark [1] 137/17
remember [18] 12/9 35/6 36/21 38/5 40/20
52/17 68/13 80/2 82/23 84/25 99/24 100/5
100/24 117/22 118/10 118/13 128/25 152/9
remind [1] 15/18
removal [3] 65/7 65/23 65/24
removed [12] 15/5 29/5 29/11 36/13 36/17
52/24 62/6 62/10 62/18 62/22 66/9 106/2
removes [1] 104/2
renew [1] 85/10
repeat [4] 20/3 46/1 52/21 56/19
repeated [1] 11/22
repeatedly [1] 30/8
rephrase [18] 42/5 43/12 50/25 51/2 59/12
71/21 74/5 76/14 77/15 79/15 80/11 92/5
94/10 120/24 122/13 130/9 143/13 143/24
report [2] 128/4 128/8
reporter [3] 1/20 16/11 108/9
represent [5] 28/3 39/1 39/23 44/22 60/23
representation [2] 3/10 35/22
representations [1] 2/11
representative [14] 5/18 6/2 6/13 7/5 8/1
8/11 8/14 27/17 27/19 32/1 56/7 100/4
127/4 127/5
representatives [3] 5/12 5/17 7/8
represented [1] 125/18
represents [2] 38/16 39/10

Case: 3:06-cv-02950-JZ Doc #: 289 Filed: 11/24/08 168 of 173. PageID #: 2954

**R**

request [2] 9/3 10/9
requests [1] 9/4
require [1] 145/12
required [11] 4/16 9/12 14/3 21/4 25/5
28/8 28/11 105/13 125/10 125/14 126/2
requires [1] 124/9
research [1] 97/4
residence [2] 101/25 102/2
residences [2] 102/3 138/22
residential [1] 134/23
residents [2] 18/8 138/20
respect [10] 2/9 2/15 2/18 4/14 4/18 4/23
6/14 9/23 31/19 82/2
respective [2] 3/11 15/20
response [1] 2/20
responsible [1] 83/25
responsive [2] 130/4 130/5
rest [2] 106/21 140/9
restitution [1] 60/5
restoring [1] 25/16
result [2] 144/19 144/23
resume [1] 152/8
resurvey [1] 35/14
retain [1] 84/6
retainage [1] 84/3
retained [2] 56/6 126/7
retention [14] 25/6 45/3 83/25 84/6 84/10
86/11 86/14 86/16 86/22 87/3 87/7 87/11
87/21 88/22
retire [1] 11/12
review [2] 10/2 96/17
reviewed [1] 2/10
Ric [5] 18/14 20/17 32/1 52/14 135/24
rid [3] 21/4 33/21 102/17
Ridge [11] 106/24 107/1 107/5 107/9
108/20 111/9 112/3 118/18 121/11 122/16
122/21
Ridgewater [1] 113/8
right [95] 8/18 17/10 17/18 18/17 19/15
21/7 21/17 21/20 22/17 22/23 23/6 23/7
24/13 24/20 26/5 28/13 29/4 29/7 29/9
29/21 32/5 32/24 34/2 35/1 36/13 36/19
36/22 38/18 38/20 39/25 40/9 42/24 45/17
46/5 46/8 46/12 48/4 50/15 51/23 53/8
58/20 60/4 61/19 61/21 61/25 63/24 69/15
75/3 77/6 78/3 78/12 78/20 81/23 82/1
88/19 88/20 88/20 88/21 88/25 89/8 89/9
90/4 96/24 97/16 99/4 102/20 103/11
103/14 105/5 105/16 106/15 106/19 106/19
107/11 108/16 108/17 109/14 113/24 115/8
116/21 125/15 125/23 126/5 126/15 133/18
134/4 134/15 134/18 134/20 134/20 134/24
135/25 142/25 145/16 145/24
ripped [1] 21/9
river [15] 16/24 16/24 17/6 23/15 25/7
28/14 67/21 67/24 72/14 86/3 87/22 88/20
88/21 138/10 138/11
rivers [2] 84/7 84/9
road [45] 4/6 16/24 17/5 17/6 17/6 17/7
19/4 20/4 20/12 23/12 25/4 25/7 30/9 30/11
37/18 37/25 39/3 39/12 41/7 41/11 41/12
41/20 44/7 44/9 64/20 70/4 72/13 75/10
75/11 86/1 86/2 86/4 86/5 87/21 87/22
88/21 89/6 89/12 93/14 93/14 103/3 143/5
144/3 144/4 145/4
Robert [1] 1/17
Robon [6] 1/14 1/14 6/15 15/22 100/5
118/13
Robon's [1] 96/21
Rock [1] 121/23
Rocky [11] 106/24 107/1 107/5 107/9
108/20 111/9 112/3 118/18 121/11 122/16

role [1] 15/2
roles [2] 6/12 12/9
rolls [1] 43/20
room [2] 30/25 142/25
roots [1] 21/8
Rossford [8] 18/5 95/11 95/13 110/4
138/23 139/1 139/6 139/7
Rossford's [1] 139/4
roughly [1] 108/20
route [1] 89/1
row [5] 17/12 17/12 39/17 39/17 71/16
rows [1] 17/12
RPR [2] 1/20 153/8
rule [1] 82/8
ruled [1] 8/14
rules [5] 10/23 11/1 11/1 82/23 152/9
ruling [6] 2/8 2/14 2/16 3/2 3/19 16/2
run [7] 22/19 25/3 88/6 88/6 149/6 149/19
151/8
running [2] 10/18 87/25
runs [4] 22/19 38/20 39/18 149/15

**S**

s: [1] 153/6
s:/Angela [1] 153/6
sac [6] 48/17 55/7 55/11 55/14 55/15
103/8
said [27] 9/21 23/19 30/4 30/5 33/6 36/25
37/11 48/7 64/25 66/17 95/7 98/7 105/22
106/9 106/13 106/15 106/18 107/7 111/24
114/4 117/3 119/12 122/22 125/8 129/1
130/25 145/5
sale [3] 45/1 92/1 112/15
saleable [1] 24/20
sales [17] 26/18 49/2 61/16 91/15 91/25
92/1 92/2 92/8 92/17 93/7 95/5 95/16
107/11 115/10 118/25 123/9 123/14
same [13] 13/9 14/19 30/4 30/5 31/3 34/2
36/7 41/3 76/7 81/19 97/20 117/13 141/20
sanitary [4] 44/6 69/18 69/19 103/8
satisfied [1] 37/1
Saturday [1] 76/25
save [1] 46/20
saw [32] 16/19 19/5 23/22 28/25 29/9
30/12 32/5 32/16 34/9 34/22 35/6 35/6
35/11 42/22 49/20 50/15 50/22 51/6 52/10
68/2 69/11 74/23 75/22 77/2 93/16 100/10
116/4 133/14 134/7 134/8 141/20 145/3
saws [1] 20/18
say [41] 5/16 18/20 23/2 23/3 28/7 31/4
32/3 32/10 33/7 33/11 35/24 36/16 43/19
50/24 66/5 71/11 78/2 85/23 88/2 88/19
89/11 98/8 101/11 102/14 102/24 103/16
105/1 109/10 111/2 111/7 119/16 119/18
119/20 122/3 122/25 123/13 126/18 135/22
135/24 137/3 148/23
saying [20] 61/24 61/25 78/4 93/24 99/24
100/13 102/11 103/7 103/12 103/14 103/20
104/14 116/22 132/15 141/3 141/4 149/6
149/8 149/9 149/15
says [15] 27/5 27/8 30/5 30/7 38/8 51/8
102/13 105/16 114/10 120/12 120/21 121/2
123/17 123/19 132/17
scale [1] 22/14
scalped [1] 94/9
scalping [6] 92/18 93/22 93/25 94/6 94/13
94/23
scenario [1] 36/10
Schoen [7] 113/7 113/8 115/2 115/3 115/4
141/21 146/10
school [5] 67/3 68/7 127/22 142/14 142/15
science [2] 30/24 34/23
screen [3] 20/11 53/10 55/22

