```
1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
2                        WESTERN DIVISION

3    OLD GRANITE DEVELOPMENT,     )  Docket No. 3:06CV2950

4    LTD.,                                              )

5            Plaintiff,           )  Toledo, Ohio

6            v.                   )  May 23, 2008

7    CITY OF TOLEDO,              )  Jury Trial

8            Defendant.           )

9    -----------------------------

10              TRANSCRIPT OF JURY TRIAL, VOLUME 5
              BEFORE THE HONORABLE JACK ZOUHARY
11               UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiffs:   Marvin A. Robon
                           Barkan & Robon
15                         1701 Woodlands Drive, Suite 100
                           Maumee, Ohio 43537
16                         (419) 897-6500

17   For the Defendant:    Robert J. Bahret
                           Bahret & Associates
18                         7050 Spring Meadows, W
                           Holland, Ohio 43528
19                         (419) 861-7800

20   Court Reporter:       Angela D. Nixon, RPR, CRR
                           1716 Spielbusch Avenue
21                         Toledo, Ohio 43624
                           (419) 260-5259

22

23   Proceedings recorded by mechanical stenography, transcript

24   produced by notereading.

25
```

```
1              THE COURT:  Let the record reflect we're in court

2    and with counsel.  Jury has not yet been called in.

3              Last evening The Court held a charge conference

4    with counsel and worked on the jury instructions, and we

5    are prepared to instruct the jury this morning.  I advised

6    counsel off the record that I did make some cosmetic

7    changes to the jury instructions, made one change to the

8    verdict form for the plaintiff and that was to add a phrase

9    for nominal damages with respect to the tree and bramble

10   removal, so that that's reflected in the potential verdict

11   for the plaintiff.

12             I also want to comment on the arguments

13   yesterday.  This court granted defendant's motion for

14   judgment as a matter of law on plaintiff's taking claims.

15   It was suggested that plaintiff's Section 1983 action might

16   survive citing the case of Becic, B-E-C-I-C, versus City of

17   Cleveland; however, that case, as well as other cases, made

18   clear that a Section 1983 claim, a plaintiff must prove an

19   underlying violation of a constitutional right, and refer

20   to the Howard versus Grinage, G-R-I-N-A-G-E, case, which

21   quotes the U.S. Supreme Court case of Daniels versus

22   Williams.  And therefore, I believe the judgment dismissing

23   both the taking and the 1983 claim is appropriate.

24             I will, counsel, provide you with an opportunity

25   to make any record with respect to the jury instructions as
```

1    read by me before I dismiss the jury.  I will turn to you

2    and say is there anything further counsel?  And if there

3    is, you may come up to the court reporter, I will meet with

4    you at her station and you can, for the record, made any

5    changes to the instructions that we discussed.

6          But I understand, Keith, you have some new

7    comments with respect to the instructions and if you want

8    to take the time now to put those in the record, you may do

9    so.

10          MR. WATKINS:  Thank you.  I should approach the

11   court reporter?

12          THE COURT:  No, right there now.

13          MR. WATKINS:  Simply for the record, we wanted to

14   incorporate all the arguments we made in response to

15   directed verdict.  In addition, as arguments previously

16   made in this case, the governmental immunity issue, we

17   would preserve and object for that reason.

18          In addition to that, the -- I have -- after our

19   conference in chambers, I've reviewed the answer filed on

20   behalf of the Defendant City of Toledo, and would indicate

21   that paragraph 6 of the affirmative defenses alleges that

22   the plaintiff -- the damages claim were the result of the

23   plaintiff's negligent conduct and not conduct of the City

24   of Toledo and paragraph 9 issued as a defense spoliation of

25   evidence.

1           Those are ones that I don't think were in the

2   jury instructions.  So for the record, we simply preserve

3   those.

4           THE COURT:  Anything further from plaintiff?

5           MR. ROBON:  No, Your Honor.

6           THE COURT:  Let's call the jury, please.

7           The record should also reflect that counsel

8   requested, and I have given them up to 40 minutes each for

9   closing.  Plaintiff reserving up to ten minutes for

10  rebuttal.

11              (Jury brought in at 8:15 a.m.)

12          THE COURT:  Good morning, ladies and gentlemen.

13  On your seats you will find a stack of papers.  I'm going

14  to ask you to turn them over, and the first one on top

15  should read "jury instructions before closing arguments."

16  And if you'll look at me, I'll know that you've found them.

17  Okay.  And I'm going to ask you to follow along with me as

18  I read them with you.

19          Members of the jury, it is now my duty to

20  instruct you on the law that applies to this case.  Court

21  and the jury have separate functions.  You decide the

22  disputed facts and I give the instructions of law.  It is

23  your sworn duty to accept these instructions and to apply

24  the law as it is given to you.  You are not permitted to

25  change the law or to apply your own idea of what you think

1   the law should be.

2          The next page is a table of contents.  This may

3   help you because these will go back with you to the jury

4   room for deliberation, so we'll skip over and go to what is

5   marked page 1, "burden of proof" at the top.

6          The person who claims that certain facts exist

7   must prove them by a preponderance of the evidence.  This

8   duty is known as the burden of proof.  The burden of proof

9   is on the plaintiff, Old Granite Development, to prove the

10  facts necessary for its case by a preponderance of the

11  evidence.  Preponderance of the evidence is the greater

12  weight of the evidence.  That is evidence that you believe,

13  in your mind, outweighs or overbalances the evidence

14  opposed to it.  A preponderance means evidence that is more

15  probable, more persuasive, or of greater probative value.

16  It is the quality of the evidence that must weighed.

17  Quality may or may not be identical with quantity or the

18  greater number of witnesses.

19         In determining whether an issue has been proved

20  by a preponderance of the evidence, you should consider all

21  the evidence, regardless of who produced it.  If the weight

22  of the evidence is equally balanced, or if you are unable

23  to determine which side of an issue has the preponderance,

24  the party who has the burden of proof has not established

25  such issue by a preponderance of the evidence.

1        Evidence is all the testimony received from the

2   witnesses including:  Depositions; any exhibits admitted

3   during the trial; any facts stipulated or agreed to by

4   counsel; and any facts that The Court requires you to

5   accept as true.

6        Evidence may be direct or circumstantial or both.

7   Direct evidence is the testimony given by a witness who has

8   seen or heard the facts to which he or she testifies.  It

9   includes exhibits admitted into evidence during the trial.

10       Evidence may also be used to prove a fact by

11  inference.  This is referred to as "circumstantial

12  evidence."  Circumstantial evidence is the proof of facts

13  by direct evidence from which you may infer other

14  reasonable facts or conclusions.  For example, if a witness

15  testified that he saw it raining outside and you believed

16  him, that would be direct evidence that it was raining.  If

17  someone walked into the courtroom wearing a raincoat

18  covered with drops of water and carrying a wet umbrella,

19  that would be circumstantial evidence from which you could

20  conclude that it was raining.

21       You may infer a fact or facts only from other

22  facts that have -- that have been proven by a preponderance

23  of the evidence.  You may not make one inference from

24  another inference, but you may draw more than one inference

25  from the same facts or circumstances.

1      Direct evidence and circumstantial evidence are

2  of equal weight.  Evidence does not include the pleadings

3  or any statement of counsel made during the trial, unless

4  such statement was an admission or stipulation as to

5  certain facts.  The opening statements and the closing

6  arguments of counsel are designed to assist you.  They are

7  not evidence.

8      Statements or answers ordered stricken, or to

9  which The Court sustained an objection, or that you were

10  instructed to disregard are not evidence and must be

11  treated as though you never heard them.  You must not guess

12  why The Court sustained the objection to any question or

13  what the answer to such question might have been.  You must

14  not consider as evidence any suggestion included in a

15  question that was not answered.

16      You are the judges of the facts, the credibility

17  of the witnesses, and the weight of the evidence.  To weigh

18  the evidence, you must consider the credibility or

19  believability of the witnesses.  You will use the tests of

20  truthfulness that you use in your daily lives.  These tests

21  include the appearance of each witness upon the stand; his

22  or her manner of testifying; the reasonableness of the

23  testimony; the opportunity he or she had to see, hear and

24  know the things concerning which he or she testified; his

25  or her accuracy of memory; frankness or lack of it;

1    intelligence, interest, and bias, if any; together with all

2    the paths and circumstances surrounding the testimony.

3         Use these tests and assign to each witness'

4    testimony such weight as you think proper.  You are not

5    required to believe the testimony of any witness simply

6    because he or she was under oath.  Nor are you required to

7    accept testimony which is uncontradicted.  You may believe

8    or disbelieve all or any part of the testimony of any

9    witness.  It is your duty to determine what testimony is

10   worthy of belief.

11        Some guides for evaluating the testimony include:

12   Was the witness able to clearly see or hear the events?

13   How good was the witness' memory?  Was there anything that

14   may have interfered with the witness' ability to perceive

15   or remember the events?  How did the witness act while

16   testifying?  Did the witness have any relationship to

17   either party, or anything to gain or lose from the case

18   that might influence the witness' testimony?  Was the

19   witness' testimony supported or contradicted by the other

20   evidence that you found believable?

21        If statements in prior deposition testimony

22   differ from the courtroom testimony given by the same

23   witness, you may consider them to test the credibility of

24   that witness.

25        You may not discriminate between a business

1    organization, such as plaintiff, and a government entity

2    such as defendant.  Both are persons in the eyes of the law

3    and both are entitled to the same fair and impartial

4    consideration.

5           Since an organization can act only through its

6    employees or other agents, the burden is on plaintiff to

7    establish, by a preponderance of the evidence, that the

8    conduct of one or more employee or agent of defendant was a

9    proximate cause of any damages sustained by plaintiff.

10          Any negligence or trespass of an employee or

11   agent of the City of Toledo in the performance of his or

12   her duties, is attributable to the City of Toledo.

13          An expert witness is one who, through study or

14   experience or both, has acquired skill that makes him or

15   her better qualified than the layman to form an opinion in

16   question.  For example, to enable you as jurors to

17   determine whether defendant is negligent, it is necessary

18   to have experts testify as to both the appropriate standard

19   of care that defendant should be held to and their opinions

20   whether defendant's conduct amounted to a deviation from

21   this appropriate standard.  Such opinions are also required

22   to aide you to determine whether any such deviation from

23   the appropriate standard of care was a proximate cause of

24   plaintiff's alleged damages.  This does not mean, however,

25   that you are to consider yourselves bound by the opinion of

1    any expert.  Where the opinions are in conflict, it is for

2    you, as trier of fact, to determine which is the more

3    worthy of belief.

4              In such a case, in determining what is the

5    greater weight of the evidence, you should not content

6    yourselves with a mere counting of the number of witnesses,

7    but should consider relative qualifications, credibility,

8    and believability.  In this trial, expert witnesses may

9    have advanced opinions based on the testimony of other

10   witnesses in the case, or based assumed facts that the

11   evidence tends to establish.  It is for you, as jurors, to

12   determine whether the facts on any such opinions are based

13   have been established.  The value of any expert's opinion

14   is no stronger than the facts on which it was based.

15             In the course of this trial, counsel have also

16   put to expert witnesses certain questions known as

17   "hypotheticals."  With such a question, the expert is

18   required to assume to be true a statement of facts that

19   might or might not the apply in the dispute involved in

20   this case.  The asking of such a question does not indicate

21   that the facts so required to be assumed apply to this

22   case.  It is for you to determine whether or not they do

23   apply, and if they do not, to determine the effect or value

24   of the answers given in light of the nonapplicable facts.

25   If there is no evidence of a single fact on which the

1  question is based, the opinion given in the answer is not

2  entitled to receive any weight.

3         A number of exhibits, including videos and the

4  testimony related to them have been introduced.  You may

5  consider whether the exhibits are the same objects and in

6  the same condition as originally taken by the parties.  You

7  will determine what weight, if any, the exhibits should

8  receive in light of all the evidence.  This concludes the

9  general instructions on certain preliminary matters,

10  including the burden of proof, evidence, and the

11  credibility of witnesses.

12         I will now give you the instructions of law on

13  the specific issues in this case.  Plaintiff claims

14  defendant was negligent in surveying and staking the

15  property line between the railroad right-of-way and the

16  Cambridge subdivision; that defendant's employees or agents

17  trespassed on plaintiff's property; and that trees and

18  brambles were removed from plaintiff's property, thereby

19  exposing the lots to an active railroad track and

20  diminishing the value of the Cambridge subdivision.

21         Plaintiff also claims defendant was negligent in

22  authorizing Ric Man Construction to sever the drain and

23  pipe and in doing so caused accumulation of water on

24  certain lots in the Cambridge subdivision.

25         Defendant claims it properly staked the property

1   line and that the trees and brambles removed were on

2   railroad property where the city had permission to work.

3            Defendant also claims the decision to sever the

4   drainage pipe was not negligent and that it did not cause

5   accumulation of water on the Cambridge subdivision lots.

6            Plaintiff has two claims, negligence and

7   trespass.  With respect to the removal of trees and

8   brambles, plaintiff must prove these were located on

9   plaintiff's, not railroad, property.  Trespass claim:

10  Plaintiff claims defendant trespassed on certain lots.  To

11  establish this claim, plaintiff must prove by the greater

12  weight of the evidence that one is, plaintiff was in

13  possession of the properties; two, defendant entered upon

14  plaintiff's property without permission from plaintiff; and

15  three, proximately caused damage to plaintiff's property.

16           The measure of actual damages is the reduction in

17  the value of the property resulting from the trespass.

18  Even if plaintiff fails to prove actual damages, plaintiff

19  is entitled to nominal damages for trespass.  If you find

20  in favor of plaintiff on the trespass claim, but find that

21  plaintiff failed to prove damages by the greater weight of

22  the evidence, you may award nominal damages.  "Nominal"

23  means trivial or small.

24           Negligence claim:  Plaintiff claims defendant was

25  negligent in staking the property line between the railroad

1  right-of-way and plaintiff's property and in instructing

2  Ric Man Construction to sever the drainage pipe.

3  Negligence is a failure to use reasonable care.  Every

4  person is required to use reasonable care to avoid injuring

5  another's property and is liable for damages if its conduct

6  causes damage.

7         I will next define the meaning of several terms.

8         Negligence is the failure to use reasonable care.

9         Reasonable care is that degree of care which a

10  reasonably careful person would use under like

11  circumstances.

12         Negligence may constitute either in doing

13  something that a reasonably careful person are not to do

14  understood the circumstances or in failing to do something

15  that a reasonably careful person would do in underlying

16  circumstances.

17         In determining whether a party used reasonable

18  care, you will consider whether it ought to have foreseen

19  under the circumstances that the natural and probable

20  result of an act or failure of an act would cause some

21  damage.  The test for foreseeability is not whether a party

22  should have foreseen damage exactly as it happened.  The

23  test is whether under all the circumstances, a reasonably

24  prudent person would have anticipated that damage was

25  likely to result to someone from the act or failure to act.

1    If a party, by the use of reasonable care, should have

2    foreseen some damage and should have acted, or if it did

3    act, should have taken precautions to avoid that result,

4    then the performance of the act or the failure to take such

5    precautions is negligence.

6          A party who seeks to recover for damage must

7    prove not only that the other party trespassed or was

8    negligent, but also that such conduct was proximate cause

9    of the damage.  Proximate cause is an act or failure to act

10   that in the natural and continuous sequence directly

11   produces the damage, and without which, it would not have

12   occurred.  Cause occurs when damage is the natural and

13   foreseeable result of the act or failure to act.

14         Plaintiff's proof must establish the causal

15   connection between any negligence or trespass and any

16   damage.  In other words, plaintiff's proof must establish

17   that it is more likely than not that the damage complained

18   of was proximately caused by defendant's negligence or

19   trespass.

20         A party is not responsible for damage to another

21   if its negligence is remote -- I'm sorry -- is a remote

22   cause and not a proximate cause.  A cause is remote when

23   the result could not have been reasonably foreseen or

24   anticipated as being the likely cause of any damage.

25         For each of plaintiff's claims, plaintiff bares

1    the burden of establishing its damages by a preponderance
2    of the evidence, with the exception of nominal damages for
3    its trespass claim as the earlier instruction indicated.
4    You will determine from the preponderance of the evidence
5    an amount of money that will reasonably compensate
6    plaintiff for the actual damage proximately caused by
7    defendant's conduct under each claim that plaintiff proves
8    by a preponderance of the evidence.
9            You will consider economic damages.
10   Specifically, plaintiff claims the lots in the Cambridge
11   subdivision were diminished in value by defendant's
12   conduct.  The measure of damage which you will apply is the
13   diminished fair market value of the property, as shown by a
14   preponderance of the evidence.  The fair market value is
15   the price the property would bring if offered for sale in
16   the open market by an owner who desired to sell it, but was
17   under no necessity or compulsion to do so, and when
18   purchased by a buyer who desired to buy it, but was under
19   no necessity or compulsion to do so -- each having
20   knowledge of the pertinent facts concerning such property.
21           If you find the damages are such that the
22   property can be restored to its original condition, then
23   the owner may recover the reasonable cost of these
24   necessary repairs.  If, however, these repair costs exceed
25   the difference in the fair market value of the property

1    immediately before and after the damage, then this

2    difference in value is all that plaintiff may recover.

3           Damages must be reasonable.  If you should find

4    that plaintiff is entitled to a verdict one or more of its

5    claims, you may award only such damages as will reasonably

6    compensate it for such damage as you find, from a

7    preponderance of the evidence in the case, that it has

8    sustained as a proximate cause of defendant's wrongful

9    conduct.

10          You are not to award speculative damages; that

11   is, you are not to include compensation for prospective

12   loss, which, although possible, is not reasonably certain

13   to occur in the future.

14          Defendant claims plaintiff failed to mitigate its

15   damages.  If defendant proves by a preponderance of the

16   evidence that plaintiff did not make reasonable efforts

17   under the facts and circumstances in evidence to lessen

18   damages by failing to plant new trees or vegetation after

19   their removal, then you should not allow damages that could

20   have been avoided by the exercise of reasonable diligence.

21   Plaintiff, however, is not required to take measures that

22   would involve undue risk or burden.

23          Next, I will walk you through the verdict forms

24   and the interrogatories.  And I'm going have you --

25   hopefully, you're at the last page of that document.  If

1   so, set it down or aside and pick up the next stapled set,

2   which the top page should read the caption of the case and

3   say "interrogatory number 1," and if you look at me, I'll

4   know you're there.  Thank you.

5           There are several interrogatories, ladies and

6   gentlemen, for you to use in your deliberations.  And we'll

7   go through them one by one.  Interrogatory number one asks

8   you to answer:  Did plaintiff prove by a preponderance of

9   the evidence that defendant was negligent in the removal of

10  trees and brambles from Cambridge subdivision property?

11  And there's a space for a yes or no.  You may circle it or

12  check it, just clearly indicate which your answer is.

13  There is a space on that form for all ten of you to sign,

14  and all ten of you must agree on the answer to this

15  interrogatory and to all the interrogatories.

16          At the bottom of the page as with all the pages

17  on the interrogatories will be further instructions on what

18  to do next.  So once you answer this question, you then go

19  to the bottom of the page and it says if the answer of all

20  jurors is yes, proceed to interrogatory number 2.

21  Otherwise, skip interrogatory number 2 and proceed to

22  interrogatory number 3.

23          So let's continue to number 2, assuming for the

24  moment you've answered yes, you would then go to number 2.

25  And it reads:  Did plaintiff prove by a preponderance of

1    the evidence that this negligence -- and that's referring
2    to interrogatory number 1 -- proximately caused damage to
3    the Cambridge subdivision?  Again, a space for yes or no, a
4    space for all ten jurors, and then you proceed to
5    interrogatory number 3.

6              If you had answered no to interrogatory number 1,
7    you would have skipped number 2 and already been to
8    interrogatory number 3, which reads:  Did plaintiff prove
9    by a preponderance of the evidence that defendant was
10   negligent in instructing Ric Man Construction to sever the
11   drainage pipe?  Again, yes or no?  Again, ten lines, and
12   again, at the bottom instructions to tell you what to do
13   next.  If the answer of all jurors is yes, proceed to
14   interrogatory number 4.  Otherwise, skip interrogatory
15   number 4 and proceed to interrogatory number 5.

16             Interrogatory number 4 reads:  Did plaintiff
17   prove by a preponderance of the evidence that the
18   negligence was -- again, it's referring to interrogatory
19   number 3 -- proximately caused damage to the Cambridge
20   subdivision?  Yes or no.  A line for each of you, then
21   proceed to number 5.

22             Number 5 reads:  Did plaintiff prove by a
23   preponderance of the evidence that defendant entered upon
24   the Cambridge subdivision property without permission from
25   plaintiff?  This is the trespass claim.  Yes or no, ten

1    lines, instructions at the bottom read, if the answer of

2    all jurors is yes, proceed to interrogatory number 6,

3    otherwise, skip interrogatory number 6 and proceed to the

4    appropriate verdict form.

5         Let's read number 6.  Did plaintiff prove by a

6    preponderance of the evidence that this trespass caused

7    actual damage to plaintiff's property?  Yes or no.  Ten

8    lines, bottom instruction, proceed to appropriate verdict

9    form.

10        The last two pages in this are the verdict forms

11   in this case.  One is the verdict form for plaintiff.  One,

12   the verdict form for defendant.

13        And in no particular order, we'll start with the

14   verdict form for plaintiff.  State the total amount of

15   actual damages, if any, proximately caused by defendant's

16   removal of trees and brambles from plaintiff's property or

17   nominal damages, if any.

18        So depending upon how you answered the

19   interrogatories, you may or may not be filling in a number

20   on this first line.

21        State the total amount of actual damages, if any,

22   proximately caused by defendant's diversion of water onto

23   plaintiff's property.

24        Again, depending upon how you answered the

25   interrogatories, you may or may not be putting a number on

1   this line.  If you do have a number on both of these lines,

2   then the total dollar amount line, the third line,

3   should -- I hope it's clear -- equal the two lines above

4   it.  But you may have a zero on one line and a number on

5   the other.  I don't know.  Again, a space for all ten of

6   you to sign on this page as well.

7           Verdict for defendant is the last form in this

8   stack of papers, and it reads:  We the jury, duly impaneled

9   and sworn, find in favor of defendant.  Ten lines, and

10  then, obviously, no lines for dollar amounts because

11  there's no award with this form for the plaintiff.

12          You will have, each of you, your own set of this

13  with you in the jury room.  There will be a set for you to

14  complete that Carol will give you.  It will be in a brown

15  envelope and that's the set that should be signed.  You

16  only need to sign one set, not all of these, and that's the

17  one that you'll return in an envelope to Carol at the end.

18          We are now ready for the closing arguments of

19  counsel.  I remind you that these statements are not

20  evidence, but rather an opportunity for the lawyers to tell

21  you what they believe the evidence has been in support of

22  their respective positions.  And since plaintiff has the

23  burden of proof, plaintiff gets the first and last word.

24          And the floor is yours.

25          MR. ROBON:  Thank you, Your Honor.

1          Good morning.  This is the time in the trial

2     where I have an opportunity to summarize what I think that

3     we have proven during this week.

4          THE COURT:  Marvin, I'm sorry.  Either voice up

5     or mic or swing that other mic around.

6          MR. ROBON:  This is the time where my job is to

7     point out the key elements of what our case is about, how

8     we've brought it together.  We have to prove -- the

9     burden's on us.  We have to prove that certain things

10    happened.  We have to prove that there was a trespass, we

11    have to prove that there was damage result of the trespass,

12    which is the removing the brambles and the trees.  We have

13    to prove that the city was negligent in severing the

14    24-inch drainage pipe and that we suffered damage as a

15    result of it.

16         You may ask yourself why are we here in federal

17    court?  One of the reasons that -- is that when government

18    activities take place, you can make claims outside of state

19    court so that you don't have the influences of local

20    politicians and things like that.  So in federal court the

21    plaintiff is at a disadvantage because the federal laws

22    require all of the jurors to unanimously agree on a

23    verdict.  In state court in Ohio, only three-fourths of the

24    jurors have to agree.  But in this case, we chose federal

25    court because we think we have a very strong case, and we

1    think that a variety of people like yourselves from all

2    over northwest Ohio wouldn't be influenced by the City of

3    Toledo.

4              It's interesting that we're coming up on Memorial

5    Day weekend, you know, when we honor soldiers, people who

6    have given their lives for our country.  And when the judge

7    read the instruction to you originally, when you first got

8    here, he talked about your duty as a juror and the

9    responsibilities that go with it.  And being a juror is one

10   of the most important things in our civil system, because

11   what it does, it separates the government from the people,

12   and it keeps the government in check from taking advantage

13   of people.  It's like an eminent domain case.  I try a lot

14   of eminent domain cases where if they widen the highway or

15   something -- and had one last year, Mrs. Labinski, they put

16   Route 2 within about 10-foot of her front door and said

17   there was no damage to her house.  Well, the jury didn't

18   believe that.  But The Court system gives the individual

19   the opportunity to seek redress against government

20   activities.

