UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **OLD GRANITE DEVELOPMENT, LTD.** ) | Case No. 3:06CV2950 |
| Plaintiff, ) | HON. JACK ZOUHARY |
| -vs- ) | **JUDGMENT ENTRY** |
| **CITY OF TOLEDO, et al.** ) | |
| Defendants. ) | |
| ) | |

The parties having fully compromised and settled their differences, any and all of CSX Transportation, Inc.'s (hereinafter "CSXT"), claims against the City of Toledo are hereby ordered dismissed with prejudice. This Courts Judgment Entry, dated April 8, 2008, record no. 147, has been fully satisfied per agreement of the parties.

s/ Jack Zouhary 4/21/11
Judge Jack Zouhary

_____
Robert Anspach, Esq., for CSXT

_____
Jeff Charles, Esq. for City of Toledo