seat [5] 41/11 43/2 52/4 83/10 127/12
seated [1] 10/14
second [3] 48/17 114/18 126/21
Secondly [1] 21/24
section [4] 43/22 137/24 137/25 138/1
sections [1] 140/13
see [79] 12/11 13/21 14/19 16/10 17/11
18/16 20/4 20/8 20/12 20/13 21/7 21/10
22/12 24/16 29/2 29/8 29/14 29/15 29/20
29/21 29/24 30/9 40/6 41/11 42/18 43/5
49/17 49/23 50/3 51/8 51/20 52/18 53/1
53/7 53/11 53/14 59/7 59/17 60/5 61/23
62/7 62/15 64/10 64/13 70/22 74/10 74/16
75/21 76/4 76/5 79/17 79/20 79/23 84/21
88/15 90/7 92/25 95/14 95/25 97/24 98/2
101/12 115/16 115/23 116/13 116/19
116/25 117/14 117/16 117/17 133/2 134/3
143/10 144/17 144/22 145/2 147/11 147/20
148/8
seem [1] 32/6
seems [5] 4/17 5/25 7/22 7/25 59/11
seen [9] 6/15 20/11 29/21 34/8 96/1 98/18
131/14 131/19 134/7
segment [2] 137/10 137/11
Seibenick [1] 3/18
select [1] 95/2
selected [1] 64/1
selection [1] 36/22
sell [16] 18/7 26/5 33/19 33/19 34/4 66/11
98/24 99/8 107/23 110/19 112/21 118/17
118/18 118/20 138/6 138/16
selling [11] 18/5 26/22 28/16 97/6 98/2
98/8 98/21 107/12 107/13 111/13 123/5
sells [1] 139/9
send [3] 139/12 139/16 139/18
sense [1] 109/9
sentence [1] 11/24
separated [1] 6/16
separately [1] 9/5
separates [1] 39/18
separation [2] 5/6 5/9
septic [8] 41/21 41/23 42/1 43/9 46/10
46/21 121/18 121/21
serene [1] 49/11
series [1] 38/24
serve [2] 138/19 138/21
served [1] 147/13
serves [1] 138/20
service [2] 17/22 44/10
services [2] 128/3 128/5
servicing [1] 119/2
set [3] 2/23 77/2 146/10
settled [1] 31/12
several [7] 6/23 20/10 36/5 73/15 122/4
131/22 143/4
severed [3] 24/1 146/23 148/25
severely [1] 57/23
sewage [1] 46/10
sewer [10] 83/17 89/7 89/7 89/7 111/11
111/12 111/16 111/17 124/10 145/14
sewers [4] 44/6 69/18 103/4 103/4
share [1] 9/20
she [10] 4/12 13/20 13/22 45/3 64/6 64/8
68/1 133/11 143/20 143/21
she's [1] 130/4
short [1] 60/3
shortly [1] 23/12
should [12] 2/1 10/3 14/7 14/10 14/16
14/21 15/13 15/14 53/10 71/18 135/19
146/15
show [38] 17/17 18/4 18/13 18/16 18/22
18/22 19/2 20/15 21/2 21/17 21/22 21/24
22/17 22/20 24/4 24/19 24/24 25/10 26/12

show... [19] 41/10 53/12 70/16 74/22
88/14 114/5 124/11 124/12 131/21 132/7
132/12 133/15 136/19 146/17 146/20
146/25 147/1 147/10 152/8
show-stopper [1] 114/5
showed [4] 100/4 101/13 131/15 133/17
showing [2] 100/5 131/24
shown [5] 4/21 5/3 13/6 42/9 86/12
shows [12] 17/4 17/9 17/10 22/14 22/14
50/12 72/19 83/6 91/2 104/11 132/11
146/22
side [24] 3/16 5/17 10/11 14/9 14/11 17/13
20/10 23/6 31/8 31/9 31/16 33/24 33/24
34/17 45/24 45/25 51/16 53/8 53/23 72/13
78/14 84/22 126/24 145/4
side-bar [3] 31/16 51/16 84/22
sides [1] 95/11
sign [1] 51/8
signed [2] 7/1 113/3
significance [2] 12/6 41/18
significant [1] 33/16
signing [1] 7/3
signs [1] 112/15
sim [1] 50/18
similar [2] 27/3 57/10
simply [2] 13/14 14/4
since [20] 5/13 8/2 12/10 26/12 43/4 47/8
57/15 63/7 73/15 88/12 97/4 98/11 98/15
98/19 99/11 107/6 114/22 118/16 127/22
151/22
single [7] 11/24 20/20 62/5 72/6 72/15
107/14 109/20
single-family [2] 72/6 72/15
sir [16] 45/6 47/18 60/25 66/11 88/9 97/8
97/24 103/14 110/9 111/5 114/15 115/8
115/11 116/21 117/3 119/6
sit [4] 5/23 6/7 7/6 27/16
site [21] 69/21 69/22 70/12 73/14 74/21
84/6 87/17 88/2 103/4 128/11 128/16
129/16 129/22 132/24 133/19 140/5 142/12
144/3 144/11 146/7 146/9
sits [2] 24/1 29/4
sitting [2] 5/20 6/22
situation [3] 24/20 87/17 91/23
six [4] 24/25 26/7 49/6 50/10
six-year-old [1] 50/10
size [1] 84/8
sizing [1] 83/22
skill [1] 14/24
Skow [1] 6/23
slow [1] 30/14
slowly [1] 84/12
small [1] 22/14
snapshot [1] 16/18
snow [1] 47/14
so [115] 3/8 6/6 9/5 10/22 16/1 17/21 18/8
19/19 20/7 20/25 22/10 22/16 22/25 23/5
23/6 23/8 24/1 24/12 24/15 25/1 25/17 26/9
26/10 27/9 27/17 28/15 29/13 30/4 32/14
32/17 32/19 32/23 33/15 34/21 36/7 37/21
38/21 39/4 39/15 40/3 41/4 42/1 44/1 46/15
47/2 47/14 52/19 54/15 56/7 58/1 58/8
58/17 59/4 61/2 61/21 62/24 67/11 68/2
73/12 82/5 84/4 84/8 84/10 85/20 88/15
89/1 94/2 97/19 100/5 101/6 102/21 106/15
109/14 109/18 110/16 111/13 111/23
111/24 112/2 118/4 118/7 118/24 119/2
123/11 126/3 127/8 127/12 128/3 128/14
131/7 131/8 132/13 134/16 136/19 136/25
138/11 138/15 141/2 141/6 142/16 142/25
143/1 143/1 144/19 145/5 147/17 148/5
148/7 148/8 148/11 150/18 150/24 151/11