21             The evidence in this case, I think, is crystal

22   clear.  The first thing I want to talk about, I guess, is

23   the severing of the pipe.  I have in front of me Exhibit B

24   5 -- I'm sorry, Exhibit 45.  It was showing up better

25   before.  Right here is where this manhole is shown on the

1   railroad plans, and it shows that the drainage pipe comes

2   over to this ditch.  It also shows that the two other pipes

3   go into the manhole here.  So I don't think there's much

4   question that with these plans, an engineering department

5   or the City of Toledo should have recognized that that pipe

6   did go someplace, and it -- just severing it and make the

7   decision to sever it before they even dug it up is shocking

8   to me.

9          And one of the things that the defense is going

10  to talk about, they're going to give you what I call

11  excuses.  First, they're going to say Mr. Huber from the

12  Wood County engineer's office said the water ran the other

13  way.  So what?  It's not his job.  He said he had no

14  authority on railroad land, no authority on private

15  property.  It's the city's job.

16         The next thing they're going to say, well, even

17  if we did cut it, it was clogged full of mud.  Where are

18  the photographs?  We heard from three different city people

19  who went and looked into that manhole.  One said it had

20  garbage in it and that was Ric Man Construction.  It had

21  garbage in it.  The second guy from Ric Man said it had

22  water in it.  The third first said it was full of mud.  Did

23  it have all three?  I don't know.

24         Then we talk about the next excuse.  Laskey and

25  Mr. Taylor didn't pay their taxes.  And they said they

1    didn't pay them, I think, for five years.  Well, that's not

2    true.  And I think you all -- when you get your tax bills,

3    you recognize that you're paying taxes for the prior year,

4    so when they didn't pay their taxes in 2004, the second

5    half, that was really for the second half of 2003, because

6    your taxes right now, your next tax bill is going to come

7    out most likely is for 2007.

8         They're going to say no lots were selling in the

9    subdivision.  True.  True.  But I analogize that to

10   Mr. Taylor having broken his arm, and he can't work for a

11   short time, and then someone comes along and cuts his arm

12   off.  There was no way today, when this subdivision -- that

13   anybody is going to buy a lot without corrective action,

14   just not going to happen.

15        And then they're going it say, well, we didn't go

16   back and plant any trees.  No, we didn't, because we went

17   back one day, one day -- and that's all you heard about is

18   we covered up the evidence.  Well, we uncovered it.  And

19   then the city surveyor never went back, ever, and looked at

20   the evidence, the defendant's own evidence, Exhibit B-2,

21   never went back and looked at the brush and the brambles

22   that you can see here to see where they were.

23        The other thing, the drawings that the city did,

24   you'll have them.  Take a good look at them.  They're not

25   signed.  They're not sealed.  There's no scale.  And by

1   scale, I mean quarter inch equals a foot or quarter inch

2   equals 30 feet.  There's no date on them.  And most

3   interestingly, there's no brambles or trees shown.  All it

4   is, is a sketch.

5          And think about this, the gentleman that was on

6   the witness stand from the city, he's the guy that screwed

7   up originally.  And it would be like a doctor in a

8   malpractice case saying, no, no, I'm an expert, this didn't

9   happen.

10          We have an expert who came in from Findlay, Ohio

11  who did a drawing and a survey he signed it, it's sealed,

12  it's got a scale on it.  This is unrefuted.  Where is the

13  city's expert?  They didn't have one.  They just had a city

14  employee.

15          Then on the severing of the pipe, there's another

16  excuse, the subdivision flooded beforehand.  Well, you

17  heard Mr. Jenkins, who they called, who was the engineer

18  from Peterman who designed the subdivision, in five years

19  after the subdivision was built, he was never called once

20  about any problem with flooding on the subdivision.  Yes,

21  Mr. Laskey in his deposition said there was some ponding,

22  but guess what?  Mr. Laskey can't hear.  And if you read

23  his deposition, you'll look at some of the answers and

24  think, where did that come from?  And he's proud, he needs

25  hearing aides.  He does wear them sometimes.  I -- I

1   sympathize with him, but there was no flooding on this

2   subdivision prior to the city severing of that pipe.

3          MR. BAHRET:  Objection, Your Honor.

4          THE COURT:  This is argument of counsel, and I've

5   instructed the jury that this is not evidence, and they can

6   rely on the evidence in the case, unless there's some

7   specific objection you want to make with me.

8          MR. BAHRET:  Sounded to me like he was

9   testifying.

10          THE COURT:  I've already instructed the jury that

11   comments of both counsel are not evidence in the case.

12          MR. ROBON:  When we look at this drawing and we

13   just think logically, we don't have to be experts, we think

14   logically, we have water, the testimony has been it drains

15   down this way.  This is the lowest area within a mile.

16   Water goes down hill.  We all know that.  Well water goes

17   into this pipe.

18          Which interestingly, Cindy Soncrant didn't even

19   know existed.  As many times as she was out there, she

20   didn't know it existed.  It became if it gets into this

21   pipe and it's draining down here, it's got to go someplace.

22   And what it's doing, it's going right back up in here.

23   What has to happen is that that pipe cannot any longer be

24   reconnected.

25          They put a person on the witness stand

1    yesterday -- I think it's their Exhibit K -- that they said

2    that the pipe, the catch basin was so deep, Mr. McCarthy

3    says there's no way, without removing that 55 or 66-inch

4    pipe, they could ever run a line.  Even they wouldn't give

5    us permission any way.

6            Think about this:  The last day, after two years,

7    they come back and say, well, this can be fixed this way.

8    Why haven't they done it in two years?  They're not going

9    to do it.  They're -- they never intended to do it.

10   They're denying all responsibility here.  So what we're

11   going to have to do is, we're going to have to cure it out

12   this way someplace.  And it's going to cost a lot of money

13   to do that.

14           Now, one of the interesting things is

15   Mr. Stawinski came in and said there was a $355,000

16   reduction in value of the subdivision lots, but he had

17   about a $600,000 value of the lots, not the house, just the

18   lots, after this happened.

19           Mr. Dominee, the city's appraiser, came in and

20   said this here is the actual value of not only the lots,

21   but the house.  And he said the reduction was only $20,000.

22   When he subtracted the house, he used the present value.

23   He said the house is worth 310,000, but in his formula, he

24   had to discount it because you may have to carry it for a

25   year or so.  So what he did is, he says the lot's actually

```
 1    only worth $338,500.  And if that's the case, I mean, we
 2    rely on part of the plaintiff have been damaged.
 3              How many of you watch David Letterman?
 4              MR. BAHRET:  Objection, Your Honor.
 5              MR. ROBON:  Nobody?
 6              I stole something from him.  He uses the top ten
 7    list of what he does and has a different one every night
 8    and I'm a night owl.
 9              The City of Toledo made a mistake in its survey.
10    I think we've clearly proven that.  There was no reason to
11    cut the trees all the way up to what the city thought the
12    property line was.  Couldn't they have stayed 5 feet away?
13    10 feet away?  If they would have stayed five or 6 feet
14    away, other than for cutting of the pipe, we wouldn't be
15    here, because they encroached five to 6 feet.  But in that
16    five to 6 feet, the brambles were thick, and not only
17    thick, they hung over several feet up in the air.  There
18    was no reason for the city to get so close that they
19    trespassed upon our property.  There's just no reason for
20    it.
21              The city didn't even show the Cambridge
22    subdivision on its plans.  Why not?  Why not show that
23    there are houses and lots backing up to this property?
24    It's not like it, you know, it was up against the hospice
25    which we heard about or the W.W. Knight Preserve.  You
```

1    know, those were all woods.  So if they took out a few

2    extra trees there, didn't mean anything.  The city spent

3    $50 million on this project, but it ignored the harm that

4    it caused to the plaintiff.

5            The city's making a huge profit on this project.

6    They're selling the water, that's why that project is in

7    there.  It's not a municipal service for the citizens of

8    Toledo exclusively.  They're selling water in Wood County

9    and making money.  It's a business.  The city paid CSX

10   2.1 million for a right of way.

11           How much it would have cost to dig that pipe

12   three or 4 feet deeper?  I asked everybody and no one would

13   give me an answer.  My guess, probably, a thousand dollars

14   or less.  But they just chose not to do it.

15           The city ignored warnings from both the Wood

16   County engineer -- I'm not sure, but I think it goes this

17   way -- and John McCarthy, who was an engineer.  McCarthy

18   said to them e-mails, don't let this happen.  And they

19   ignored it.  The city abused its power and it hurt the

20   plaintiff financially.

21           You think about a beautiful subdivision that that

22   was -- it was like an encampment, surrounded by beautiful

23   foliage, fences, trees and then the starkness.  And when

24   you think about the starkness, you stand in front of

25   Mr. Stawinski's driveway -- let me find the photo here --

1   and you look out and all you see are railroad tracks or

2   worse yet, you see a train.  And looking at that, nobody's

3   going to buy a lot, you know, unless you're going to put a

4   very small house on it.

5          And then lastly, the plaintiff has been damaged

6   financially by both the trespass and the flooding, and the

7   city just doesn't care.  They refused to accept

8   responsibility.  And then you ask yourself, Mrs. Soncrant

9   is here, where are the city administrators who knew about

10  all this?  They're dodging.  They don't want to face this

11  jury.  They sent her to take the blame.

12         Now, if you agree with what we've said, then

13  there'll be an issue of damages.  And damages are not to

14  make the plaintiff have a profit or anything like that,

15  damages are to give the plaintiff -- put them back in the

16  position that they were in.  And I look through all of

17  these things and these are not to be totaled, these are

18  alternate type things, but the one undisputed damage is the

19  house on lot 15.

20         Would you pull that -- that first one, there we

21  go.

22         Exhibit Number 93 -- this has way too much of a

23  zoom on it -- this is lot 15 which is where the house is,

24  and you look at the size of the tree stumps that were cut

25  right up against the railroad fence and the testimony is

1   that that railroad fence was on the property of Old

2   Granite, pushed over.  When you take a look and you see

3   diminishment of value of the spec home on lot 15, the cost

4   was 539, 000.  Mr. Domini said it's worth 310 today, up

5   here at a discount, I think he had it at 248, but there is

6   no dispute about that amount.  That house has really lost

7   its value.  McCarthy said he'd pay 275 for it.  But that's

8   the first element of damages.

9          Then what is the damage to the subdivision itself

10  by the cutting of the trees?  Mr. Keesey had a number of

11  335.  The judge instructed you that if we can cure a

12  problem, then we have a duty to do that.  We brought in

13  Mr. Herrett, they did not bring in an arborist.

14  Mr. Herrett said one important thing, you can't plant trees

15  where there's water.

16         Number two, you're going to have to bring top

17  soil in.  His estimate to replace the trees was $134,000,

18  but he said they were only five or 6-foot tall, and it

19  would take ten years for them really to be replaced.  And

20  he put a value of $33,500 per lot that was affected, and he

21  said there were five lots across the street that were

22  affected because they look at it just like Mr. Stawinski

23  looks at it.

24         So -- and then you take Mr. Jenkins said top soil

25  was about 20 yards -- 20-dollar a yard.  If you build a

1    wall 9-feet high, 10-feet wide, roughly 500-feet long, it's

2    45,000 cubic feet divided by yards.  There's 27 cubic feet

3    in a yard, you multiply it out, you got 33,000.  If you

4    build a bigger wall, a mound, you've got to have a bull

5    dozer, you know, there's going to be extra expense, but

6    this item and this item and this item go together or it's

7    this item.

8           And then we talk about how do we solve the water

9    problem?)  There are three different things that were

10   spoken of.  Mr. Huber said it would cost roughly $200,000

11   for a pumping station.  We may not be able to do that

12   because we would have to get permission from CSX.  They may

13   just say no.  In addition to that, we would have to get

14   permission from the adjacent property owner where that

15   manhole is.  They can say no or they can say, you know,

16   give us 25,000, 50,000, otherwise, we're not going to let

17   you do it.  So we looked at putting a separate line out to

18   River Road, the estimate was $200,000.  There's no contrary

19   estimates from the City of Toledo.  The City of Toledo

20   didn't bring an engineer in here and say that could be done

21   for 150 or 120 or anything like that.  They didn't do that.

22          Then the question is, will a retention pond be

23   necessary?  You heard the city's own expert Todd Jenkins

24   say very well could.  They don't want all that water

25   rushing into the rivers and creeks, you know, as the rain

1    comes very fast.

2            You heard Mr. Laskey talk about the cost of

3    canceling the auction, paying for the brochures, and so

4    forth.  The auction was canceled because who is going to

5    buy a lot and what reputation would the subdivision when,

6    you know, dozens or hundreds of people come out and they

7    see something like this?  Nobody, just not going to happen.

8            So when you talk about damages, you have one

9    element here or here, and you have the second element, the

10   spec home damages.  And then you have the third element,

11   the ponding of the water.  And then you have, you know, a

12   few dollars on the expenses for canceling the auction, but

13   that's minor.  I put other things down here, interest

14   expense, I know, it's questionable.  I didn't put a dollar

15   figure, a couple of years taxes, questionable.  I didn't

16   put a dollar figure.  But when you add these numbers up,

17   we're talking about significant dollars, but you're talking

18   about a subdivision that $2 million was spent on the thing,

19   and there have only been eight lots sold.  And if you look

20   at what Mr. Domini says, the whole thing is only worth

21   338,850.  Somebody has really been harmed here.

22           The Court already indicated to you in

23   instructions that if the city directed the contractors to

24   do certain things to sever the pipe or to cut the trees,

25   the city's responsible.  They have the liability.  When you

1   deliberate, you'll ask yourselves why are we here?  And the

2   reason you're here is the City of Toledo administration,

3   the Finkbeiner administration simply says no, the hell with

4   you.  We are not going to pay.  We didn't do this and we

5   think we have defenses --

6           MR. BAHRET:  Your Honor, I object to this.

7           THE COURT:  I'm going to sustain that objection.

8   I'll have the jury disregard that comment of counsel.

9           MR. ROBON:  Thank you, Your Honor.

10          The city government has simply felt they had

11  enough excuses to take the case to a jury and try and

12  convince you folks --

13          MR. BAHRET:  I object to this also.

14          THE COURT:  Lets keep our focus on what the

15  evidence -- what you believe the evidence is, please.

16  Thank you.

17          MR. ROBON:  Thank you, Judge.

18          The -- but what you heard from the witness stand

19  from the defense, you heard excuses.

20          And think about this, we brought our appraiser

21  in.  They brought one in.  Their appraiser says the thing

22  is worth less than our appraiser.  Although our appraiser

23  says it was worth a lot more before the brambles and trees

24  were cut down.  We brought an arborist in.  They didn't

25  bring anybody in.  We brought an outside licensed engineer

1    surveyor in -- or I'm sorry, surveyor.  They didn't.  The

2    cost of getting a survey is probably $2,000.  Why not?

3    Because they didn't want any other third party to confirm

4    what Mr. Nye did.

5            And then they say, you know, we covered up -- we

6    covered up the mud.  Well, we then went back and exposed

7    the roots so everybody could see.  And then they kind of, I

8    felt, accused that somehow we had a bulldozer over there

9    and were picking up the tree stumps and the roots and were

10   moving them.  I was kind of surprised by that attitude of

11   the city.  They know darn well that those roots and trees

12   where they were originally.

13           But these are the things that you'll have to take

14   into consideration when you go into deliberations.  We hope

15   that you will find for the plaintiff.  I'll have an

16   opportunity to address you again after Mr. Bahret gives you

17   the city's side of the case.

18           Thank you.

19           THE COURT:  Thank you.

20           Bob?

21           MR. BAHRET:  Good morning.  Please The Court,

22   counsel, ladies and gentlemen.

23           This is my opportunity to tell you what I think

24   the evidence showed and also to talk to you about some of

25   the matters that Mr. Robon just discussed.  I hope you

1  understand that he gets an opportunity to come up here

2  after I speak, and I'm not even allowed to respond.  I'd

3  ask you and your wisdom, you probably can figure out what

4  sort of things I'd say and keep that in mind.  I'm not

5  allowed to respond to that final argument.  The judge

6  already told you he gets the last word, and it's because he

7  has the burden of proof.  And the city does not.  And

8  that's the law's way of kind of evening up the scales, give

9  somebody the last word, it's a powerful tool.

10          Now, with that in mind, you've probably sensed

11  already that what counsel wants you to do is get mad at the

12  City of Toledo.  I hope you understand that getting mad at

13  the city is not part of your function, you're supposed to

14  decide the case without emotion and not let a verdict be

15  impacted upon by whatever your feelings, your personal

16  feelings might be.  Frankly, I don't think the city has

17  taken an unreasonable position, and I am absolutely

18  outraged by a suggestion of counsel that the city didn't

19  try to be a good neighbor and come to an accommodation.

20  I'm outraged by that.  He's arguing outside the record, not

21  within the bounds of the law.  We're supposed to follow the

22  rules, and we're not allowed to talk about efforts to

23  resolve a dispute, so let's put all that aside.

24          What we have here is a situation where a

25  plaintiff is trying to claim damages far beyond whatever is

1    reasonable.  They're trying to claim rights to things that

2    they never had before.  You have in front of you a

3    plaintiff -- that wants to pretend that this was a viable

4    subdivision when it was, in reality, dead.  You want -- we

5    have a plaintiff that wants to claim that they had this

6    perfect shield behind the subdivision, hey, I didn't know a

7    train was there.  But yet everybody acknowledged they did

8    know a train was there.  You could see it, and

9    historically, it is proven that nobody wanted one of those

10   lots.

11        We have a -- we have a plaintiff in front of us

12   that's claiming damages for lots across the street, all

13   these lots over here, four through eight, are supposedly

14   claiming damages for trees taken down from neighboring

15   property.  You know what?  Even if those trees were taken

16   down from Cambridge property, they don't have the legal

17   right.  We talked about this in voir dire.

18        This Stawinski who lives here, whoever's not

19   here, they're not even parties this case.  They don't have

20   the right to claim damages.  Even if lots, 13, 14, and 15

21   were solid woods, not even a house there, solid woods and

22   we knocked every tree down there, they're out of luck.

23   That's the law.

24        The trees -- and on page 8 of your instructions,

25   the judge specifically tells you to be actionable, the

1    trees must be on their property, not the railroad property,

2    not anywhere else.

3         Ladies and gentlemen, let's talk about the issues

4    separately.  First, the trespass issue.  I don't quite know

5    why it's offensive that we would bring the people that did

6    the survey in to describe what they did and what they

7    checked afterwards, but that's what we did.  They're the

8    people with the most knowledge.  And they're qualified and

9    the two of them are licensed and was under them.  They're

10   qualified and they checked -- and I hope you noticed in the

11   surveys that they did, they didn't just go up and say, oh,

12   here's a fence, let's, you know, we're just going to peg

13   along the fence.  They -- they described carefully what

14   they would do, they'd go up this -- whatever their

15   measurement was -- they called it an offset, if you

16   remember -- that agree to that measurement, if it didn't

17   conflict with anything, great, we'll mark there.  If it

18   conflicts, we'll give honor to what it conflicts with,

19   we'll back up.  That's what they said, that's what they

20   did.

21        And you heard Nick Nye, who was the Peterman guy

22   that did that one exhibit -- excuse me -- show

23   encroachments.  He specifically said that is an acceptable

24   way to do things in the survey industry.  It may not be the

25   way he would have done it, but it is an accepted technique.

```
 1    So then after the fact, they're out there trying to figure

 2    out where the line is.  Did we encroach or not?  We were

 3    out there trying to figure it out.  We didn't just ignore

 4    them.  We went out there, more than once.

 5            And what, finally, the conclusion was that there

 6    may have been over towards lot 16, that's the interesting

 7    thing.  Over towards lot 16, maybe as much as 4-inches of

 8    an encroachment.  Plaintiff's survey says there was no

 9    encroachment on lot 16.  And so coming down 4-inches down

10    to zero by the time you get down to lot 14, you know,

11    4-inches, 2-inches, ten, how big of a -- how many trees or

12    brambles are removed in an inch if there was an

13    encroachment at all?  And I respectfully submit that the

14    answer is nothing of any consequence could possibly have

15    been removed.

16            We know for a fact that the plaintiff in this

17    development cleared things behind that subdivision.  In

18    fact, we know they had to.  They were required by their own

19    drainage plan that they filed and got approved right here,

20    says the contractor shall clear and grade all rear lot

21    lines for pipes, utilities and drainage.  In fact, you'll

22    see on the construction plans -- this, by the way, is page

23    9 of this huge document over here, multiple drawings.

24    These are the plans for the subdivision drawn up by

25    Peterman.  The drainage plan is page 9.  On other pages
```

1    you'll also see that there's an easement along the back of

2    the subdivision, I think it's 30 feet.  And "easement,"

3    meaning any of the utilities could come in there and dig

4    everything up and have no duty to put anything back, dig it

5    up to put their utilities in or out or repair them --

6           MR. ROBON:  Your Honor, I'm going to object to

7    that because most easements don't say that.

8           THE COURT:  Well, the jury can read the document

9    and determine what it wishes.

10           MR. BAHRET:  Thank you.

11           So what I was getting at is, we know the

12    plaintiff, the developer, their contractor, cleared things

13    on the back.  They admit it.  In fact, you might remember I

14    asked Mr. Laskey who cut down the trees that were further

15    away than what you claim we encroached on?  He doesn't

16    know, but he assumes maybe they were dead or dieing and

17    somebody cut them down.

18           You heard testimony from -- frankly, I forget

19    which witness it was, I think it might have been Carl

20    Copox -- but when he's out there doing work, people are in

21    Cambridge property, he thought they're working for McCarthy

22    cutting trees down in there -- it wasn't Copox because his

23    company removed, if they cut a tree down, they took it and

24    mulched it and sold the mulch.  They didn't leave any trees

25    there.  If they cut them, they took them.  So if somebody's

1    cutting a tree with a chain saw on Cambridge property,

2    that's them, not us or any agent of ours.

3         Now, how do you know that the trees that were

4    found were cut by Vermillion as opposed to cut a year or

5    two earlier or even that year by them?  There's no evidence

6    on that point, none.

7         So what you're left with is testimony that we

8    should only focus on these four lots are the only ones

9    where they even claim anybody encroached.  They don't claim

10   anything on 16 or 9, 10 or 11.  And you know that there are

11   no trees behind nine, ten and 11, none.  And you know that

12   everybody would be able to see the railroad, even if lot

13   12, 13, 14, 15 were solid woods and there were no houses

14   there, we'd still see the railroad.  We'd still hear the

15   railroad.

16        And we'd still have trouble peddling those lots.

17   You saw the preconstruction video, and I think that thing

18   speaks volumes.  In the preconstruction video, you didn't

19   have any trouble seeing that spec house.  You didn't have

20   any trouble seeing the dirt that had been brought in to try

21   to raise up lots nine, ten, and 11, all piled up over there

22   and you didn't have any trouble seeing it because it's not

23   this huge line of brambles and trees that they pretend was

24   there.  Sure there was some trees and brambles there, but

25   not this screen that just made the railroad, you know,

1    you're oblivious to a train.  It wasn't like that, and that

2    video proves it.

3          The -- the -- the value issue, they bring in an

4    expert that says that this place has substantial value.  He

5    said they probably weren't selling lots because they were

6    overpriced even before anything was done.  Why have they

7    not tried to sell anything since the trees were cut?

8    Mr. Laskey says what's the point?  You know, their own

9    expert says they're still have value, so sell them for what

10   that value supposedly is or at least try to, you know.

11   Instead, they want to just say, look, he wants to say

12   despite their own expert, that the place is worth nothing,

13   and so I'm not going to make any payments on it, and I'm

14   going to charge the city for my payments and my interest.

15         I'm not going to pay taxes.  And oh, by the way,

16   I haven't paid them since 2003, but it's your fault, City

17   of Toledo.  It's all your fault now.

18         The neighborhood, the subdivision, was simply not

19   suitable for the market.  And the -- did you notice in the

20   comparables when they -- they came up with comparables near

21   railroads elsewhere.  And I don't want to be a snob when I

22   say this and I hope you don't take it that way, but did you

23   notice that those comparables were all substantially

24   smaller more affordable homes?  The intent of this

25   neighborhood was to go for the wealthy, the richest of the

1    rich.  If you are that rich, are you going to back up to a

2    railroad or are you going to go out somewhere different?

3    And I respectfully submit you're going to go somewhere

4    different.  You're going to go to an exclusive neighborhood

5    that doesn't have those noise obstructions.  You're not

6    going to build your house next to the airport.  You're not

7    going to build your house next to a, you know, a train

8    station.  You're just not going to do it.

9            Now, let's talk about the -- the water for a

10   minute.  The plan that counsel showed you where he claims

11   this shows other pipes going into the catch basin, that's

12   ridiculous.  It's showing you the property line.  You can

13   look at the plan.  It's not showing pipes.