so-called [1] 32/23
soil [1] 121/17
sold [21] 17/20 26/7 26/9 33/23 63/11
65/20 67/21 69/9 91/11 92/12 99/10 107/14
107/17 107/22 109/12 109/21 110/6 110/7
110/8 113/25 123/6
sole [1] 13/12
solely [1] 12/11
solid [1] 143/5
solve [3] 25/8 80/4 81/10
solving [1] 81/1
some [32] 4/22 9/9 9/9 10/16 10/19 12/4
12/5 19/3 23/1 23/22 25/17 29/1 32/6 32/16
33/11 35/6 35/11 37/19 38/4 46/13 60/9
70/16 76/19 82/3 101/10 114/1 114/2 118/1
124/6 136/25 136/25 144/17
somebody [5] 43/25 99/11 104/2 123/1
135/6
someone [6] 4/19 4/23 109/2 109/7
135/10 137/7
someplace [2] 22/19 74/1
something [13] 9/25 20/13 31/23 50/13
60/9 60/11 68/20 98/16 99/22 102/11 115/2
118/2 150/23
sometime [1] 144/7
sometimes [3] 31/2 69/17 69/19
somewhere [3] 47/3 54/3 100/21
son [3] 49/4 50/10 67/4
Soncrant [5] 19/3 127/2 127/17 144/2
151/17
soon [1] 3/8
sorry [16] 16/9 27/11 41/22 62/9 72/20
72/21 88/24 101/9 104/18 108/16 108/25
122/25 130/7 149/16 149/18 150/24
sort [1] 60/9
sounds [1] 96/24
south [2] 41/7 139/3
space [7] 25/4 32/4 32/6 32/9 32/12 86/13
86/13
spaced [1] 124/6
spaces [1] 67/6
speak [7] 16/12 16/13 66/25 67/12 70/20
126/2 126/15
speaking [3] 34/25 131/16 146/9
spec [7] 21/18 26/11 29/25 63/20 63/25
75/12 124/3
special [1] 19/5
specifically [1] 73/4
speculate [1] 12/21
speculation [1] 5/1
speed [2] 30/15 30/16
spend [1] 137/5
Spielbusch [1] 1/20
spinning [2] 20/19 120/21
spoiled [1] 87/18
spoke [2] 9/9 129/23
spot [5] 31/3 36/7 86/12 88/23 151/25
spring [7] 1/18 118/21 119/23 129/4
130/12 144/7 144/8
stab [2] 151/17 151/19
stack [1] 32/7
staked [1] 105/2
stakes [3] 35/11 35/12 35/25
stand [7] 13/11 13/19 47/25 48/3 85/20
110/12 127/11
standard [1] 97/14
standing [12] 10/8 54/2 60/4 75/10 76/18
115/13 116/10 116/12 119/15 119/18
119/25 120/13
stands [1] 123/1
Stanley's [1] 69/6
start [2] 25/2 104/18
started [6] 19/16 23/21 33/1 45/17 49/8

state [1] 11/4
stated [2] 2/23 11/22
statement [5] 8/19 16/17 92/22 118/10
137/8
statements [4] 11/7 12/12 15/17 15/18
STATES [3] 1/1 1/11 25/22
station [2] 18/18 18/18
status [1] 25/15
Stawinski [3] 48/13 56/24 60/21
stay [6] 31/6 51/8 79/2 134/16 135/12
135/14
stayed [3] 18/24 21/1 79/5
staying [1] 108/24
stenography [1] 1/23
step [3] 47/21 66/14 126/19
stepped [1] 144/10
stick [2] 147/20 147/22
still [24] 10/17 17/18 26/24 29/18 45/22
55/10 55/11 62/15 71/15 73/19 81/11 84/18
101/3 101/10 101/15 102/5 103/1 103/4
103/8 110/17 112/13 112/18 116/19 124/8
stipulation [1] 12/15
stock [1] 114/1
stone [1] 72/17
stood [1] 55/6
stop [2] 129/20 137/18
stopped [1] 110/14
stopper [1] 114/5
stores [1] 84/10
storm [13] 25/7 69/16 69/19 69/21 85/4
85/12 87/22 88/20 89/7 89/7 90/14 103/3
124/10
story [1] 34/13
straight [1] 54/15
street [8] 6/23 25/1 48/19 72/12 103/3
103/10 116/9 124/22
strike [2] 12/24 31/21
strip [2] 20/9 67/6
struggling [1] 143/22
study [2] 14/23 150/1
stuff [6] 30/14 46/3 50/11 50/12 147/7
150/24
stumps [3] 21/4 95/18 95/25
subcontractor [1] 20/16
subcontractors [1] 37/5
subdivision [78] 4/10 4/11 16/19 17/1
17/10 18/20 18/23 19/5 19/12 20/21 22/14
23/10 25/5 26/6 37/22 38/21 48/14 49/8
49/14 50/16 51/5 54/23 55/2 55/7 57/19
58/19 59/8 59/16 60/13 63/12 67/24 69/3
70/17 72/2 72/18 72/24 73/5 73/6 73/17
73/24 75/3 75/10 83/5 83/6 84/16 86/3
86/12 86/23 87/4 87/12 88/15 88/17 90/21
90/24 93/17 93/23 94/22 95/6 95/9 95/9
96/2 121/12 122/21 124/7 128/11 128/20
128/25 130/17 132/10 133/3 133/14 133/19
134/10 134/24 134/25 135/5 144/4 144/11
subdivisions [1] 69/4
subject [1] 8/17
submit [1] 8/23
submitted [1] 11/15
subsequent [1] 4/2
subsequently [1] 58/5
substantial [2] 4/3 4/5
substantially [1] 21/13
successful [1] 69/8
Succinctly [1] 2/23
such [9] 12/14 12/16 12/24 13/9 14/2
14/21 15/11 56/23 116/12
sudden [1] 24/9
suddenly [1] 62/1
sue [1] 149/7
sued [1] 6/21

**S**

sufficient [2] 14/13 37/2
suggest [2] 85/6 134/14
suggested [1] 135/4
Suite [1] 1/15
summarizes [1] 3/2
summer [7] 22/23 23/5 33/13 54/8 129/4
 130/12 140/6
Sumner [3] 37/17 44/20 47/22
Sunday [2] 9/16 9/17
superiors [5] 140/17 141/19 141/20
 141/23 142/2
supervised [2] 75/13 143/21
supplementing [1] 2/16
supplies [1] 13/2
support [1] 15/20
supposed [2] 23/3 113/16
supposedly [1] 33/9
sure [15] 4/12 5/14 30/6 30/12 54/17 59/10
 66/2 70/13 94/1 105/23 121/8 126/23
 128/17 141/5 146/15
surface [1] 43/10
surprise [1] 63/14
surrounding [2] 13/24 83/18
survey [14] 18/19 35/1 35/12 35/25 36/6
 36/6 131/14 131/15 132/5 132/7 133/18
 135/17 136/2 141/3
surveyed [1] 90/13
surveying [7] 25/12 30/24 103/23 136/4
 136/16 137/6 142/4
surveyor [4] 21/22 62/2 136/5 136/24
surveyor's [1] 77/20
surveyors [8] 24/16 30/25 105/3 133/20
 136/3 136/4 136/8 136/23
sustain [8] 43/5 43/24 51/1 57/14 81/13
 85/20 94/3 120/24
sustained [5] 12/20 52/1 65/16 76/13 81/7
swail [1] 4/6
swimming [1] 45/4
swimmingly [1] 29/14
switched [1] 144/25
sworn [3] 37/11 48/7 66/17
Sylvania [2] 69/6 69/20
sympathy [1] 11/17
system [8] 33/10 33/14 84/3 84/4 85/4
 87/20 121/21 138/9
system's [1] 43/10
systems [1] 85/13