14           You heard the testimony from the experts that

15   actually know how to read these things.  The only thing

16   that was depicted on the railroad plan that Mr. Huber

17   brought out there was the pipe under the abandoned right of

18   way.  It's a 24-inch culvert and they call a culvert a

19   pipe.  You and I might call it a pipe.  It doesn't show

20   where that went.  It doesn't show where anything else was

21   going, it just shows a 24-inch diameter pipe and it -- and

22   it says the length of it.  That's all the information that

23   was there.  That's why Mr. Huber didn't know what this pipe

24   actually did.

25           By the way, speaking of Mr. Huber, again, a

1    little infraction that kind of frosted me, Huber

2    specifically told you that he told the city that he is --

3    his opinion was that water was coming from the railroad to

4    private property.  You heard him say that.  He also

5    specifically told you that he never told Christy Soncrant

6    or anybody associated with the city or Ric Man or anybody

7    else anything different, and the reason was because he

8    didn't tumble with that information until long after the

9    fact, so he figured why bother.

10          You heard Mr. Robon say something that's, again,

11   improper, shouldn't have heard it.  He said, well, maybe

12   that was the deposition.  That comment is outrageous,

13   outside the rules.

14          Who here really thinks if Huber said that in the

15   deposition -- which I'm here to tell you he did not -- who

16   here thinks if he had said in deposition, oh, yeah, I told

17   the city that, that he wouldn't have hit him over the head

18   with that comment?  You know his attitude to the city, he

19   would have been flaring that thing up here and had it under

20   this little device showing Huber you said you told the

21   city.  Reason he didn't do that is because it didn't

22   happen.

23          Huber never has claimed he told the city.  He's

24   always claimed exactly what he told you from that stand, he

25   never told the city that he came to information that the

1   pipe, if it's working, if it's working, it would be moving

2   water the other way.

3            Nobody has refuted the fact that that pipe simply

4   was not operable.  You heard the testimony that the

5   conclusion was -- and I submit to you it's a reasonable

6   conclusion -- that the pipe was simply abandoned.  It's

7   old, it was dilapidated.  It's under an abandoned railroad

8   line.  What function was it serving?  Nobody could figure

9   out what function it was serving.  And in fact, believed at

10  the time that if they severed it, it might actually -- if

11  it were transporting water, they might actually be doing a

12  favor to the landowners next to it, but yet they want you

13  to act like the city is unfeeling.

14           Why hasn't the city put a pipe back in?  You

15  heard Christy say -- now he's got me calling her Sandy --

16  you heard Christy say that she doesn't really believe

17  putting that pipe back in would solve the problem because

18  she doesn't believe that's where the source of the water

19  is.  That's why it hasn't been replaced.  But it doesn't

20  mean they're entitled to anything more than that if that's

21  the source of the water problem.  You know, they come up

22  with estimates.  If, you know, we had ponding there -- in

23  fact, the guy that lived there all his life called it

24  flooding there for as long as he's been alive.  As long as

25  he's been alive is what he said, and I think he was 52.  So

1    obviously long before any pipe here was cut, but they don't

2    want to acknowledge that.  They want to claim there's

3    flooding only because of the city activities.

4              On the flooding issue also, there was no evidence

5    that there was any ponding or flooding on any of these lots

6    back here except Laskey now claiming, no pictures.  And if

7    you believe McCarthy even when he's outside with a video

8    camera trying to take pictures where it's coming from and

9    where it's going, didn't go down there and look.  Oh, I

10   never looked down there.  Who really believes you wouldn't

11   look for the sources of the water if you've got your video

12   camera documenting evidence when you're trying to do it?

13             And also keep in mind and you've got the diagrams

14   in evidence.  We create a major dam with dirt here.  We,

15   being McCarthy in his wisdom, dumping a bunch of dirt here

16   stopping everybody said the water, generally, this is the

17   low spot, water's generally going in this direction from

18   left to right on this screen here.  Well, it can't move

19   with this dam, so if there's any ponding over here, you

20   know who's fault that is?

21             And this -- the pond behind 16 -- this one

22   mystifies me -- you have a person who says that there's

23   pipes going along the railroad right of way moving water.

24   This is the low spot.  So water's coming down from both

25   directions.  And I'll just knock a hole in that pipe full

1   of water and put a pipe out here in the back of lot 16 and

2   I'm going to make things better.  I submit that makes no

3   sense.  What that's going to do is feed my pond.  It isn't

4   going to make water move out of my pond.  It's going to

5   make water go into my ponding problem.

6          On the -- their arborist, they say we didn't

7   bring in an arborist and that's another bad thing for the

8   city.  We had an arborist scheduled to testify.  The

9   decision was to either let Mrs. Soncrant talk about his

10  opinion or you'd be hearing evidence this morning.  I told

11  you he was out of town because his mother is dieing of

12  cancer, so we didn't bring him here personally.

13         But our arborist who gave the information to

14  Christy says that we could put trees back in here, same

15  thing Bob Domini actually came up with, actually.  Our guy

16  says for $22,500.  Domini said about $20,000.  And it will

17  actually be a lot more trees than even they allege were

18  removed.  And it would be decorative brush, not scrub brush

19  or leaves or brambles, it would be decorative stuff that

20  would enhance things.

21         But yet what they want is this big mound and top

22  soil and improve the soil better than it ever was before.

23  They want betterment.  They want a mound that they never

24  had before.  They want more trees than they ever had

25  before, and they want a more impenetrable barrier than they

1   ever had before, and they want it all on the City of Toledo
2   nickel.
3          The -- their arborist, I mean, maybe I don't
4   quite understand the logic, but even though he comes up
5   with a much higher number to fix this, $134,000, even
6   though that's the same fix that would apply for these other
7   lots, the people -- a couple of them who aren't even
8   parties in the case -- he wants you to ascribe the same
9   number up there.  So what he is he doing, because there's
10  more lots involved here than the three lots down here, he
11  actually is almost tripling the claim damage that -- the
12  fix it damage, because he wants to ascribe value the same
13  fix.
14         Fix is everything, so why -- if you decide that
15  it costs $134,000 to plant all these trees, don't lose
16  sight of the fact that that fixes this.  You don't award it
17  two or three times.
18         I know Marve loves his top ten stuff, comes up
19  with these every case.  And the theme here is the City of
20  Toledo, bad City of Toledo, keep in mind, like things, like
21  number 9, no reason to cut trees all the way up to what the
22  city thought was the property line?  What he's trying to
23  get you to do is award damages for something that legally
24  you're not allowed to award damages for.  He wants you to
25  award damages for the removal of trees on the railroad

```
 1    property line.

 2              MR. ROBON:  Your Honor, I object it that.  We

 3    never asked for that.

 4              MR. BAHRET:  Then why did you put this here?

 5              THE COURT:  Again, gentlemen, let's keep your

 6    comments focused, please, and you should be talking to the

 7    jury, not with each other.

 8              And again, ladies and gentlemen, I'll remind you,

 9    comments of counsel are not evidence in this case, and you

10    may choose to believe or disbelieve the arguments of

11    counsel.

12              You may proceed.

13              MR. BAHRET:  Thank you, Your Honor.

14              Legally --

15              THE COURT:  And let's not talk legally, please.

16    The instructions on legally come from me.

17              MR. BAHRET:  I submit to you the city had every

18    right to go right up to the property line if it wanted to

19    or needed to, even if it didn't need to.  It's not

20    actionable unless those trees and vegetation were removed

21    from Cambridge.  And the judge just told you that on page

22    8.  So the judge has already told you that for it to be

23    actionable, the vegetation must be removed from Cambridge

24    property, yet they're making an argument that we shouldn't

25    have gone as far as the property line, even though there's
```

1  no prohibition against that.

2          He says there's no reason for the city to get so

3  close, but yet you heard from the people that installed the

4  pipe, they needed all this space.  In fact, they

5  artificially created more space on the other side away from

6  Cambridge, I think, by filling the ditch temporarily so

7  they could who have their equipment, and then digging it

8  back out as they go.  They needed all that space.

9          The idea of huge profits, what do you think

10  that's all about?  Big bad city again.  There's no evidence

11  of how much profit, if any, the city made.  They spent

12  $50 million on it, I doubt they made 50 million bucks on

13  water so far.

14          And abused its power, the city abused its power

15  and hurt the plaintiff.  The city didn't abuse any power.

16  It's trying to put a water main in there.  That's not an

17  abuse of power.  That's trying to service citizens.  The

18  water main goes from the City of Toledo through Wood County

19  back to the City of Toledo, and it was designed to be a

20  backup.  You heard Christy say the primary purpose is a

21  backup in case the other water main broke.  And it also

22  happens to serve LOF, one of Toledo's largest employers.

23          On the crossover pipe issue that Mr. McCarthy

24  says, actually Mr. Robon says you couldn't put it back in.

25  Measurements were done, Christy made the calculations, and

1   that crossover pipe could be put back in if you conclude

2   that the crossover pipe issue is what causes the flooding.

3   It could be done.

4           We don't -- it's true, we don't believe that's

5   the fix.  But if you don't believe that that crossover

6   pipe, replacing it would fix the problem, then you've

7   proven my point, that cutting it didn't create the problem.

8   And therefore, all this other noise about retention ponds

9   and sewers going out to River Road, all of that just is

10  betterment for the plaintiff to help a situation that was

11  there any way.

12          On the retention pond issue, by the way, I hope

13  you know they've ramped up their numbers.  The guy that

14  actually built a retention pond said he could do it for 35

15  or $40,000.  That was Taylor, but yet they come -- McCarthy

16  says, oh, no it's going to take $200,000 for this pond.

17  That's similar to all of the numbers they've got on the

18  board.  They're all ramped up.

19          When you go back in that jury room, you need to

20  consider why did they not sell any lots for two-and-a-half

21  years, but yet they're telling you these lots would be

22  going like hot cakes but for the removal of a few trees?

23  Ladies and gentlemen, I submit to you that there is

24  insufficient evidence, in fact, there is no credible

25  evidence to show that lot sales have been negatively

1   impacted because of the removal of those trees, none.

2          I also submit to you there's insufficient

3   evidence to show that cutting that crossover pipe has

4   affected the ponding of water situation.  Remember the fact

5   that Mr. McCarthy made some modifications, shall we say,

6   including creating an earthen dam, which did cover up

7   evidence.  And that earthen dam, not only covers up

8   evidence of the trees and brambles, but it prevents the

9   proper flow of water pursuant to that drainage plan that

10  Mr. Jenkins came up with.

11         And knocking a hole in the railroad pipe didn't

12  help things either.  Jenkins didn't even know that.

13         You know, I asked him that question cold.

14  Usually an attorney isn't supposed to ask a question in

15  court unless he already knows the answer.  I didn't know

16  what he'd say.  You could see the shock in his face.

17         Why on earth would somebody put a hole on the

18  side of that pipe?  That's going to make things worse.  I'd

19  recommend they plug that back up.

20         When all is said and done, if you believe there

21  was a trespass, the judge has told you that you have to, at

22  least, award a buck, nominal damage.

23         If you don't believe there was a trespass -- as I

24  don't -- then that should be found in favor of the city.

25  If you believe that there was not only a trespass, but an

1    appreciable amount of trees that you can measure or value

2    of those trees was taken down and you would have to award

3    some damage number for that.

4         But keep in mind, you've got some -- some

5    estimates for what it would take to actually put some tree

6    itself, including Domini talked about river birch.  I don't

7    know if you know river birch.  It's a beautiful tree and it

8    gross fast.  By the way, it likes water.  So you can put

9    stuff back in there, if you really wanted to.

10        The judge is instructing you on a duty to

11   mitigate damages.  You've got a plaintiff saying I can't

12   sell lots because I don't have vegetation back there, and

13   in two years has done nothing to put vegetation back there.

14   If that's all it takes to sell lots is put some trees in,

15   then put them in.  I think the plaintiff knows that isn't

16   going to sell lots.

17        The water issue for you to be convinced that the

18   city is liable in damages for that, you've got to be

19   convinced that the cutting of the pipe is the cause of the

20   water.  And in view of the fact that you know they had a

21   water problem back there even before the pipe was cut, then

22   you must have sufficient evidence before you can award

23   anything as to how to measure the difference, how much

24   worse.  How often is the water there?  Does the water have

25   anything to do with impacting sales of lots?  And I submit

1    the answer to all of those things is no.  There's no

2    evidence that cutting that pipe caused anything.

3           So with all -- when all is said and done, I'm

4    asking you to return a verdict in favor of the city on all

5    issues.  And it's not because the mayor didn't come here

6    personally to explain something that he really wasn't ever

7    really involved in.  The person that was involved in it is

8    the person before you.  That's why she's here.  She's not

9    here because she's -- the mayor sends her over here to take

10   a fall like Mr. Robon wants you to believe.  She's here

11   because she's the one involved in the project.  If I

12   brought the mayor or somebody like that who would just sit

13   there like a bump and not be able to testify to anything,

14   that would be the insult, not bringing the person that

15   really knows what's going on.

16          As I told you before, when I sit down, I'm not

17   allowed to come back up here and address any other things

18   Mr. Robon said.  But I think you know the arguments that we

19   would make.

20          Ladies and gentlemen, jury service is important,

21   I agree with Mr. Robon on that.  I really do.  It's a tough

22   job.  You've put in a long week, and we thank you for that

23   service.

24          Everybody comes into court saying they want

25   justice, and it's -- it's true we want justice.  But keep

1   in mind, justice is not necessarily synonomous with money.

2   Sometimes justice means just saying no.

3           Thank you.

4           THE COURT:  Rebuttal?

5           MR. ROBON:  Thank you, Your Honor.

6           First, I never had a defense lawyer use my board.

7           When you go into the jury room, you're going to

8   have a number of exhibits.  What you want to remember is

9   the flooding.  I believe Ms. Soncrant said -- I may have

10  made a mistake.  If we look at the very -- I think it was

11  the first witness, Mr. Sumner, lives over here on Bates

12  Road, he said all these people on Bates Road drain their

13  septic tanks into this manhole.  Obviously, they drain

14  their eavesdrops and everything else into it.  That's what

15  that was designed for, is to take care of this bad water in

16  that area.

17          Because when the railroad was constructed, the

18  railroad is always raised, it's always raised 6 or 8 feet

19  so it's never under water.  And when they raised it, they

20  had to make sure that the water that was over here got into

21  a ditch.  It's the purpose of that manhole.  And everybody

22  knows it, except the city refuses to acknowledge

23  responsibility for it.

24          Say it was plugged, 24-inch tile, if it was

25  two-thirds plugged, it will still work, it's like an old

1     car.  You can have a 15-year-old car that has holes in the

2     fenders that, you know, maybe the radio doesn't work, but

3     the car can get you back and forth to work, so you use it.

4     We're not saying that that pipe was new.  We're saying it

5     functioned.

6          Then take a look at the exhibit with these

7     monuments.  The city never said that they found the

8     monuments when they did their original ribbons.  How they

9     missed them is beyond me because they stick up out of the

10    ground.

11         They said Mr. Herrett says the brambles are not

12    real thick.  We had two witnesses identify brambles.  You

13    take a look at this Exhibit 19.  Those look pretty thick

14    and those don't have leaves on.  You can imagine with

15    leaves on in the summertime, you can have 4 or 5 feet of

16    brambles, and I wouldn't be able to see the people in the

17    back row of the jury.  I might see an outline of somebody,

18    but that would be it.

19         I told you about excuses.  Mr. Bahret came up

20    with a couple of more.  First thing he said was about

21    Mr. Huber and the deposition, that I would have jumped up

22    there with the deposition.  Candidly, I don't believe

23    Mr. Huber's deposition was ever transcribed --

24         MR. BAHRET:  I've got it.

25         MR. ROBON:  I don't have it.  I didn't pay for

1   it.  You have to pay for depositions to get them

2   transcribed, $3 a page, or whatever.  Didn't think I would

3   need it.

4           And then he comes up with an excuse that maybe

5   the plaintiff cut the trees.  That's like saying I saw you

6   run over me with a car, and I hurt myself, I intentionally

7   stepped in front of the car.  To suggest that the

8   plaintiff, Mr. McCarthy, cut those trees is beyond belief.

9   They're desperate.  The city is desperate in this case.

10          If the city didn't encroach, where are those

11  thousands of brambles that Nick Nye says are shown on that

12  survey?  The city had to cover up what they did.  That

13  surveyor, if he signed that survey and we took that survey

14  to the state licensing board and showed that it was wrong,

15  he'd lose his license.

16          MR. BAHRET:  Objection.

17          THE COURT:  Again, let's keep our focus on what

18  you believe the evidence has shown.

19          MR. ROBON:  That's why that survey wasn't signed

20  or dated or had a scale on it or had anything on it.

21          The city never explained to you why they didn't

22  go out and get another opinion from an outside surveyor.

23  Silence.  Silence is like a criminal.  It doesn't have to

24  take the witness stand, but you wonder why they don't.  And

25  the reason they don't, because they're generally guilty.

1          The city could have cured these problems when

2     they occurred.  They say, well, we could have gone in and

3     we could have gone in and planted trees.  Planting trees

4     right now is not going to solve the problem.  The water

5     problem has to go away.  Plus, Mr. Laskey didn't --

6     Mr. Taylor didn't have any money, which makes it even

7     worse.

8          You have to think about what the city did with

9     the severing of the pipe.  They made a knee-jerk reaction.

10    It would be like you go to the doctor and say, doctor, I

11    have all these symptoms, and you really have cancer, but he

12    doesn't do a test on you that he should do.  Professionals

13    do testing, that's what professionals are taught to do.

14    Lawyers do research.  That's what we're taught to do.

15    Engineers do calculations and find out how to solve

16    problems.

17         The City of Toledo, to this day cannot tell you

18    where that water is coming from.  You ask yourself why?

19    Mr. McCarthy told him.  We know where it's coming from.

20    They -- they refuse to recognize it.  They don't want to

21    recognize it.  They want to put their head in the sand and

22    say, no, we didn't do anything wrong.  Why no testing?  Not

23    only no testing when they severed the pipe, why no testing

24    for the last two years?

25         When Mr. Bahret talked about the damages that

```
 1   Mr. Fayette talked about, the tree arborist, he said this
 2   is what it would cost to plant, but these are only 6 feet
 3   tall.  These aren't 15 or 18 or 20 feet tall.  What he did
 4   is he came up with a higher number of 310,000 to compensate
 5   for the time that it would take these trees to grow up,
 6   branch out, and back a screen like was there before.
 7            This is simply a case about government versus a
 8   citizenry.  Every person who testified in this case, other
 9   than Mr. Jenkins and Mr. Domini, were city employees or
10   contractor employees.  They didn't bring any outside
11   engineers in, they didn't bring any outside surveyors in,
12   and you ask yourself why?  Just why?
13            When you go into deliberations, you're going to
14   say, well, why we're here?  I think you understand why
15   you're here now.  You'll ask yourself did the city do these
16   wrongs?  I think that we've given you a lot of evidence and
17   documentation that they did.
18            The worse part of a case like this is that this
19   case, if the city would have acknowledged responsibility
20   two years ago, they could have put that pipe in while they
21   were excavating for that 66-inch storm water drain, just
22   put that one down 2 or 3 feet deeper, ran a pipe over it.
23   You know, thousand dollars, I bet.  But they refused.  They
24   were arrogant.  Arrogant.  They wouldn't even consider
25   that.
```

1          And then they -- think about it this, they

2     severed that -- they agreed to sever that pipe before the

3     contractor even got to it.  Then, of course, they say,

4     well, it was plugged, it wasn't working.

5          I didn't ask the mayor to come here.

6     Mrs. Soncrant doesn't report to the mayor.  There's levels

7     of management that were above her that were involved in

8     this management decision.  They don't want to take the

9     responsibility.  This is the only time that the plaintiff

10    will be able to come to court, can't go against anybody

11    else, that we could have a 40-year flood tomorrow, it could

12    flood the house.  We can't ever come back.  One lawsuit,

13    ever.

14         When you go into your deliberations, I want you

15    to remember one thing, people are going to ask you this

16    Labor Day weekend, they're going to ask you next month,

17    next year, several years from now, tell us about the case

18    that you were involved in.  What was it about and what did

19    happen?  You want to be proud of your decision.  You want

20    to be proud that you set a pattern of not allowing a

21    government to take advantage of a situation, to put its

22    head in the sand and give all kinds of excuses and create

23    real financial harm to a plaintiff, and when you think

24    about that, you'll realize that's really what happened

25    here.  All they're doing is giving you excuses, it's called

```
 1    defenses.

 2           And something happened in this trial that I

 3    really didn't know how to deal with.  Mrs. Soncrant cried,

 4    and I feel very bad about that.  And I apologize to you for

 5    that.  But she was emotional and she finally did say, you

 6    know, I may have made a mistake.  And I give her credit for

 7    that, but her bosses won't acknowledge that.

 8           I hope that when you sit in the deliberations

 9    you'll consider all the things that we spoke about, look at

10    the exhibits, think about logic, every day life.  When you

11    think about every day life, those of you who own homes, you

12    know water is coming in here.  You know that if water is

13    coming in here, it has to go someplace.  And one of the

14    reasons they probably bumped the gentleman that was sitting

15    over here --

16           MR. BAHRET:  Objection.

17           THE COURT:  Oh, no, Marve.  No, no, I sustain

18    that.

19           MR. ROBON:  Anyway, we heard a lot of testimony

20    about flooding in Findlay and things like that.

21           THE COURT:  You're time is expired, but I'll give

22    you, wrap up, please.

23           MR. ROBON:  Please just consider the financial

24    harm to Mr. Taylor and Mr. Laskey when you make a verdict,

25    hopefully against the City of Toledo.
```

1          Thank you.

2          THE COURT:  Ladies and gentlemen, the evidence is

3    completed.  Earlier I instructed you on the law and you

4    have now heard the last from the lawyers.  What is next is

5    for me to instruct you on how to conduct your

6    deliberations.  This is only a couple pages so bear with

7    me.

8          When you go to the jury room, your first function

9    will be to select a foreperson to preside over your

10   deliberations.  The foreperson does not have any greater

11   power than any other juror, and his or her vote does not

12   have any more importance than other votes.

13         MR. BAHRET:  I'm sorry, Your Honor, I was trying

14   to get this out of the way so I could see.

15         THE COURT:  In order to conclude the case, all of

16   the members of the jury must agree.  The foreperson serves

17   the purpose of helping you conduct your deliberations in an

18   orderly manner in giving each of you the opportunity to

19   express your opinion.  The foreperson is also responsible

20   for insuring that you conduct your deliberations in

21   accordance with The Court's instructions.  One additional

22   duty of the foreperson is to see that the verdict form is

23   returned to The Court after you have reached a verdict.

24         With regard to note taking, I instructed you at

25   the start of the trial the decision to take notes was

1   purely your own based upon your own assessment as to

2   whether or not it would assist you in following the

3   evidence.  And it may be that some of you took extensive

4   notes, while some of you took very few notes.  This is not

5   significant.

6           What must be stressed is any notes taken by a

7   juror, extensive or few, are not a literal record of the

8   points covered, nor anything close to a literal record.

9   Moreover, you must bare in mind during your deliberations

10  that the memory of a note-taking juror is in no way more or

11  less reliable than the memory of a juror who chose not to

12  take notes.  It is your individual recollection of the

13  testimony that must control and not the existence of any

14  notes.

15          During your deliberations, you are, of course,

16  permitted to take breaks, however, you may not discuss the

17  case unless all members of the jury are present.  So if you

18  separate briefly to take a walk, to take a smoke, to have a

19  snack, and somebody leaves the jury room, you must not

20  discuss the case.

21          Please make sure our deputy clerk, Carol, knows

22  your whereabouts if you leave the jury room.  Also, Carol

23  will collect your cell phones during your deliberations,

24  and I promise we'll return them to you.  You are to use the

25  phone in the jury room only to call Carol.

1      And when you've reached a signed a verdict, that

2  includes completing interrogatories, you will call Carol,

3  and she'll come and escort you back to the courtroom for

4  the announcement of your verdict.

5      Until your verdict is announced in open court, no

6  juror is permitted to disclose to anyone, including me, the

7  status of your deliberations or the nature of your verdict.

8      The Court cannot embody all the law in any single

9  part of the instructions, and considering one portion you

10  must consider it in light of and in harmony with all the

11  instructions.  Whether or not certain instructions are

12  applicable may depend upon conclusions you reached on the

13  facts by a preponderance of the evidence.  If, during your

14  deliberations, you are in doubt about a portion of these

15  instructions, the foreperson should put your question in

16  writing, including specifically what is requested, and

17  deliver the written question to Carol by calling her on the

18  phone, and she'll come retrieve the note from you.

19      Ladies and gentlemen, if you have an impression

20  that I have indicated how any disputed fact should be

21  decided, you must put aside such an impression because that

22  decision must be made by you based solely upon the facts

23  presented to you in this courtroom.  And if during the

24  course of the trial, I have said or done anything that you

25  consider an indication of my view on the case, you are

1   instructed to disregard it.