**T**

table [3] 6/20 6/23 110/11
Tad [1] 81/3
take [31] 36/15 38/8 43/2 50/19 52/4 52/5
 52/13 53/9 56/10 59/25 71/7 73/20 73/21
 77/5 81/13 82/18 82/20 83/3 83/10 89/14
 91/9 95/23 120/11 127/4 127/6 127/8
 127/11 137/19 150/14 150/14 152/4
taken [19] 13/6 16/23 17/3 18/14 24/5 39/8
 39/21 52/14 54/7 54/8 55/18 55/19 56/4
 57/2 57/3 57/3 70/17 82/25 89/18
takes [1] 152/7
taking [5] 2/18 2/25 3/1 22/10 25/22
talk [10] 19/23 25/13 25/16 30/2 33/18
 81/1 102/7 102/7 106/21 141/13
talked [1] 81/3
talking [11] 35/24 49/18 67/25 82/9 100/24
 112/3 117/18 118/10 118/13 124/19 137/24
talks [3] 18/17 121/11 136/3
tall [2] 19/9 49/22
tandem [1] 35/2
tank [4] 41/21 41/23 46/21 86/4
tanks [2] 42/1 121/18
task [1] 126/9

taxes [1] 26/17
Taylor [12] 6/9 7/14 7/15 8/2 8/16 15/22
 27/15 27/16 66/23 71/3 96/12 125/8
technically [2] 36/1 128/1
technician [1] 146/7
tell [57] 4/12 6/21 15/19 27/10 30/4 30/23
 31/10 31/10 31/12 32/25 33/3 35/19 37/15
 38/15 39/7 40/15 41/18 44/3 48/11 50/6
 57/18 66/22 67/13 67/15 67/18 69/10 72/1
 72/11 73/1 75/12 75/17 76/16 77/19 77/24
 78/17 79/5 83/4 84/16 86/9 91/23 92/7 93/5
 93/21 94/5 119/14 121/15 122/15 123/8
 127/19 128/18 129/11 130/13 135/12
 135/14 137/22 145/13 146/1
telling [4] 97/2 103/17 134/16 143/9
tells [1] 136/20
ten [6] 61/22 82/21 82/21 110/8 129/4
 152/8
tenant [1] 67/6
tendency [1] 108/17
term [2] 19/13 111/18
terminal [2] 17/14 42/3
terminology [1] 32/23
terms [1] 60/9
test [1] 14/9
testified [3] 13/22 120/5 131/12
testifies [2] 27/18 33/7
testify [20] 4/13 5/10 5/11 13/13 14/8 15/2
 15/3 24/17 26/19 27/4 56/22 56/23 57/2
 58/23 81/23 82/1 102/13 119/9 126/12
 128/15
testifying [6] 8/3 13/19 19/22 43/25 67/7
 96/17
testimony [25] 2/10 2/15 3/20 4/19 4/22
 10/7 13/4 13/6 13/8 13/20 13/25 14/2 14/3
 14/5 14/12 14/14 14/15 14/21 15/25 20/2
 23/11 26/4 82/5 96/14 127/9
tests [3] 13/17 13/18 14/1
than [25] 4/9 6/12 6/20 14/25 18/7 18/25
 24/7 25/1 29/9 36/17 44/11 58/12 60/11
 61/9 63/25 76/19 89/12 94/23 106/22 118/2
 118/8 121/2 147/14 149/1 151/3
Thank [49] 7/15 16/4 20/6 27/24 27/25
 28/2 31/25 37/6 37/7 37/9 42/6 44/15 44/17
 47/18 47/21 48/5 54/10 55/20 56/16 59/13
 60/15 60/16 60/18 65/25 66/13 66/14 71/5
 71/22 72/22 77/17 80/13 82/24 83/1 94/11
 95/22 96/7 96/9 97/22 108/15 121/6 126/17
 126/19 130/24 132/3 137/20 143/25 149/12
 149/14 152/10
Thanks [2] 65/1 89/14
that [738]
that's [110] 3/11 5/19 7/17 16/20 16/20
 17/8 17/19 20/9 20/13 21/11 21/18 24/17
 25/13 27/13 28/21 31/1 31/6 31/22 32/14
 33/6 33/6 34/12 34/24 35/13 36/3 36/25
 37/23 38/17 39/12 40/5 40/18 40/22 40/23
 40/25 41/1 41/14 44/1 45/4 45/8 46/7 46/12
 47/4 47/14 47/17 48/21 51/25 54/1 54/16
 55/17 56/1 56/7 57/22 58/10 61/3 61/12
 62/3 62/14 62/20 63/20 65/6 65/16 65/22
 67/1 76/9 80/5 81/7 81/12 82/4 82/11 86/2
 86/15 88/22 89/20 90/5 92/9 98/1 99/4
 100/8 100/10 100/20 101/1 102/13 104/17
 106/4 106/11 106/14 106/20 107/13 107/16
 107/18 109/5 109/11 109/15 109/17 111/4
 117/2 119/1 120/11 122/5 123/1 123/16
 124/13 126/8 126/11 131/16 131/24 131/25
 133/25 138/4 142/1
their [46] 4/1 6/11 9/15 11/7 12/6 15/20
 21/3 23/12 25/3 26/15 27/12 30/10 31/3
 31/7 32/17 33/4 33/5 33/10 33/10 33/22
 34/16 36/13 36/20 53/4 61/8 63/18 63/24

taxes... them [46] 3/6 6/25 7/1 8/8 9/5 12/25 14/17
 20/8 21/4 21/9 26/24 29/9 30/8 32/3 32/10
 32/19 32/19 49/13 56/22 64/13 64/15 64/17
 66/22 70/13 78/1 84/20 85/13 85/14 85/14
 86/18 106/9 106/9 110/7 111/7 111/8
 113/10 114/13 114/21 118/7 120/10 120/11
 126/7 134/16 135/9 144/17 149/7
then [56] 11/8 11/9 12/16 12/20 12/23
 17/12 21/20 22/16 22/19 23/13 23/14 24/14
 25/6 28/14 32/18 35/5 36/18 39/20 42/2
 42/2 43/19 61/5 66/11 68/15 68/23 70/9
 70/10 70/11 77/8 78/10 84/12 87/10 87/24
 89/3 91/9 93/15 98/7 98/11 98/19 101/6
 102/1 104/2 106/2 106/9 109/12 109/16
 111/5 111/19 118/6 122/6 128/1 129/11
 131/25 143/2 143/19 146/7
there [179]
there's [61] 4/14 6/2 8/10 18/13 19/22
 21/12 22/11 23/1 26/4 26/10 26/12 26/13
 26/17 27/9 28/21 28/23 29/1 29/2 29/5 29/6
 35/16 36/12 37/1 37/19 39/17 39/17 40/9
 43/3 43/16 46/25 49/25 53/22 65/15 74/13
 81/11 81/19 82/3 84/18 88/9 88/19 89/6
 91/5 92/13 101/14 101/16 102/2 103/4
 104/3 104/11 106/2 107/22 115/19 116/11
 116/22 116/25 119/15 119/18 119/22
 123/10 132/16 147/1
therefore [2] 10/8 11/24
these [27] 11/20 13/16 13/18 14/1 15/18
 19/19 24/20 26/20 26/21 27/4 33/21 36/15
 47/8 52/11 56/3 56/4 56/22 61/25 77/25
 80/5 98/2 123/4 124/19 146/13 146/22
 146/25 150/17
they [172]
they'd [3] 32/18 32/18 143/1
they'll [5] 25/2 25/6 29/17 30/3 31/1
they're [26] 6/15 7/4 7/10 7/12 9/10 26/16
 26/23 27/11 27/12 29/13 29/18 33/8 35/25
 36/7 36/7 58/15 58/17 69/20 70/1 73/22
 73/23 75/19 98/8 103/1 103/9 130/4
thick [1] 102/4
thicker [1] 78/11
thickly [1] 19/20
thing [9] 10/1 22/9 22/10 30/4 30/5 34/13
 82/8 84/20 98/18 127/13 130/16 134/17
 143/9
things [12] 6/10 13/21 17/24 53/5 70/4
 82/8 84/20 98/18 127/13 130/16 134/17
 143/9
think [52] 5/22 6/25 20/24 22/1 23/20
 27/10 27/11 27/23 32/15 35/8 35/23 35/25
 50/25 52/7 54/8 56/9 56/12 60/14 63/8
 67/17 68/19 71/14 79/9 81/22 82/16 85/9
 92/7 92/17 94/21 100/9 100/9 100/18
 101/25 102/2 102/2 111/7 111/8 113/22
 113/23 114/2 115/2 117/25 119/8 122/10
 124/8 124/13 125/8 126/3 139/1 144/16
 144/16 150/3
thinking [1] 111/4
thinks [2] 81/24 92/11
third [7] 19/17 39/20 58/2 61/6 110/7
 113/6 138/11
Thirty [1] 87/14
this [226]
Thomas [1] 66/23
those [49] 2/21 4/18 8/10 9/2 9/16 9/23
 10/22 16/15 18/18 21/13 34/4 34/5 35/12
 35/16 36/1 36/5 36/16 60/4 62/25 63/1
 63/18 65/12 70/25 77/11 90/6 91/6 96/1
 102/25 103/1 103/7 103/8 110/6 110/19
 114/18 115/5 115/9 119/25 120/2 120/6