2          Circumstances in this case may arouse sympathy

3   for one party or the other.  Sympathy is a common, human

4   emotion.  The law does not expect you to be free of such

5   normal reactions.  However, the law and your oath as jurors

6   requires you to disregard sympathy and not to permit it to

7   influence your verdict.  It is your duty to weigh the

8   evidence, to decide the disputed questions of fact, apply

9   the instructions of law to your findings, and render your

10  verdict accordingly.

11         Your duty as jurors is to arrive at a fair and

12  just verdict.  Your initial conduct upon commencing

13  deliberations is a matter of importance.  It is not wise to

14  express immediately a determination or to insist upon a

15  certain verdict.  Having so expressed yourself, your sense

16  of pride may be aroused and you may hesitate to give up

17  your position, even if it is shown that it is incorrect.

18         Consult with one another in the jury room.

19  Deliberate with the view to reaching an agreement, and if

20  you can, do so without disturbing your individual judgment.

21  Each of you must decide the case for yourself.  You should

22  do so, however, only after a discussion of the case with

23  the other jurors.  Do not hesitate to change an opinion if

24  convinced it is wrong; however, you should not surrender

25  your opinion concerning the weight of the evidence in order

```
1    to be congenial or to reach a verdict solely because of the

2    opinions of the other jurors.

3            Anything further from counsel for either side?

4            Plaintiff?

5            MR. ROBON:  No, Your Honor.

6            THE COURT:  Defendant?

7            MR. WATKINS:  No, Your Honor.

8            THE COURT:  Thank you.

9            Ladies and gentlemen, you may now retire to the

10   jury room, and Carol will follow you shortly with the

11   exhibits.

12               (Jury excused to deliberate at 10:00 a.m.)

13           MR. BAHRET:  Judge, do we have to renew our

14   objections on the --

15           THE COURT:  On what?

16               (A side-bar conference was had off the

17               record.)

18           THE COURT:  If counsel would gather the exhibits

19   for Carol, please, so she can take only the ones that you

20   agree and I admitted.

21

22

23

24

25
```

C E R T I F I C A T E


        I certify that the foregoing is a correct transcript

from the record of proceedings in the above-entitled matter.


s:/ Angela D. Nixon

--------------------------                    -----------

Angela D. Nixon, RPR, CRR                    Date

## $

$134,000 [3] 977/1 994/5 994/15
$2 [1] 979/18
$2 million [1] 979/18
$2,000 [1] 981/2
$20,000 [2] 973/21 993/16
$200,000 [3] 978/10 978/18 997/16
$22,500 [1] 993/16
$3 [1] 1003/2
$33,500 [1] 977/20
$338,500 [1] 974/1
$355,000 [1] 973/15
$40,000 [1] 997/15
$50 [2] 975/3 996/12
$50 million [2] 975/3 996/12
$600,000 [1] 973/17

## 0

000 [1] 977/4

## 1

10 [1] 987/10
10 feet [1] 974/13
10-feet [1] 978/1
10-foot [1] 968/16
100 [1] 947/15
10:00 [1] 1012/12
11 [3] 987/10 987/11 987/21
12 [1] 987/13
120 [1] 978/21
13 [2] 983/20 987/13
14 [3] 983/20 985/10 987/13
15 [6] 976/19 976/23 977/3 983/20 987/13 1005/3
15-year-old [1] 1002/1
150 [1] 978/21
16 [6] 985/6 985/7 985/9 987/10 992/21 993/1
1701 [1] 947/15
1716 [1] 947/20
18 [1] 1005/3
19 [1] 1002/13
1983 [3] 948/15 948/18 948/23

## 2

2-inches [1] 985/11
2.1 million [1] 975/10
20 feet [1] 1005/3
20 yards [1] 977/25
20-dollar [1] 977/25
2003 [2] 970/5 988/16
2004 [1] 970/4
2007 [1] 970/7
2008 [1] 947/6
23 [1] 947/6
24-inch [4] 967/14 989/18 989/21 1001/24
248 [1] 977/5
25,000 [1] 978/16
260-5259 [1] 947/21
27 cubic [1] 978/2
275 [1] 977/7

## 3

3 feet [1] 1005/22
30 feet [2] 971/2 986/2
310 [1] 977/4
310,000 [2] 973/23 1005/4
33,000 [1] 978/3
335 [1] 977/11
338,850 [1] 979/21
35 [1] 997/14
3:06CV2950 [1] 947/3

## 4

4 feet [1] 975/12
4-inches [3] 985/7 985/9 985/11
40 [1] 950/8
40-year [1] 1006/11
419 [3] 947/16 947/19 947/21
43528 [1] 947/18
43537 [1] 947/15
43624 [1] 947/21
45 [1] 968/24
45,000 cubic [1] 978/2

## 5

5 feet [2] 974/12 1002/15
50 million [1] 996/12
50,000 [1] 978/16
500-feet [1] 978/1
52 [1] 991/25
5259 [1] 947/21
539 [1] 977/4
55 [1] 973/3

## 6

6 feet [4] 974/13 974/15 974/16 1005/2
6-foot [1] 977/18
6500 [1] 947/16
66-inch [2] 973/3 1005/21

## 7

7050 [1] 947/18
7800 [1] 947/19

## 8

8 feet [1] 1001/18
861-7800 [1] 947/19
897-6500 [1] 947/16
8:15 a.m [1] 950/11

## 9

9-feet [1] 978/1
93 [1] 976/22

## A

a.m [2] 950/11 1012/12
abandoned [3] 989/17 991/6 991/7
ability [1] 954/14
able [6] 954/12 978/11 987/12 1000/13 1002/16 1006/10
about [49] 967/7 968/8 968/16 968/22 969/10 969/24 970/17 971/5 971/20 973/6 973/17 974/25 975/21 975/24 976/9 977/6 977/25 978/8 979/2 979/8 979/17 979/18 980/20 981/24 982/22 983/17 984/3 989/9 993/9 993/16 996/10 997/8 996/6 1002/19 1002/20 1004/8 1004/25 1005/1 1005/7 1006/1 1006/17 1006/18 1006/24 1007/4 1007/9 1007/10 1007/11 1007/20 1010/14
above [3] 966/3 1006/7 1013/4
above-entitled [1] 1013/4
absolutely [1] 982/17
abuse [2] 996/15 996/17
abused [3] 975/19 996/14 996/14
accept [4] 950/23 952/5 954/7 976/7
acceptable [1] 984/23
accepted [1] 984/25
accommodation [1] 982/19
accordance [1] 1008/21
accordingly [1] 1011/10
accumulation [2] 957/23 958/5
accuracy [1] 953/25
accused [1] 981/8
acknowledge [3] 992/2 1001/22 1007/7
acknowledged [2] 983/7 1005/19

across [2] 977/21 983/12
act [13] 954/15 955/5 959/20 959/20 959/25 959/25 960/3 960/4 960/9 960/9 960/13 960/13 991/13
acted [1] 960/2
action [2] 948/15 970/13
actionable [3] 983/25 995/20 995/23
active [1] 957/19
activities [3] 967/18 968/20 992/3
actual [7] 958/16 958/18 961/6 965/7 965/15 965/21 973/20
actually [12] 973/25 989/15 989/24 991/10 991/11 993/15 993/15 993/17 994/11 996/24 997/14 999/5
add [2] 948/8 979/16
addition [3] 949/15 949/18 978/13
additional [1] 1008/21
address [2] 981/16 1000/17
adjacent [1] 978/14
administration [2] 980/2 980/3
administrators [1] 976/9
admission [1] 953/4
admit [1] 986/13
admitted [3] 952/2 952/9 1012/20
advanced [1] 956/9
advantage [2] 968/12 1006/21
advised [1] 948/5
affected [3] 977/20 977/22 998/4
affirmative [1] 949/21
affordable [1] 988/24
after [12] 949/18 962/1 962/18 971/19 973/6 973/18 981/16 982/2 985/1 990/8 1008/23 1011/22
afterwards [1] 984/7
again [14] 964/3 964/11 964/11 964/12 964/18 965/24 966/5 981/16 989/25 990/10 995/5 995/8 996/10 1003/17
against [6] 968/19 974/24 976/25 996/1 1006/10 1007/25
agent [3] 955/8 955/11 987/2
agents [2] 955/6 957/16
ago [1] 1005/20
agree [8] 963/14 967/22 967/24 976/12 984/16 1000/21 1008/16 1012/20
agreed [2] 952/3 1006/2
agreement [1] 1011/19
aide [1] 955/22
aides [1] 971/25
air [1] 974/17
airport [1] 989/6
alive [2] 991/24 991/25
all [66] 949/14 951/20 952/1 954/1 954/8 957/8 959/23 962/2 963/13 963/14 963/15 963/16 963/19 964/4 964/13 965/2 966/5 966/16 967/22 968/1 969/23 970/2 970/17 971/3 972/16 973/10 974/11 975/1 976/1 976/10 976/16 978/24 982/23 983/12 985/13 985/20 987/21 988/17 988/23 989/22 991/23 994/1 994/15 994/21 996/4 996/8 996/10 997/8 997/9 997/17 997/18 998/20 999/14 1000/1 1000/3 1000/3 1000/4 1001/12 1004/11 1006/22 1006/25 1007/9 1008/15 1009/17 1010/8 1010/10
allege [1] 993/17
alleged [1] 955/24
alleges [1] 949/21
allow [1] 962/19
allowed [5] 982/2 982/5 982/22 994/24 1000/17
allowing [1] 1006/20
almost [1] 994/11
along [5] 950/17 970/11 984/13 986/1 992/23

**A**

already [7] 964/7 972/10 979/22 982/6 982/11 995/22 998/15
also [19] 948/12 950/7 952/10 955/21 956/15 957/21 958/3 960/8 969/2 980/13 981/24 986/1 990/4 992/4 992/13 996/21 998/2 1008/19 1009/22
alternate [1] 976/18
although [2] 962/12 980/22
always [3] 990/24 1001/18 1001/18
am [1] 982/17
amount [6] 961/5 965/14 965/21 966/2 977/6 999/1
amounted [1] 955/20
amounts [1] 966/10
analogize [1] 970/9
Angela [3] 947/20 1013/6 1013/8
announced [1] 1010/5
announcement [1] 1010/4
another [6] 952/24 960/20 971/15 993/7 1003/22 1011/18
another's [1] 959/5
answer [14] 949/19 953/13 957/1 963/8 963/12 963/14 963/18 963/19 964/13 965/1 975/13 985/14 998/15 1000/1
answered [5] 953/15 963/24 964/6 965/18 965/24
answers [3] 953/8 956/24 971/23
anticipated [2] 959/24 960/24
any [59] 948/25 949/4 952/2 952/3 952/4 953/3 953/12 953/14 954/1 954/5 954/8 954/8 954/16 955/9 955/10 955/22 956/1 956/12 956/13 957/2 957/7 960/15 960/15 960/24 965/15 965/17 965/21 970/16 971/20 972/23 973/5 981/3 985/14 986/3 986/24 987/2 987/19 987/20 987/22 988/13 992/1 992/5 992/5 992/19 996/11 996/15 997/11 997/20 1000/17 1004/6 1005/10 1005/11 1008/10 1008/11 1008/12 1009/6 1009/13 1010/8 1010/20
anybody [6] 970/13 980/25 987/9 990/6 990/6 1006/10
anyone [1] 1010/6
anything [24] 949/2 950/4 954/13 954/17 975/2 976/14 978/21 984/17 986/4 987/10 988/6 988/7 989/20 990/7 991/20 999/23 999/25 1000/2 1000/13 1003/20 1004/22 1009/8 1010/24 1012/3
Anyway [1] 1007/19
anywhere [1] 984/2
apologize [1] 1007/4
appearance [1] 953/21
APPEARANCES [1] 947/13
applicable [1] 1010/12
applies [1] 950/20
apply [8] 950/23 950/25 956/19 956/21 956/23 961/12 994/6 1011/8
appraiser [5] 973/19 980/20 980/21 980/22 980/22
appreciable [1] 999/1
approach [1] 949/10
appropriate [6] 948/23 955/18 955/21 955/23 965/4 965/8
approved [1] 985/19
arborist [8] 977/13 980/24 993/6 993/7 993/8 993/13 994/3 1005/1
are [64] 948/5 950/1 950/24 951/23 953/6 953/6 953/10 953/16 954/4 954/6 955/2 955/3 955/21 955/25 956/1 956/12 957/5 959/13 961/21 962/10 962/11 963/5 965/10 966/18 966/19 967/16 969/17 972/11 974/23 976/1 976/9 976/13 976/15 976/17 976/17 978/9 980/1 980/4 981/13

987/10 989/1 989/1 989/2 995/9 1002/11 1003/10 1003/11 1004/13 1005/2 1006/15 1009/7 1009/15 1009/17 1009/24 1010/11 1010/14 1010/25
area [2] 972/15 1001/16
aren't [2] 994/7 1005/3
arguing [1] 982/20
argument [3] 972/4 982/5 995/24
arguments [8] 948/12 949/14 949/15 950/15 953/6 966/18 995/10 1000/18
arm [2] 970/10 970/11
around [1] 967/5
arouse [1] 1011/2
aroused [1] 1011/16
arrive [1] 1011/11
arrogant [2] 1005/24 1005/24
artificially [1] 996/5
as [53] 948/14 948/17 948/17 948/25 949/15 949/24 950/17 950/24 951/8 952/5 952/11 953/4 953/11 953/14 954/4 955/1 955/2 955/16 955/18 956/2 956/11 956/16 957/6 959/22 960/24 961/3 961/13 962/5 962/6 962/8 963/16 966/6 967/14 968/8 972/19 972/19 978/25 985/7 985/7 987/4 991/24 991/24 991/24 991/24 995/25 995/25 996/8 998/23 999/23 1000/16 1009/1 1011/5 1011/11
ascribe [2] 994/8 994/12
aside [3] 963/1 982/23 1010/21
ask [13] 950/14 950/17 967/16 976/8 980/1 982/3 998/14 1004/18 1005/12 1005/15 1006/5 1006/15 1006/16
asked [4] 975/12 986/14 995/3 998/13
asking [2] 956/20 1000/4
asks [1] 963/7
assessment [1] 1009/1
assign [1] 953/4
assist [2] 953/6 1009/2
associated [1] 990/6
Associates [1] 947/17
assume [1] 956/18
assumed [2] 956/10 956/21
assumes [1] 986/16
assuming [1] 963/23
at [39] 949/4 950/11 950/16 951/5 962/25 963/3 963/16 964/12 965/1 966/17 967/21 970/19 970/21 970/24 971/23 972/12 976/2 976/24 977/5 977/5 977/22 977/23 978/17 979/20 982/11 982/12 985/13 986/11 988/10 989/13 991/9 998/21 1001/10 1002/6 1002/13 1007/9 1008/24 1011/11 1012/12
attitude [2] 981/10 990/18
attorney [1] 998/14
attributable [1] 955/12
auction [3] 979/3 979/4 979/12
authority [2] 969/14 969/14
authorizing [1] 957/22
Avenue [1] 947/20
avoid [2] 959/4 960/3
avoided [1] 962/20
award [11] 958/22 962/5 962/10 966/11 994/16 994/23 994/24 994/25 998/22 999/2 999/22
away [6] 974/12 974/13 974/14 986/15 996/5 1004/5

**B**

B-2 [1] 970/20
B-E-C-I-C [1] 948/16
back [35] 951/3 970/16 970/17 970/19 970/21 972/22 973/7 976/15 981/6 984/19 986/1 986/4 986/13 989/1 991/14 991/17

**C**

997/1 997/19 998/19 999/9 999/12 999/13 999/21 1000/17 1002/3 1002/17 1005/6 1006/12 1010/3
backing [1] 974/23
backup [2] 996/20 996/21
bad [5] 993/7 994/20 996/10 1001/15 1007/4
Bahret [5] 947/17 947/17 981/16 1002/19 1004/25
balanced [1] 951/22
bar [1] 1012/16
bare [1] 1009/9
bares [1] 960/25
Barkan [1] 947/14
barrier [1] 993/25
based [7] 956/9 956/10 956/12 956/14 957/1 1009/1 1010/22
basin [2] 973/2 989/11
Bates [2] 1001/11 1001/12
be [71]
bear [1] 1008/6
beautiful [3] 975/21 975/22 999/7
became [1] 972/20
because [36] 951/3 954/6 966/10 967/21 967/25 968/10 970/5 970/16 973/24 974/15 977/22 978/12 979/4 981/3 982/6 986/7 986/22 987/22 988/5 990/7 990/21 991/17 992/3 993/11 994/9 994/12 998/1 999/12 1000/5 1000/9 1000/11 1001/17 1002/9 1003/25 1010/21 1012/1
Becic [1] 948/16
been [24] 948/2 951/19 952/22 953/13 956/13 957/4 960/23 962/20 964/7 966/21 972/14 974/2 976/5 979/19 979/21 985/6 985/15 986/19 987/20 990/19 991/19 991/24 991/25 997/25
before [20] 947/10 949/1 950/15 962/1 968/25 969/7 980/23 983/2 988/6 992/1 993/22 993/24 993/25 994/1 999/21 999/22 1000/8 1000/16 1005/6 1006/2
beforehand [1] 971/16
behalf [1] 949/20
behind [4] 983/6 985/17 987/11 992/21
being [3] 960/24 968/9 992/15
belief [3] 954/10 956/3 1003/8
believability [2] 953/19 956/8
believable [1] 954/20
believe [20] 948/22 951/12 954/5 954/7 966/21 968/18 980/15 991/16 991/18 992/7 995/10 997/4 997/5 998/20 998/23 998/25 1000/10 1001/9 1002/22 1003/18
believed [2] 952/15 991/9
believes [1] 992/10
bet [1] 1005/23
better [4] 955/15 968/24 993/2 993/22
betterment [2] 993/23 997/10
between [4] 954/25 957/15 958/25 960/15
beyond [3] 982/25 1002/9 1003/8
bias [1] 954/1
big [3] 985/11 993/21 996/10
bigger [1] 978/4
bill [1] 970/6
bills [1] 970/2
birch [2] 999/6 999/7
blame [1] 976/11
board [3] 997/18 1001/6 1003/14
Bob [2] 981/20 993/15
bosses [1] 1007/7
both [11] 948/23 952/6 952/6 955/2 955/3 955/14 955/18 966/1 972/11 975/15 976/6 992/24
bother [1] 990/9
bottom [5] 963/16 963/19 964/12 965/1

**B**

bottom... [1] 965/8
bound [1] 955/25
bounds [1] 982/21
bramble [1] 948/9
brambles [19] 967/18 958/1 958/8 963/10 965/16 967/12 970/21 971/3 974/16 980/23 985/12 987/23 987/24 993/19 998/8 1002/11 1002/12 1002/16 1003/11
branch [1] 1005/6
breaks [1] 1009/16
briefly [1] 1009/18
bring [11] 961/15 977/13 977/16 978/20 980/25 984/5 988/3 993/7 993/12 1005/10 1005/11
bringing [1] 1000/14
brochures [1] 979/3
broke [1] 996/21
broken [1] 970/10
brought [10] 950/11 967/8 977/12 980/20 980/21 980/24 980/25 987/20 989/17 1000/12
brown [1] 966/14
brush [3] 970/21 993/18 993/18
buck [1] 998/22
bucks [1] 996/12
build [4] 977/25 978/4 989/6 989/7
built [2] 971/19 997/14
bull [1] 978/4
bulldozer [1] 981/8
bump [1] 1000/13
bumped [1] 1007/14
bunch [1] 992/15
burden [10] 951/5 951/8 951/8 951/24 955/6 957/10 961/1 962/22 966/23 982/7
burden's [1] 967/9
business [2] 954/25 975/9
but [64] 949/6 952/24 956/7 958/20 960/8 961/16 961/18 966/4 966/20 967/24 968/18 970/9 971/22 972/1 973/16 973/22 973/23 974/15 975/3 975/14 975/16 976/18 977/5 977/7 977/18 978/5 979/12 979/16 979/17 980/18 981/13 983/7 984/7 984/25 986/16 986/20 987/24 988/16 988/22 991/12 991/19 992/1 993/13 993/21 994/4 996/3 997/5 997/15 997/21 997/22 998/8 998/25 999/4 1000/18 1000/25 1002/2 1002/18 1003/24 1004/11 1005/2 1005/23 1007/5 1007/7 1007/21
buy [4] 961/18 970/13 976/3 979/5
buyer [1] 961/18

**C**

cakes [1] 997/22
calculations [2] 996/25 1004/15
call [6] 950/6 969/10 989/18 989/19 1009/25 1010/2
called [6] 948/2 971/17 971/19 984/15 991/23 1006/25
calling [2] 991/15 1010/17
Cambridge [16] 957/16 957/20 957/24 958/5 961/10 963/10 964/3 964/19 964/24 974/21 983/16 986/21 987/1 995/21 995/23 996/6
came [9] 971/10 973/15 973/19 988/20 990/25 993/15 998/10 1002/19 1005/4
camera [2] 992/8 992/12
can [22] 949/4 955/5 961/22 967/18 970/22 972/5 973/7 977/11 978/15 978/15 982/3 986/8 989/12 999/1 999/8 999/22 1002/1 1002/3 1002/14 1002/15 1011/20 1012/19
can't [7] 970/10 971/22 977/14 992/18

canceled [1] 979/4
canceling [2] 979/3 979/12
cancer [2] 993/12 1004/11
Candidly [1] 1002/22
cannot [3] 972/23 1004/17 1010/8
caption [1] 963/2
car [5] 1002/1 1002/1 1002/3 1003/6 1003/7
care [11] 955/19 955/23 959/3 959/4 959/8 959/9 959/9 959/18 960/1 976/7 1001/15
careful [3] 959/10 959/13 959/15
carefully [1] 984/13
Carl [1] 986/19
Carol [9] 966/14 966/17 1009/21 1009/22 1009/25 1010/2 1010/17 1012/10 1012/19
carry [1] 973/24
carrying [1] 952/18
case [46] 948/16 948/17 948/20 948/21 949/16 950/20 951/10 954/17 956/4 956/10 956/20 956/22 957/13 962/7 963/2 965/11 967/7 967/24 967/25 968/13 968/21 971/8 972/6 972/11 974/1 980/11 981/17 982/14 983/19 994/8 994/19 995/9 996/21 1003/9 1005/7 1005/8 1005/18 1005/19 1006/17 1008/15 1009/17 1009/20 1010/25 1011/2 1011/21 1011/22
cases [2] 948/17 968/14
catch [2] 973/2 989/11
causal [1] 960/14
cause [13] 955/9 955/23 958/4 959/20 960/8 960/9 960/12 960/22 960/22 960/22 960/24 962/8 999/19
caused [11] 957/23 958/15 960/18 961/6 964/2 964/19 965/6 965/15 965/22 975/4 1000/2
causes [2] 959/6 997/2
cell [1] 1009/23
certain [11] 951/6 953/5 956/16 957/9 957/24 958/10 962/12 967/9 979/24 1010/11 1011/15
certify [1] 1013/3
chain [1] 987/1
chambers [1] 949/19
change [3] 948/7 950/25 1011/23
changes [2] 948/7 949/5
charge [2] 948/3 988/14
check [2] 963/12 968/12
checked [2] 984/7 984/10
choose [1] 995/10
chose [3] 967/24 975/14 1009/11
Christy [6] 990/5 991/15 991/16 993/14 996/20 996/25
Cindy [1] 972/18
circle [1] 963/11
circumstances [9] 952/25 954/2 959/11 959/14 959/16 959/19 959/23 962/17 1011/2
circumstantial [5] 952/6 952/11 952/12 952/19 953/1
citing [1] 948/16
citizenry [1] 1005/8
citizens [2] 975/7 996/17
city [78]
city's [7] 969/15 971/13 973/19 975/5 978/23 979/25 981/17
civil [1] 968/10
claim [19] 948/18 948/23 949/22 958/9 958/11 958/20 958/24 961/3 961/7 964/25 982/25 983/1 983/5 983/20 986/15 987/9 987/9 992/2 994/11
claimed [2] 990/23 990/24
claiming [3] 983/12 983/14 992/6
claims [15] 948/14 951/6 957/13 957/21

canceled [1] 979/4
961/10 962/5 962/14 967/18 989/10
clear [4] 948/18 966/3 968/22 985/20
cleared [2] 985/17 986/12
clearly [3] 954/12 963/12 974/10
clerk [1] 1009/21
Cleveland [1] 948/17
clogged [1] 969/17
close [3] 974/18 996/3 1009/8
closing [4] 950/9 950/15 953/5 966/18
cold [1] 998/13
collect [1] 1009/23
come [18] 949/3 970/6 971/24 973/7 979/6 982/1 982/19 986/3 991/21 995/16 997/15 1000/5 1000/17 1006/5 1006/10 1006/12 1010/3 1010/18
comes [7] 969/1 970/11 979/1 994/4 994/18 1000/24 1003/4
coming [9] 968/4 985/9 990/3 992/8 992/24 1004/18 1004/19 1007/12 1007/13
commencing [1] 1011/12
comment [4] 948/12 980/8 990/12 990/18
comments [4] 949/7 972/11 995/6 995/9
common [1] 1011/3
company [1] 986/23
comparables [3] 988/20 988/20 988/23
compensate [3] 961/5 962/6 1005/4
compensation [1] 962/11
complained [1] 960/17
complete [1] 966/14
completed [1] 1008/3
completing [1] 1010/2
complete [1] 966/14
compulsion [2] 961/17 961/19
concerning [3] 953/24 961/20 1011/25
conclude [3] 952/20 997/1 1008/15
concludes [1] 957/8
conclusion [3] 985/5 991/5 991/6
conclusions [2] 952/14 1010/12
condition [2] 957/6 961/22
conduct [13] 949/23 949/23 955/8 955/20 959/5 960/8 961/7 961/12 962/9 1008/5 1008/17 1008/20 1011/12
conference [3] 948/3 949/19 1012/16
confirm [1] 981/3
conflict [2] 956/1 984/17
conflicts [2] 984/18 984/18
congenial [1] 1012/1
connection [1] 960/15
consequence [1] 985/14
consider [15] 951/20 953/14 953/18 954/23 955/25 956/7 957/5 959/18 961/9 997/20 1005/24 1007/9 1007/23 1010/10 1010/25
consideration [2] 955/4 981/14
considering [1] 1010/9
constitute [1] 959/12
constitutional [1] 948/19
constructed [1] 1001/17
construction [5] 957/22 959/2 964/10 969/20 985/22
Consult [1] 1011/18
content [1] 956/5
contents [1] 951/2
continue [1] 963/23
continuous [1] 960/10
contractor [4] 985/20 986/12 1005/10 1006/3
contractors [1] 979/23
contradicted [1] 954/19
contrary [1] 978/18
control [1] 1009/13
convince [1] 980/12
convinced [3] 999/17 999/19 1011/24
Copox [2] 986/20 986/22