**T**

those... [10] 121/3 121/13 121/16 123/21 123/25 124/10 128/10 129/5 129/8 145/8
though [9] 7/10 9/3 62/18 64/13 99/4 103/23 105/25 112/10 145/6
thought [12] 27/16 66/5 68/3 83/12 98/15 107/13 108/4 113/21 150/7 150/8 150/9 150/12
thoughts [1] 129/14
thousand [1] 137/5
three [20] 6/22 20/18 22/4 30/25 30/25 33/20 36/11 37/21 38/24 41/23 58/6 66/6 98/24 102/3 110/24 111/5 113/2 113/10 113/25 114/17
through [16] 4/21 14/23 22/6 30/18 46/20 46/23 65/11 70/7 89/4 115/9 116/13 131/22 139/6 142/5 142/7 144/8
throughout [1] 124/6
tie [1] 25/7
tied [1] 23/24
tight [4] 32/3 32/9 32/14 32/20
tile [6] 22/23 23/22 23/23 23/24 33/17 75/3
time [43] 3/5 3/8 3/8 5/11 14/18 22/6 23/5 27/18 34/2 36/2 46/8 49/24 49/24 50/9 55/4 60/3 61/10 64/8 66/8 67/7 67/23 69/16 70/9 71/7 103/13 119/3 120/12 122/18 133/6 140/9 144/5 144/6 144/6 144/10 144/16 144/18 147/4 148/7 148/10 149/9 149/16 149/19 152/4
times [5] 73/15 76/19 129/4 129/22 144/2
Timing [1] 111/12
title [2] 67/22 67/22
TNS [3] 70/11 80/24 81/1
today [31] 9/17 9/18 10/1 16/21 24/18 26/24 27/13 27/24 33/7 41/3 49/23 54/5 55/10 57/19 57/20 75/7 76/8 76/17 79/7 91/24 96/18 110/17 111/1 111/3 116/14 118/7 118/14 124/2 125/15 128/4 140/24
Todd [1] 126/1
together [3] 9/15 13/24 22/25
toilet [1] 34/1
told [12] 30/19 42/14 43/22 43/25 65/17 97/10 98/5 123/1 131/12 135/24 147/4 147/9
Toledo [42] 1/5 1/7 1/21 17/13 17/21 18/2 18/7 18/9 18/15 18/22 19/8 19/17 25/21 28/4 28/13 28/14 28/20 37/4 44/23 60/24 93/18 94/7 127/23 132/8 135/4 135/16 136/16 136/24 137/3 138/6 138/16 138/20 139/2 139/3 139/3 139/10 139/12 139/15 139/20 139/22 146/23 148/23
Toledo's [1] 34/19
Tom [3] 66/21 88/14 121/11
tomorrow [2] 10/1 16/22
tons [2] 35/9 35/9
too [3] 34/13 54/19 121/22
took [19] 17/5 21/25 22/21 23/9 23/24 28/20 54/24 56/3 56/12 56/22 83/11 95/18 95/23 111/11 119/4 134/23 142/5 151/17 151/19
top [5] 38/25 76/5 78/7 78/11 150/19
topographical [1] 88/18
topography [1] 4/8
total [6] 18/9 20/11 26/10 27/7 91/2 91/15
totally [2] 143/12 143/14
touching [4] 33/22 36/6 36/7 63/24
toward [3] 3/14 11/18 56/15
towards [17] 4/6 35/5 38/19 39/2 39/13 39/25 40/3 44/4 46/4 47/12 75/11 79/8 93/18 102/3 117/16 143/5 145/4
town [1] 123/11
Township [3] 18/5 107/10 121/12
track [9] 17/14 17/15 17/19 17/20 17/20

tracks [32] 17/3 22/16 33/22 33/24 33/25 37/19 37/20 39/3 40/1 42/3 52/16 59/18 63/18 64/2 64/7 71/15 71/16 73/18 74/25 75/5 76/4 76/24 78/12 79/8 90/22 92/19 92/19 93/14 95/10 95/11 111/6 146/18
tradesman [1] 83/14
trail [1] 28/15
train [25] 27/1 28/25 29/14 29/15 29/24 29/24 30/7 30/12 30/13 30/15 40/24 43/20 44/4 62/15 64/11 71/14 104/7 115/12 115/16 115/17 115/23 116/4 116/13 116/19 116/25
trains [14] 30/10 30/14 30/16 49/24 58/12 58/14 58/16 60/10 64/11 71/17 76/5 92/20 104/7 115/19
transcript [6] 1/10 1/23 13/5 96/17 97/19 153/3
transit [2] 142/7 142/16
tree [14] 20/20 29/22 29/23 36/23 36/24 38/20 38/20 62/5 70/18 95/18 95/25 102/19 134/22 144/2
trees [83] 3/25 15/4 17/4 17/12 19/9 19/11 21/13 22/2 26/20 28/23 28/25 29/1 29/1 30/7 36/16 39/17 49/12 49/20 49/21 49/22 49/25 49/25 50/1 50/2 50/15 50/23 51/4 52/11 55/6 56/7 58/12 59/5 60/4 60/5 60/6 62/1 62/10 62/18 62/21 62/25 63/1 63/14 65/7 65/23 65/24 66/8 70/22 70/23 71/1 71/10 71/16 76/3 76/21 77/25 78/1 78/10 79/25 89/15 92/3 93/9 95/12 102/17 102/21 102/24 102/25 103/2 103/2 103/5 104/3 104/8 104/20 106/16 124/3 124/6 124/21 131/4 132/9 132/14 133/8 135/6 135/10 139/13 146/21
trench [4] 24/24 25/1 25/3 32/8
trenching [1] 87/25
trespass [5] 25/21 29/17 34/15 34/25
trespassed [2] 27/11 29/12 34/15
trial [20] 1/7 1/10 3/12 6/7 7/16 7/19 9/12 10/8 10/22 11/6 11/10 13/4 13/7 15/24 15/25 16/1 16/6 20/5 25/24 56/19
tried [1] 130/15
tripping [2] 108/7 137/18
Triskel [1] 44/25
trivial [1] 14/22
truck [2] 35/2 35/2
trucks [2] 35/3 143/2
true [24] 10/23 10/24 28/16 47/14 62/14 65/21 129/3 129/7 129/10 133/15 135/1 135/8 135/9 135/16 135/18 135/20 135/21 137/7 137/8 138/1 138/4 138/5 139/9 151/17
truly [2] 24/17 54/19
truth [3] 16/6 97/2 99/4
truthfulness [1] 13/17
try [5] 24/8 28/21 54/14 94/18 122/18
tryers [1] 15/10
trying [6] 72/1 107/23 112/20 129/24 132/2 140/22
Tuesday [1] 9/18
turn [1] 10/20
turnpike [1] 17/7
two [27] 2/19 3/7 5/20 5/23 14/19 17/12 26/9 34/3 38/3 49/25 63/8 63/8 63/9 63/12 69/5 70/22 70/25 71/16 75/4 109/14 109/19 111/7 118/24 129/20 138/9 143/12 151/22
two-and-a-half [1] 118/24
two-minute [1] 3/7
type [19] 19/3 22/9 25/17 50/12 50/14 89/17 112/4 130/10 132/24
typed [1] 13/7
typically [2] 47/11 102/17