Case: 3:06-cv-02950-JZ Doc #: 242-1 Filed: 04/24/08 955/24 965/5 968/8 969/17 969/22 970/23 971/11

# C

correct [1] 1013/3
corrective [1] 970/13
cosmetic [1] 948/6
cost [8] 961/23 973/12 975/11 977/3
 978/10 979/2 981/2 1005/2
costs [2] 961/24 994/15
could [24] 952/19 960/23 962/19 973/4
 978/20 978/24 981/7 983/8 985/14 986/3
 991/8 993/14 996/7 997/1 997/3 997/14
 998/16 1004/1 1004/2 1004/3 1005/20
 1006/11 1006/11 1008/14
couldn't [2] 974/12 996/24
counsel [22] 948/2 948/4 948/6 948/24
 949/2 950/7 952/4 953/3 953/6 956/15
 966/19 972/4 972/11 980/8 981/22 982/11
 982/18 989/10 995/9 995/11 1012/3
 1012/18
counting [1] 956/6
country [1] 968/6
County [4] 969/12 975/8 975/16 996/18
couple [4] 979/15 994/7 1002/20 1008/6
course [4] 956/15 1006/3 1009/15
 1010/24
court [26] 947/1 947/20 948/1 948/3
 948/13 948/21 949/3 949/11 950/20 952/4
 953/9 953/12 967/17 967/19 967/20 967/23
 967/25 968/18 979/22 981/21 998/15
 1000/24 1006/10 1008/23 1010/5 1010/8
Court's [1] 1008/21
courtroom [4] 952/17 954/22 1010/3
 1010/23
cover [2] 998/6 1003/12
covered [5] 952/18 970/18 981/5 981/6
 1009/8
covers [1] 998/7
create [3] 992/14 997/7 1006/22
created [1] 996/5
creating [1] 998/6
credibility [5] 953/16 953/18 954/23 956/7
 957/11
credible [1] 997/24
credit [1] 1007/6
creeks [1] 978/25
cried [1] 1007/3
criminal [1] 1003/23
crossover [5] 996/23 997/1 997/2 997/5
 998/3
CRR [2] 947/20 1013/8
crystal [1] 968/21
CSX [2] 975/9 978/12
cubic [2] 978/2 978/2
culvert [2] 989/18 989/18
cure [2] 973/11 977/11
cured [1] 1004/1
cut [17] 969/17 974/11 976/24 979/24
 980/24 986/14 986/17 986/23 986/25 987/4
 987/4 988/7 992/1 994/21 999/21 1003/5
 1003/8
cuts [1] 970/11
cutting [8] 974/14 977/10 986/22 987/1
 997/7 998/3 999/19 1000/2

# D

daily [1] 953/20
dam [4] 992/14 992/19 998/6 998/7
damage [30] 958/15 959/6 959/21 959/22
 959/24 960/2 960/6 960/9 960/11 960/12
 960/16 960/17 960/20 960/24 961/6 961/12
 962/1 962/6 964/2 964/19 965/7 967/11
 967/14 968/17 976/18 977/9 994/11 994/12
 998/22 999/3
damaged [1] 974/2 976/5

damages [39] 948/9 949/22 955/9 955/24
 958/16 958/18 958/19 958/21 958/22 959/5
 961/1 961/2 961/9 961/21 962/3 962/5
 962/10 962/15 962/18 962/19 965/15
 965/17 965/21 976/13 976/13 976/15 977/8
 979/8 979/10 982/25 983/12 983/14 983/20
 994/23 994/24 994/25 999/11 999/18
 1004/25
Daniels [1] 948/21
darn [1] 981/11
date [2] 971/2 1013/8
dated [1] 1003/20
David [1] 974/3
day [8] 968/5 970/17 970/17 973/6
 1004/17 1006/16 1007/10 1007/11
dead [2] 983/4 986/16
deal [1] 1007/3
decide [5] 950/21 982/14 994/14 1011/8
 1011/21
decided [1] 1010/21
decision [7] 958/3 969/7 993/9 1006/8
 1006/19 1008/25 1010/22
decorative [2] 993/18 993/19
deep [1] 973/2
deeper [2] 975/12 1005/22
defendant [23] 947/8 947/17 949/20 955/2
 955/8 955/15 957/14 957/21 957/25
 958/3 958/10 958/13 958/24 962/14 962/15
 963/9 964/9 964/23 965/12 966/7 966/9
 1012/6
defendant's [10] 948/13 955/20 957/16
 960/18 961/7 961/11 962/8 965/15 965/22
 970/20
defense [4] 949/24 969/9 980/19 1001/6
defenses [3] 949/21 980/5 1007/1
define [1] 959/7
degree [1] 959/9
deliberate [3] 980/1 1011/19 1012/12
deliberation [1] 951/4
deliberations [15] 963/6 981/14 1005/13
 1006/14 1007/8 1008/6 1008/10 1008/7
 1008/20 1009/9 1009/15 1009/23 1010/7
 1010/14 1011/13
deliver [1] 1010/17
denying [1] 973/10
department [1] 969/4
depend [1] 1010/12
depending [2] 965/18 965/24
depicted [1] 989/16
deposition [9] 954/21 971/21 971/23
 990/12 990/15 990/16 1002/21 1002/22
 1002/23
depositions [2] 952/2 1003/1
deputy [1] 1009/21
describe [1] 984/6
described [1] 984/13
designed [4] 953/6 971/18 996/19
 1001/15
desired [2] 961/16 961/18
desperate [2] 1003/9 1003/9
despite [1] 988/12
determination [1] 1011/14
determine [11] 951/23 954/9 955/17
 955/22 956/2 956/12 956/22 956/23 957/7
 961/4 986/9
determining [3] 951/19 956/4 959/17
developer [1] 986/12
development [3] 947/3 951/9 985/17
deviation [2] 955/20 955/22
device [1] 990/20
diagrams [1] 992/13
diameter [1] 989/21
did [44] 948/6 954/15 954/16 958/4 960/2
 962/16 963/8 963/25 964/8 964/16 964/22

965/5 968/8 969/17 969/22 970/23 971/11
 971/24 973/25 977/13 981/4 983/7 984/5
 984/6 984/7 984/11 984/20 984/22 985/2
 988/19 988/22 989/24 990/15 995/4 997/20
 998/6 1002/8 1003/12 1004/8 1005/3
 1005/15 1005/17 1006/18 1007/5
 didn't [54] 968/17 969/25 970/1 970/4
 970/15 970/16 971/8 971/13 972/18 972/20
 974/21 975/2 978/20 978/21 979/14 979/15
 980/4 980/24 981/1 981/3 982/18 983/6
 984/11 984/16 985/3 986/24 987/18 987/19
 987/22 987/23 990/8 990/21 990/21 992/9
 993/6 993/12 995/19 996/15 997/7 998/11
 998/12 998/15 1000/5 1002/25 1003/2
 1003/10 1003/21 1004/5 1004/6 1004/22
 1005/10 1005/11 1006/5 1007/3
dieing [2] 986/16 993/11
differ [1] 954/22
difference [3] 961/25 962/2 999/23
different [6] 969/18 974/7 978/9 989/2
 989/4 990/7
dig [3] 975/11 986/3 986/4
digging [1] 996/7
dilapidated [1] 991/7
diligence [1] 962/20
diminished [2] 961/11 961/13
diminishing [1] 957/20
diminishment [1] 977/3
dire [1] 983/17
direct [5] 952/6 952/7 952/13 952/16
 953/1
directed [2] 949/15 979/23
direction [1] 992/17
directions [1] 992/25
directly [1] 960/10
dirt [3] 987/20 992/14 992/15
disadvantage [1] 967/21
disbelieve [2] 954/8 995/10
disclose [1] 1010/6
discount [2] 973/24 977/5
discriminate [1] 954/25
discuss [2] 1009/16 1009/25
discussed [2] 949/5 981/25
discussion [1] 1011/22
dismiss [1] 949/1
dismissing [1] 948/22
dispute [3] 956/19 977/6 982/23
disputed [3] 950/22 1010/20 1011/8
disregard [4] 953/10 980/8 1011/1 1011/6
DISTRICT [3] 947/1 947/1 947/11
disturbing [1] 1011/20
ditch [3] 969/2 996/6 1001/21
diversion [1] 965/22
divided [1] 978/2
DIVISION [1] 947/2
do [49] 949/8 956/22 956/23 959/13
 959/14 959/15 961/17 961/19 963/18
 964/12 966/1 973/9 973/9 973/11 973/13
 975/14 977/12 978/8 978/11 978/17 978/21
 979/24 980/4 982/11 984/14 984/24 987/3
 989/8 990/21 992/12 993/3 994/23 996/9
 997/14 999/25 1000/21 1004/12 1004/12
 1004/13 1004/13 1004/14 1004/14 1004/15
 1004/22 1005/15 1011/20 1011/22 1011/23
 1012/13
Docket [1] 947/3
doctor [3] 971/7 1004/10 1004/10
document [3] 962/15 985/23 986/8
documentation [1] 1005/17
documenting [1] 992/12
dodging [1] 976/10
does [11] 953/2 955/24 956/20 968/11
 971/25 974/7 982/7 999/24 1008/10
 1008/11 1011/4

**D**

doesn't [12] 976/7 986/15 989/5 989/19 989/20 991/16 991/18 991/19 1002/2 1003/23 1004/12 1006/6
doing [7] 957/23 959/12 972/22 986/20 991/11 994/9 1006/25
dollar [5] 966/2 966/10 977/25 979/14 979/16
dollars [4] 975/13 979/12 979/17 1005/23
domain [2] 968/13 968/14
Dominee [1] 973/19
Domini [6] 977/4 979/20 993/15 993/16 999/6 1005/9
don't [35] 950/1 966/5 967/19 969/3 969/23 972/13 975/18 976/10 978/24 982/16 983/16 983/19 984/4 986/7 987/9 988/21 988/22 992/1 994/3 994/15 994/16 997/4 997/4 997/5 998/23 998/24 999/6 999/12 1002/14 1002/22 1002/25 1003/24 1003/25 1004/20 1006/8
done [10] 973/8 978/20 984/25 988/6 996/25 997/3 998/20 999/13 1000/3 1010/24
door [1] 968/16
doubt [2] 996/12 1010/14
down [23] 963/1 972/15 972/16 972/21 979/13 980/24 983/14 983/16 983/22 985/9 985/9 985/10 986/14 986/17 986/22 986/23 992/9 992/10 992/24 994/10 999/2 1000/16 1005/22
dozens [1] 979/6
dozer [1] 978/5
drain [4] 957/22 1001/12 1001/13 1005/21
drainage [9] 958/4 959/2 964/11 967/14 969/1 985/19 985/21 985/25 998/9
draining [1] 972/21
drains [1] 972/14
draw [1] 952/24
drawing [2] 971/11 972/12
drawings [2] 970/23 985/23
drawn [1] 985/24
Drive [1] 947/15
driveway [1] 975/25
drops [1] 952/18
dug [1] 969/7
duly [1] 966/8
dumping [1] 992/15
during [9] 952/3 952/9 953/3 967/3 1009/9 1009/15 1009/23 1010/13 1010/23
duties [1] 955/12
duty [11] 950/19 950/23 951/8 954/9 968/8 977/12 986/4 999/10 1008/22 1011/7 1011/11

**E**

e-mails [1] 975/18
each [11] 950/8 953/21 954/3 960/25 961/7 961/19 964/20 966/12 995/7 1008/18 1011/21
earlier [3] 961/3 987/5 1008/3
earth [1] 998/17
earthen [2] 998/6 998/7
easement [2] 986/1 986/2
easements [1] 986/7
eavesdrops [1] 1001/14
economic [1] 961/9
effect [1] 956/23
efforts [2] 962/16 982/22
eight [2] 979/19 983/13
either [6] 954/17 959/12 967/4 993/9 998/12 1012/3
element [4] 977/8 979/9 979/9 979/10
elements [1] 967/7
else [5] 984/2 989/20 990/7 1001/14 1006/11
elsewhere [1] 988/21
embody [1] 1010/8
eminent [2] 968/13 968/14
emotion [2] 982/14 1011/4
emotional [1] 1006/5
employee [3] 955/8 955/10 971/14
employees [4] 955/6 957/16 1005/9 1005/10
employers [1] 996/22
enable [1] 955/16
encampment [1] 975/22
encroach [2] 985/2 1003/10
encroached [3] 974/15 986/15 987/9
encroachment [3] 985/8 985/9 985/13
encroachments [1] 984/23
end [1] 966/17
engineer [5] 971/17 975/16 975/17 978/20 980/25
engineer's [1] 969/12
engineering [1] 969/4
engineers [2] 1004/15 1005/11
enhance [1] 993/20
enough [1] 980/11
entered [2] 958/13 964/23
entitled [5] 953/7 956/11 958/19 962/4 991/20 1013/4
entity [1] 955/1
envelope [2] 966/15 966/17
equal [2] 953/2 966/3
equally [1] 951/22
equals [2] 971/1 971/2
equipment [1] 996/7
escort [1] 1010/3
establish [5] 955/7 956/11 958/11 960/14 960/16
established [2] 951/24 956/13
establishing [1] 961/1
estimate [2] 977/7 978/18
estimates [3] 978/19 991/22 999/5
evaluating [1] 954/11
even [28] 958/18 969/7 969/16 972/18 973/4 974/21 982/2 983/15 983/19 983/20 983/21 987/5 987/9 987/12 988/6 992/7 993/17 994/4 994/5 994/7 995/19 995/25 998/12 999/21 1004/6 1005/24 1006/3 1011/17
evening [2] 948/3 982/8
events [2] 954/12 954/15
ever [9] 970/19 973/4 993/22 993/24 994/1 1000/6 1002/23 1006/12 1006/13
every [8] 959/3 974/7 983/22 994/19 995/17 1005/8 1007/10 1007/11
everybody [7] 975/12 981/7 983/7 987/12 992/16 1000/24 1001/21
everything [3] 986/4 994/14 1001/14
exactly [2] 959/22 990/24
example [2] 952/14 955/16
excavating [1] 1005/21
exceed [1] 961/24
except [2] 992/6 1001/22
exception [1] 961/2
exclusive [1] 989/4
exclusively [1] 975/8
excuse [4] 969/24 971/16 984/22 1003/4
excused [1] 1012/12
excuses [6] 969/11 980/11 980/19 1002/19 1006/22 1006/25
exercise [1] 962/20
exhibit [8] 968/23 968/24 970/20 973/1 976/22 984/22 1002/6 1002/13
exhibits [9] 952/2 952/9 957/3 957/5 957/7 1006/11

exist [1] 951/6
existed [2] 972/19 972/20
existence [1] 1009/13
expect [1] 1011/4
expense [2] 978/5 979/14
expenses [1] 979/12
experience [1] 955/14
expert [12] 955/13 956/1 956/8 956/16 956/17 971/8 971/10 971/13 978/23 988/4 988/9 988/12
expert's [1] 956/13
experts [3] 955/18 972/13 989/14
expired [1] 1007/21
explain [1] 1000/6
explained [1] 1003/21
exposed [1] 981/6
exposing [1] 957/19
express [2] 1008/19 1011/14
expressed [1] 1011/15
extensive [2] 1009/3 1009/7
extra [2] 975/2 978/5
eyes [1] 955/2

**F**

face [2] 976/10 998/16
fact [20] 952/10 952/21 956/2 956/25 985/1 985/16 985/18 985/21 986/13 990/9 991/3 991/9 991/23 994/16 996/4 997/24 998/4 999/20 1010/20 1011/8
facts [23] 950/22 951/6 951/10 952/3 952/4 952/8 952/12 952/14 952/21 952/22 952/25 953/5 953/16 956/10 956/12 956/14 956/18 956/21 956/24 961/20 962/17 1010/13 1010/22
failed [2] 958/21 962/14
failing [1] 959/14 962/18
fails [1] 958/18
failure [7] 959/3 959/8 959/20 959/25 960/4 960/9 960/13
fair [5] 955/3 961/13 961/14 961/25 1011/11
fall [1] 1000/10
far [3] 982/25 995/25 996/13
fast [2] 979/1 999/8
fault [3] 988/16 988/17 992/20
favor [5] 958/20 966/9 991/12 998/24 1000/4
Fayette [1] 1005/1
federal [4] 967/16 967/20 967/21 967/24
feed [1] 993/3
feel [1] 1007/4
feelings [2] 982/15 982/16
feet [19] 971/2 974/12 974/13 974/13 974/15 974/16 974/17 975/12 978/1 978/1 978/1 978/2 978/2 986/2 1001/18 1002/15 1005/2 1005/3 1005/22
felt [2] 980/10 981/8
fence [4] 976/25 977/1 984/12 984/13
fences [1] 975/23
fenders [1] 1002/2
few [5] 975/1 979/12 997/22 1009/4 1009/7
figure [6] 979/15 979/16 982/3 985/1 985/3 991/8
figured [1] 990/9
filed [2] 949/19 985/19
filling [2] 965/19 996/6
final [1] 982/5
finally [2] 985/5 1007/5
financial [2] 1006/23 1007/23
financially [2] 975/20 976/6
find [10] 950/13 958/19 958/20 961/21 962/3 962/6 966/9 975/25 981/15 1004/15

**F**

findings [1] 1011/9
Findlay [2] 971/10 1007/20
Finkbeiner [1] 980/3
first [14] 950/14 965/20 966/23 968/7
 968/22 969/11 969/22 976/20 977/8 984/4
 1001/6 1001/11 1002/20 1008/8
five [7] 970/1 971/18 974/13 974/15
 974/16 977/18 977/21
fix [7] 994/5 994/6 994/12 994/13 994/14
 997/5 997/6
fixed [1] 973/7
fixes [1] 994/16
flaring [1] 990/19
flood [2] 1006/11 1006/12
flooded [1] 971/16
flooding [10] 971/20 972/1 976/6 991/24
 992/3 992/4 992/5 997/2 1001/9 1007/20
floor [1] 966/24
flow [1] 998/9
focus [3] 980/14 987/8 1003/17
focused [1] 995/6
foliage [1] 975/23
folks [1] 980/12
follow [3] 950/17 982/21 1012/10
following [1] 1009/2
foot [3] 968/16 971/1 977/18
foregoing [1] 1013/3
foreperson [6] 1008/9 1008/10 1008/16
 1008/19 1008/22 1010/15
foreseeability [1] 959/21
foreseeable [1] 960/13
foreseen [4] 959/18 959/22 960/2 960/23
forget [1] 986/18
form [11] 948/8 955/15 963/13 965/4
 965/9 965/11 965/12 965/14 966/7 966/11
 1008/22
forms [2] 962/23 965/10
formula [1] 973/23
forth [2] 979/4 1002/3
found [5] 950/16 954/20 987/4 998/24
 1002/7
four [2] 983/13 987/8
fourths [1] 967/23
frankly [2] 982/16 986/18
frankness [1] 953/25
free [1] 1011/4
front [6] 968/16 968/23 975/24 983/2
 983/11 1003/7
frosted [1] 990/1
full [3] 969/17 969/22 992/25
function [4] 982/13 991/8 991/9 1008/8
functioned [1] 1002/5
functions [1] 950/20
further [5] 949/2 950/4 963/17 986/14
 1012/3
future [1] 962/13

**G**

G-R-I-N-A-G-E [1] 948/20
gain [1] 954/17
garbage [2] 969/20 969/21
gather [1] 1012/18
gave [1] 993/13
general [1] 957/9
generally [3] 992/16 992/17 1003/25
gentleman [2] 971/5 1007/14
gentlemen [11] 950/12 963/6 981/22
 984/3 995/5 995/8 997/23 1000/20 1008/2
 1010/19 1012/9
get [12] 970/2 974/18 978/12 978/13
 982/11 985/10 994/23 996/2 1002/3 1003/1
 1003/22 1008/14

getting [3] 981/2 982/12 986/11
give [14] 950/22 957/12 966/14 969/10
 973/4 975/13 976/15 978/16 982/8 984/18
 1006/22 1007/6 1007/21 1011/16
given [8] 950/8 950/24 952/7 954/22
 956/24 957/1 968/6 1005/16
gives [2] 968/18 981/16
giving [2] 1006/25 1008/18
go [33] 951/3 951/4 963/7 963/18 963/24
 968/9 969/3 969/6 970/15 972/21 976/21
 978/6 981/14 984/11 984/14 988/25 989/2
 989/3 989/4 992/9 993/5 995/18 996/8
 997/19 1001/7 1003/22 1004/5 1004/10
 1005/13 1006/10 1006/14 1007/13 1008/8
goes [4] 972/16 972/16 975/16 996/18
going [58] 950/13 950/17 962/24 969/9
 969/10 969/11 969/16 970/6 970/8 970/13
 970/14 970/15 972/22 973/8 973/11 973/11
 973/12 976/3 976/3 977/16 978/5 978/16
 979/4 979/7 980/4 980/7 984/12 986/6
 988/13 988/14 988/15 989/1 989/2 989/3
 989/4 989/6 989/7 989/8 989/11 989/21
 992/9 992/17 992/23 993/2 993/3 993/4
 993/4 997/9 997/16 997/22 998/18 999/16
 1000/15 1001/7 1004/4 1005/13 1006/15
 1006/16
gone [3] 995/25 1004/2 1004/3
good [6] 950/12 954/13 967/1 970/24
 981/21 982/19
got [16] 968/7 971/12 972/21 978/3 978/4
 985/19 991/15 992/11 992/13 997/17 999/4
 999/11 999/18 1001/20 1002/24 1006/3
government [8] 955/1 967/17 968/11
 968/12 968/19 980/10 1005/7 1006/21
governmental [1] 949/16
grade [1] 985/20
GRANITE [3] 947/3 951/9 977/2
granted [1] 948/13
great [1] 984/17
greater [7] 951/11 951/15 951/18 956/5
 958/11 958/21 1008/10
Grinage [1] 948/20
gross [1] 999/8
ground [1] 1002/10
grow [1] 1005/5
guess [4] 953/11 968/22 971/22 975/13
guides [1] 954/11
guilty [1] 1003/25
guy [6] 969/21 971/6 984/21 991/23
 993/15 997/13