**U**

U.T [1] 142/5
Uh [3] 70/19 142/11 150/2
Uh-huh [3] 70/19 142/11 150/2
unactive [1] 17/20
unaware [1] 120/17
under [18] 9/2 13/7 14/4 25/4 26/13 28/14 29/6 32/24 33/12 42/3 82/7 86/1 86/4 87/21 89/6 96/25 110/11 110/13
underground [1] 34/17
underneath [2] 23/23 146/18
understand [13] 18/9 27/24 57/1 59/25 100/13 108/8 109/18 115/25 125/11 127/17 130/2 135/11 148/5
understanding [2] 7/13 9/15
understands [1] 84/4
undisputed [1] 22/1
UNITED [3] 1/1 1/11 25/22
university [1] 142/13
unless [2] 43/3 82/3
unloading [1] 144/17
unquote [1] 6/20
until [5] 5/11 19/18 56/6 68/12 140/24
unusual [1] 33/11
up [67] 3/6 8/10 8/22 8/23 10/18 13/7 16/12 16/13 16/15 17/5 19/18 20/24 21/5 21/11 23/21 24/2 24/4 24/10 25/4 26/23 27/2 27/10 28/22 30/8 36/11 38/17 38/20 41/3 46/9 50/5 52/6 52/16 53/12 54/22 55/22 55/23 58/8 60/4 63/18 66/25 67/12 68/12 69/6 70/20 71/8 75/1 75/9 76/3 79/22 84/15 84/21 100/20 110/16 114/14 116/17 116/18 123/13 123/17 127/13 133/15 135/25 136/4 136/7 136/11 139/2 139/10 150/16
uphill [1] 151/9
uphold [1] 111/22
upon [7] 37/10 48/6 66/16 90/19 106/9 126/12 127/2
upscale [2] 68/5 72/10
urban [1] 17/15
us [22] 16/17 25/24 26/1 26/2 38/4 44/3 75/12 77/19 77/24 79/5 82/22 92/7 94/5 111/11 111/15 114/13 119/14 121/18 124/12 136/4 147/4 152/7
use [11] 8/8 13/7 16/16 27/14 32/20 82/18 94/13 94/16 94/19 97/17 147/6
used [10] 42/17 45/20 52/17 52/18 53/1 58/13 67/10 102/9 147/3 150/19
using [3] 8/9 25/23 76/7
usually [1] 145/11
utilities [5] 69/15 69/16 70/4 86/5 89/6

**V**

vacant [2] 68/2 69/11
value [11] 11/6 19/6 21/14 23/17 26/21 27/3 27/8 49/13 57/23 58/3 58/4 60/8 60/12 60/12 61/16 65/8 81/23 82/1 133/9
various [1] 36/9
varying [1] 11/22
vegetation [6] 15/4 41/4 102/4 104/8 104/15 104/19
vehicle [3] 19/4 132/25 133/23
venture [1] 18/8
verb [1] 94/19
verbal [1] 3/23
verdict [1] 11/13
Vermillion [3] 20/16 31/11 31/19
very [26] 8/6 8/6 16/24 16/24 20/17 20/18 27/3 40/6 41/4 49/11 49/13 49/21 49/21 50/18 52/12 58/17 61/14 64/12 65/25 94/11 101/17 102/19 102/25 104/2 108/8 108/15 video [4] 13/6 18/14 18/15 29/20

**V**

videotape [1] 29/22
view [9] 2/4 2/6 20/14 24/8 36/10 39/24
43/4 76/8 92/11
views [1] 29/2
vigorous [1] 3/10
village [2] 111/17 111/17
villas [1] 69/9
violated [1] 25/22
virtually [1] 102/21
visible [6] 25/18 58/15 58/17 60/10 79/12
90/16
voice [1] 28/22
VOLUME1 [1] 1/10

**W**

W.W [4] 4/9 17/11 19/16 101/22
wait [3] 20/4 24/10 56/14
Wake [1] 30/8
walk [5] 30/18 75/16 75/18 75/19 134/9
walk-out [3] 75/16 75/18 75/19
walked [1] 75/21
walking [3] 18/17 30/15 53/4
wall [2] 29/23 116/23
walnut [2] 36/23 36/24
want [17] 2/7 3/4 7/12 16/14 36/3 44/16
52/5 77/5 88/23 89/14 91/9 112/6 117/8
129/15 135/9 145/13 150/7
wanted [2] 124/21 127/13
wants [1] 8/18
warning [1] 3/7
Warren [2] 128/9 128/12
was [380]
wasn't [24] 7/20 22/4 29/23 30/13 56/6
57/1 69/14 93/11 103/8 103/13 103/18
103/20 105/15 105/18 114/20 119/4 119/24
120/15 120/21 134/6 147/12 150/17 150/25
151/3
watch [1] 50/11
watching [1] 50/13
water [119] 3/24 4/2 4/6 4/10 4/13 17/22
18/5 18/11 22/15 22/19 22/21 22/22 22/24
23/5 23/7 23/9 23/12 23/23 24/1 24/2 24/22
24/23 28/12 28/16 33/1 33/5 33/8 33/12
34/7 34/8 34/10 34/21 34/22 37/18 39/14
42/8 42/19 43/10 43/14 44/11 45/7 46/18
47/2 47/7 47/9 47/11 67/11 69/19 69/21
73/16 73/23 74/1 74/7 74/16 74/23 76/18
76/24 80/4 84/5 84/6 84/8 84/15 85/3 87/21
89/7 90/14 111/8 111/9 111/16 111/16
111/20 111/20 112/3 112/4 112/6 119/6
119/11 119/15 119/18 119/22 119/25 120/6
120/13 121/3 121/25 122/1 122/2 122/4
122/16 122/20 128/1 137/4 138/3 138/5
138/6 138/8 138/11 138/15 138/16 138/20
139/10 139/14 140/13 142/21 145/14 146/4
147/21 147/25 148/4 148/5 148/8 148/11
148/14 148/20 148/22 148/25 150/20 151/8
151/11
water's [3] 23/3 47/3 73/19
Waterville [4] 67/1 107/9 107/10 121/12
way [40] 17/1 17/6 17/18 21/7 22/5 24/3
25/11 28/13 29/4 29/21 30/1 30/12 30/21
31/11 32/5 32/24 34/10 35/1 39/4 41/12
45/17 50/15 51/23 52/6 57/13 58/20 63/24
65/9 75/4 88/13 89/8 89/9 95/11 111/19
134/4 134/15 134/24 142/25 145/16 145/24
Wayne [2] 28/15 67/3
ways [1] 11/22
we [156]
we'll [9] 20/4 41/9 43/19 82/20 85/20
105/5 115/8 127/8 152/4
we're [18] 9/24 10/17 10/18 15/17 16/21