**H**

had [35] 953/23 958/2 964/6 968/15
 969/13 969/19 969/20 969/21 971/13
 973/16 973/24 977/5 977/10 980/10 981/8
 983/2 983/5 985/18 987/20 990/16 990/19
 991/22 993/8 993/24 993/24 994/1 995/17
 999/20 1001/6 1001/20 1002/12 1003/12
 1003/20 1003/20 1012/16
half [3] 970/5 970/5 997/20
happen [7] 970/14 971/9 972/23 975/18
 979/7 990/22 1006/19
happened [5] 959/22 967/10 973/18
 1006/24 1007/2
happens [1] 996/22
harm [3] 975/3 1006/23 1007/24
harmed [1] 979/21
harmony [1] 1010/10
has [32] 948/2 951/19 951/23 951/24
 951/24 952/7 955/14 958/6 962/7 966/21
 966/22 972/14 972/23 974/7 976/5 976/22
 977/6 979/21 980/10 982/7 982/16 988/4
 990/23 991/3 995/22 998/3 998/21 999/13

hasn't [2] 991/14 991/19
have [130]
haven't [2] 973/8 988/16
having [3] 961/19 970/10 1011/15
he [78]
he'd [3] 977/7 998/16 1003/15
he's [10] 971/6 971/24 982/20 986/20
 990/23 991/15 991/24 991/25 992/7 994/22
head [3] 990/17 1004/21 1006/22
hear [4] 953/23 954/12 971/22 987/14
heard [23] 952/8 953/11 969/18 970/17
 971/17 974/25 978/23 979/2 980/18 980/19
 984/21 986/18 989/14 990/4 990/10 990/11
 991/4 991/15 991/16 996/3 996/20 1007/19
 1008/4
hearing [2] 971/25 993/10
held [2] 948/3 955/19
hell [1] 980/3
help [3] 951/3 997/10 998/12
helping [1] 1008/17
her [15] 949/4 953/22 953/25 955/12
 955/15 968/16 968/17 976/11 991/15
 1000/9 1006/7 1007/6 1007/7 1008/11
 1010/17
here [59] 967/16 968/8 968/25 969/3
 970/22 972/21 972/22 973/10 973/20
 974/15 975/25 976/9 977/5 978/20 979/9
 979/9 979/13 979/21 980/1 980/2 982/1
 982/24 983/13 983/18 983/19 985/19
 985/23 990/14 990/15 990/16 990/19 992/1
 992/6 992/14 992/15 992/18 992/19 993/1
 993/12 993/14 994/10 994/10 994/19 995/4
 1000/5 1000/8 1000/9 1000/9 1000/10
 1000/17 1001/11 1001/20 1005/14 1005/15
 1006/5 1006/25 1007/12 1007/13 1007/15
here's [1] 984/12
Herrett [3] 977/13 977/14 1002/11
hesitate [2] 1011/16 1011/23
hey [1] 983/6
high [1] 978/1
higher [2] 994/5 1005/4
highway [1] 968/14
hill [1] 972/16
him [9] 952/16 955/14 972/1 974/6 990/4
 990/7 993/12 998/13 1004/19
his [21] 953/21 953/24 955/11 969/13
 970/10 970/11 971/21 971/23 973/23
 977/17 986/22 990/3 990/18 991/23 992/15
 993/9 993/11 994/18 998/16 1003/15
 1008/11
historically [1] 983/9
hit [1] 990/17
hole [3] 992/25 998/11 998/17
holes [1] 1002/1
Holland [1] 947/18
home [2] 977/3 979/10
homes [2] 988/24 1007/11
honor [15] 950/5 966/25 968/5 972/3
 974/4 980/6 980/9 984/18 986/6 995/2
 995/13 1001/5 1008/13 1012/5 1012/7
HONORABLE [1] 947/10
hope [8] 966/3 981/14 981/25 982/12
 984/10 988/22 997/12 1007/8
hopefully [2] 962/25 1007/25
hospice [1] 974/24
hot [1] 997/22
house [14] 968/17 973/17 973/21 973/22
 973/23 976/4 976/19 976/23 977/6 983/21
 987/19 989/6 989/7 1006/12
houses [2] 974/23 987/13
how [21] 954/13 954/15 965/18 965/24
 967/7 974/3 975/11 978/8 985/11 985/11
 987/3 989/15 996/11 999/23 999/23 999/24

# H

how... [5] 1002/8 1004/15 1007/3 1008/5 1010/20
Howard [1] 948/20
however [8] 948/14 955/24 961/24 962/21 1009/16 1011/5 1011/22 1011/24
Huber [10] 969/11 978/10 989/16 989/23 989/25 990/1 990/14 990/20 990/23 1002/21
Huber's [1] 1002/23
huge [4] 975/5 985/23 987/23 996/9
human [1] 1011/3
hundreds [1] 979/6
hung [1] 974/17
hurt [3] 975/19 996/15 1003/6
hypotheticals [1] 956/17

# I

I'd [3] 982/2 982/4 998/18
I'll [7] 950/16 963/3 980/8 981/15 992/25 995/8 1007/21
I'm [23] 950/13 950/17 960/21 962/24 967/4 968/24 971/8 974/8 975/16 980/7 981/1 982/2 982/4 982/20 986/6 988/13 988/13 988/15 990/15 993/2 1000/3 1000/16 1008/13
I've [4] 949/19 972/4 972/10 1002/24
idea [2] 950/25 996/9
identical [1] 951/17
identify [1] 1002/12
if [96]
ignore [1] 985/3
ignored [3] 975/3 975/15 975/19
imagine [1] 1002/14
immediately [2] 962/1 1011/14
immunity [1] 949/16
impacted [2] 982/15 998/1
impacting [1] 999/25
impaneled [1] 966/8
impartial [1] 955/3
impenetrable [1] 993/25
importance [2] 1008/12 1011/13
important [3] 968/10 977/14 1000/20
impression [2] 1010/19 1010/21
improper [1] 990/11
improve [1] 993/22
in [219]
inch [9] 967/14 971/1 971/1 973/3 985/12 989/18 989/21 1001/24 1005/21
inches [4] 985/7 985/9 985/11 985/11
include [4] 953/2 953/21 954/11 962/11
included [1] 953/14
includes [2] 952/9 1010/2
including [7] 952/2 957/3 957/10 998/6 999/6 1010/6 1010/16
incorporate [1] 949/14
incorrect [1] 1011/17
indicate [3] 949/20 956/20 963/12
indicated [3] 961/3 979/22 1010/20
indication [1] 1010/25
individual [3] 968/18 1009/12 1011/20
industry [1] 984/24
infer [2] 952/13 952/21
inference [4] 952/11 952/23 952/24 952/24
influence [2] 954/18 1011/7
influenced [1] 968/2
influences [1] 967/19
information [4] 989/22 990/8 990/25 993/13
infraction [1] 990/1
initial [1] 1011/12
injuring [1] 959/4

installed [1] 996/3
Instead [1] 988/11
instruct [3] 948/5 950/20 1008/5
instructed [7] 953/10 972/5 972/10 977/11 1008/3 1008/24 1011/1
instructing [3] 959/1 964/10 999/10
instruction [3] 961/3 965/8 968/7
instructions [23] 948/4 948/7 948/25 949/5 949/7 950/2 950/15 950/22 950/23 957/9 957/12 963/17 964/12 965/1 979/23 983/24 995/16 1008/21 1010/9 1010/11 1010/11 1010/15 1011/9
insufficient [2] 997/24 998/2
insult [1] 1000/14
insuring [1] 1008/20
intelligence [1] 954/1
intended [1] 973/9
intent [1] 988/24
intentionally [1] 1003/6
interest [3] 954/1 979/13 988/14
interesting [3] 968/4 973/14 985/6
interestingly [2] 971/3 972/18
interfered [1] 954/14
interrogatories [7] 962/24 963/5 963/15 963/17 965/19 965/25 1010/2
interrogatory [17] 963/3 963/7 963/15 963/20 963/21 963/22 964/2 964/5 964/6 964/8 964/14 964/15 964/16 964/16 964/18 965/2 965/3
into [18] 952/9 952/17 969/19 972/17 972/20 978/25 981/14 981/14 989/11 993/5 1000/24 1001/7 1001/13 1001/14 1001/20 1005/13 1006/14
introduced [1] 957/4
involve [1] 962/22
involved [7] 956/19 994/10 1000/7 1000/7 1000/11 1006/7 1006/18
is [210]
isn't [3] 993/3 998/14 999/15
issue [12] 949/16 951/19 951/23 951/25 976/13 984/4 988/3 992/4 996/23 997/2 997/12 999/17
issued [1] 949/24
issues [3] 957/13 984/3 1000/5
it [218]
it's [54] 964/18 966/3 968/4 968/13 969/13 969/15 971/11 971/12 972/21 972/21 972/22 972/22 973/1 973/12 974/24 975/7 975/9 977/4 978/1 978/6 979/14 982/6 982/9 984/5 986/2 982/19 988/16 988/17 989/12 989/13 989/18 991/1 991/1 991/5 991/6 991/7 992/8 992/9 993/4 995/19 996/16 997/4 997/16 999/7 1000/5 1000/7 1000/25 1000/25 1001/18 1001/19 1001/21 1001/25 1004/19 1006/25 1001/25 1004/19 1006/25
item [4] 978/6 978/6 978/6 978/7
its [16] 951/10 955/5 959/5 960/21 961/1 961/3 961/22 962/4 962/14 974/9 974/22 975/19 977/7 996/14 996/14 1006/21
itself [2] 977/9 999/6

# J

JACK [1] 947/10
Jenkins [6] 971/17 977/24 978/23 998/10 998/12 1005/9
jerk [1] 1004/9
job [4] 967/6 969/13 969/15 1000/22
John [1] 975/17
judge [11] 947/11 968/6 977/11 980/17 982/5 983/25 995/21 995/22 998/21 999/10 1012/13
judges [1] 953/16
judgment [3] 948/14 948/22 1011/20

juror [7] 968/8 968/9 1008/11 1009/7 1009/10 1009/11 1010/6
jurors [12] 955/16 956/11 963/20 964/4 964/13 965/2 967/22 967/24 1011/5 1011/11 1011/23 1012/2
jury [38] 947/7 947/10 948/2 948/4 948/5 948/7 948/25 949/1 950/2 950/6 950/11 950/15 950/19 950/21 951/3 966/8 966/13 968/17 972/5 972/10 976/11 980/8 980/11 986/8 995/7 997/19 1000/20 1001/7 1002/17 1008/8 1008/16 1009/17 1009/19 1009/22 1009/25 1011/18 1012/10 1012/12
just [29] 963/12 969/6 970/14 971/13 972/13 973/17 974/19 975/14 976/7 977/22 978/13 979/7 981/25 984/11 984/12 985/3 987/25 988/11 989/8 989/21 992/25 995/21 997/9 1000/12 1001/2 1005/12 1005/21 1007/23 1011/12
justice [4] 1000/25 1000/25 1001/1 1001/2

# K

keep [8] 980/14 982/4 992/13 994/20 995/5 999/4 1000/25 1003/17
keeps [1] 968/12
Keesey [1] 977/10
Keith [1] 949/6
key [1] 967/7
kind [4] 981/7 981/10 982/8 990/1
kinds [1] 1006/22
knee [1] 1004/9
knee-jerk [1] 1004/9
knew [1] 976/9
Knight [1] 974/25
knock [1] 992/25
knocked [1] 983/22
knocking [1] 998/11
know [59] 950/16 953/24 963/4 966/5 968/5 969/23 972/16 972/19 972/20 974/24 975/1 976/3 978/5 978/15 978/25 979/6 979/11 979/14 981/15 981/11 983/6 983/8 983/15 984/4 984/12 985/16 985/18 986/11 986/16 987/3 987/10 987/11 987/25 988/8 988/10 989/7 989/15 989/23 990/18 991/21 991/22 992/20 994/18 997/13 998/12 998/13 998/15 999/7 999/7 999/20 1000/18 1002/2 1004/19 1005/23 1007/3 1007/6 1007/12 1007/12
knowledge [2] 961/20 984/8
known [2] 951/8 956/16
knows [5] 998/15 999/15 1000/15 1001/22 1009/21

# L

Labinski [1] 968/15
Labor [1] 1006/16
lack [1] 953/25
ladies [10] 950/12 963/5 981/22 984/3 995/8 997/23 1000/20 1008/2 1010/19 1012/9
land [1] 969/14
landowners [1] 991/12
largest [1] 996/22
Laskey [9] 969/24 971/21 971/22 979/2 986/14 988/8 992/6 1004/5 1007/24
last [11] 948/3 962/25 965/10 966/7 966/23 968/15 973/6 982/6 982/9 1004/24 1008/4
lastly [1] 976/5
law [15] 948/14 950/20 950/22 950/24 950/25 951/1 955/2 957/12 982/21 983/23 1008/3 1010/8 1011/4 1011/5 1011/9
law's [1] 982/8
laws [1] 967/21

# L

lawsuit [1] 1006/12
lawyer [1] 1001/6
lawyers [3] 966/20 1004/14 1008/4
layman [1] 955/15
least [2] 988/10 998/22
leave [2] 986/24 1009/22
leaves [4] 993/19 1002/14 1002/15
 1009/19
left [2] 987/7 992/18
legal [1] 983/16
legally [4] 994/23 995/14 995/15 995/16
length [1] 989/22
less [3] 975/14 980/22 1009/11
lessen [1] 962/17
let [6] 948/1 975/18 975/25 978/16 982/14
 993/9
let's [10] 950/6 963/23 965/5 982/23 984/3
 984/12 989/9 995/5 995/15 1003/17
Lets [1] 980/14
Letterman [1] 974/3
levels [1] 1006/6
liability [1] 979/25
liable [2] 959/5 999/18
license [1] 1003/15
licensed [2] 980/25 984/9
licensing [1] 1003/14
life [3] 991/23 1007/10 1007/11
light [3] 956/24 957/8 1010/10
like [27] 959/10 967/20 968/1 968/13
 971/7 972/8 974/24 975/22 976/14 977/22
 978/21 979/7 988/1 991/13 994/20 994/20
 997/22 1000/10 1000/12 1000/13 1001/25
 1003/5 1003/23 1004/10 1005/6 1005/18
 1007/20
likely [4] 959/25 960/17 960/24 970/7
likes [1] 999/8
line [20] 957/15 958/1 958/25 964/20
 965/20 966/1 966/2 966/4 973/4
 974/12 978/17 985/2 987/23 989/12 991/8
 994/22 995/1 995/18 995/25
lines [8] 964/11 965/1 965/8 966/1 966/3
 966/9 966/10 985/21
list [1] 974/7
literal [2] 1009/7 1009/8
little [2] 990/1 990/20
lived [1] 991/23
lives [4] 953/20 968/6 983/18 1001/11
local [1] 967/19
located [1] 958/8
LOF [1] 996/22
logic [2] 994/4 1007/10
logically [2] 972/13 972/14
long [6] 978/1 990/8 991/24 991/24 992/1
 1000/22
longer [1] 972/23
look [20] 950/16 963/3 970/24 971/23
 972/12 976/1 976/16 976/24 977/2 977/22
 979/19 988/11 989/13 992/9 992/11
 1001/10 1002/6 1002/13 1002/13 1007/9
looked [5] 969/19 970/19 970/21 978/17
 992/10
looking [1] 976/2
looks [1] 977/23
lose [3] 954/17 994/15 1003/15
loss [1] 962/12
lost [1] 977/6
lot [21] 968/13 970/13 973/12 976/3
 976/19 976/23 977/3 977/20 979/5 980/23
 985/6 985/7 985/9 985/10 985/20 987/12
 993/1 993/17 997/25 1005/16 1007/19
lot's [1] 973/25
lots [31] 957/19 957/24 958/5 958/10

967/18 970/8 973/6 973/7 973/8 973/20
974/23 977/21 979/19 983/10 983/12
983/13 983/20 987/8 987/16 987/21 988/5
992/5 994/7 994/10 994/10 997/20 997/21
999/12 999/14 999/16 999/25
loves [1] 994/18
low [2] 992/17 992/24
lowest [1] 972/15
LTD [1] 947/4
luck [1] 983/22

# M

mad [2] 982/11 982/12
made [16] 948/7 948/17 949/4 949/14
 949/16 953/3 974/9 987/25 996/11 996/12
 996/25 998/5 1001/10 1004/9 1007/6
 1010/22
mails [1] 975/18
main [3] 996/16 996/18 996/21
major [1] 992/14
make [17] 948/6 948/25 952/23 962/16
 967/18 969/6 972/7 976/14 988/13 993/2
 993/4 993/5 998/18 1000/19 1001/20
 1007/24 1009/21
makes [3] 954/15 993/2 1004/6
making [3] 975/5 975/9 995/24
malpractice [1] 971/8
Man [6] 957/22 959/2 964/10 969/20
 969/21 990/6
management [2] 1006/7 1006/8
manhole [6] 968/25 969/3 969/19 978/15
 1001/13 1001/21
manner [2] 953/22 1008/18
many [3] 972/19 974/3 985/11
mark [1] 984/17
marked [1] 951/5
market [5] 961/13 961/14 961/16 961/25
 988/19
Marve [2] 994/18 1007/17
Marvin [2] 947/14 967/4
matter [3] 948/14 1011/13 1013/4
matters [2] 975/9 981/25
Maumee [1] 947/15
may [46] 947/6 949/3 949/8 951/2 951/17
 951/17 952/6 952/10 952/13 952/21 952/23
 952/24 954/7 954/14 954/23 954/25 956/8
 957/4 958/22 959/12 961/23 962/2 962/5
 963/11 965/19 965/19 965/25 965/25 966/4
 967/16 973/24 978/11 978/12 984/24 985/6
 995/10 995/12 1001/9 1007/6 1009/3
 1009/16 1010/12 1011/2 1011/16 1011/16
 1012/9
maybe [6] 985/7 986/16 990/11 994/3
 1002/2 1003/4
mayor [5] 1000/5 1000/9 1000/12 1006/5
 1006/6
McCarthy [12] 973/2 975/17 975/17 977/7
 986/21 992/7 992/15 996/23 997/15 998/5
 1003/8 1004/19
me [20] 949/1 950/16 950/17 963/3 968/23
 969/8 972/7 972/8 975/13 975/25 984/22
 990/1 991/15 992/22 995/16 1002/9 1003/6
 1008/5 1008/7 1010/6
Meadows [1] 947/18
mean [6] 955/24 971/1 974/1 975/2 991/20
 994/3
meaning [2] 959/7 986/3
means [3] 951/14 958/23 1001/2
measure [4] 958/16 961/12 999/1 999/23
measurement [2] 984/15 984/16
Measurements [1] 996/25
measures [1] 962/21
mechanical [1] 947/23
meet [1] 949/3

Memorial [1] 968/4
memory [4] 953/25 954/13 1009/10
 1009/11
mere [1] 956/6
mic [2] 967/5 967/5
might [12] 948/15 953/13 954/18 956/19
 956/19 982/16 986/19 986/19 989/19
 991/10 991/11 1002/17
mile [1] 972/15
million [5] 975/3 975/10 979/18 996/12
 996/12
mind [8] 951/13 982/4 982/10 992/13
 994/20 999/4 1001/1 1009/9
minor [1] 979/13
minute [1] 989/10
minutes [2] 950/8 950/9
missed [1] 1002/9
mistake [3] 974/9 1001/10 1007/6
mitigate [2] 962/14 999/11
modifications [1] 998/5
moment [1] 963/24
money [5] 961/5 973/12 975/9 1001/1
 1004/6
month [1] 1006/16
monuments [2] 1002/7 1002/8
more [19] 951/14 951/15 952/24 955/8
 956/2 960/17 962/4 980/23 985/4 988/24
 991/20 991/17 993/24 993/25 994/10 996/5
 1002/20 1008/12 1009/10
Moreover [1] 1009/9
morning [5] 948/5 950/12 967/1 981/21
 993/10
most [5] 968/10 970/7 971/2 984/8 986/7
mother [1] 993/11
motion [1] 948/13
mound [3] 978/4 993/21 993/23
move [2] 992/18 993/4
moving [3] 981/10 991/1 992/23
Mr. [50] 969/11 969/25 970/10 971/17
 971/21 971/22 973/2 973/15 973/19 975/25
 977/4 977/10 977/13 977/14 977/22 977/24
 978/10 979/2 979/20 981/4 981/16 981/25
 986/14 988/8 989/16 989/23 989/25 990/10
 996/23 996/24 998/5 998/10 1000/10
 1000/18 1000/21 1001/11 1002/11 1002/19
 1002/21 1002/23 1003/8 1004/5 1004/6
 1004/19 1004/25 1005/1 1005/9 1005/9
 1007/24 1007/24
Mr. Bahret [3] 981/16 1002/19 1004/25
Mr. Dominee [1] 973/19
Mr. Domini [3] 977/4 979/20 1005/9
Mr. Fayette [1] 1005/1
Mr. Herrett [3] 977/13 977/14 1002/11
Mr. Huber [6] 969/11 978/10 989/16
 989/23 989/25 1002/21
Mr. Huber's [1] 1002/23
Mr. Jenkins [4] 971/17 977/24 998/10
 1005/9
Mr. Keesey [1] 977/10
Mr. Laskey [7] 971/21 971/22 979/2
 986/14 988/8 1004/5 1007/24
Mr. McCarthy [5] 973/2 996/23 998/5
 1003/8 1004/19
Mr. Nye [1] 981/4
Mr. Robon [6] 981/25 990/10 996/24
 1000/10 1000/18 1000/21
Mr. Stawinski [2] 973/15 977/22
Mr. Stawinski's [1] 975/25
Mr. Sumner [1] 1001/11
Mr. Taylor [4] 969/25 970/10 1004/6
 1007/24
Mrs. [5] 968/15 976/8 993/9 1006/6 1007/3
Mrs. Labinski [1] 968/15

**M**

Mrs. Soncrant [4] 976/8 993/9 1006/6
1007/3
Ms [1] 1001/9
much [7] 969/3 975/11 976/22 985/7 994/5
996/11 999/23
mud [3] 969/17 969/22 981/6
mulch [1] 986/24
mulched [1] 986/24
multiple [1] 985/23
multiply [1] 978/3
municipal [1] 975/7
must [26] 948/18 951/7 951/16 953/10
953/11 953/13 953/18 958/8 958/11 960/6
960/14 960/16 962/3 963/14 984/1 995/23
999/22 1008/16 1009/6 1009/9 1009/13
1009/19 1010/10 1010/21 1010/22 1011/21
my [12] 950/19 967/6 975/13 981/23
988/14 988/14 993/3 993/4 993/5 997/7
1001/6 1010/25
myself [1] 1003/6
mystifies [1]  992/22

**N**

natural [3] 959/19 960/10 960/12
nature [1] 1010/7
near [1] 988/20
necessarily [1] 1001/1
necessary [4] 951/10 955/17 961/24
978/23
necessity [2] 961/17 961/19
need [4] 966/16 995/19 997/19 1003/3
needed [3] 995/19 996/4 996/8
needs [1] 971/24
negatively [1] 997/25
negligence [12] 955/10 958/6 958/24
959/3 959/8 959/12 960/5 960/15 960/18
960/21 964/1 964/18
negligent [10] 949/23 955/17 957/14
957/21 958/4 958/25 960/8 963/9 964/10
967/13
neighbor [1] 982/19
neighborhood [3] 988/18 988/25 989/4
neighboring [1] 983/14
never [16] 953/11 970/19 970/21 971/19
973/9 983/2 990/5 990/23 990/25 992/10
993/23 995/3 1001/6 1001/19 1002/7
1003/21
new [3] 949/6 962/18 1002/4
next [15] 951/2 959/7 962/23 963/1 963/18
964/13 969/16 969/24 970/6 989/6 989/7
991/12 1006/16 1006/17 1008/4
Nick [2] 984/21 1003/11
nickel [1] 994/2
night [2] 974/7 974/8
nine [2] 987/11 987/21
Nixon [3] 947/20 1013/6 1013/8
no [67] 947/3 949/12 950/5 956/14 956/25
961/17 961/19 963/11 964/3 964/6 964/11
964/20 964/25 965/7 965/13 966/10 966/11
968/17 969/13 969/14 970/8 970/12 970/16
970/25 971/2 971/3 971/8 971/8 972/1
973/3 974/10 973/14 974/19 975/12 977/6
978/13 978/15 978/18 980/3 985/8 986/4
987/5 987/11 987/13 992/4 992/6 993/2
994/21 996/1 996/2 996/10 997/16 997/24
1000/1 1000/1 1001/2 1004/22 1004/22
1004/23 1004/23 1007/17 1007/17 1007/17
1009/10 1010/5 1012/5 1012/7
nobody [5] 974/5 979/7 983/9 991/3 991/8
nobody's [1] 976/2
noise [2] 989/5 997/8
nominal [7] 948/9 958/19 958/22 958/22

nonapplicable [1] 956/24
none [3] 987/6 987/11 998/1
nor [2] 954/6 1009/8
normal [1] 1011/5
NORTHERN [1] 947/1
northwest [1] 968/2
not [130]
note [3] 1008/24 1009/10 1010/18
note-taking [1] 1009/10
notereading [1] 947/24
notes [6] 1008/25 1009/4 1009/4 1009/6
1009/12 1009/14
nothing [3] 948/14 988/12 999/13
notice [2] 988/19 988/23
noticed [1] 984/12
now [19] 949/8 949/12 950/19 957/12
966/18 970/6 973/14 976/12 982/10 987/3
988/17 989/9 991/15 992/6 1004/4 1005/15
1006/17 1008/4 1012/9
number [38] 951/18 956/6 957/3 963/3
963/7 963/20 963/21 963/22 963/23 963/24
964/2 964/5 964/6 964/7 964/8 964/14
964/15 964/15 964/16 964/19 964/21
964/22 965/2 965/3 965/5 965/19 965/25
966/1 966/4 976/22 977/10 977/16 994/5
994/9 994/21 999/3 1001/8 1005/4
numbers [3] 979/16 997/13 997/17
Nye [3]  981/4 984/21 1003/11