we've [9] 38/7 40/14 41/10 54/12 58/7
89/25 92/21 131/18 146/12
wealthy [1] 16/25
weeds [2] 29/3 100/4
week [6] 2/14 4/24 9/14 10/4 140/7 140/8
weight [3] 14/2 14/10 15/12
welcome [1] 8/12
well [65] 2/13 2/17 6/11 6/21 7/7 7/8 8/10
8/22 9/7 9/11 16/11 18/13 21/5 23/23 28/7
34/13 42/22 43/3 43/7 43/18 43/20 46/20
47/4 49/15 50/10 56/24 57/4 57/22 57/25
60/3 61/10 61/14 65/9 65/21 68/11 69/12
69/15 71/2 72/14 78/22 79/7 85/11 92/13
94/1 95/7 97/12 98/12 101/9 101/11 101/17
103/1 103/17 107/6 108/1 110/14 112/15
113/13 114/4 116/16 119/21 120/18 129/11
129/19 129/19 151/14
wells [1] 111/19
went [29] 21/19 22/1 24/12 29/14 30/20
31/8 32/17 32/24 33/12 34/1 41/2 42/8 42/8
42/10 45/16 67/3 67/19 68/7 68/11 70/7
70/13 89/4 110/11 110/13 132/23 136/24
145/3 148/11 151/15
were [132] 3/25 6/21 6/22 8/20 9/16 9/17
13/10 15/4 19/9 19/19 20/22 21/10 21/18
22/20 24/5 24/15 25/21 26/9 26/20 26/21
26/22 27/15 28/23 28/25 29/1 29/3 30/7
32/16 33/15 33/23 34/7 35/10 35/13 35/17
36/1 36/2 36/16 36/17 38/11 40/18 41/7
42/2 42/15 44/9 49/12 49/21 50/2 53/4 56/4
57/2 57/25 58/12 61/11 62/10 62/11 62/21
66/8 69/7 69/8 69/9 69/15 70/8 72/3 72/4
72/23 72/23 73/3 73/15 76/21 76/23 76/25
77/25 78/9 78/13 78/25 79/18 82/12 83/14
89/15 91/6 91/8 92/17 92/17 93/17 95/18
96/2 96/25 99/10 102/21 103/2 103/2 103/9
104/2 106/13 106/16 113/2 113/2 113/15
114/3 116/1 116/10 116/12 117/9 119/2
120/2 120/16 122/6 124/3 127/20 128/10
129/8 129/24 130/11 130/18 133/5 133/24
135/21 135/25 136/11 139/5 139/13 140/5
140/9 140/19 140/21 142/14 142/22 143/2
144/3 146/13 146/16 148/2
weren't [4] 36/7 62/18 112/15 124/4
WESTERN [1] 1/2
wetlands [2] 2/8 2/9
what [203]
what's [15] 16/7 16/20 20/14 23/4 23/8
38/23 56/8 72/11 73/16 76/16 78/12 90/23
92/16 101/24 143/19
whatever [3] 46/23 106/2 136/19
whatsoever [2] 35/16 97/13
when [106] 5/16 8/3 8/7 16/10 17/14 20/8
20/12 20/22 21/6 22/6 22/20 23/4 24/2
26/20 27/18 30/2 30/2 30/6 31/2 33/18
35/13 36/3 36/25 39/21 40/18 42/15 46/2
46/10 46/10 49/16 49/21 50/2 53/16 54/7
55/6 55/18 57/2 57/3 60/25 63/1 63/9 64/19
67/15 68/16 69/11 74/13 75/21 76/23 78/13
79/18 83/14 85/23 90/13 90/24 91/25 94/13
97/17 98/12 99/11 101/11 102/7 102/7
102/10 105/2 111/12 111/25 115/3 115/6
116/17 117/6 117/9 118/21 119/24 121/11
122/6 123/4 123/6 124/2 127/7 127/12
128/18 128/18 128/22 133/14 133/24 134/4
134/22 136/2 137/23 139/9 140/15 142/22
142/24 143/2 143/9 144/6 144/10 144/25
146/1 146/9 146/22 147/2 147/6 149/4
150/5 150/16
whenever [1] 33/7
where [58] 4/13 6/15 6/25 15/9 17/5 19/4
20/3 21/18 22/15 22/19 23/3 23/21 24/15

24/16 24/18 26/25 29/4 34/11 35/7 36/8
37/16 37/18 42/8 46/20 47/5 47/25 48/12
51/20 52/16 52/23 59/10 62/7 63/1 64/21
66/22 70/1 74/7 74/16 74/23 75/4 86/13
86/15 88/14 90/19 92/22 101/19 103/7
110/3 124/9 135/25 136/11 147/2 147/12
147/21 148/11 151/11 151/12 151/15
whether [9] 13/15 14/21 16/7 20/1 109/18
132/22 134/7 137/6 141/4
which [42] 3/22 4/4 9/20 10/17 10/19
11/12 12/7 13/14 13/21 15/10 16/24 17/5
18/14 18/23 19/14 19/19 20/16 23/9 26/11
26/24 30/14 30/15 31/10 32/2 40/6 40/11
48/4 51/12 55/14 60/4 82/22 86/2 90/10
111/6 121/11 124/2 127/7 139/23 144/22
145/3 146/5 152/7
while [4] 92/1 111/11 142/14 142/15
whistle [6] 30/10 30/11 64/19 64/21 64/25
115/13
whistleblowing [1] 64/24
White [2] 17/6 145/4
Whitehouse [3] 84/2 86/20 87/8
who [34] 4/20 5/13 6/9 6/19 10/22 13/13
13/14 14/8 14/19 14/23 19/16 24/12 25/15
40/15 43/22 56/3 56/21 65/10 72/3 78/1
90/6 95/23 112/18 113/5 126/12 128/4
128/8 128/24 132/12 135/2 135/3 141/14
146/7 149/3
who's [1] 5/9
whoever [1] 45/9
whole [10] 12/2 24/3 43/20 45/20 80/24
82/12 124/14 124/14 137/8 137/12
whom [1] 141/12
why [52] 26/5 27/13 27/24 30/14 33/20
35/8 44/24 45/3 53/22 64/4 64/6 66/11
73/21 75/17 79/21 81/12 82/18 92/11 92/14
93/5 97/6 98/2 98/7 98/20 98/24 99/6
99/17 99/18 99/19 99/21 103/17 103/20
106/11 106/14 110/22 110/24 112/20
113/20 119/9 119/12 119/13 119/13 119/16
119/17 119/20 121/15 122/20 123/8 129/11
137/22 146/23 152/8
wide [2] 20/9 20/14
wife [5] 49/4 64/5 67/4 67/21 67/25
will [65] 2/5 2/11 2/12 2/16 2/21 2/22 3/6
5/8 8/2 8/2 9/20 11/4 11/8 11/12 11/21 12/8
12/15 12/16 12/20 13/13 13/16 14/1 15/20
15/24 15/25 17/11 18/19 20/1 20/2 21/9
21/10 23/11 24/24 27/19 27/22 27/23 29/19
30/1 30/6 30/17 30/23 31/7 31/9 31/10
31/12 32/1 33/2 35/20 35/21 36/8 37/1
39/14 43/5 52/1 59/1 61/8 65/16 81/17
126/12 126/13 127/11 135/9 136/9 138/10
142/18
willing [1] 64/9
window [1] 39/2
winter [2] 39/9 39/22
wise [1] 41/4
withdrew [1] 9/9
within [5] 24/4 59/6 61/11 80/9 135/4
without [10] 4/24 12/17 29/17 34/18 34/19
34/25 35/4 58/15 107/20 149/25
witness [32] 10/4 10/10 11/18 13/10 13/16
13/18 14/2 14/4 14/6 14/12 14/16 14/19
14/23 19/22 30/3 37/8 47/23 50/22 50/23
66/15 82/13 94/16 97/18 108/12 108/12
119/17 126/20 127/11 137/19 149/10
149/12 150/15
witness' [2] 10/7 14/14
witnesses [16] 5/7 5/7 5/9 5/13 5/14 7/10
7/12 10/24 12/10 13/13 14/8 14/11 15/11
15/14 127/10 130/3
woah [2] 50/19 50/19
woke [1] 58/8