**O**

oath [2] 954/6 1011/5
object [5] 949/17 980/6 980/13 986/6
995/2
objection [8] 953/9 953/12 972/3 972/7
974/4 980/7 1003/16 1007/16
objections [1] 1012/14
objects [1] 957/5
oblivious [1] 988/1
obstructions [1] 989/5
obviously [3] 966/10 992/1 1001/13
occur [1] 962/13
occurred [2] 960/12 1004/2
occurs [1] 960/12
off [3] 948/6 970/12 1012/16
offensive [1] 984/5
offered [1] 961/15
office [1] 969/12
offset [1] 984/15
often [1] 999/24
oh [6] 984/11 988/15 990/16 992/9 997/16
1007/17
OHIO [8] 947/1 947/5 947/15 947/18
947/21 967/23 968/2 971/10
Okay [1] 950/17
old [6] 947/3 951/9 977/1 991/7 1001/25
1002/1
on [107]
once [3] 963/18 971/19 985/4
one [45] 948/7 950/14 952/23 952/24
955/8 955/13 958/12 962/4 963/7 963/7
963/7 965/11 965/11 966/4 966/16 966/17
967/17 968/9 968/15 969/9 969/19 970/17
970/17 971/13 973/14 974/7 975/15 976/18
976/20 977/14 979/8 980/21 983/9 984/22
992/21 996/22 1000/11 1005/22 1006/12
1006/15 1007/13 1008/21 1010/9 1011/3
1011/18
ones [3] 950/1 987/8 1012/19
only [26] 952/21 955/5 960/7 962/5 966/16
967/23 973/20 973/21 974/1 974/16 977/18
979/19 979/20 987/8 987/8 989/15 992/3
998/7 998/25 1004/23 1005/2 1006/9
1008/6 1009/25 1011/22 1012/19

once [1] 967/2

open [2] 961/16 1010/5
opening [1] 953/5
operable [1] 991/4
opinion [10] 955/15 955/25 956/13 957/1
990/3 993/10 1003/22 1008/19 1011/23
1011/25
opinions [6] 955/19 955/21 956/1 956/9
956/12 1012/2
opportunity [9] 948/24 953/23 966/20
967/2 968/19 981/16 981/23 982/1 1008/18
opposed [2] 951/14 987/4
or [144]
order [3] 965/13 1008/15 1011/25
ordered [1] 953/8
orderly [1] 1008/18
organization [2] 955/1 955/5
original [2] 961/22 1002/8
originally [4] 957/6 968/7 971/7 981/12
other [31] 948/17 952/13 952/21 954/19
955/6 956/9 960/7 960/16 966/5 967/5
969/2 969/12 970/23 974/14 979/13 981/3
985/25 989/11 991/2 994/6 995/7 996/5
996/21 997/8 1000/17 1005/8 1008/11
1008/12 1011/3 1011/23 1012/2
otherwise [4] 963/21 964/14 965/3 978/16
ought [1] 959/18
our [14] 949/18 967/7 968/6 968/10
974/19 980/14 980/20 980/22 980/22
993/13 993/15 1003/17 1009/21 1012/13
ours [1] 987/2
out [31] 967/7 970/7 972/19 973/11 975/1
976/1 978/3 978/17 979/6 982/3 983/22
985/1 985/2 985/3 985/3 985/4 986/5
986/20 989/2 989/17 991/9 993/1 993/4
993/11 996/8 997/9 1002/9 1003/22
1004/15 1005/6 1008/14
outline [1] 1002/17
outraged [2] 982/18 982/20
outrageous [1] 990/12
outside [9] 952/15 967/18 980/25 982/20
990/13 992/7 1003/22 1005/10 1005/11
outweighs [1] 951/13
over [21] 950/14 951/4 968/2 969/2 974/17
977/2 981/8 983/13 985/6 985/7 985/23
987/21 990/17 992/19 1000/9 1001/11
1001/20 1003/6 1005/22 1007/15 1008/9
overbalances [1] 951/13
overpriced [1] 988/6
owl [1] 974/8
own [10] 950/25 966/12 970/20 978/23
985/18 988/8 988/12 1007/11 1009/1
owner [3]  961/16 961/23 978/14

**P**

page [12] 951/2 951/5 962/25 963/2
963/16 963/19 966/6 983/24 985/22 985/25
995/21 1003/2
pages [4] 963/16 965/10 985/25 1008/6
paid [2] 975/9 988/16
papers [2] 950/13 966/8
paragraph [2] 949/21 949/24
part [5] 954/8 974/2 982/13 1005/18
1010/9
particular [1] 965/13
parties [3] 957/6 983/19 994/8
party [10] 951/24 954/17 959/17 959/21
960/1 960/6 960/7 960/20 981/3 1011/3
paths [1] 954/2
pattern [1] 1006/20
pay [8] 969/25 970/1 970/4 977/7 980/4
988/15 1002/25 1003/1
paying [2] 970/3 979/3

**P**

payments [2] 988/13 988/14
peddling [1] 987/16
peg [1] 984/12
people [14] 968/1 968/5 968/11 968/13 969/18 979/6 984/5 984/8 986/20 994/7 996/3 1001/12 1002/16 1006/15
per [1] 977/20
perceive [1] 954/14
perfect [1] 983/6
performance [2] 955/11 960/4
permission [6] 958/2 958/14 964/24 973/5 978/12 978/14
permit [1] 1011/6
permitted [3] 950/24 1009/16 1010/6
person [12] 951/6 959/4 959/10 959/13 959/15 959/24 972/25 992/22 1000/7 1000/8 1000/14 1005/8
personal [1] 982/15
personally [2] 993/12 1000/6
persons [1] 955/2
persuasive [1] 951/15
pertinent [1] 961/20
Peterman [3] 971/18 984/21 985/25
phone [2] 1009/25 1010/18
phones [1] 1009/23
photo [1] 975/25
photographs [1] 969/18
phrase [1] 948/8
pick [1] 963/1
picking [1] 981/9
pictures [2] 992/6 992/8
piled [1] 987/21
pipe [48] 957/23 958/4 959/2 964/11 967/14 968/23 969/1 969/5 971/15 972/2 972/17 972/21 972/23 973/2 973/4 974/14 975/11 979/24 989/17 989/19 989/19 989/21 989/23 991/1 991/3 991/6 991/14 991/17 992/1 992/25 993/1 996/4 996/23 997/1 997/2 997/6 998/3 998/11 998/18 999/19 999/21 1000/2 1002/4 1004/9 1004/23 1005/20 1005/22 1006/2
pipes [5] 969/2 985/21 989/11 989/13 992/23
place [3] 967/18 988/4 988/12
plaintiff [68]
plaintiff's [17] 948/14 948/15 949/23 955/24 957/17 957/18 958/9 958/14 958/15 959/1 960/14 960/16 960/25 965/7 965/16 965/23 985/8
Plaintiffs [1] 947/14
plan [6] 985/19 985/25 989/10 989/13 989/16 998/9
plans [5] 969/1 969/4 974/22 985/22 985/24
plant [5] 962/18 970/16 977/14 994/15 1005/2
planted [1] 1004/3
Planting [1] 1004/3
pleadings [1] 953/2
please [9] 950/6 980/15 981/21 995/6 995/15 1007/22 1007/23 1009/21 1012/19
plug [1] 998/19
plugged [3] 1001/24 1001/25 1006/4
Plus [1] 1004/5
point [4] 967/7 987/6 988/8 997/7
points [1] 1009/8
politicians [1] 967/20
pond [7] 978/22 992/21 993/3 993/4 997/12 997/14 997/16
ponding [7] 971/21 979/11 991/22 992/5 992/19 993/5 998/4
ponds [1] 997/8

portion [2] 1010/9 1010/14
position [3] 976/16 982/17 1011/7
positions [1] 966/22
possession [1] 958/13
possible [1] 962/12
possibly [1] 985/14
potential [1] 948/10
power [6] 975/19 996/14 996/14 996/15 996/17 1008/11
powerful [1] 982/9
precautions [2] 960/3 960/5
preconstruction [2] 987/17 987/18
preliminary [1] 957/9
prepared [1] 948/5
preponderance [22] 951/7 951/10 951/11 951/14 951/20 951/23 951/25 952/22 955/7 961/1 961/4 961/8 961/14 962/7 962/15 963/8 963/25 964/9 964/17 964/23 965/6 1010/13
present [2] 973/22 1009/17
presented [1] 1010/23
preserve [3] 949/17 950/2 974/25
preside [1] 1008/9
pretend [2] 983/3 987/23
pretty [1] 1002/13
prevents [1] 998/8
previously [1] 949/15
price [1] 961/15
pride [1] 1011/16
primary [1] 996/20
prior [3] 954/21 970/3 972/2
private [2] 969/14 990/4
probable [2] 951/15 959/19
probably [6] 975/13 981/2 982/3 982/10 988/5 1007/14
probative [1] 951/15
problem [11] 971/20 977/12 978/9 991/17 991/21 993/5 997/6 997/7 999/21 1004/4 1004/5
problems [2] 1004/1 1004/16
proceed [10] 963/20 963/21 964/4 964/3 964/15 964/21 965/2 965/3 965/8 995/12
proceedings [2] 947/23 1013/14
produced [2] 947/24 951/21
produces [1] 960/11
professionals [2] 1004/12 1004/13
profit [3] 975/5 976/14 996/11
profits [1] 996/9
prohibition [1] 996/1
project [4] 975/3 975/5 975/6 1000/11
promise [1] 1009/24
proof [10] 951/5 951/8 951/8 951/24 952/12 957/10 960/14 960/16 966/23 982/7
proper [2] 954/4 998/9
properly [1] 957/25
properties [1] 958/13
property [41] 957/15 957/17 957/18 957/25 958/2 958/9 958/14 958/15 958/17 958/25 959/1 959/5 961/13 961/15 961/20 961/22 961/25 963/10 964/24 965/7 965/16 965/23 969/15 974/12 974/19 974/23 977/1 978/14 983/15 983/16 984/1 984/1 986/21 987/1 989/12 990/4 994/22 995/1 995/18 995/24 995/25
prospective [1] 962/11
proud [3] 971/24 1006/19 1006/20
prove [20] 948/18 951/7 951/9 952/10 958/8 958/11 958/18 958/21 960/7 963/8 963/25 964/8 964/17 964/22 965/5 967/8 967/9 967/10 967/11 967/13
proved [1] 951/19
proven [5] 952/22 967/3 974/10 983/9 997/7
proves [3] 961/7 962/15 988/2

provide [3] 1010/10
proximate [6] 955/9 955/23 960/8 960/9 960/22 962/8
proximately [7] 958/15 960/18 961/6 964/2 964/19 965/15 965/22
prudent [1] 959/24
pull [1] 976/20
pumping [1] 978/11
purchased [1] 961/18
purely [1] 1009/1
purpose [3] 996/20 1001/21 1008/17
pursuant [1] 998/9
pushed [1] 977/2
put [33] 949/8 956/16 968/15 972/25 976/3 976/15 977/20 979/13 979/14 979/16 982/23 986/4 986/5 991/14 993/1 993/14 995/4 996/1 996/24 997/1 998/17 999/5 999/8 999/13 999/14 999/15 1000/22 1004/21 1005/20 1005/22 1006/21 1010/15 1010/21
putting [3] 965/25 978/17 991/17

**Q**

qualifications [1] 956/7
qualified [3] 955/15 984/8 984/10
quality [2] 951/16 951/17
quantity [1] 951/17
quarter [2] 971/1 971/1
question [14] 953/12 953/13 953/15 955/16 956/17 956/20 957/1 963/18 969/4 978/22 998/13 998/14 1010/15 1010/17
questionable [2] 979/14 979/15
questions [2] 956/16 1011/8
quite [2] 984/4 994/14
quotes [1] 948/21

**R**

radio [1] 1002/2
railroad [24] 957/15 957/19 958/2 958/9 958/25 969/1 969/14 976/1 976/25 977/1 984/1 987/12 987/14 987/15 987/25 989/2 989/16 990/3 991/7 992/23 994/25 998/11 1001/17 1001/18
railroads [1] 988/21
rain [1] 978/25
raincoat [1] 952/15
raining [3] 952/15 952/16 952/20
raise [1] 987/21
raised [3] 1001/18 1001/18 1001/19
ramped [2] 997/13 997/18
ran [2] 969/12 1005/22
rather [1] 966/20
reach [1] 1012/1
reached [3] 1008/23 1010/1 1010/12
reaching [1] 1011/19
reaction [1] 1004/9
reactions [1] 1011/5
read [10] 949/1 950/15 950/18 963/2 965/1 965/5 968/7 971/22 986/8 989/15
reads [5] 963/25 964/8 964/16 964/22 966/8
ready [1] 966/18
real [2] 1002/12 1006/23
reality [1] 983/4
realize [1] 1006/24
really [15] 970/5 977/6 977/19 979/21 990/14 991/16 992/10 999/9 1000/6 1000/7 1000/15 1000/21 1004/11 1006/24 1007/3
rear [1] 985/20
reason [10] 949/17 974/10 974/18 974/19 980/2 990/7 990/21 994/21 996/2 1003/25
reasonable [13] 952/14 959/3 959/4 959/8 959/9 959/17 960/1 961/23 962/3 962/16 962/20 983/1 991/5

**R**

reasonableness [1] 953/22
reasonably [8] 959/10 959/13 959/15
  959/23 960/23 961/5 962/5 962/12
reasons [2] 967/17 1007/14
rebuttal [2] 950/10 1001/4
receive [2] 957/2 957/8
received [1] 952/1
recognize [3] 970/3 1004/20 1004/21
recognized [1] 969/5
recollection [1] 1009/12
recommend [1] 998/19
reconnected [1] 972/24
record [13] 948/1 948/6 948/25 949/4
  949/8 949/13 950/2 950/7 982/20 1009/7
  1009/8 1012/17 1013/4
recorded [1] 947/23
recover [3] 960/6 961/23 962/2
redress [1] 968/19
reduction [3] 958/16 973/16 973/21
refer [1] 948/19
referred [1] 952/11
referring [2] 964/1 964/18
reflect [2] 948/1 950/7
reflected [1] 948/10
refuse [1] 1004/20
refused [2] 976/7 1005/23
refuses [1] 1001/22
refuted [1] 991/3
regard [1] 1008/24
regardless [1] 951/21
related [1] 957/4
relationship [1] 954/16
relative [1] 956/7
reliable [1] 1009/11
rely [2] 972/6 974/2
remember [6] 954/15 984/16 986/13 998/4
  1001/8 1006/15
remind [2] 966/19 995/8
remote [3] 960/21 960/21 960/22
removal [8] 948/10 958/7 962/19 963/9
  965/16 994/25 997/22 998/1
removed [8] 957/18 958/1 985/12 985/15
  986/23 993/18 995/20 995/23
removing [2] 967/12 973/3
render [1] 1011/9
renew [1] 1012/13
repair [2] 961/24 986/5
repairs [1] 961/24
replace [1] 977/17
replaced [2] 977/19 991/19
replacing [1] 997/6
report [1] 1006/6
reporter [3] 947/20 949/3 949/11
reputation [1] 979/5
requested [2] 950/8 1010/16
require [1] 967/22
required [8] 954/5 954/6 955/21 956/18
  956/21 959/4 962/21 985/18
requires [2] 952/4 1011/6
research [1] 1004/14
reserving [1] 950/9
resolve [1] 982/23
respect [4] 948/9 948/25 949/7 958/7
respectfully [2] 985/13 989/3
respective [1] 966/22
respond [2] 982/2 982/5
response [1] 949/14
responsibilities [1] 968/9
responsibility [5] 973/10 976/8 1001/23
  1005/19 1006/9
responsible [3] 960/20 979/25 1008/19
restored [1] 961/22

result [3] 949/12 959/20 959/25 960/8
  960/13 960/23 967/11 967/15
resulting [1] 958/17
retention [4] 978/22 997/8 997/12 997/14
retire [1] 1012/9
retrieve [1] 1010/18
return [3] 966/17 1000/4 1009/24
returned [1] 1008/23
reviewed [1] 949/19
ribbons [1] 1002/8
Ric [6] 957/22 959/2 964/10 969/20 969/21
  990/6
rich [2] 989/1 989/1
richest [1] 988/25
ridiculous [1] 989/12
right [18] 948/19 949/12 957/15 959/17
  968/25 970/6 972/22 975/10 976/25 983/17
  983/20 985/19 989/17 992/18 992/23
  995/18 995/18 1004/4
right-of-way [2] 957/15 959/1
rights [1] 983/1
risk [1] 962/22
river [4] 978/18 997/9 999/6 999/7
rivers [1] 978/25
Road [4] 978/18 997/9 1001/12 1001/12
Robert [1] 947/17
Robon [8] 947/14 947/14 981/25 990/10
  996/24 1000/10 1000/18 1000/21
room [10] 951/4 966/13 997/19 1001/7
  1008/8 1009/19 1009/22 1009/25 1011/18
  1012/10
roots [3] 981/7 981/9 981/11
roughly [2] 978/1 978/10
Route [1] 968/16
row [1] 1002/17
RPR [2] 947/20 1013/8
rules [2] 982/22 990/13
run [2] 973/4 1003/6
rushing [1] 978/25

**S**

said [43] 968/16 969/12 969/13 969/19
  969/21 969/22 969/25 971/21 973/1 973/15
  973/20 973/21 973/23 975/18 976/12 977/4
  977/7 977/14 977/18 977/21 977/24 978/10
  984/19 984/23 988/5 990/11 990/14 990/16
  990/20 991/25 992/16 993/16 997/14
  998/20 1000/3 1000/18 1001/9 1001/12
  1002/7 1002/11 1002/20 1005/1 1010/24
sale [1] 961/15
sales [2] 997/25 999/25
same [9] 952/25 954/22 955/3 957/5 957/6
  993/14 994/6 994/8 994/12
sand [2] 1004/21 1006/22
Sandy [1] 991/15
saw [4] 952/15 987/1 987/17 1003/5
say [34] 949/2 963/3 969/11 969/16 970/8
  970/15 973/7 978/13 978/15 978/15 978/20
  978/24 981/5 982/4 984/11 986/7 988/11
  988/11 988/22 990/4 990/10 991/15 991/16
  993/6 996/20 998/5 998/16 1001/24 1004/2
  1004/10 1004/22 1005/14 1006/3 1007/5
saying [7] 971/8 999/11 1000/24 1001/2
  1002/4 1002/4 1003/5
says [22] 963/19 973/3 973/25 979/20
  980/3 980/21 980/23 985/8 985/20 988/4
  988/8 988/9 989/22 992/22 993/14 993/16
  996/2 996/24 996/24 997/16 1002/11
  1003/11
scale [4] 970/25 971/1 971/12 1003/20
scales [1] 982/8
scheduled [1] 993/8
screen [3] 987/25 992/18 1005/6
screwed [1] 971/6

scrub [1] 993/18
sealed [2] 970/25 971/11
seats [1] 950/13
second [4] 969/21 970/4 970/5 979/9
Section [2] 948/15 948/18
see [19] 953/23 954/12 970/22 970/22
  976/1 976/2 977/2 979/7 981/7 983/8
  985/22 986/1 987/12 987/14 998/16
  1002/16 1002/17 1008/14 1008/22
seeing [3] 987/19 987/20 987/22
seek [1] 968/19
seeks [1] 960/6
seen [1] 952/8
select [1] 1008/9
sell [7] 961/16 988/7 988/9 997/20 999/12
  999/14 999/16
selling [4] 970/8 975/6 975/8 988/5
sends [1] 1000/9
sense [2] 993/3 1011/15
sensed [1] 982/10
sent [1] 976/11
separate [3] 950/21 978/17 1009/18
separately [1] 984/4
separates [1] 968/11
septic [1] 1001/13
sequence [1] 960/10
serve [1] 996/22
serves [1] 1008/16
service [4] 975/7 996/17 1000/20 1000/23
serving [2] 991/8 991/9
set [7] 963/1 963/1 966/12 966/13 966/15
  966/16 1006/20
sever [7] 957/22 958/3 959/2 964/10 969/7
  979/24 1006/2
several [4] 959/7 963/5 974/17 1006/17
severed [3] 991/10 1004/23 1006/2
severing [6] 967/13 968/23 969/6 971/15
  972/2 1004/9
sewers [1] 997/9
shall [2] 985/20 998/5
she [11] 952/8 953/23 953/24 954/6
  972/19 972/19 991/16 991/18 1007/5
  1007/5 1012/19
she'll [2] 1010/3 1010/18
she's [5] 1000/8 1000/8 1000/9 1000/10
  1000/11
shield [1] 983/6
shock [1] 998/16
shocking [1] 969/7
short [1] 970/11
shortly [1] 1012/10
should [27] 949/10 950/7 950/15 951/1
  951/20 955/19 956/5 956/7 957/7 959/22
  960/1 960/2 960/3 962/3 962/19 963/2
  966/3 966/15 969/5 987/8 995/6 998/24
  1004/12 1010/15 1010/20 1011/21 1011/24
shouldn't [2] 990/11 995/24
show [7] 974/21 974/22 984/22 989/19
  989/20 997/25 998/3
showed [3] 981/24 989/10 1003/14
showing [4] 968/24 989/12 989/13 990/20
shown [6] 961/13 968/25 971/3 1003/11
  1003/18 1011/17
shows [4] 969/1 969/2 989/11 989/21
side [6] 951/23 981/17 996/5 998/18
  1012/3 1012/16
side-bar [1] 1012/16
sight [1] 994/16
sign [3] 963/13 966/6 966/16
signed [6] 966/15 970/25 971/11 1003/13
  1003/19 1010/1
significant [2] 979/17 1009/5
Silence [2] 1003/23 1003/23
similar [1] 997/17

**S**

simply [9] 949/13 950/2 954/5 980/3
980/10 988/18 991/3 991/6 1005/7
since [4] 955/5 966/22 988/7 988/16
single [2] 956/25 1010/8
sit [3] 1000/12 1000/16 1007/8
sitting [1] 1007/14
situation [4] 982/24 997/10 998/4 1006/21
size [1] 976/24
sketch [1] 971/4
skill [1] 955/14
skip [4] 951/4 963/21 964/14 965/3
skipped [1] 964/7
small [2] 958/23 976/4
smaller [1] 988/24
smoke [1] 1009/18
snack [1] 1009/19
snob [1] 988/21
so [58] 948/10 949/9 950/2 951/4 956/21
957/23 961/17 961/19 963/1 963/18 963/23
965/18 967/19 967/20 969/3 969/13 970/4
973/2 973/10 973/25 973/25 974/18 975/1
977/24 978/17 979/3 979/8 981/7 982/23
985/1 985/9 986/11 986/25 987/7 988/9
988/13 990/9 991/25 992/19 992/24 993/12
994/9 994/14 995/22 996/2 996/6 996/13
999/8 1000/3 1001/19 1002/3 1008/6
1008/14 1009/17 1011/15 1011/20 1011/22
1012/19
soil [4] 977/17 977/24 993/22 993/22
sold [2] 979/19 986/24
soldiers [1] 968/5
solely [2] 1010/22 1012/1
solid [3] 983/21 983/21 987/13
solve [4] 978/8 991/17 1004/4 1004/15
some [18] 948/6 949/6 954/11 959/20
960/2 971/21 971/23 972/6 981/24 987/24
998/5 999/3 999/4 999/4 999/5 999/14
1009/3 1009/4
somebody [7] 979/21 982/9 986/17
998/17 1000/12 1002/17 1009/19
somebody's [1] 986/25
somehow [1] 981/8
someone [3] 952/17 959/25 970/11
someplace [4] 969/6 972/21 973/12
1007/13
something [9] 959/13 959/14 968/15
974/6 979/7 990/10 994/23 1000/6 1007/2
sometimes [2] 971/25 1001/2
somewhere [2] 989/2 989/3
Soncrant [7] 972/18 976/8 990/5 993/9
1001/9 1006/6 1007/3
sorry [5] 960/21 967/4 968/24 981/1
1008/13
sort [1] 982/4
Sounded [1] 972/8
source [2] 991/18 991/21
sources [1] 992/11
space [8] 963/11 963/13 964/3 964/4
966/5 996/4 996/5 996/8
speak [1] 982/2
speaking [1] 989/25
speaks [1] 1001/18
spec [3] 977/3 979/10 987/19
specific [2] 957/13 972/7
specifically [6] 961/10 983/25 984/23
990/2 990/5 1010/16
speculative [1] 962/10
spent [3] 975/2 979/18 996/11
Spielbusch [1] 947/20
spoke [1] 1007/9
spoken [1] 978/10
spoliation [1] 949/24