**W**

wondering [1] 54/17
wood [26] 17/22 18/2 18/3 18/6 18/11 23/1
28/16 35/25 105/10 105/20 106/6 123/18
125/14 138/7 138/17 138/21 138/23 138/23
139/1 139/4 139/8 139/21 145/15 145/22
146/8 146/14
wooded [1] 103/8
Woodlands [1] 1/15
woods [1] 39/15
word [3] 94/13 94/16 94/21
work [21] 9/23 30/13 67/22 93/15 115/14
115/17 115/20 116/2 116/15 116/16 119/7
120/14 120/22 121/4 123/10 123/13 123/14
130/10 136/17 147/3 147/7
working [4] 10/17 16/10 80/15 123/12
world [3] 110/25 111/3 113/22
worse [4] 33/9 36/10 76/19 119/19
worth [6] 26/23 27/4 36/17 36/18 58/9
58/9
worthy [1] 15/10
would [117] 3/20 3/20 4/15 5/1 5/22 6/18
6/19 7/2 8/11 9/16 9/22 15/23 26/2 34/21
37/15 38/15 40/20 41/18 45/6 45/9 45/13
45/23 46/1 46/18 46/23 47/11 48/11 49/7
51/11 51/19 55/14 55/15 56/21 57/18 58/22
59/7 59/16 60/5 60/14 62/17 63/14 64/8
66/21 66/24 67/13 68/4 71/10 71/11 72/11
73/1 73/12 74/22 78/2 78/17 80/6 81/4
82/12 82/21 83/19 85/7 86/1 86/4 86/7
86/13 86/15 86/15 86/23 87/20 88/11 88/13
88/19 88/25 89/5 89/9 90/8 91/11 91/13
94/5 94/21 94/25 97/5 103/16 104/1 104/9
104/17 104/19 105/20 112/18 115/8 115/12
115/16 115/19 116/11 119/13 119/16
119/17 119/20 121/18 123/8 124/12 125/23
126/3 127/1 127/19 135/9 136/25 139/9
143/7 143/7 144/7 144/12 147/7 150/22
150/23 151/11 151/12 152/5
wouldn't [11] 18/24 58/16 82/6 104/10
104/10 111/7 112/20 114/23 121/17 121/18
122/22
wound [2] 8/22 8/23
written [2] 3/23 13/5
wrong [6] 31/8 82/15 118/5 118/8 141/3
141/7

**Y**

yard [1] 76/8
yards [4] 102/25 116/11 116/11 116/12
yeah [28] 30/8 30/8 40/1 47/17 52/12
52/23 52/25 53/19 54/1 61/18 68/6 68/15
77/10 88/18 90/3 90/9 98/14 98/15 99/10
100/1 102/18 104/12 104/14 108/22 110/15
114/12 117/9 117/15
year [10] 33/13 33/14 33/15 50/10 61/2
98/12 98/12 98/15 98/17 123/11
years [26] 6/24 17/16 19/10 33/3 33/20
40/21 46/15 48/23 49/6 58/6 61/1 63/10
63/12 66/6 67/2 68/12 68/14 98/24 102/10
102/11 107/24 110/20 118/24 119/10 122/4
151/22
yes [211]
yesterday [21] 2/4 3/5 7/20 7/24 8/21 9/5
15/22 16/19 20/22 21/18 22/12 23/22 24/13
26/25 28/25 30/12 30/15 30/18 32/16 34/8
35/12
yet [4] 2/2 20/2 35/21 112/12
you [805]
you'd [5] 62/14 62/14 106/8 114/21 116/10
you'll [25] 10/18 20/7 20/11 20/12 20/13
21/7 21/20 27/14 29/2 29/21 29/25 30/2
30/9 32/3 32/10 32/23 33/3 33/9 33/18

you're [50] 8/11 18/16 19/13 24/10 30/25
32/6 37/21 38/17 38/19 39/24 40/3 41/15
46/3 49/18 61/24 61/25 62/2 64/10 66/24
67/10 71/7 82/1 83/8 88/12 89/3 93/5 97/17
100/13 102/14 102/14 103/7 103/14 103/23
104/14 106/12 108/7 111/12 111/25 112/2
115/13 116/17 116/22 117/3 119/12 124/19
131/16 138/12 141/2 141/6 150/10
you've [16] 8/14 20/11 32/7 32/7 32/8 32/8
41/11 47/13 66/25 71/8 80/21 85/17 98/20
107/23 123/19 140/24
young [1] 40/18
Youngstown [1] 83/17
your [151] 3/8 3/10 3/13 3/13 3/17 3/19
5/13 5/14 5/16 5/21 6/5 6/14 7/3 10/18 11/3
11/14 11/17 12/10 12/15 12/16 13/17 16/1
16/4 19/21 19/21 20/6 27/14 27/21 28/2
31/22 31/25 35/15 36/23 37/9 37/16 38/4
39/15 40/1 40/22 41/5 42/4 43/2 43/15
43/16 44/10 44/10 44/10 44/12 44/17 45/6
45/10 46/3 46/10 46/10 47/24 48/19 49/16
50/17 50/21 51/13 51/20 52/4 52/19 53/10
53/22 54/9 54/25 55/7 56/5 56/15 56/24
58/21 59/19 59/21 61/19 61/21 65/8 65/19
65/20 66/22 67/7 68/7 71/7 71/24 72/21
73/17 73/24 77/15 77/24 79/13 80/10 81/11
81/16 81/22 82/6 82/13 82/17 82/23 82/24
83/1 84/18 85/19 86/24 90/11 90/18 91/10
92/3 93/3 93/6 93/8 93/24 94/8 94/10 96/5
96/9 102/12 103/17 103/20 108/14 118/10
123/1 124/17 125/3 125/11 126/9 126/21
127/7 127/11 127/22 129/8 129/17 129/25
130/1 130/20 132/13 132/23 133/23 134/9
134/20 140/9 140/17 141/19 141/22 142/2
143/11 143/21 146/4 149/5 150/11 150/13
152/2
Yours [1] 54/19
yourself [5] 37/15 48/11 66/21 141/25
142/4
yourselves [2] 15/8 15/13

**Z**

zero [3] 8/16 63/15 64/1
zoning [1] 70/7
ZOUHARY [1] 1/10