Spring [1] 947/18
stack [1] 950/13 966/8
staked [1] 957/25
staking [2] 957/14 958/25
stand [7] 953/21 971/6 972/25 975/24
980/18 990/24 1003/24
standard [3] 955/18 955/21 955/23
stapled [1] 963/1
starkness [2] 975/23 975/24
start [2] 965/13 1008/25
state [5] 965/14 965/21 967/18 967/23
1003/14
statement [3] 953/3 953/4 956/16
statements [4] 953/5 953/8 954/21 966/19
STATES [2] 947/1 947/11
station [3] 949/4 978/11 989/8
status [1] 1010/7
Stawinski [3] 973/15 977/22 983/18
Stawinski's [1] 975/25
stayed [2] 974/12 974/13
stenography [1] 947/23
stepped [1] 1003/7
stick [1] 1002/9
still [5] 987/14 987/14 987/16 988/9
1001/25
stipulated [1] 952/3
stipulation [1] 953/4
stole [1] 974/6
stopping [1] 992/16
storm [1] 1005/21
street [2] 977/21 983/12
stressed [1] 1009/6
stricken [1] 953/8
strong [1] 967/25
stronger [1] 956/14
study [1] 955/13
stuff [3] 993/19 994/18 999/9
stumps [2] 976/24 981/9
subdivision [28] 957/16 957/20 957/24
958/5 961/11 963/10 964/3 964/20 964/24
970/9 970/12 971/6 971/16 971/18 971/19 971/20
972/2 973/16 974/22 975/21 977/9 979/5
979/18 983/4 983/6 985/17 985/24 986/2
988/18
submit [8] 985/13 989/3 991/5 993/2
995/17 997/23 998/2 999/25
substantial [1] 988/4
substantially [1] 988/23
subtracted [1] 973/22
such [20] 951/25 953/4 953/13 954/4
955/1 955/2 955/21 955/22 956/4 956/12
956/17 956/20 960/4 960/8 961/20 961/21
962/5 962/6 1010/21 1011/4
suffered [1] 967/14
sufficient [1] 999/22
suggest [1] 1003/7
suggested [1] 948/15
suggestion [2] 953/14 982/18
suitable [1] 988/19
Suite [1] 947/15
summarize [1] 967/2
summertime [1] 1002/15
Sumner [1] 1001/11
support [1] 966/21
supported [1] 954/19
supposed [3] 982/13 982/21 998/14
supposedly [2] 983/13 988/10
Supreme [1] 948/21
sure [4] 975/16 987/24 1001/20 1009/21
surprised [1] 981/10
surrender [1] 1011/24
surrounded [1] 975/22
surrounding [1] 954/2

survey [10] 947/17 949/3 981/2 984/6
984/24 985/8 1003/12 1003/13 1003/13
1003/19
surveying [1] 957/14
surveyor [5] 970/19 981/1 981/1 1003/19
1003/22
surveyors [1] 1005/11
surveys [1] 984/11
survive [1] 948/16
sustain [2] 980/7 1007/17
sustained [4] 953/9 953/12 955/9 962/8
swing [1] 967/5
sworn [2] 950/23 966/9
sympathize [1] 972/1
sympathy [3] 1011/2 1011/3 1011/6
symptoms [1] 1004/11
synonomous [1] 1001/1
system [2] 968/10 968/18

**T**

table [1] 951/2
take [29] 949/8 960/4 962/21 967/18
970/24 976/11 977/2 977/19 977/24 980/11
981/13 988/22 992/8 997/16 999/5 1000/9
1001/15 1002/6 1002/13 1003/24 1005/5
1006/8 1006/21 1008/25 1009/12 1009/16
1009/18 1009/18 1012/19
taken [7] 957/6 960/3 982/17 983/14
983/15 999/2 1009/6
takes [1] 999/14
taking [5] 948/14 948/23 968/12 1008/24
1009/10
talk [12] 968/22 969/10 969/24 978/8
979/2 979/8 981/24 982/22 984/3 989/9
993/9 995/15
talked [5] 968/8 983/17 999/6 1004/25
1005/1
talking [3] 979/17 979/17 995/6
tall [3] 977/18 1005/3 1005/3
tanks [1] 1001/13
taught [2] 1004/13 1004/14
tax [2] 970/2 970/6
taxes [6] 969/25 970/3 970/4 970/6 979/15
988/15
Taylor [5] 969/25 970/10 997/15 1004/6
1007/24
technique [1] 984/25
tell [6] 964/12 966/20 981/23 990/15
1004/17 1006/17
telling [1] 997/21
tells [1] 983/25
temporarily [1] 996/6
ten [15] 950/9 963/13 963/14 964/4 964/11
964/25 965/7 966/5 966/9 974/6 977/19
985/11 987/11 987/21 994/18
tends [1] 956/11
terms [1] 959/7
test [4] 954/23 959/21 959/23 1004/12
testified [3] 952/15 953/24 1005/8
testifies [1] 952/8
testify [3] 955/18 993/8 1000/13
testifying [3] 953/22 954/16 972/9
testimony [24] 952/1 952/7 953/23 954/2
954/4 954/5 954/7 954/8 954/9 954/11
954/18 954/19 954/21 954/22 956/9 957/4
972/14 976/25 986/18 987/7 989/14 991/4
1007/19 1009/13
testing [4] 1004/13 1004/22 1004/23
1004/23
tests [3] 953/19 953/20 954/3
than [18] 952/24 955/15 956/14 960/17
974/14 980/22 985/4 986/15 991/20 993/17
993/22 993/24 993/25 994/10 1005/9
1008/11 1008/12 1009/11

Case: 3:06-cv-02950-JZ Doc #: 228-1 Filed: 11/24/08 80 of 82. PageID #: 3454

**T**

thank [15]  949/10 963/4 966/25 980/9
980/16 980/17 981/18 981/19 986/10
995/13 1000/22 1001/3 1001/5 1008/1
1012/8
that [381]
that's [42]  948/10 964/1 966/15 966/16
970/1 970/17 974/1 975/6 977/7 979/13
982/8 983/12 983/23 984/7 984/19 984/19
985/6 987/2 989/11 989/22 989/23 990/10
991/18 991/19 991/20 993/3 993/7 994/6
996/10 996/16 996/17 997/4 997/17 998/18
999/14 1000/8 1001/14 1003/5 1003/19
1004/13 1004/14 1006/24
their [23]  955/19 962/19 966/22 968/6
969/25 970/4 973/1 980/21 984/1 984/14
985/18 986/5 986/12 988/8 988/12 993/6
994/3 996/7 997/13 1001/12 1001/14
1002/8 1004/21
them [34]  950/8 950/14 950/16 950/18
951/7 953/11 954/23 957/4 963/7 970/1
970/24 970/24 971/2 971/25 975/18 976/15
977/19 981/10 984/9 984/9 985/4 986/5
986/17 986/25 986/25 987/2 987/5 988/9
988/16 994/7 999/15 1002/9 1003/1
1009/24
theme [1]  994/19
then [40]  960/4 961/22 962/1 962/19
963/18 963/24 964/4 964/20 966/2 966/10
969/24 970/11 970/15 970/19 971/15
975/23 976/5 976/8 976/12 977/2 977/12
977/24 978/8 978/22 979/10 979/11 981/5
981/6 981/7 985/1 995/4 996/7 997/6
998/24 999/15 999/21 1002/6 1003/4
1006/1 1006/3
there [75]
there'll [1]  976/13
there's [26]  963/11 966/11 969/3 970/25
971/2 971/3 971/15 972/6 973/3 974/19
977/15 978/2 978/5 978/18 986/1 987/5
992/2 992/19 992/22 994/9 995/25 996/2
996/10 998/2 1000/1 1006/6
thereby [1]  957/18
therefore [2]  948/22 997/8
these [34]  950/23 951/3 953/20 954/3
958/8 961/23 961/24 966/1 966/16 966/19
969/4 976/17 976/17 976/17 979/16 981/13
983/13 985/24 987/8 989/15 992/5 994/6
994/15 994/19 997/21 1001/12 1002/6
1004/1 1004/11 1005/2 1005/3 1005/5
1005/15 1010/14
they [153]
they'd [1]  984/14
they're [30]  969/10 969/11 969/16 970/8
970/15 970/24 970/25 973/8 973/9 973/10
975/6 975/8 976/10 983/1 983/19 983/22
984/7 984/8 984/9 985/1 986/21 988/9
991/20 995/24 997/18 997/21 1003/9
1003/25 1006/16 1006/25
they've [2]  997/13 997/17
thick [4]  974/16 974/17 1002/12 1002/13
thing [15]  968/22 969/16 970/23 977/14
979/18 979/20 980/21 985/7 987/17 989/15
990/19 993/7 993/15 1002/20 1006/15
things [27]  953/24 967/9 967/20 968/10
969/9 973/14 976/17 976/18 978/9 979/13
979/24 981/13 982/4 983/1 984/24 985/17
986/12 989/15 993/2 993/20 994/20 998/12
998/18 1000/1 1000/17 1007/9 1007/20
think [42]  950/1 950/25 954/4 967/2
967/25 968/1 968/21 969/3 970/1 970/2
971/5 971/24 972/13 972/13 973/1 973/6
974/10 975/16 975/21 975/24 977/5 980/5

991/25 996/6 996/9 999/15 1000/18
1001/10 1003/2 1004/8 1005/14 1005/16
1006/1 1006/23 1007/10 1007/11
thinks [2]  990/14 990/16
third [4]  966/2 969/22 979/10 981/3
thirds [1]  1001/25
this [127]
those [19]  949/8 950/1 950/3 975/1 981/11
983/9 983/15 987/16 988/23 989/5 995/20
998/1 999/2 1000/1 1002/13 1002/14
1003/8 1003/10 1007/11
though [4]  953/11 994/4 994/6 995/25
thought [3]  974/11 986/21 994/22
thousand [2]  975/13 1005/23
thousands [1]  1003/11
three [8]  958/15 967/23 969/18 969/23
975/12 978/9 994/10 994/17
three-fourths [1]  967/23
through [7]  955/5 955/13 962/23 963/7
976/16 983/13 996/18
tile [1]  1001/24
time [9]  949/8 967/1 967/6 970/11 985/10
991/10 1005/5 1006/9 1007/21
times [2]  972/19 994/17
today [2]  970/12 977/4
Todd [1]  978/23
together [3]  954/1 967/8 978/6
told [17]  982/6 990/2 990/2 990/5 990/5
990/16 990/20 990/23 990/24 990/25
993/10 995/21 995/22 998/21 1000/16
1002/19 1004/19
Toledo [23]  947/5 947/7 947/21 949/20
949/24 955/11 955/12 968/3 969/5 974/9
975/8 978/19 978/19 980/2 982/12 988/17
994/1 994/20 994/20 996/18 996/19
1004/17 1007/25
Toledo's [1]  996/22
tomorrow [1]  1006/11
too [1]  976/22
took [6]  975/1 986/23 986/25 1003/13
1009/3 1009/4
tool [1]  982/9
top [8]  950/14 951/5 963/2 974/6 977/16
977/24 993/21 994/18
total [3]  965/14 965/21 966/2
totaled [1]  976/17
tough [1]  1000/21
towards [2]  985/6 985/7
town [1]  993/11
track [1]  957/19
tracks [1]  976/1
train [5]  976/2 983/7 983/8 988/1 989/7
transcribed [2]  1002/23 1003/2
transcript [3]  947/10 947/23 1013/3
transporting [1]  991/11
treated [1]  953/11
tree [9]  948/9 976/24 981/9 983/22 986/23
987/1 999/5 999/7 1005/1
trees [49]  957/17 958/1 958/7 962/18
963/10 965/16 967/12 970/16 971/3 974/11
975/2 975/23 977/10 977/14 977/17 979/24
980/23 981/1 983/14 983/15 983/24 984/1
985/11 986/14 986/22 986/24 987/3 987/11
987/23 987/24 988/7 993/14 993/17 993/24
994/15 994/21 994/25 995/20 997/22 998/1
998/8 999/1 999/2 999/14 1003/5 1003/8
1004/3 1004/3 1005/5
trespass [18]  955/10 958/7 958/9 958/17
958/19 958/20 960/15 960/19 961/3 964/25
965/6 967/10 967/11 976/6 984/4 998/21
998/23 998/25
trespassed [4]  957/17 958/10 960/7
974/19

991/25 996/6 996/9 999/15 987/17 952/9 953/3
956/8 956/15 967/1 1007/2 1008/25
1010/24
tried [1]  988/7
trier [1]  956/2
tripling [1]  994/11
trivial [1]  958/23
trouble [4]  987/16 987/19 987/20 987/22
true [7]  952/5 956/18 970/2 970/9 970/9
997/4 1000/25
truthfulness [1]  953/20
try [5]  968/13 980/11 982/19 987/20
988/10
trying [10]  982/25 983/1 985/1 985/3
992/8 992/12 994/22 996/16 996/17
1008/13
tumble [1]  990/8
turn [2]  949/1 950/14
two [17]  958/6 958/13 965/10 966/3 969/2
973/6 973/8 977/16 984/9 987/5 994/17
997/20 999/13 1001/25 1002/12 1004/24
1005/20
two-and-a-half [1]  997/20
two-thirds [1]  1001/25
type [1]  976/18

**U**

U.S [1]  948/21
umbrella [1]  952/18
unable [1]  951/22
unanimously [1]  967/22
uncontradicted [1]  954/7
uncovered [1]  970/18
under [13]  954/6 959/10 959/19 959/23
961/7 961/17 961/18 962/17 984/9 989/17
990/19 991/7 1001/19
underlying [2]  948/19 959/15
understand [5]  949/6 982/1 982/12 994/4
1005/14
understood [1]  959/14
undisputed [1]  976/18
undue [1]  962/22
unfeeling [1]  991/13
UNITED [2]  947/1 947/11
unless [6]  953/3 972/6 976/3 995/20
998/15 1009/17
unreasonable [1]  982/17
unrefuted [1]  971/12
until [2]  990/8 1010/5
up [57]  949/3 950/8 950/9 963/1 967/4
968/4 968/24 969/7 970/18 971/7 972/22
974/11 974/17 974/23 974/24 976/25 977/4
979/16 981/5 981/6 981/9 982/1 982/8
984/11 984/14 984/19 985/24 986/4 986/5
987/21 987/21 988/20 989/1 990/19 991/21
993/15 994/4 994/9 994/18 994/21 995/18
997/13 997/18 998/6 998/7 998/10 998/19
1000/17 1002/9 1002/19 1002/21 1003/4
1003/12 1005/4 1005/5 1007/22 1011/16
upon [12]  953/21 958/13 964/23 965/18
965/24 974/19 982/15 1009/1 1010/12
1010/22 1011/12 1011/14
us [6]  967/9 973/5 978/16 983/11 987/2
1006/17
use [12]  953/19 953/20 954/3 959/3 959/4
959/8 959/10 960/1 963/6 1001/6 1002/3
1009/24
used [3]  952/10 959/17 973/22
uses [1]  974/6
Usually [1]  998/14
utilities [3]  985/21 986/3 986/5

**V**

value [23]  951/15 956/13 956/23 957/20

**V**

value... [19] 958/17 961/11 961/13 961/14 961/25 962/2 973/16 973/17 973/20 973/22 977/3 977/7 977/20 988/3 988/4 988/9 988/10 994/12 999/1
variety [1] 968/1
vegetation [5] 962/18 995/20 995/23 999/12 999/13
verdict [27] 948/8 948/10 949/15 962/4 962/23 965/4 965/8 965/10 965/11 965/12 965/14 966/7 967/23 982/14 1000/4 1007/24 1008/22 1008/23 1010/1 1010/4 1010/5 1010/7 1011/7 1011/10 1011/12 1011/15 1012/1
Vermillion [1] 987/4
versus [4] 948/16 948/20 948/21 1005/7
very [7] 967/25 976/4 978/24 979/1 1001/10 1007/4 1009/4
viable [1] 983/3
video [5] 987/17 987/18 988/2 992/7 992/11
videos [1] 957/3
view [3] 999/20 1010/25 1011/19
violation [1] 948/19
voice [1] 967/4
voir [1] 983/17
VOLUME [1] 947/10
volumes [1] 987/18
vote [1] 1008/11
votes [1] 1008/12

**W**

W.W [1] 974/25
walk [2] 962/23 1009/18
walked [1] 952/17
wall [2] 978/1 978/4
want [28] 948/12 949/7 968/22 972/7 976/10 978/24 981/3 983/4 988/11 988/21 991/12 992/2 992/2 993/21 993/23 993/23 993/24 993/25 994/1 1000/24 1000/25 1001/8 1004/20 1004/21 1006/8 1006/14 1006/19 1006/19
wanted [4] 949/13 983/9 995/18 999/9
wants [8] 982/11 983/3 983/5 988/11 994/8 994/12 994/24 1000/10
warnings [1] 975/15
was [132]
wasn't [5] 986/22 988/1 1000/6 1003/19 1006/4
watch [1] 974/3
water [47] 952/18 957/23 958/5 965/22 969/12 969/22 972/14 972/16 972/16 975/6 975/8 977/15 978/8 978/24 979/11 989/9 990/3 991/2 991/11 991/18 991/21 992/11 992/16 992/23 993/1 993/4 993/5 996/13 996/16 996/18 996/21 998/4 998/9 999/8 999/17 999/20 999/21 999/24 999/24 1001/15 1001/19 1001/20 1004/4 1004/18 1005/21 1007/12 1007/12
water's [2] 992/17 992/24
way [29] 957/15 959/1 969/13 970/12 972/15 973/3 973/5 973/7 973/12 974/11 975/10 975/17 976/22 982/8 984/24 984/25 985/22 988/15 988/22 989/18 989/25 991/2 992/23 994/21 997/11 997/12 999/8 1008/14 1009/10
we [106]
we'd [3] 987/14 987/14 987/16
we'll [7] 951/4 963/6 965/13 984/17 984/18 984/19 1009/24
we're [13] 948/1 968/4 973/10 973/11 978/16 979/17 982/21 982/22 984/12 1002/4 1002/4 1004/14 1005/14

wealthy [1] 988/25
wear [1] 971/25
wearing [1] 952/17
week [2] 967/3 1000/22
weekend [2] 968/5 1006/16
weigh [2] 953/17 1011/7
weighed [1] 951/16
weight [11] 951/12 951/21 953/2 953/17 954/4 956/5 957/2 957/7 958/12 958/21 1011/25
well [19] 948/17 966/6 968/17 969/16 970/1 970/15 970/18 971/16 972/16 973/7 978/24 981/6 981/11 986/8 990/11 992/18 1004/2 1005/14 1006/4
went [7] 969/19 970/16 970/19 970/21 981/6 985/4 989/20
were [44] 949/22 950/1 953/9 957/18 958/1 958/8 961/11 970/8 970/22 974/16 975/1 976/16 976/24 977/18 977/21 977/21 978/9 980/24 981/9 981/9 981/12 983/15 983/21 985/2 985/18 986/14 986/16 987/3 987/4 987/13 987/13 988/5 988/7 988/23 991/11 993/17 995/20 996/25 1005/9 1005/21 1005/24 1006/7 1006/7 1006/18
weren't [1] 988/5
WESTERN [1] 947/2
wet [1] 952/18
what [77]
what's [2] 988/8 1000/15
whatever [4] 982/15 982/25 984/14 1003/2
when [44] 960/12 960/22 961/17 967/17 968/5 968/6 968/7 970/2 970/4 970/12 972/12 973/22 975/23 977/2 979/5 979/8 979/16 979/25 981/14 983/4 986/20 988/20 988/21 992/7 992/12 997/19 998/20 1000/3 1000/16 1001/7 1001/17 1001/19 1002/8 1004/1 1004/23 1004/25 1005/13 1006/14 1006/23 1007/8 1007/10 1007/24 1008/8 1010/1
where [27] 956/1 958/2 967/2 967/6 968/14 968/25 969/17 970/22 971/12 971/24 976/9 976/23 977/15 978/14 981/12 982/24 985/2 987/9 989/10 989/20 989/20 991/18 992/8 992/9 1003/10 1004/18 1004/19
whereabouts [1] 1009/22
whether [13] 951/19 955/17 955/20 955/22 956/12 956/22 957/5 959/17 959/18 959/21 959/23 1009/2 1010/11
which [26] 948/20 951/23 952/8 952/13 952/19 953/9 953/24 954/7 956/2 956/14 956/25 959/9 960/11 961/12 962/12 963/2 963/12 964/8 967/12 972/18 974/25 976/23 986/19 990/15 998/6 1004/6
while [3] 954/15 1005/20 1009/4
who [32] 951/6 951/21 951/24 952/7 955/13 960/6 961/16 961/18 968/5 969/19 971/10 971/11 971/17 971/17 971/18 975/17 976/9 979/4 983/18 984/21 986/14 990/14 990/15 992/10 992/22 993/13 994/7 996/7 1000/12 1005/8 1007/11 1009/11
who's [1] 992/20
whoever's [1] 983/18
whole [1] 979/20
why [29] 953/12 967/16 973/8 974/22 974/22 975/6 980/1 981/2 984/5 988/6 989/23 990/9 991/14 991/19 994/14 995/4 997/20 998/17 1000/8 1003/19 1003/21 1003/24 1004/18 1004/22 1004/23 1005/12 1005/12 1005/14 1005/14
wide [1] 978/1
widen [1] 968/14
will [30] 948/24 949/1 949/3 950/13 951/3

was... [4] 967/8 971/10 976/12 1005/16
931/19 932/7 957/12 959/7 959/16 961/5 961/9 961/12 962/5 962/23 963/17 966/12 966/13 966/14 966/14 978/22 981/15 993/16 1001/25 1006/10 1008/9 1009/23 1010/2 1012/10
Williams [1] 948/22
wisdom [2] 982/3 992/15
wise [1] 1011/13
wishes [1] 986/9
within [3] 968/16 972/15 982/21
without [7] 958/14 960/11 964/24 970/13 973/3 982/14 1011/20
witness [17] 952/7 952/14 953/21 954/5 954/9 954/12 954/15 954/16 954/23 954/24 955/13 971/6 972/25 980/18 986/19 1001/11 1003/24
witness' [5] 954/3 954/13 954/14 954/18 954/19
witnesses [10] 951/18 952/2 953/17 953/19 956/6 956/8 956/10 956/16 957/11 1002/12
won't [1] 1007/7
wonder [1] 1003/24
Wood [4] 969/12 975/8 975/15 996/18
Woodlands [1] 947/15
woods [4] 975/1 983/21 983/21 987/13
word [3] 966/23 982/6 982/9
words [1] 960/16
work [6] 958/2 970/10 986/20 1001/25 1002/2 1002/3
worked [1] 948/4
working [4] 986/21 991/1 991/1 1006/4
worse [5] 976/2 998/18 999/24 1004/7 1005/18
worth [7] 973/23 974/1 977/4 979/20 980/22 980/23 988/12
worthy [2] 954/10 956/3
would [51] 949/17 949/20 952/16 952/19 959/10 959/15 959/20 959/24 960/11 961/15 962/22 963/24 964/7 971/7 974/13 975/11 975/12 976/20 977/19 978/10 978/12 978/13 979/5 984/5 984/14 984/25 987/12 990/19 991/1 991/17 993/18 993/19 993/20 994/6 997/6 997/21 998/17 999/2 999/5 1000/12 1000/14 1000/19 1002/18 1002/21 1003/2 1004/10 1005/2 1005/5 1005/19 1009/2 1012/18
wouldn't [7] 968/2 973/4 974/14 990/17 992/10 1002/16 1005/24
wrap [1] 1007/22
writing [1] 1010/16
written [1] 1010/17
wrong [3] 1003/14 1004/22 1011/24
wrongful [1] 962/8
wrongs [1] 1005/16

**Y**

yard [2] 977/25 978/3
yards [2] 977/25 978/2
yeah [1] 990/16
year [8] 968/15 970/3 973/25 987/4 987/5 1002/1 1006/11 1006/17
years [11] 970/1 971/18 973/6 973/8 977/19 977/15 997/21 999/13 1004/24 1005/20 1006/17
yes [11] 963/11 963/20 963/24 964/3 964/11 964/13 964/20 964/25 965/7 971/20
yesterday [2] 948/13 973/1
yet [9] 948/22 962/7 983/7 991/12 993/21 995/24 996/3 997/15 997/21
you [380]
you'd [1] 993/10
you'll [11] 950/16 966/17 970/24 971/23

**1028**

**Y**

you'll... [7]  980/1 981/13 985/21 986/1
 1005/15 1006/24 1007/9
you're [21]  962/25 963/4 970/3 976/3
 977/16 979/17 980/2 982/13 987/7 988/1
 989/3 989/4 989/5 989/6 989/8 992/12
 994/24 1001/7 1005/13 1005/15 1007/21
you've [12]  950/16 963/24 978/4 982/10
 992/11 992/13 997/6 999/4 999/11 999/18
 1000/22 1010/1
your [70]
yours [1]  966/24
yourself [7]  967/16 976/8 1004/18
 1005/12 1005/15 1011/15 1011/21
yourselves [4]  955/25 956/6 968/1 980/1

**Z**

zero [2]  966/4 985/10
zoom [1]  976/23
ZOUHARY [1]  947/10